UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Bush Truck Leasing, Inc., | : | |
| | : | Case No.: 1:20-cv-00511-SJD-KLL |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| vs. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| All Ways Auto Transport, LLC, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPERANCE AND REQUEST FOR NOTICE
## OF COUNSEL FOR DEFENDANT

Attorney Jeffrey R. Corcoran of Allen Stovall Neuman Fisher & Ashton LLP appears as counsel for Defendant All Ways Auto Transport, LLC. Please serve all notices and documents to:

| | | |
|---|---|---|
| Jeffrey R. Corcoran   (0088222) | Telephone: | 614-221-8500 |
| Allen Stovall Neuman Fisher & Ashton LLP | Facsimile: | 614-221-5988 |
| 17 South High Street, Suite 1220 | Email: | corcoran@asnfa.com |
| Columbus, OH 43215 | | |

Respectfully submitted,

 /s/ Jeffrey R. Corcoran
Rick L. Ashton         (0077768), *Trial Attorney*
Jeffrey R. Corcoran    (0088222)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH 43215
T: 614-221-8500    F: 614-221-5988
ashton@asnfa.com; corcoran@asnfa.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing *Notice of Appearance and Request for Notice of Counsel for Defendant* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on August 14, 2020 addressed to:

 None.

        /s/ Jeffrey R. Corcoran
        Jeffrey R. Corcoran (0077768)