UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Bush Truck Leasing, Inc., | : | |
| | : | Case No. 1:20-cv-00511-SJD-KLL |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| vs. | : | |
| | : | |
| All Ways Auto Transport, LLC, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF EXTENSION FOR DEFENDANT ALL WAYS AUTO TRANSPORT, LLC TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant All Ways Auto Transport, LLC ("AW Transport") and Plaintiff Bush Truck Leasing, Inc. have stipulated to a 21-day extension for AW Transport to move, plead, or otherwise respond to the Complaint. The new date for AW Transport's response is September 21, 2020. This is AW Transport's first extension to respond.

Respectfully submitted,                                        Respectfully submitted,

/s/ Rick L. Ashton                                               /s/ Jacob D. Rhode (telephone authority)
Rick L. Ashton (0077768), Trial Attorney     Jacob D. Rhode (0089636)
Jeffrey R. Corcoran (0088222)                       Keating Muething & Klekamp PLL
Allen Stovall Neuman Fisher & Ashton LLP  One East Fourth Street, Suite 1440
17 South High Street, Suite 1220                  Cincinnati, OH 45202
Columbus, OH 43215                                     T: 513) 579-6580
T: 614-221-8500       F: 614-221-5988        F: (513) 579-6457
ashton@asnfa.com; corcoran@asnfa.com    jrhode@kmklaw.com
                                                                         *Counsel for Plaintiff Bush Truck Leasing, Inc.*

and

Robert S. Reda (pro hac vice)
Reda & Des Jardins, LLC
736 N. Western Avenue, Suite 353
Lake Forest, Illinois 60045
T: (877) 809-4567
F: (224) 232-8897
Email: robert@rdlawyers.com
*Counsel for Defendant All Ways Auto Transport, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served upon the following parties via the Court's e-filing notification system on August 31, 2020:

Jacob D. Rhode
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1440
Cincinnati, OH 45202
T: 513) 579-6580
F: (513) 579-6457
jrhode@kmklaw.com
*Counsel for Plaintiff Bush Truck Leasing, Inc.*

                                                /s/ Rick L. Ashton
                                                Rick L. Ashton