## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| BUSH TRUCK LEASING, INC., | Case No. 1:20-cv-00511-SJD-KLL |
| Plaintiff, | Judge Susan J. Dlott |
| -v- | Magistrate Judge Karen L. Litkovitz |
| ALL WAYS AUTO TRANSPORT, LLC, | |
| Defendant. | **STIPULATED EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

By agreement of the parties, and pursuant to S.D. Ohio Civ. R. 6.1, it is stipulated that Plaintiff Bush Truck Leasing, Inc. ("Plaintiff"), is granted an additional 21 days, up to and including November 2, 2020, to move, plead, or otherwise respond to Defendant's Counterclaims (Doc. 9). No prior stipulated extensions to the Plaintiff, together with this stipulated extension, exceed a total of 21 days.

STIPULATED AND AGREED TO:

| | |
|---|---|
| */s/ Jacob D. Rhode* | */s/ Rick L. Ashton (via email authority)* |
| Jacob D. Rhode (0089636) (Trial Attorney) | Rick L. Ashton (0077768) (Trial Attorney) |
| Joseph B. Womick (0097743) | Jeffrey R. Corcoran (0088222) |
| KEATING MUETHING & KLEKAMP PLL | ALLEN STOVAL NEUMAN FISHER |
| One East Fourth Street, Suite 1400 | & ASHTON LLP |
| Cincinnati, Ohio 45202 | 17 South High Street, Suite 1220 |
| jrhode@kmklaw.com | Columbus, OH 43215 |
| jwomick@kmklaw.com | Tel: 614.221.8500 |
| Tel: 513.579.6400 | Fax: 614.221.5988 |
| Fax: 513.579.6457 | ashton@asnfa.com |
| | corcoran@asnfa.com |
| *Attorneys for Plaintiff* | |
| *Bush Truck Leasing, Inc.* | and |
| | |
| | Robert S. Reda (*pro hac vice*) |
| | REDA & DES JARDINS LLC |
| | 736 N. Western Avenue, Suite 353 |
| | Lake Forest, IL 60045 |
| | Tel: 877.809.4567 |
| | Fax: 224.232.8897 |
| | service@rdlawyers.com |
| | |
| | *Attorneys for Defendant* |
| | *All Ways Auto Transport, LLC* |

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Jacob D. Rhode

10313860.1