**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Bush Truck Leasing, Inc.,
    Plaintiff,

       v.                        Case No. 1:20-cv-511
                                 (Dlott, J. ; Litkovitz, M.J.)

All Ways Auto Transport, LLC,
    Defendant.

## CALENDAR ORDER

This case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
   Parties identify and produce primary expert reports: **May 28, 2021**
   Parties identify and produce rebuttal expert reports: **July 27, 2021**

2. Discovery deadline: **September 15, 2021\***

3. Dispositive motion deadline: **November 15, 2021**

4. Final pretrial conference and Jury Trial dates will be set by Judge Dlott pursuant to her case management calendar.

IT IS SO ORDERED.

Date   11/3/2020

awh    November 3, 2020

Karen L. Litkovitz
United States Magistrate Judge

\*Discovery requests must be made at such time that responses thereto are due before the discovery deadline.