# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| BUSH TRUCK LEASING, INC., <br>     Plaintiff, | Case No. 1:20-cv-511 <br> Dlott, J. <br> Litkovitz, M.J. |
| vs. | |
| ALL WAYS AUTO TRANSPORT, LLC, <br>     Defendant. | **ORDER** |

The Court held a follow-up informal discovery conference in this matter on May 25, 2021. By agreement of the parties, and with the Court's consent, the case schedule is modified as follows:

Fact discovery deadline:  **October 29, 2021**

Deadlines for submission of expert reports:
    Preliminary expert reports: **December 17, 2021**
    Rebuttal expert reports: **January 28, 2022**

Expert discovery deadline:  **March 4, 2022**

Dispositive motion deadline:  **April 1, 2022**

**IT IS SO ORDERED.**

Date:  5/25/2021

Karen L. Litkovitz
United States Magistrate Judge