# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BUSH TRUCK LEASING, INC.,** | Case No. 1:20-cv-00511-SJD-KLL |
| Plaintiff, | Judge Susan J. Dlott |
| -v- | Magistrate Judge Karen L. Litkovitz |
| **ALL WAYS AUTO TRANSPORT, LLC,** | **JOINT MOTION TO EXTEND TIME TO RESPOND TO OBJECTIONS TO MAGISTRATE JUDGE LITKOVITZ'S REPORT AND RECOMMENDATION** |
| Defendant. | |

The parties, Bush Truck Leasing, Inc. ("BTL"), and All Ways Auto Transport, LLC "AW"), hereby jointly move the court for an extension of time to respond to the opposing party's objections to Magistrate Judge Litkovitz's Report and Recommendation. BTL and AW each filed objections to the Magistrate's Report and Recommendation on August 9, 2021. Pursuant to Civ.R. 72(b)(2), the parties' respective responses to the objections are due on August 23, 2021. The parties are discussing mutual withdrawal of their respective objections and, accordingly, jointly request an additional 7 days, until August 30, 2021, to file their responses to permit further discussion on potential withdrawal. A proposed order is attached for the Court's convenience.

Respectfully submitted,

/s/ Jacob D. Rhode
Jacob D. Rhode (008936) (Trial Attorney)
Joseph B. Womick (0097743)
Keating Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
jrhode@kmklaw.com; jwomick@kmklaw.com
Phone: 9513) 579-6528
Fax: (513) 579-6457
*Counsel for Plaintiff*

/s/ Rick L. Ashton
Rick L. Ashton (0077768), Trial Attorney
Jeffrey R. Corcoran (0088222)
Allen Stovall Neuman Fisher & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH 43215
T: 614-221-8500
F: 614-221-5988
ashton@asnfa.com; corcoran@asnfa.com

and

Reda & Des Jardins, LLC
736 N. Western Avenue, Suite 353
Lake Forest, Illinois 60045
T: (877) 809-4567
F: (224) 232-8897
Email: service@rdlawyers.com

*Counsel for Defendant All Ways Auto Transport, LLC*
11063601.1