# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **BUSH TRUCK LEASING, INC.,** | ) | Case No. 1:20-cv-00511-SJD-KLL |
| | ) | |
| Plaintiff, | ) | Judge Susan J. Dlott |
| | ) | |
| -v- | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| **ALL WAYS AUTO TRANSPORT, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME

This matter is before the Court on the parties' Joint Motion for Extension of Time to Respond to the Objections to Magistrate Judge Litkovitz's Report and Recommendation. This Court, being duly advised, and for good cause shown, finds that the motion is well taken and is **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall have until August 30, 2021 to file their respective responses to the opposing party's objections to Magistrate Judge Litkovitz's Report and Recommendation.

IT IS SO ORDERED.

_____

Dated: August __, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob D. Rhode* | */s/ Rick L. Ashton* |
| Jacob D. Rhode (008936) (Trial Attorney) | Rick L. Ashton (0077768), Trial Attorney |
| Joseph B. Womick (0097743) | Jeffrey R. Corcoran (0088222) |
| Keating Muething & Klekamp, PLL | Allen Stovall Neuman Fisher & Ashton LLP |
| One East Fourth Street, Suite 1400 | 17 South High Street, Suite 1220 |
| Cincinnati, Ohio 45202 | Columbus, OH 43215 |
| jrhode@kmklaw.com; jwomick@kmklaw.com | T: 614-221-8500 |
| Phone: 9513) 579-6528 | F: 614-221-5988 |
| Fax: (513) 579-6457 | ashton@asnfa.com; corcoran@asnfa.com |
| *Counsel for Plaintiff* | |
| | and |
| | Reda & Des Jardins, LLC |
| | 736 N. Western Avenue, Suite 353 |
| | Lake Forest, Illinois 60045 |
| | T: (877) 809-4567 |
| | F: (224) 232-8897 |
| | Email: service@rdlawyers.com |
| | *Counsel for Defendant All Ways Auto Transport, LLC* |