# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

BUSH TRUCK LEASING, INC.,          Case No. 1:20-cv-511
    Plaintiff,                                         Dlott, J.
                                                                          Litkovitz, M.J.

vs.

ALL WAYS AUTO TRANSPORT, LLC,          **ORDER**
    Defendant.

This matter came before the Court upon the oral motion by the parties to vacate the current calendar order deadlines based on a mediation to occur in January 2022. By agreement of the parties, and with the consent of the Court, the Calendar Order is **VACATED**. As addressed at the September 27, 2021 telephone status conference, written fact discovery shall be completed by **December 30, 2021**. This matter is set for a follow-up telephone status conference on **Wednesday, February 2 at 3:00 p.m.** to reset the deadlines for the calendar order if needed.

      **IT IS SO ORDERED.**

Date: 9/28/2021                                                  *Karen L. Litkovitz*
                                                                    Karen L. Litkovitz
                                                                    Chief United States Magistrate Judge