

Granted.
1:44 PM, May 17, 2022

Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BUSH TRUCK LEASING, INC.,** | ) | Case No. 1:20-cv-00511-SJD-KLL |
| Plaintiff, | ) | |
| | ) | Judge Susan J. Dlott |
| -v- | ) | |
| | ) | Magistrate Judge Karen L. Litkovitz |
| **ALL WAYS AUTO TRANSPORT, LLC,** | ) | PROPOSED DATES FOR AMENDED |
| | ) | CALENDAR ORDER |
| Defendant. | ) | |

Pursuant to the Court's April 25, 2022 Minute Entry, the parties, Bush Truck Leasing, Inc., and All Ways Auto Transport, LLC, propose the following dates for an amended calendar order:

- September 9, 2022 – deadline for all written discovery
- November 11, 2022 – deadline for fact discovery (i.e., depositions)
- January 13, 2023 – primary expert report disclosures
- February 24, 2023 – rebuttal expert report disclosures
- April 7, 2023 – expert discovery deadline
- May 5, 2023 – summary judgment deadline

Respectfully Submitted:

/s/ Jacob D. Rhode
Jacob D. Rhode (008936) (Trial Attorney)
Joseph B. Womick (0097743)
Keating Muething &  Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
jrhode@kmklaw.com; jwomick@kmklaw.com
Phone: 9513) 579-6528
Fax: (513) 579-6457

*Counsel for Plaintiff*

/s/ Rick L. Ashton
Rick L. Ashton (0077768), Trial Attorney
Jeffrey R. Corcoran (0088222)
Allen Stovall Neuman & Ashton LLP
17 South High Street, Suite 1220
Columbus, OH 43215
T: 614-221-8500
F: 614-221-5988
ashton@asnalaw.com;
corcoran@asna.com

and

2

        Robert Reda
        Reda & Des Jardins, LLC
        736 N. Western Avenue, Suite 353
        Lake Forest, Illinois 60045
        T: (877) 809-4567
        F: (224) 232-8897
        Email: service@rdlawyers.com
        *Counsel for Defendant All Ways*
        *Auto Transport, LLC*