UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BUSH TRUCK LEASING, INC., | ) | Case No. 1:20-cv-00511-SJD-KLL |
| | ) | |
| Plaintiff, | ) | Judge Susan J. Dlott |
| | ) | |
| -v- | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| ALL WAYS AUTO TRANSPORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING JOINT MOTION TO STAY AND SET BRIEFING SCHEDULE

This matter is before the Court on the parties' Joint Motion to Stay and Set Briefing Schedule. The Court, being duly advised, and for good cause shown, finds that the motion is well taken and is **GRANTED**.

**IT IS THEREFORE ORDERED** that the forthcoming deadlines for rebuttal expert report disclosures, expert depositions/discovery, and summary judgment (Doc. # 90) are hereby **STAYED**, and the Court sets the following briefing schedule:

- **November 20, 2023** – BTL's motion directed to AW's primary expert disclosure
- **December 18, 2023** – AW's opposition to BTL's motion
- **January 12, 2024** – BTL's reply in support of Motion

IT IS SO ORDERED.

**Oct 30, 2023**

Karen L. Litkovitz
United States Magistrate Judge

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob D. Rhode* | */s/ Rick L. Ashton* |
| Jacob D. Rhode (008936) (Trial Attorney) | Rick L. Ashton (0077768), Trial Attorney |
| Carson E. Miller (0100203) | Jeffrey R. Corcoran (0088222) |
| Laura Gates Rai (0102268) | ALLEN STOVALL NEUMAN & ASHTON LLP |
| KEATING MUETHING & KLEKAMP, PLL | 10 West Broad Street, Suite 2400 |
| One East Fourth Street, Suite 1400 | Columbus, OH 43215 |
| Cincinnati, Ohio 45202 | Tel: 614-221-8500 |
| jrhode@kmklaw.com | Fax: 614-221-5988 |
| carson.miller@kmklaw.com | ashton@ASNAlaw.com |
| lrai@kmklaw.com | corcoran@ASNAlaw.com |
| Tel: (513) 579-6528 | |
| Fax: (513) 579-6457 | and |
| | |
| *Counsel for Plaintiff* | REDA & DES JARDINS, LLC |
| | 736 N. Western Avenue, Suite 353 |
| | Lake Forest, Illinois 60045 |
| | Tel: (877) 809-4567 |
| | Fax: (224) 232-8897 |
| | service@rdlawyers.com |
| | |
| | *Counsel for Defendant All Ways Auto Transport, LLC* |