UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION



Granted.
9:06 AM, Feb 16, 2024

Karen L. Litkovitz
United States Magistrate Judge

| | | |
|---|---|---|
| **BUSH TRUCK LEASING, INC.,** | ) | Case No. 1:20-cv-00511 |
| | ) | |
| Plaintiff, | ) | Judge Susan J. Dlott |
| | ) | |
| -v- | ) | Magistrate Judge Karen L. Litkovitz |
| | ) | |
| **ALL WAYS AUTO TRANSPORT, LLC,** | ) | |
| | ) | **JOINT PROPOSED AMENDED** |
| Defendant. | ) | **CALENDAR ORDER** |
| | ) | |

The parties, Bush Truck Leasing, Inc. ("BTL"), and All Ways Auto Transport, LLC ("AWA"), pursuant to the Court's February 8, 2024 Order (Dkt. 119), hereby submit this Proposed Calendar Order:

**Proposed New Schedule Dates**

- May 3, 2024: deadline for remaining/reopened fact depositions (other than the Rule 30(b)(6) deposition of Dickinson Fleet Services, LLC)[1];

- June 7, 2024: rebuttal expert report disclosures;

- July 26, 2024: deadline for expert depositions/discovery;

- September 13, 2024: deadline for summary judgment.

---

[1] AWA intends to depose Dickinson as promptly as possible, but given that Dickinson has suggested that it may file a motion to quash a subpoena, AWA may not be able to depose Dickinson by May 3, 2024.

Respectfully submitted,

| | |
|---|---|
| */s/ Jacob D. Rhode* (email authority) | */s/ Rick L. Ashton* |
| Jacob D. Rhode (008936) (Trial Attorney) | Rick L. Ashton (0077768), Trial Attorney |
| Carson E. Miller (0100203) | Jeffrey R. Corcoran (0088222) |
| Laura Gates Rai (0102268) | Allen Stovall Neuman Fisher & Ashton LLP |
| Keating Muething & Klekamp, PLL | 17 South High Street, Suite 1220 |
| One East Fourth Street, Suite 1400 | Columbus, OH 43215 |
| Cincinnati, Ohio 45202 | T: 614-221-8500 |
| jrhode@kmklaw.com; | F: 614-221-5988 |
| carson.miller@kmklaw.com | ashton@asnfa.com; corcoran@asnfa.com |
| lrai@kmklaw.com | |
| Phone: (513) 579-6528 | and |
| Fax: (513) 579-6457 | |
| | Reda & Des Jardins, LLC |
| *Counsel for Plaintiff* | 736 N. Western Avenue, Suite 353 |
| | Lake Forest, Illinois 60045 |
| | T: (877) 809-4567 |
| | F: (224) 232-8897 |
| | Email: service@rdlawyers.com |
| | |
| | *Counsel for Defendant All Ways Auto Transport, LLC* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing were served upon all counsel of record via the Court's CM/ECF system on this 15th day of February, 2024.

*/s/ Rick L. Ashton*
Rick L. Ashton
