

Discovery Deposition of
# Michael Bush

**Date:** September 13, 2023

**Case:** BUSH TRUCK LEASING, INC., v. ALL WAYS AUTO
TRANSPORT, LLC,

**No.** 1:20-cv-511

**Court Reporter:** Karyn H. Chalem, RPR, CSR

Paszkiewicz Court Reporting
Phone: 847-598-0322
Toll-Free: 855-595-3577
www.spreporting.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BUSH TRUCK LEASING, INC.,

      Plaintiff,

   vs.                      No. 1:20-cv-511

ALL WAYS AUTO TRANSPORT, LLC,

      Defendant.

                            /


            The discovery deposition of
MICHAEL BUSH, taken in the above-entitled case, on the
13th day of September, 2023, at 8:17 o'clock a.m.,
central time, remotely via Zoom teleconferencing and at
the offices of Paszkiewicz Litigation Services, 2150
East Lake-Cook Road, Suite 570, Buffalo Grove, Illinois,
pursuant to agreement of counsel.


Stenographically reported by:
Karyn H. Chalem, RPR, CSR
License No.:  084-004167

```
 1   A P P E A R A N C E S

 2        KEATING, MUETHING & KLEKAMP
          One East Fourth Street
 3        Suite 1400
          Cincinnati, Ohio  45202
 4        BY:  JACOB RHODE   (via Zoom)
               JOSEPH WOMICK (via Zoom)
 5        (513) 579-6580
          jrhode@kmklaw.com
 6             On behalf of the Plaintiff;

 7        REDA & DES JARDINS
          736 North Western Avenue
 8        Suite 353
          Lake Forest, Illinois  60045
 9        BY:  ROBERT S. REDA
          (877) 809-4567
10        robert@rdlawyers.com
               On behalf of the Defendant.
11

12   Also Present:

13        JORDAN GEORGIEV (via Zoom)
          TREASA JONES    (via Zoom)
14

15

16

17

18

19

20

21

22

23

24
```

1                    I N D E X

2   WITNESS:                              PAGE:

3   MICHAEL BUSH

4       Examination by Mr. Reda              4
        Examination by Mr. Rhode            241
5       Re-Examination by Mr. Reda          248

6
    EXHIBITS:                              PAGE:
7
        Exhibit 1                           28
8       Exhibit 2                           54
        Exhibit 3                           68
9       Exhibit 4                           82
        Exhibit 5                           86
10      Exhibit 6                           96
        Exhibit 13                         102
11      Exhibit 7                          112
        Exhibit 10                         124
12      Exhibit 11                         131
        Exhibit 14                         144
13      Exhibit 15                         148
        Exhibit 18                         175
14      Exhibit 19                         177
        Exhibit 27                         180
15      Exhibit 26                         190
        Exhibit 25                         194
16      Exhibit 16                         199
        Exhibit 28                         221
17      Exhibit 21                         224
        Exhibit 22                         224
18      Exhibit 23                         232
        Exhibit 24                         232
19      Exhibit 17                         239

20

21

22

23

24

1  MS. MUNGUIA:  Okay.  For the witness,

2  this is the court reporter.  My name is Denise

3  Munguia, and I just wanted to ask you to state and

4  spell your full name and then tell me what city

5  you are presently in.

6  THE WITNESS:  Michael Bush.  I'm in

7  Cincinnati, Ohio.  My name's spelled M-I-C-H-A-E-L.

8  Bush is spelled B-U-S-H.

9  MS. MUNGUIA:  Okay.  Sir, if you could

10  please raise your right hand.

11  (Witness sworn.)

12  MICHAEL BUSH,

13  called as a witness herein, having been remotely first

14  duly sworn, was examined and testified as follows:

15  THE WITNESS:  Yes.

16  MS. MUNGUIA:  Thank you.

17  (Ms. Munguia left deposition.)

18  EXAMINATION

19  BY MR. REDA:

20  Q.  Good morning, Mr. Bush.  My name is Bob Reda

21  and I represent All Ways Auto Transportation.

22  There's a couple questions I want to ask you right

23  away.

24  Have you ever sat for a deposition before?

1    **A.   Yes.**

2    Q.   How many?

3    **A.   I'm not sure.**

4    Q.   More than two?

5    **A.   I would say probably two.**

6    Q.   Okay.  But possibly more than two?

7    **A.   It's possible.**

8    Q.   Well, then, I'm -- I don't want to assume

9    anything, but since you've gone through the

10   process, you probably know some of the ground

11   rules.  And they're not really rules.  They're more

12   so that the court reporter can actually understand

13   what I'm saying and what you're saying.

14        One of them is please respond in words and

15   not gestures or the um-hum and ah-hah kind of

16   slang.

17        The other one is if you don't understand a

18   question that I'm answering (sic), please let me

19   know right away so that I can rephrase it so that

20   you can understand it.

21        Is that okay?

22   **A.   I'll do the best I can, yes.**

23   Q.   Okay.  There's going to be more of this

24   stuff I'm going to bring up as it comes up through

1  this deposition, but for right now, that's, I

2  think, good enough for me.

3       The last one is that your lawyer has a right

4  to object to the questions.  So if your lawyer

5  objects, let him object.  So in other words, stop

6  talking, let him object, so that the court reporter

7  can get both people's comments.

8       That goes the same with me and you.  If I'm

9  talking, please wait until I finish, and then when

10  you're talking, I will try to give you the same

11  courtesy.

12       Is that okay?

13  **A.  Yes.**

14  Q.  All right.  I want to start with a little

15  background.  When I looked at your website years

16  ago, it seemed like there was two companies.  There

17  was like a Bush Truck Leasing Company and then a

18  Bush Truck Company.  Is that correct?

19            MR. RHODE:  Objection to form.

20            You can answer if you understand the

21  question.

22            THE WITNESS:  There wasn't a Bush Truck

23  Company, no.

24  /////

1  BY MR. REDA:

2     Q.  Well, how many companies do you currently

3  own?

4              MR. RHODE:  Objection to form.

5              THE WITNESS:  Three.

6  BY MR. REDA:

7     Q.  Can you name those for me.

8     **A.  BTG Logistics, Bush Specialty Vehicles and**

9  **Bush Truck Leasing.**

10    Q.  Did you actually incorporate all three of

11 those companies?

12             MR. RHODE:  Objection to form.

13             THE WITNESS:  What was the question,

14 please?

15 BY MR. REDA:

16    Q.  Did you incorporate all three of the

17 companies you just mentioned?

18    **A.  Yes.**

19    Q.  So when was BTG Logistics formed?

20    **A.  I don't remember.  Back in the '90s.**

21    Q.  How about Bush Specialty Vehicles?

22    **A.  Probably 2001.**

23    Q.  If you know -- let me just say this.  If you

24 don't know the exact date, you can just tell me.

1  Around the dates is fine.  I can accept that

2  answer, too.

3      **A.   I don't know the exact dates, but...**

4      Q.   Okay.   How about Bush Truck Leasing?

5      **A.  2001.**

6      Q.   Are there any owners of -- are there any

7  other owners of Bush Truck Leasing besides

8  yourself?

9      **A.   No.**

10      Q.   So what was the purpose -- or let me

11  rephrase this.

12          What was the corporate purpose of Bush Truck

13  Leasing when you formed it?

14      **A.   To provide truck leasing programs to lease**

15  **trucks.**

16      Q.   And that would be to -- let me rephrase

17  that.

18          When Bush Truck Leasing leases a truck to a

19  driver, what is the terminology Bush Truck Leasing

20  uses to identify the driver?  Is it a lessee, is it

21  an independent contractor, is it a driver?  What's

22  the terminology you use?

23              MR. RHODE:  Objection to form.

24              Are you asking about a specific time

1    frame, Bob?

2              MR. REDA:  Yeah.  Well, it's -- all

3    their contracts are leases.  I mean, technically,

4    legally, it's a lessee, but I'm just trying to

5    figure out, to keep the dialogue going, whatever

6    term they use internally, that's the term I'm going

7    to use for the rest of the deposition.

8              THE WITNESS:  It depends on who the

9    customer is.  And some customers purchase from us,

10   not lease, so in that case it would just be a

11   customer, but...

12   BY MR. REDA:

13     Q.  So the purchasers are called customers.

14   What do you call the lessees?

15     **A.  People that lease are called lessees.**

16     Q.  Okay.  So kind of go into -- go into the

17   time frame when we got involved -- or when All Ways

18   Auto got involved with Bush Truck Leasing at the

19   end of -- I believe it was 2016.  Let's focus on

20   that.

21              How many employees did Bush Truck Leasing

22   have?

23     **A.  This would be a guess because I'm not good**

24   **with time and it's a while ago.  I would say 40.**

1    Q.  And then were those 40 employees divided up

2   amongst departments or department names or groups

3   of employees?

4    **A.  Somewhat, yes.  Some had dual**

5   **responsibilities, but yes.**

6    Q.  Okay.  So what were those different

7   departments or groups?  What did you call them?

8    **A.  I don't know if we had a specific name for**

9   **it.  "Departments" was probably used once in a**

10  **while.**

11   Q.  Okay.  So what were the names of the

12  department names that you'd use once in a while

13  back at the end of 2016?

14   **A.  I don't know the exact name of all the**

15  **departments, but we had a staff of collectors.**

16   Q.  Okay.

17   **A.  We had a staff of salespeople.  We had**

18  **accountants.**

19   Q.  Any other departments?

20   **A.  Maintenance.**

21   Q.  Any other departments?

22   **A.  Probably some admin.**

23   Q.  I think you mean administrators.  Right?

24   **A.  Yes.**

1    Q.  So I've got collectors, salespeople,

2  accountants, maintenance, and administration.  Does

3  that sound right?

4    **A.  It sounds like that would be the bulk of it,**

5  **yes.**

6    Q.  Anybody else besides that?

7          MR. RHODE:  Are you still talking 2016,

8  Bob?  Sorry, I just want --

9          MR. REDA:  Yeah.  Yeah.  No, no, I

10  understand.

11  BY MR. REDA:

12    Q.  At the end of 2016, when All Ways Auto got

13  involved with Bush Truck Leasing, was that the five

14  departments or were there more?

15    **A.  Probably a purchasing group.  Might have been**

16  **a purchasing group.**

17    Q.  Okay.  Anybody else?

18    **A.  That's all I can think of for right now.**

19    Q.  All right.  So in the -- of the -- how many

20  employees were in the collectors group?

21    **A.  I'm not sure back then.  I would speculate --**

22  **this is speculation, but maybe two to three.**

23          MR. RHODE:  Yeah, I just -- I'm not

24  interested in you speculating.  So if you know, you

1 know.  If you don't know, that's fine.

2         THE WITNESS:  Yeah, I don't know.

3 BY MR. REDA:

4    Q.  How about currently today, how many people

5 in the collectors area?

6    **A.  Strictly collecting, two.**

7    Q.  Were any of the current people employed as

8 collectors in 2016, at the end of 2016?

9    **A.  No.**

10    Q.  Okay.  In 2016, how many -- when I say 2016,

11 I'm talking about the end of 2016, when you got

12 into the relationship with All Ways Auto.

13       Is that okay?

14    **A.  Ask that again, please.**

15    Q.  I want to keep a time frame to keep it

16 simple.  When I talk about 2016, I'm actually

17 talking about basically the third quarter of 2016.

18       Is that okay?

19    **A.  I won't remember that by quarters.  I won't**

20 **remember 2016 to be honest with you, but...**

21    Q.  Okay.  Well, I've got to go through the

22 questions anyway.

23         MR. RHODE:  So, Bob, let me -- let me

24 just try this.

1          So, Mike, the questions he's going to

2    ask you now, when he says 2016, I understand you

3    might not remember.  He's asking you about -- all

4    these questions, when he says 2016, are about the

5    end of 2016, about when you entered into the

6    program agreement with AW.  If he -- if he asks

7    about a different time, he'll say something

8    different, just for purposes of these questions.

9          THE WITNESS:  Okay.  I'm okay with the

10   time.  I'm just -- I don't remember the dates of

11   2016 versus 2015 or 2017 is what I'm saying.

12          MR. REDA:  Okay.  That's fair.

13   BY MR. REDA:

14   Q.  So how many salespeople did you have at the

15   end of 2016?

16   **A.  I don't know for sure.**

17   Q.  Okay.  How about now?

18   **A.  Three.  Four.**

19   Q.  How many accountants did you have at the end

20   of 2016?

21   **A.  I don't know.**

22   Q.  How about currently?

23   **A.  I don't know for sure.**

24          MR. RHODE:  I'm sorry, Bob, did you say

1  accountants?

2           MR. REDA:  Yeah, accountants, because

3  he mentioned accountants as one of the groups.

4           MR. RHODE:  Okay.

5  BY MR. REDA:

6    Q.  So you don't know how many accountants you

7  have currently?

8    **A.  No, I do not.**

9    Q.  How about in the purchasing group, how many

10  people did you have at the end of 2016?

11          MR. RHODE:  Hold on a second, Bob.  I

12  think I might be confused.  Do you mean accounts as

13  in customers or do you mean accounts as in people

14  employed in the accounts group?

15          MR. REDA:  I think he said -- he

16  mentioned that one of the groups was accountants,

17  and I'm thinking it's like his accounting

18  department.

19  BY MR. REDA:

20    Q.  Am I correct, Mr. Bush, your accounting

21  department?

22    **A.  Yes.**

23    Q.  That's a yes?

24    **A.  I believe you're asking me how many**

1  **accountings -- accountants we have in the company**

2  **back in 2016.**

3  Q.  Yes, I was, and you said you didn't --

4  **A.  Yeah, I don't remember the exact number.**

5  Q.  All right.  And you don't know how many

6  accountants you have currently?

7  **A.  I don't want to confuse titles, but I -- I**

8  **can't tell you exactly.**

9  Q.  Okay.  When you say "confuse titles," do you

10  mean you have people that work as bookkeepers that

11  are not accountants?

12  **A.  You'd have to define that for me.**

13  Q.  Well, you said you didn't want to mix up

14  titles.  And what did you mean by that?

15  **A.  Well, not being sure exactly what you meant,**

16  **I wanted to make sure we were on -- had the same**

17  **definition.**

18  Q.  Okay.  So you mentioned earlier that you had

19  a group of accountants.  Am I correct?

20  **A.  I meant -- I've said we had an accounting**

21  **department, yes.**

22  Q.  Ah, okay.  I'll change that.  So it's an

23  accountant department, okay, so --

24  **A.  Well, yeah, we have a -- I don't know if we**

1  **call it accounting department, but -- I'm not sure**

2  **what we call it, but we do have a -- people that**

3  **work in accounting.**

4  Q.  Okay.  So for purposes of this deposition,

5  is it okay if I just call that your accounting

6  department?

7  **A.  Sure.**

8  Q.  Okay.  So at the end of 2016, how many

9  people were in the accounting department?

10  **A.  I don't know.**

11  Q.  And currently how many people are in the

12  accounting department?

13  **A.  I would have to speculate and I could be off**

14  **by a few.  I'm not sure.**

15  Q.  Would you say less than 10?

16  **A.  I'd say less than 10.**

17  Q.  Where I'm going with this is, you mentioned

18  that you had roughly 40 employees in 2016.  I'm

19  trying to get the breakdown, and I'm going to ask

20  you the same question for the current employees, so

21  I might as well ask you right now.

22      What is your current employee count?

23          MR. RHODE:  Objection to form.

24          THE WITNESS:  Roughly 35, 40 people.

1  BY MR. REDA:

2    Q.  Of the 35 to 40 employees you currently

3  have, what is the percentage of those employees

4  that were employed by you in -- at the end of 2016?

5              MR. RHODE:  Objection to form.

6              THE WITNESS:  I don't know.

7  BY MR. REDA:

8    Q.  Okay.  You said earlier that you had like an

9  admin group.  How many employees were in the admin

10  group at the end of 2016?

11   **A.  I don't know.**

12   Q.  How about currently?

13   **A.  I don't know that, either.**

14   Q.  You mentioned a purchasing group.  How many

15  people were employed in the purchasing group at the

16  end of 2016?

17   **A.  The group I'm talking about is mainly**

18  **equipment, which would be trucks.  There are mainly**

19  **two-and-a-half people involved in that right now.**

20  **It probably hadn't changed much since 2016.**

21   Q.  Is it the same people from 2016 that are

22  currently employed?

23   **A.  Yes.**

24   Q.  What are the names of the two-and-a-half

1  people in the purchasing group?

2  **A.  Lenny Wright.**

3  Q.  Is that W-R-I-G-H-T?

4  **A.  Yes.**

5  Q.  Okay.

6  **A.  Steve Alfoldy.**

7  Q.  How do you spell his last name?

8  **A.  A-L-F-O-L-D-Y.**

9  Q.  And then who is the half person?

10  **A.  Andy Scanlon.**

11  Q.  Is that S-C-A-N-L-O-N?

12  **A.  Yes.**

13  Q.  And is he the person you actually are

14  identifying as the half person?

15  **A.  Yeah.  He had some role in it.  It was maybe**

16  **less than half, but maybe 25 percent.**

17  Q.  So where did your acquire trucks from?

18  Let me rephrase that because time frames are

19  going to be important.

20  At the end of 2016, where were you acquiring

21  your trucks from?

22  MR. RHODE:  Objection to form.  Are

23  you -- what type of trucks are you talking about,

24  Bob?

1          MR. REDA:  Any and all.

2          MR. RHODE:  Objection, form.

3          THE WITNESS:  Dealers.

4    BY MR. REDA:

5      Q.  And who were your main dealers back at the

6    end of 2016?

7          MR. RHODE:  Same objection.

8          THE WITNESS:  I won't know them all,

9    especially back that far, but I'd guess Valley

10   Ford, Fyda Freightliner, Stoops Freightliner.  Some

11   of these companies have probably been purchased

12   since then.

13   BY MR. REDA:

14     Q.  I might be able to help you with this one.

15   Why don't we just talk about the type of truck.

16   That might be easier.  Like the manufacturer.

17         So back at the end of 2016, who were -- who

18   were the manufacturers that you were purchasing --

19   or let me rephrase that.

20         What -- I guess the best way to say it, were

21   you -- was it Freightliners and Volvos and those

22   types of trucks you were buying?  I just want to

23   get a list of the manufacturers.  You don't need to

24   be buying it from the manufacturer or buying it

Page 20

1   direct from a dealer.  I'm just trying to figure

2   out where -- what types of trucks you were

3   acquiring.

4           MR. RHODE:  Objection to form.

5           THE WITNESS:  Ford, Chevy, Dodge, Hino,

6   Freightliner.

7   BY MR. REDA:

8       Q.  How do you -- how do you spell --

9           MR. RHODE:  Hold on.

10          MR. REDA:  I'm sorry.

11          MR. RHODE:  Let him finish.

12          MR. REDA:  Yeah, yeah, sorry about

13  that.

14          THE WITNESS:  Freightliner,

15  International, Volvo, Kenworth, Peterbilt, Dodge,

16  Isuzu.  I believe that's it.

17  BY MR. REDA:

18      Q.  You mentioned -- I think you said Eno or

19  Veno or something to that effect.  I didn't catch

20  that one.

21      **A.  H-I-N-O.**

22      Q.  H-I-N-O.  I've never even heard of it.  Just

23  H-I-N-O, that's it, huh?  Okay.

24      **A.  Yeah.  Owned by Toyota.**

1    Q.  Ah.  All right.  Got it.

2        So are those the same truck manufacturers

3  that you're acquiring today?

4          MR. RHODE:  Objection to form.

5          THE WITNESS:  Well, yes.

6  BY MR. REDA:

7    Q.  So at the end of 2016, when you're acquiring

8  trucks from these various manufacturers you just

9  mentioned, were you buying them brand new from

10  dealerships or were you buying them used?

11          MR. RHODE:  Objection to form.

12          THE WITNESS:  Both.

13  BY MR. REDA:

14    Q.  Is that the same today, both new and used?

15    **A.  Mainly new.  Mainly new, but same today, yes.**

16    Q.  Okay.  Prior to you getting into the truck

17  leasing business, and, it looks like, and the

18  logistics business, were you employed with any

19  truck leasing companies?

20    **A.  Well, I worked for my father before.  He had**

21  **a truck leasing company.**

22    Q.  Was that directly in time before you formed

23  Bush Truck Leasing?

24    **A.  Yes, uh-huh.**

1    Q.  And what was the name of that company?

2    **A.  Bush Leasing.**

3    Q.  So is the Bush Leasing company that you

4 worked for the same company that we're talking

5 about, Bush Leasing, today?

6    **A.  No.**

7    Q.  Was that prior Bush Leasing company

8 dissolved?

9    **A.  Yes.**

10    Q.  When was that?

11    **A.  '99, I believe.  2000, '99.  I'm not sure.**

12    Q.  Okay.  Were you an owner of that prior Bush

13 Leasing company?

14    **A.  No.**

15    Q.  What was -- well, let me ask you this

16 question.  How long did you work, by years -- let

17 me rephrase that.

18       How many years did you work with your father

19 at the previous Bush Leasing company?

20    **A.  Roughly 18 years.**

21    Q.  Prior to you being employed with your father

22 at the prior Bush Leasing company, did you have --

23 let me rephrase that.

24       Where were you employed just previous to

1   being employed with your father at the previous

2   Bush Leasing company?

3           MR. RHODE:  Objection to form.

4           THE WITNESS:  Worked for -- as a broker

5   for a financial service company, an independent

6   broker.

7   BY MR. REDA:

8       Q.  I'm sorry, I didn't catch that.  An event

9   broker?

10      **A.  Independent broker.**

11      Q.  What kind of brokering were you doing?

12      **A.  Insurance and annuities.**

13      Q.  Okay.  Of the 40 or so employees that were

14  with Bush Truck -- let me rephrase that.

15          Of the 40 or so employees at the end of 2016

16  that were with your company, were any of those

17  employees previously employed by your father's Bush

18  Leasing company?

19      **A.  No.**

20      Q.  Was Treasa Jones employed with your father's

21  company?

22      **A.  No.**

23      Q.  What is Treasa Jones's position within your

24  Bush Truck Leasing company?

1    **A.   Today?**

2    Q.   Today's good, yeah, sure.  Why not today.

3    **A.   She manages our used assets and oversees our**

4    **maintenance.**

5    Q.   What was her position at the end of 2016?

6    **A.   I'm not sure what the position was called.**

7    **She advanced up through to where she is today, but**

8    **it was in the maintenance group.**

9    Q.   Okay.  So that's the last group I want to

10   talk to you about, this maintenance group.

11        At the end of 2016, how many people were

12   employed in the maintenance group?

13   **A.   I don't know for sure.**

14   Q.   More or less than 10?

15   **A.   Less than 10.**

16   Q.   Currently how many people are employed in

17   the maintenance group?

18   **A.   Two-and-a-half.**

19   Q.   Why the drop from less than 10 at the end of

20   2016 to two-and-a-half people currently?

21   **A.   We stopped offering the product.**

22   Q.   And when you say "the product," what does

23   that mean?

24   **A.   The service, the maintenance service.**

1    Q.  So Bush Truck Leasing is no longer entering

2    into maintenance -- let me rephrase that.

3         Let me just open it up so I know what the

4    heck I'm talking about here.

5              MR. REDA:  I'm going to label these

6    exhibits as we go through them.

7              MR. RHODE:  Okay.  And, Bob, just for a

8    logistical thing, I've got a whole bunch of -- I

9    tried to have our copy services print what was on

10   that link, so I have a whole bunch of hard copy

11   stuff.  It's -- it's hard to see it on the screen

12   the way we have it set up so he can see you and the

13   documents, so if you're going to mark something, if

14   you could just give me a second, I'll try to

15   quickly find it so I could give the witness a

16   marked copy.

17             MR. REDA:  Yes.  Yes.

18             MR. RHODE:  Okay.

19             MR. REDA:  I'm not actually identifying

20   this one right now.  What I'm trying to do is, I'm

21   trying to get the name of the product.

22   BY MR. REDA:

23    Q.  So, Mr. Bush, Bush Truck Leasing is no

24   longer offering service and maintenance program

Page 26

1   agreements?

2           MR. RHODE:  Objection to form.

3           THE WITNESS:  Not at the present time.

4   BY MR. REDA:

5   Q.  Okay.  So when did Bush Truck Leasing stop

6   offering the product?

7   **A.  I'm not sure of the exact date.**

8   Q.  Who would know that?

9   **A.  I don't know.  We -- we -- the existing**

10  **customers still got to take advantage of it, but**

11  **with the supply chain, we -- issues and -- it was**

12  **too difficult to provide, provide the service, so we**

13  **decided to get out of it.**

14          **And we were getting out of the Class A -- not**

15  **all the Class A, but a lot of our Class A business**

16  **was dwindling, so that was our main users of the**

17  **maintenance product.**

18  Q.  Would it have been in 2023 that you stopped

19  offering this maintenance product?

20          MR. RHODE:  Objection to form, asked

21  and answered.

22          THE WITNESS:  I believe it was before

23  that for the most part, but I'm not sure.

24  /////

1  BY MR. REDA:

2     Q.  Was it in 2022?

3     **A.  I don't know.**

4     Q.  Would Treasa Jones know the year that Bush

5  Truck Leasing stopped offering the maintenance

6  product?

7     **A.  I don't know -- I don't think she would know**

8  **the exact date.**

9     Q.  And you can't tell me today who would know

10 the exact date?

11    **A.  I cannot tell you that today.**

12    Q.  So who was responsible for getting these

13 service and maintenance program agreements

14 executed?

15        MR. RHODE:  Hey, Bob, if you're -- I

16 see you have a document on your screen, but I don't

17 think the witness can see it.

18        So I'm happy to -- since you're

19 referring to it, let me just see if I can -- if I

20 can pull a copy of it for the witness.

21        What was -- do you recall what the

22 PDF name of it is?

23        MR. REDA:  Yeah.  Yeah, I could tell

24 you right now.  That folder that I gave you with

1   the subfolders and the PDFs in it, it's going to

2   be, one, two, three, four, five, six, seven -- the

3   eighth PDF down.

4           So what I'll do is -- I didn't want to

5   do this, but I'll do it right now.  Here we go.

6   I'm going to make this as -- rename this.  This

7   will be Exhibit 1.

8           All right.  Here we go.  And where's

9   the Bates stamp?  Okay.

10          MR. RHODE:  Hey, Bob, let me take a

11  quick break while we --

12          MR. REDA:  Yeah.  Yeah.  Well, just so

13  you know, this is what I'm going to be doing with

14  this as we go through, because I didn't know how we

15  were going to nail these things down.  So what I

16  was going to do is open them up, each one, and then

17  label it and then wait for you to find it.

18          MR. RHODE:  Okay.

19          MR. REDA:  That kind of thing.

20          MR. RHODE:  Yeah.  Just let us go off

21  for a minute and we'll be right back.  Okay?

22          MR. REDA:  Sure.  Sure, sure, sure.

23          (Recess taken from 8:50 to 9:01,

24  central time.)

1  BY MR. REDA:

2      Q.  So during the break, did you have a chance

3  to kind of recollect when you stopped offering the

4  maintenance product?

5              MR. RHODE:  Can you hear us now?

6              THE WITNESS:  Can you hear me?

7              MR. REDA:  Yeah.

8              MR. RHODE:  Can you hear us now?  We

9  had the -- sorry, I had the, I think, the mic

10 turned off.

11             MR. REDA:  That's all right.  No

12 worries.

13 BY MR. REDA:

14     Q.  During the break, did you -- were you able

15 to refresh your recollection as to when you stopped

16 offering the maintenance product?

17             MR. RHODE:  Objection to form.

18             THE WITNESS:  No, not -- there wasn't

19 an exact date because the -- we still had people in

20 the maintenance program, which we still had to

21 service and honor until they were through with

22 their leases.

23             MR. REDA:  I got it.  So then let me

24 rephrase it.

1  BY MR. REDA:

2     Q.  Do you recall when you stopped offering the

3  maintenance product to new lessees and/or

4  customers?

5     **A.  No, I do not.**

6     Q.  Is there anybody in your company that would

7  know that?

8     **A.  It wasn't a -- I don't believe there was a**

9  **formal date that we stopped offering it.  We could**

10  **possibly start offering it again once the supply**

11  **chain and parts and service facilities became**

12  **readily available and -- we would be able to offer**

13  **the product again, but we choose not to during these**

14  **times, where it was hard to get parts and hard to**

15  **service the customer base.**

16     Q.  All right.  When you say "we chose," who was

17  the "we" in addition to you?

18     **A.  I'd be the "we."  That would be me.  Yeah, I**

19  **made that decision.**

20     Q.  Did you consult with anybody within Bush

21  Truck Leasing in making --

22     **A.  No, I didn't.**

23     Q.  -- that decision?

24           MR. RHODE:  Bob, sorry.

1          Just as a reminder, let him finish.

2          And, Bob, sometimes it -- he speaks

3    slowly, so sometimes it takes him a while, so

4    just -- there's a little more delay over Zoom, too.

5          So just a reminder, let him try and

6    finish the question, and he'll let you finish

7    talking.

8          THE WITNESS:  Okay.  Gotcha.  Sorry.  I

9    apologize.

10          MR. REDA:  No, do not do that.  You

11   don't have to do that because I do the same

12   problem.

13   BY MR. REDA:

14   Q.  Okay.  Did you consult with anybody within

15   Bush Truck Leasing into coming to the decision to

16   stop offering the product, the maintenance product?

17   **A.  No.**

18   Q.  When you talked about Class A business, were

19   you -- well, let me rephrase that.

20          When you say the Class A business for Bush

21   Truck Leasing, what are you referring to?

22   **A.  Tractors are -- is what I'm referring to, and**

23   **mainly used tractors.  I mean, we're still doing new**

24   **tractors, but mainly the used tractors.**

1    Q.  Okay.  Would those be the same tractors that

2  you're leasing to the drivers that were working

3  with All Ways Auto?

4              MR. RHODE:  Objection to form.

5              THE WITNESS:  Which tractors are you

6  referring to, the new tractors or the used

7  tractors?

8              MR. REDA:  Well, I'll rephrase that.

9  BY MR. REDA:

10   Q.  Did Bush Truck Leasing lease any new

11  tractors to drivers who were working with All Ways

12  Auto?

13   **A.  When Jordan wanted new tractors for a**

14  **particular contractor, we got them new tractors.**

15   Q.  In your estimation, how many new tractors

16  were leased to drivers who worked with All Ways

17  Auto?

18   **A.  I don't know an exact number.**

19   Q.  Was --

20   **A.  I just don't know.**

21   Q.  I'm sorry.  Go ahead.

22   **A.  I don't know.**

23   Q.  Okay.  Was the majority of the tractors that

24  were leased to drivers, who were working with All

1  Ways Auto, used?

2  **A.  Yes.**

3  Q.  Do you have any personal background in the

4  maintenance of either new or used tractors?

5  **A.  Elaborate on "personal background."**

6  Q.  Well --

7  **A.  I never -- I'm not a mechanic, no.**

8  Q.  Okay.  Were you ever a driver of a tractor?

9  **A.  No.**

10  Q.  Have you ever personally taken a tractor

11  into a repair shop to get a repair on that tractor?

12  **A.  That wouldn't be legal.  I'm not a qualified**

13  **driver.**

14  Q.  Okay.  When you were working with your

15  father in the previous Bush Leasing company and/or

16  in the current -- in your Bush Leasing company, did

17  you ever work with the lessees to get either

18  preventative maintenance on the truck and/or

19  repairs to a truck tractor?

20          MR. RHODE:  Objection to form.

21          THE WITNESS:  Elaborate on that,

22  please, as far as what do you mean "work with"?

23  BY MR. REDA:

24  Q.  Well, I'll give you an example.  There's a

1  gentleman named Milton Billings.  He was one of the

2  lessees of Bush Truck Leasing, and he got repairs

3  to his Bush tractor, and he called in to Bush Truck

4  Leasing to assist him with those repairs.

5       So what I'm asking is:  Did you ever speak

6  with a driver to facilitate a repair on a Bush

7  lessee's tractor?

8            MR. RHODE:  Objection to form.

9            Are you asking whether he worked in the

10  maintenance department, Bob?

11            MR. REDA:  He could have done it as the

12  president of the company.  It doesn't have to be

13  his work anywhere.  He's the owner.

14  BY MR. REDA:

15    Q.  Did you understand my question?

16    **A.  No.**

17    Q.  Did a driver ever -- did a Bush Truck lessee

18  ever communicate to you directly about a repair to

19  that Bush Truck lessee's tractor?

20            MR. RHODE:  At any point in time from

21  when he was working with his father to the present?

22            MR. REDA:  Yes.

23            THE WITNESS:  Yes.

24  /////

1   BY MR. REDA:

2       Q.  Since the end of --

3       **A.  Well, it's --**

4       Q.  Oh, go ahead.

5       **A.  I'm not sure a tractor specifically, but a**

6   **vehicle.**

7       Q.  Okay.

8       **A.  Light-, medium- or heavy-duty truck, I'm not**

9   **sure which it was, but...**

10      Q.  Okay.  Were you normally involved in those

11  communications or was somebody else in the company?

12      **A.  It depends what point in time.**

13      Q.  I could rephrase it.

14          MR. RHODE:  Hold on.  Let him finish,

15  Bob.

16          MR. REDA:  Go ahead.

17          THE WITNESS:  When I started in the

18  leasing business, I would assist people in getting

19  service.

20  BY MR. REDA:

21      Q.  And that was at your father's company?

22      **A.  Yes.**

23      Q.  Since you started your own company, have you

24  been involved in the conversations with the lessees

1   regarding either preventative maintenance and/or

2   repairs?

3      **A.  Yes.**

4      Q.  In what way?

5      **A.  If they had warranty issues, if I could**

6   **assist, if we can -- and this -- whether they were**

7   **maintenance customers or not maintenance customers,**

8   **any way we could assist them as far as getting**

9   **trucks fixed, getting trucks covered under warranty,**

10  **those types of things.**

11     Q.  All right.  Were you -- as it relates to All

12  Ways Auto since the end of 2016 through the current

13  date, have you been involved in discussions with

14  the Bush Truck Leasing lessees, who are working

15  with All Ways Auto, regarding preventative

16  maintenance on their tractors?

17              MR. RHODE:  Objection to form, lacks

18  foundation.

19              THE WITNESS:  No, I don't believe so.

20  BY MR. REDA:

21     Q.  So who in -- let's go back to dates again.

22          Since the end of 2016 through today's date,

23  who were the people employed by Bush Truck Leasing,

24  who were supposed to work with Bush Truck Leasing

1  lessees, who were working with All Ways Auto,

2  regarding their preventative maintenance services?

3          MR. RHODE:  Objection to form.

4          THE WITNESS:  The maintenance

5  department.

6  BY MR. REDA:

7     Q.  Okay.  And who within the maintenance

8  department was specifically assigned to work with

9  the Bush Truck lessees, who were working with All

10  Ways Auto, regarding their preventative

11  maintenance?

12          MR. RHODE:  Objection to form.

13          THE WITNESS:  There wasn't a specific

14  person or -- the department in general.

15  BY MR. REDA:

16     Q.  You could agree with me that those questions

17  are very long, so I'm going to ask you to hopefully

18  agree with me to shorten them.

19          When I refer to "Bush Truck lessees" from

20  here on out, I'm referring to those Bush Truck

21  lessees that were working with All Ways Auto under

22  the program agreement with Bush Truck Leasing.

23          Is that okay?

24     **A.  So from now on, we're always talking about**

1  **All Ways Auto, right?**

2     Q.  Yes.

3     **A.  Okay.**

4     Q.  Is that okay?

5     **A.  Gotcha.  Yes.**

6     Q.  Okay.  Otherwise, I'll have these questions

7  going to be like, you know, 50 words long.

8        So in 2016, I think you said that -- at the

9  end of 2016, you said that there was less than 10

10  people in the maintenance department.  Is that

11  correct?

12            MR. RHODE:  Objection to form.

13            THE WITNESS:  I did -- it sounds

14  correct, yes.

15  BY MR. REDA:

16     Q.  All right.  Was Larry Vanover employed by

17  Bush Truck Leasing at the end of 2016 in the

18  maintenance department?

19     **A.  Yes.**

20     Q.  Was Jim Olson employed by Bush Truck Leasing

21  at the end of 2016 in the maintenance department?

22     **A.  I believe so.  I'm not -- again, I'm not sure**

23  **of the dates of employment, but I believe so.**

24     Q.  Was Doug Ritchie employed by Bush Truck

1    Leasing at the end of 2016 in the maintenance

2    department?

3        **A.   I'm not definite on that.   I -- he might have**

4    **came later.**

5        Q.   Was Ed Soder or Sowder employed --

6        **A.   Sowder?**

7        Q.   Sowder.   Okay.

8        **A.   Sowder, yeah.**

9        Q.   S-O-W-D-E-R.

10            Was he employed by Bush Truck Leasing at the

11    end of 2016 in the maintenance department?

12        **A.   I believe so.**

13        Q.   Can you recall anybody else that was

14    employed by Bush Truck Leasing in the maintenance

15    department at the end of 2016?

16            MR. RHODE:   Other than -- I'm sorry.

17    Other than the three you just mentioned and Treasa

18    and Larry, Bob?

19            MR. REDA:   I didn't know -- oh, I

20    didn't know Treasa was involved.   Okay.   I'll ask

21    you that.

22            MR. RHODE:   Oh, I'm sorry.

23            MR. REDA:   No, that's okay.

24            MR. RHODE:   Okay.   Objection to form.

1   Go ahead.

2          MR. REDA:  I'll ask him.

3   BY MR. REDA:

4    Q.  Was Treasa Jones employed by Bush Truck

5   Leasing at the end of 2016 in the maintenance

6   department?

7    **A.  I'm not sure what date she started.  She**

8   **could have been, along with three or four other**

9   **people that I don't recall their names.**

10   Q.  All right.  But at some time -- at some

11  point in time after the end of 2016, Larry Vanover,

12  Jim Olson, Doug Ritchie, Ed Sowder and Treasa Jones

13  all were employed in the maintenance department of

14  Bush Truck Leasing?

15   **A.  At some point in time, yes.**

16   Q.  Okay.  And then you said that there was no

17  specific person assigned to preventative

18  maintenance.

19   **A.  I didn't say that.**

20   Q.  At the end of 2016, which person in the

21  maintenance department was assigned to preventative

22  maintenance services on Bush Truck lessees'

23  tractors?

24          MR. RHODE:  Objection to form and lacks

1   foundation.

2           THE WITNESS:  I can't be specific on

3   that answer.  I don't know.  You'd have to talk to

4   the department heads.  They all had different

5   responsibilities.

6   BY MR. REDA:

7       Q.  Okay.  So at the end of 2016, who was the

8   department head?

9       **A.  Larry Vanover.**

10      Q.  Okay.  When did Larry Vanover stop being the

11  department head of the maintenance department for

12  Bush Truck Leasing?

13      **A.  Never has.**

14      Q.  Oh.  So Mr. Vanover is currently the head of

15  the maintenance department for Bush Truck Leasing?

16      **A.  Treasa Jones oversees day-to-day operations,**

17  **but she reports to Larry.**

18      Q.  Does Mr. Vanover have a title?

19      **A.  Yes.**

20      Q.  What is his current title?

21      **A.  President of Bush Specialty Vehicles.**

22      Q.  So is the maintenance -- I'll actually

23  rephrase that.

24          When you -- when we talked earlier, you said

1    you had three companies.  I assumed that Bush Truck

2    Leasing was a separate company by itself.  Is that

3    correct?

4        **A.  It is.**

5        Q.  All right.  Is Larry Vanover employed by

6    Bush Truck Leasing?

7        **A.  No.  Part of his -- some of his salary at the**

8    **time was allocated, I believe, I believe, to Bush**

9    **Truck Leasing.**

10       Q.  Did Larry Vanover get a W-2 as an employee

11   of Bush Truck Leasing ever?

12       **A.  I don't know.**

13       Q.  But currently he's the president of the

14   Specialty Vehicles company?

15       **A.  Yes.**

16       Q.  So what's Treasa Jones' title with Bush

17   Truck Leasing?

18       **A.  I don't know her official title.**

19       Q.  When you say that part of Larry Vanover's

20   pay was allocated to Bush Truck Leasing, does that

21   mean that Larry Vanover provided services for all

22   three companies that you mentioned earlier?

23              MR. RHODE:  Objection to form.

24              THE WITNESS:  No.

1  BY MR. REDA:

2  Q.  All right.  So at the end of 2016, Larry

3  Vanover provided services for both the Specialty

4  Vehicles company, as well as Bush Truck Leasing?

5  **A.  I would like to clarify.**

6  Q.  Yeah, absolutely.  Yeah, sure.

7  **A.  I'm not sure that -- how salaries and so**

8  **forth are allocated and I'm not sure that the**

9  **maintenance group wasn't actually part of Bush**

10  **Specialty Vehicles instead of Bush Truck Leasing.**

11  Q.  Well, I'm going to -- on the screen, you've

12  got basically Plaintiff's Exhibit 1, which purports

13  to be a service and maintenance program agreement

14  that was between 3D Transport, Inc., and Bush Truck

15  Leasing.  Do you see that?  I can kind of like --

16  it's this section right here.

17  MR. RHODE:  Yeah, I believe the witness

18  has the exhibit in hard copy in front of him.

19  MR. REDA:  Okay.  Great.

20  BY MR. REDA:

21  Q.  Do you see this document?

22  **A.  Yes, I do, uh-huh.**

23  Q.  And if you go to the last page, page four,

24  the signature block on the right side, the name

Page 44

1  says Bush Truck Leasing.  Do you see that?

2     **A.  Correct.**

3     Q.  Does this refresh your recollection as to

4  who was actually providing services under this --

5  under the maintenance program?

6           MR. RHODE:  Objection to form.

7           THE WITNESS:  Who as in what company?

8           MR. REDA:  Yes, who as in what company.

9           THE WITNESS:  No.

10  BY MR. REDA:

11     Q.  Do you recognize that signature on the

12  bottom right?

13     **A.  Yes.**

14     Q.  Who is it?

15     **A.  Robin Stirsman.**

16     Q.  Is Robin -- can you spell her last name for

17  us.

18     **A.  I can try.  S-T-I-R-M-A-N-S (sic).**

19     Q.  Is Robin still employed by Bush Truck

20  Leasing?

21     **A.  Yes.**

22     Q.  Is she still the secretary of Bush Truck

23  Leasing?

24     **A.  Yes.**

1    Q.  Going on a limb here, I'm assuming you're

2  the president of Bush Truck Leasing?

3    **A.  Yes.**

4    Q.  Who's the treasurer of Bush Truck Leasing?

5    **A.  I'm not sure right now.**

6    Q.  Do you normally hold shareholder meetings on

7  an annual basis for Bush Truck Leasing?

8            MR. RHODE:  Objection to form.

9            THE WITNESS:  Not -- not always.

10  BY MR. REDA:

11    Q.  When was the last directors meeting you

12  recall for Bush Truck Leasing, Inc.?

13            MR. RHODE:  Objection to form and lacks

14  foundation.

15            THE WITNESS:  I don't remember.

16  BY MR. REDA:

17    Q.  Are you a shareholder of Bush Truck Leasing,

18  Inc.?

19    **A.  Yes.**

20    Q.  And you said -- if I remember correctly, you

21  said you're the only shareholder of Bush Truck

22  Leasing, Inc.?

23    **A.  Correct.**

24    Q.  And when you referred to the maintenance

Page 46

1   department earlier, were you referring to the

2   maintenance department of Bush Truck Leasing, Inc.,

3   or some other company?

4       **A.  Bush Truck Leasing, Inc.**

5       Q.  Who is the head of -- or let me rephrase

6   that.

7           At the end of 2016, who was the head of the

8   accounting department?

9       **A.  I'm not sure on the date.  I believe it was**

10  **Joe Matdey.**

11      Q.  How do you pronounce his last name?

12      **A.  Matdey, M-A-T-D-E-Y.**

13      Q.  When did Joe Matdey stop being the head of

14  the accounting department for Bush Truck Leasing?

15      **A.  Roughly 2019, 2020.**

16      Q.  And who replaced him?

17      **A.  Andy Vidourek.**

18      Q.  How do you spell his last name?

19      **A.  I'm not sure.  Vidourek.  V-I-D-E-R...**

20          MR. RHODE:  Yeah, maybe we can get the

21  spelling for the reporter at the next break.

22  BY MR. REDA:

23      Q.  Does it sound like "Bidderick"?

24      **A.  It's V, as in "Victor."**

Page 47

1      Q.  Oh, Vidourek, okay.  Okay.

2          And is Andy Vidourek currently the head of

3   the accounting department for Bush Truck Leasing,

4   Inc.?

5      **A.  Yes.**

6      Q.  What -- what was and is Jim Olson's job

7   description at Bush Truck Leasing, Inc.?

8               MR. RHODE:  Objection to form.

9               THE WITNESS:  He's in our maintenance

10  group.

11  BY MR. REDA:

12     Q.  Anything more than that, just an employee of

13  the maintenance group?

14     **A.  His exact description would have to come from**

15  **Larry Vanover or Treasa Jones.**

16     Q.  Okay.  I have the same question with Doug

17  Ritchie.  What was and is his job description for

18  the maintenance group?

19     **A.  I would give the same answer.  There are**

20  **specific duties, but I don't know if they change or**

21  **they were the same all the time.**

22     Q.  All right.  What about Ed Sowder's -- what

23  was his job description?

24     **A.  His total job description, I don't know.  He**

Page 48

1 **oversaw the maintenance department for a while.  He**

2 **reported to Larry Vanover as well.**

3     Q.  Do you know what software program Bush Truck

4 Leasing was using in the maintenance department for

5 repairs and/or maintenance to Bush Truck lessees'

6 tractors at the end of 2016?

7            MR. RHODE:  Objection to form.

8            THE WITNESS:  Not for certain.

9 BY MR. REDA:

10     Q.  Who would know that?

11     **A.  Treasa.**

12     Q.  Do you know whether or not the software that

13 was being used in the maintenance department at the

14 end of 2016 is the same software that's being used

15 currently for Bush Truck Leasing?

16            MR. RHODE:  Objection to form.

17            THE WITNESS:  I don't believe it is.

18 BY MR. REDA:

19     Q.  Do you know what -- do you know what

20 software platform Bush Truck Leasing switched to?

21     **A.  I do not.**

22     Q.  Would Treasa Jones know that?

23     **A.  I believe so.**

24     Q.  At the end of 2016, the -- Bush Truck

1  Leasing had a website, correct?

2  **A.  We had a -- yes.**

3  Q.  Did you participate in any way in the

4  drafting of the copy or text within the website at

5  the end of 2016?

6  **A.  No.**

7  Q.  Who was responsible for that?

8  **A.  Our marketing.**

9  Q.  Is that another -- is marketing another

10  department?

11  **A.  It's a person.**

12  Q.  All right.  So at the end of 2016, who was

13  your marketing person?

14  **A.  Steven Mullen.**

15  Q.  Is that M-U-L-L-E-N?

16  **A.  Yes.**

17  Q.  Is Mr. Mullen still your marketing person

18  for Bush Truck Leasing?

19  **A.  Yes.**

20  Q.  As it relates to the wording of the website

21  at the end of 2016, was Mr. Mullen the drafter of

22  all that text and copy?

23  **A.  He worked with sales, I'm sure.**

24  Q.  All right.  Did he ever review the text and

1    copy on the Bush Truck Leasing website at the end

2    of 2016?

3              MR. RHODE:  Objection to form, lacks

4    foundation.

5    BY MR. REDA:

6        Q.  I'm sorry.  With you.

7        **A.  No.**

8        Q.  It appears that the Bush Truck Leasing

9    website has changed, you know, has been updated

10   over time to the current version.

11             At any time between the end of 2016 and

12   today, did you ever work with anybody on the text

13   and copy of the Bush Truck Leasing website?

14       **A.  No.**

15       Q.  Besides Steve Mullen, who in sales would

16   have worked with him at the end of 2016?

17             MR. RHODE:  Objection to form.

18             I'm sorry, Bob, I didn't catch -- there

19   was a "him" in there.

20             MR. REDA:  Oh, yeah, I'll rephrase it.

21   BY MR. REDA:

22       Q.  The -- who besides Steven Mullen worked on

23   the 2016 Bush Truck website -- let me rephrase that

24   again.

1       At the end of 2016, specifically related to

2  the website that was published at the end of 2016,

3  who besides Steve Mullen worked on the text and

4  copy for that website?

5       **A.  I don't know.**

6       Q.  Between the end of 2016 and today's date,

7  who were the people who worked, from Bush Truck

8  Leasing, who worked on the Bush Truck Leasing

9  website copy and text?

10      **A.  I don't -- I don't know.**

11      Q.  Who would know that?

12      **A.  Steven Mullen.**

13      Q.  Did you ever review the Bush Truck Leasing

14  website at the end of 2016?

15      **A.  Not that I remember.**

16      Q.  Have you ever reviewed the Bush Truck

17  Leasing website since the end of 2016 and today's

18  date?

19      **A.  No.**

20      Q.  So if there's statements on the Bush --

21  well, let me rephrase that.

22      Do you have any knowledge, from the end of

23  2016 to today's date, whether or not any of the

24  statements that was published on the Bush Truck

Page 52

1  Leasing website were false?

2              MR. RHODE:  Objection to form, vague

3  and overbroad.

4              I mean, are you asking him about a

5  specific statement or...

6  BY MR. REDA:

7      Q.  Do you understand the question, Mr. Bush?

8      **A.  Yeah, I'm waiting for --**

9              MR. RHODE:  Yeah, I'm just going to

10  object to form.  I mean, you're asking him about

11  what might have been on the website seven years

12  ago.  I mean, if you want to ask him about a

13  specific statement -- objection to form.

14              MR. REDA:  Okay.

15  BY MR. REDA:

16      Q.  You can answer, Mr. Bush, if you understand

17  the question.

18      **A.  Ask it again, please.  I don't understand the**

19  **question.**

20      Q.  All right.  Since the end of 2016 through

21  today's date, do you have any knowledge of whether

22  any of the statements on the Bush Truck Leasing

23  website were false?

24      **A.  No.**

Page 53

1    Q.  All right.

2            MR. RHODE:  I mean, same object -- just

3    a standing objection to questions about every word

4    on a website for seven years that you're not

5    showing him, so objection.

6            MR. REDA:  No, that's okay.  I get it.

7    Yeah, yeah, yeah, I understand where you're going

8    with it.

9            Give me one second.  I want to bring up

10   some stuff here.

11           MR. RHODE:  Is this going to be another

12   document?

13           MR. REDA:  Yeah, but I got to find it.

14   Give me a second here.

15           MR. RHODE:  If you know what you're

16   looking for, we could just go off the record now

17   and I can start thumbing through the hard copies to

18   save time.

19           MR. REDA:  Yeah.  What I'm doing is,

20   I'm trying to find it so I could give you where

21   it's at.  That's what I'm looking at right now.

22           MR. RHODE:  Okay.  And we could

23   probably go off the record.

24           MR. REDA:  Yeah.  Why don't we take a

Page 54

1   three-, four-minute break.

2            (Recess taken from 9:31 to 10:00,

3   central time.)

4   BY MR. REDA:

5      Q.  Okay.  Within Plaintiff's Exhibit 2,

6   Mr. Bush --

7      **A.  Yes.**

8      Q.  -- it looks like the second email down.

9   It's the one that's highlighted, November 2nd,

10  2016, that's from you to Mr. Georgiev.  Do you see

11  that?

12           MR. RHODE:  Yeah.  Hold on just so I

13  can explain to him what -- so what he's handed to

14  you, it's a three-page document for the record.

15  Feel free to -- the way emails work is the oldest

16  in time is at the bottom, so feel free to review --

17  Bob would tell you this, but any time you're handed

18  a document, feel free to review it, familiarize

19  yourself with it, and then he'll likely have some

20  questions for you on it.

21           THE WITNESS:  Okay.

22           MR. RHODE:  It's a three-page document,

23  right, Bob?

24           MR. REDA:  Yes, it is.

Page 55

1          MR. RHODE:  Okay.

2          THE WITNESS:  Okay.

3     BY MR. REDA:

4       Q.  Do you recognize that series of emails in

5     Exhibit 2?

6          Or let me rephrase that.  I'll do it the

7     formal way.

8          I'm showing you what's been marked as

9     Plaintiff's Exhibit 2.  It's a three-page document,

10     including multiple emails.

11          Do you recognize these emails?

12       **A.  They seem familiar, yes.**

13       Q.  Okay.  So I want to direct your attention to

14     the November 2nd, 2016, 4:06 p.m. email from you to

15     Mr. -- to Jordan.  Do you see that email?

16       **A.  November 16th at what time?**

17       Q.  November 2nd, 2016.

18       **A.  2016.**

19       Q.  It's the second email on the first page.

20     I've highlighted it in yellow.

21       **A.  Yes, I see it, uh-huh.**

22       Q.  All right.  Is that a true and accurate copy

23     of the email that you sent to Mr. Jordan November

24     2nd, 2016?

Page 56

1   A.   I assume it is.

2   Q.   Do you have any reason to believe it's not?

3   **A.   No.   It seems like the conversation -- or the**

4   **emails that went back and forth after he called**

5   **looking for a truck program.**

6   Q.   If you look at the second sentence in the

7   November 2nd email, it starts with the word

8   "agreement," with the addendum and two years of

9   company's financial statements.  Do you see that?

10  **A.   Yes.**

11  Q.   Why did you need All Ways Auto's financial

12  statements in this November 2nd, 2016 email?

13  **A.   Make sure they had the wherewithal to stand**

14  **behind the program.  If the driver defaulted, they**

15  **would have to pay the payments until they got it --**

16  **the truck reseated.  That was their responsibility,**

17  **so I had to make sure they had the wherewithal to do**

18  **so.**

19  Q.   Okay.  And then if you go down to the --

20  basically the second paragraph in the email, it

21  says:  I will have the program guide to you tonight

22  or tomorrow.  Do you see that?

23  **A.   Yes.**

24  Q.   So is it correct that on November 2nd, 2016,

1  you were going to provide the Bush Truck Leasing

2  program agreement to Jordan the following day?

3              MR. RHODE:  Objection to form.

4              Did you say -- objection, form.

5  BY MR. REDA:

6      Q.  You could answer if you understand it.

7      **A.  I -- I'm not sure what you said there.  Go**

8  **ahead.**

9      Q.  All right.  I could rephrase it.

10             You say in the email:  I will have the

11  program guide to you tonight or tomorrow.  Do you

12  see that?

13     **A.  Yes.**

14     Q.  You provide Jordan a copy of the program

15  agreement?

16             MR. RHODE:  Objection to form.

17             THE WITNESS:  That's two different

18  things.  The program guide and the program

19  agreement are two different things here.

20  BY MR. REDA:

21     Q.  Oh, okay.  Can you explain the difference.

22     **A.  The program guide is just the procedures of**

23  **how the program would work on a daily basis, that**

24  **gets approved by the corporate sponsor before you**

1 **roll it out to the drivers.**

2    Q.   Okay.   Is that -- does that program guide

3 relate to the relationship between Bush Truck

4 Leasing and All Ways Auto or does it relate to All

5 Ways -- I mean, Bush Truck Leasing and the driver

6 lessees?

7    **A.   It's -- it's geared towards how we present**

8 **the program to the drivers, the program guide is.**

9 **Is that what we were talking about, the program**

10 **guide?**

11    Q.   Yes.

12    **A.   Okay.**

13    Q.   Yes.   Yes.

14    **A.   But it's approved and helped structured by**

15 **the corporate sponsor, or AW.**

16    Q.   Okay.   So -- I'll get this correct.   So the

17 program guide that you were going to deliver to

18 Jordan through the November -- after the November

19 2nd, 2016 email, relates to how Bush Truck Leasing

20 is going to deal with their -- Bush Truck Leasing

21 lessees?

22             MR. RHODE:   Objection to form.

23             THE WITNESS:   Yes.   It's how they --

24 yes.

1  BY MR. REDA:

2    Q.  Okay.  If you go down a little further --

3  I'll just kind of sort of highlight it so we can

4  all have kind of the same picture here.

5              MR. RHODE:  By the way, we're not --

6  I'll try to direct the witness.  We're not going

7  to -- he's not going to see that highlighting, but

8  I can, and so I could try to help him if he can't

9  find where you are.

10             MR. REDA:  Oh, he can't -- oh, he does

11  have the screen, the shared screen?

12             MR. RHODE:  It's -- it's very small

13  because he wants to be able to see you, but that's

14  okay.  Just I think he'll be able to find it on his

15  document.

16             MR. REDA:  All right.  Then I'll walk

17  him through like I did before.  First sentence,

18  second sentence, first word, I'll go that route.

19             MR. RHODE:  Yep.

20  BY MR. REDA:

21    Q.  All right.  So if you go to the next page of

22  Exhibit 2, there is a Tuesday, November 1st, 2016

23  email at 5:30 p.m. from you to Jordan.  Do you see

24  that?

1    **A.   Yes, uh-huh.**

2    Q.   All right.  Is that a true and accurate copy

3    of the November 1st, 2016 email you sent to Jordan

4    on or about -- at or about 5:30 p.m.?

5    **A.   It looks like it.**

6    Q.   All right.  In the second sentence of the

7    first paragraph, you say:  We have a vested

8    interest in the independent contractor's success,

9    comma, so our entire program is based upon helping

10   contractors be successful.  Do you see that?

11   **A.   Yes.**

12   Q.   And you wrote that, correct?

13   **A.   Correct.**

14   Q.   Okay.  So how is your program helpful for

15   contractors to be successful?

16              MR. RHODE:  Objection to form.

17              THE WITNESS:  Well, the main thing is

18   the driver -- the contractors can't be successful

19   unless they can acquire a truck.

20              MR. REDA:  Okay.

21              THE WITNESS:  Our program allows them

22   to acquire a truck.

23   BY MR. REDA:

24   Q.   Okay.  Anything else?

Page 61

1    **A.  We approve them for financing.**

2    Q.  Okay.

3    **A.  Those are the biggest things.**

4    Q.  So just acquisition of a truck and

5  financing?

6    **A.  And helping them have the resources to take**

7  **care of the truck as they continue through the**

8  **lease.**

9    Q.  Was there anything related to preventative

10  maintenance?

11    **A.  That's one of the resources, uh-huh.**

12    Q.  Okay.  So one of the -- one of the ways the

13  program helps the contractors be successful is

14  through preventative maintenance?

15          MR. RHODE:  Objection to form.

16          THE WITNESS:  Having the money, yes,

17  available to do the preventative maintenance.

18  BY MR. REDA:

19    Q.  Under the program, who was going to actually

20  do the preventative maintenance, Bush Truck Leasing

21  or some third party?

22          MR. RHODE:  Objection to form, vague,

23  and the word "execute."

24          THE WITNESS:  Third party.

Page 62

1  BY MR. REDA:

2    Q.  Was truck repairs part of the program to

3  help the contractors be successful?

4          MR. RHODE:  Objection to form.

5          THE WITNESS:  Certain types of repairs.

6  BY MR. REDA:

7    Q.  And who was going to provide those repairs,

8  Bush Truck Leasing or a third party?

9          MR. RHODE:  Objection to form, "third

10  party."

11          THE WITNESS:  Third party.

12  BY MR. REDA:

13    Q.  When we talk about third parties, you're

14  talking about third-party repair shops, correct?

15    **A.  Correct.**

16    Q.  And those repair shops could be anything

17  from the -- a dealership, all the way down to a ma

18  and pop repair shop?

19          MR. RHODE:  Objection to form.

20          THE WITNESS:  Yes.

21  BY MR. REDA:

22    Q.  What about discounts on the repairs, was

23  that part of the program?

24    **A.  We would negotiate the best price with the**

Page 63

1  repair shop.

2     Q.  And then would you pass that best price down

3  to the truck lessees?

4     **A.  Yes, some of it.**

5     Q.  When you say "some of it," what does that

6  mean?

7     **A.  That in some cases it might be split, the**

8  **savings.**

9     Q.  Split between whom?

10     **A.  Us and the lessee.**

11     Q.  How would that work?  Explain that to me.

12          MR. RHODE:  Objection to form, vague,

13  overbroad, lacks foundation.

14          THE WITNESS:  If we were able -- it

15  depends on if it's a national provider, we had a

16  national account with somebody.  Let's say they

17  gave us a 20 percent discount.  We might keep five

18  of it and give 15 percent to the...

19  BY MR. REDA:

20     Q.  Prior to using Dickinson freight services,

21  did Bush Truck Leasing use another intermediary or

22  third party to manage the maintenance program?

23          MR. RHODE:  Objection to form.

24          THE WITNESS:  Well, we viewed Dickinson

Page 64

1  as another vendor of ours, but no.

2  BY MR. REDA:

3      Q.  So Dickinson freight service didn't actually

4  provide the repairs, did they?  They basically

5  shopped it out to third-party vendors, right?

6              MR. RHODE:  Objection to form.

7              THE WITNESS:  No.  They provided

8  repairs.

9  BY MR. REDA:

10     Q.  So Dickinson freight services had repair

11 facilities?

12     **A.  They had some physical facilities and they**

13 **had their own mobile trucks.**

14     Q.  Okay.  Did Bush Truck Leasing have mobile

15 trucks?

16     **A.  No.**

17     Q.  Did Bush Truck Leasing have a 24-hour call

18 center for their lessees to use in the case of

19 breakdowns?

20     **A.  Yes.**

21     Q.  And who was responsible for that call

22 center?

23     **A.  Well, we had a rotating staff that would take**

24 **turns staying up all night taking those calls.**

Page 65

1    Q.  Who was in charge of the call center?

2    **A.  Larry Vanover.**

3    Q.  The whole time between the end of 2016 and

4    currently?

5    **A.  Well, he was the head.**

6    Q.  I know.  I'm trying to get a time frame.

7        Was he the head all the way from the end of

8    2016 through today?

9    **A.  He's been the head of our maintenance group,**

10   **yes.**

11   Q.  Okay.  So in 2016, who were some of the

12   names of the people that would man the call center

13   for the 24 hours?

14   **A.  Larry himself, Treasa, Ed Jones -- or Ed --**

15   **what's his last name?  Ed --**

16   Q.  Sowder?

17   **A.  Ed Sowder, yeah.  Doug Ritchie.  I believe**

18   **there's a Sheri that was in charge -- took the**

19   **calls.  Jim.  Yeah, Jim.**

20   Q.  Did that call center ever shutdown between

21   the end of 2016 and today's date?

22   **A.  Well, we had a backup vendor to do that if it**

23   **did.**

24   Q.  Who was the backup vendor?

Page 66

1    **A.   I believe it was part of the NationaLease**

2    **group.**

3    Q.   So let me rephrase that, I guess, in a way.

4         Did the 24-hour Bush Truck Leasing call

5    center shutdown permanently at any point between

6    the end of 2016 and today's date?

7              MR. RHODE:  Objection to form, asked

8    and answered.

9              THE WITNESS:  I don't believe so.

10   BY MR. REDA:

11   Q.   So Bush Truck Leasing currently has a

12   24-hour call center to assist Bush Truck Leasing

13   lessees in the case of breakdowns, repairs,

14   preventative maintenance?

15             MR. RHODE:  Objection to form.  Go

16   ahead.

17             THE WITNESS:  Our maintenance -- our

18   maintenance customers, yes.

19   BY MR. REDA:

20   Q.   Okay.  Is Bush Truck center employees

21   manning that call center or is there a third party

22   manning the call center?

23   **A.   I don't know.**

24   Q.   Who would know that?

Page 67

1    **A.   Treasa or Larry.**

2    Q.   All right.  I mentioned Dickinson freight

3    services earlier.  Is it Dickinson freight services

4    who was answering the calls from the 24/7 call

5    center?

6    **A.   They may be now.**

7    Q.   Do you know when Dickinson freight center

8    took over Bush Truck Leasing's 24/7 call center?

9            MR. RHODE:  Objection to form and

10   misstates testimony.

11           THE WITNESS:  I don't.

12   BY MR. REDA:

13   Q.   Going back to this Plaintiff's Exhibit 2,

14   the second paragraph, it's -- because you just got

15   the documents in front of you, you're not looking

16   at the screen, so it makes it a little bit

17   difficult, but going back to that same Plaintiff's

18   Exhibit 2, the November 1st, 2016 email, on page

19   two, the second paragraph, very first sentence

20   says:  I have attached our corporate sponsor

21   agreement for your review.  Do you see that?

22   **A.   Yes.**

23   Q.   Is that the program agreement between All

24   Ways Auto and Bush Truck Leasing that you're

Page 68

1   referencing there?

2       **A.  Correct.**

3       Q.  Okay.

4           All right.  I'm going to -- I'm referencing

5   now Plaintiff's Exhibit 3.  It's another document

6   that may -- I hope is in front of you.  It's

7   actually 19 pages long.

8               MR. RHODE:  Okay.  Give us -- just give

9   me a minute, Bob.

10              MR. REDA:  Yeah.

11              MR. RHODE:  Are we done with 2 for

12  right now?

13              MR. REDA:  Well, I'd leave it in front

14  of him because I might go back to it.

15              MR. RHODE:  Okay.

16              All right.  I have handed the witness

17  what you've marked at the top Plaintiff's Exhibit

18  3.

19              MR. REDA:  Great.

20  BY MR. REDA:

21      Q.  So, again, I'm showing you what's been

22  marked as Plaintiff's Exhibit 3 and --

23              MR. RHODE:  Just to -- just make sure

24  we're -- is this a January 19th, 2022 email?

Page 69

1          MR. REDA:  No.  If you look right below

2    that, it says "forwarded message."  Do you see

3    that?

4          MR. RHODE:  Oh, okay.

5    BY MR. REDA:

6      Q.  So the date is basically November 3rd, 2016,

7    at 11:18 a.m., from yourself to Jordan again.  Do

8    you see that email?

9      **A.  Yes, uh-huh.**

10     Q.  All right.  So in the very first sentence,

11   you say:  I've attached the program guide that I

12   mentioned, period.  Do you see that?

13     **A.  Yes.**

14     Q.  So November 3rd, 2016, is the day you

15   delivered the program guide to Jordan?

16          MR. RHODE:  Objection to form, lacks

17   foundation.

18          MR. REDA:  I'll rephrase that.  Let me

19   rephrase that.

20   BY MR. REDA:

21     Q.  Does this appear to be a true and accurate

22   copy of your November 3rd, 2016 email from yourself

23   to Jordan?

24     **A.  It appears, yes.**

Page 70

1    Q.  And if you actually look, the subject line

2  of your email, do you see it there, subject, colon,

3  emailing, dash, Bush Truck Leasing program guide --

4  **A.  Uh-huh.**

5    Q.  -- for AW Transport, 2016, PDF.  Do you see

6  that?

7          MR. RHODE:  Yeah, objection to form to

8  the extent it mischaracterizes the email you're

9  referring to.

10  BY MR. REDA:

11    Q.  Mr. Bush, you do see that, though, right?

12  **A.  I do see it, uh-huh.**

13    Q.  Okay.  Did you attach the program guide to

14  this November 3rd, 2016 email?

15  **A.  I think so.**

16    Q.  Well, if you look at the very first sentence

17  within the body of the e-mail, it says:  I have

18  attached the program guide that I had mentioned.

19  Do you see that?

20  **A.  Yes.**

21    Q.  Does that refresh your recollection as to

22  whether or not you attached the program guide in

23  this November 3rd, 2016 email to Jordan?

24  **A.  It doesn't refresh my recollection.  It**

1    **states that I did, though.**

2        Q.   Okay.  Do you have any facts or beliefs that

3    you didn't attach it to this email?

4        **A.   I believe I would have sent him something**

5    **that looked -- to review, yes.**

6        Q.   Okay.  Do you believe that you sent him the

7    program guide on or about November 3rd, 2016?

8        **A.   I believe I sent him the program guide to get**

9    **his thoughts and opinions on what it -- how the**

10   **program should roll out.**

11       Q.   Okay.  Now, if you go -- you've got to go

12   down a little bit, but on page three of this

13   exhibit --

14       **A.   Okay.**

15       Q.   -- that starts the program guide.  Is that

16   correct?

17               MR. RHODE:  And, Bob, just for the

18   record, I'll just -- I'll just object to the extent

19   this document is actually an email from

20   Mr. Georgiev to you with an attachment, but he's on

21   the right page that you are asking about.

22               So with that objection, the witness is

23   now looking at the first page of the Bates labeled

24   AW196201.

Page 72

1  BY MR. REDA:

2    Q.  So let me ask -- Mr. Bush, going back to

3  page one on this particular email, right, absent

4  the forwarding from my client to me of your email

5  to him, do you have any reason to believe that this

6  November 3rd, 2016 email from you to Mr. Jordan at

7  11:18 a.m. is not true and accurate?

8            MR. RHODE:  Objection to form to the

9  extent it calls for the witness to speculate about

10  what or was not sent to Jordan to you, so

11  objection.

12            You can answer the question.

13            THE WITNESS:  I don't have any reason

14  to believe it's not, no.

15            MR. REDA:  Okay.  If we're going to

16  fight over this kind of stuff, we're going to be

17  here for a long time.

18  BY MR. REDA:

19    Q.  All right.  So going back to the Bush Truck

20  Leasing program guide that starts on page three, I

21  would like you to look at page three through 19,

22  and I'm going to ask you point blank:  Is this a

23  true and accurate copy of the Bush Truck Leasing

24  program guide that you sent to Jordan on or about

1   November 3rd, 2016.

2        So please review it.  I'll ask you that

3   question when you're done reviewing it.

4   **A.  It looks like something I would have sent out**

5   **for his review.**

6   Q.  Is that a true and accurate copy of the

7   program guide that was in existence at the end of

8   2016 for Bush Truck Leasing?

9             MR. RHODE:  Objection to form, asked

10  and answered.

11            THE WITNESS:  I don't recall.  It looks

12  like it could have been if -- if Jordan and AW and

13  his team agreed to that's what they wanted in the

14  program.

15  BY MR. REDA:

16  Q.  So are you saying that -- are you saying

17  that Jordan negotiated the contents of the program

18  guide with you prior to entering into the program

19  agreement?

20            MR. RHODE:  Objection to form,

21  mischaracterizes his testimony.

22            THE WITNESS:  It wasn't negotiated.  It

23  was a team effort, that a corporate sponsor would

24  look at it and make sure it was affordable and the

Page 74

1    type of program that he wanted in the program, type

2    of equipment, the payments were affordable, we had

3    the mileages right on the maintenance, those types

4    of things.

5    BY MR. REDA:

6        Q.  But I'm asking you:  Did Jordan negotiate

7    the terms --

8        **A.  No.**

9        Q.  -- of this contract?

10       **A.  Negotiate --**

11               MR. RHODE:  Hold on, hold on, hold on.

12   Let him finish and then I might have an objection,

13   then you can answer.

14               Sorry.  Go ahead, Bob.

15   BY MR. REDA:

16       Q.  Did Jordan negotiate the program agreement

17   text with you that is in Exhibit 3?

18               MR. RHODE:  Objection to form, asked

19   and answered.

20               THE WITNESS:  It wasn't negotiated.  We

21   didn't negotiate between the two of us.  We

22   designed it.

23   BY MR. REDA:

24       Q.  How did you design the program agreement

1   that is attached to Exhibit 3?

2           MR. RHODE:  Objection to form,

3   mischaracterizes the document.

4           THE WITNESS:  The selection or the

5   vintage of the equipment, the type of equipment,

6   what was affordable for the contractors, those

7   things he had better knowledge on than we did, and

8   so we honored what they -- well, we respected that,

9   and we designed a program after their wishes.

10  BY MR. REDA:

11      Q.  Okay.  Did -- in discussing this kind of --

12  these topics with Jordan prior to entering the

13  program agreement, did Jordan bring up that he

14  wanted -- one of the biggest issues for him was

15  that the trucks have all the preventative

16  maintenance done on schedule?

17      **A.  It wasn't an early-on discussion.  When he**

18  **first called me, he said he had heard good things**

19  **about us and he had -- he had been with Quality and**

20  **Cure and some of the other leasing companies that**

21  **weren't working out, he had 10 contractors that**

22  **needed to get in trucks, and that's what started the**

23  **process.  And so we then started working on the --**

24  **on the program.**

Page 76

1      Q.  Okay.  When did Jordan's request or -- when

2    did the topic of preventative maintenance come up

3    between you and Jordan?

4      **A.  It wasn't a big topic.  He saw it in -- he**

5    **saw it in the offering, in the -- the program guide**

6    **that we sent to him for his review that we had to**

7    **have as part of the program.**

8      Q.  Is it -- is Exhibit 3 the program guide that

9    you sent to him?

10     **A.  Well, we -- it looks like it could have been,**

11   **yeah.**

12     Q.  Okay.  So if you go to page eight of Exhibit

13   3.

14            MR. RHODE:  Give us the Bates label,

15   Bob.

16            MR. REDA:  Where is it?  A -- oh, no,

17   that's not it.  AW -- hang on.  It won't let me get

18   there.  Hang on.

19            AW196206.  It's page eight of Exhibit

20   3.

21            MR. RHODE:  All right.  Hold on.  I'll

22   get there for the witness.

23            206?

24            MR. REDA:  Yeah.  Yes.

Page 77

1          THE WITNESS:  Okay.

2     BY MR. REDA:

3          Q.  Do you see at the bottom of page AW196206,

4     it actually says "what's covered."  Do you see that

5     there?

6          **A.  Yes, uh-huh.**

7          Q.  Very first bullet point says:  All

8     preventative maintenance based on manufacturer's

9     recommendations.  Do you see that?

10         **A.  Yes.**

11         Q.  What does that mean to you?

12         **A.  That preventative maintenance, oil changes**

13    **and so forth would be done based on the**

14    **manufacturer's schedule.**

15         Q.  Okay.  Does manufacturer's recommendations

16    related to preventative maintenance include things

17    other than oil changes?

18              MR. RHODE:  Objection to form and lacks

19    foundation.

20              THE WITNESS:  You'd have to check with

21    Larry and Treasa on that.  I think there's

22    different services at different points in time.

23    BY MR. REDA:

24         Q.  Okay.  And you also talk about, the fourth

Page 78

1   bullet line down, tire replacements and alignments

2   due to normal wear.  Do you see that?

3       **A.  Yes.**

4       Q.  It's my understanding that at some point in

5   time, Bush Truck Leasing -- let me rephrase that.

6           It's my understanding that some time after

7   the end of 2016, Bush Truck Leasing stopped using

8   the maintenance accounts for tire replacements.  Is

9   that true?

10      **A.  That's not true.**

11      Q.  So at no time did Bush Truck Leasing stop

12  allowing its lessees to use the maintenance account

13  for tire replacements?

14              MR. RHODE:  Objection to form.

15              THE WITNESS:  Their agreement called

16  for two tire -- tire replacements throughout the

17  entire agreement, so it's limited.  And then they'd

18  have to have money in their maintenance fund to,

19  obviously, have -- to pay for tires.

20              So if they were over their limit of two

21  tire -- two tire changes and/or didn't have money

22  in their maintenance account, then they wouldn't

23  have got tires, but that's the only case that AW

24  was limited on tires.

1    BY MR. REDA:

2       Q.  So what was -- you're the president of the

3    company.  What was the average term of a Bush Truck

4    Leasing lease with a lessee?

5               MR. RHODE:  Objection to form, lacks

6    foundation, overbroad.

7               THE WITNESS:  It depended on the

8    vintage of the truck and mileage they were driving,

9    so it changed.

10   BY MR. REDA:

11      Q.  Was there a minimum amount of years that you

12   had on a lease?

13      **A.  Minimum amount?**

14      Q.  Yeah.

15              MR. RHODE:  Objection to form.

16              THE WITNESS:  No.

17   BY MR. REDA:

18      Q.  Okay.  How often would a truck -- let's say

19   a truck did -- a tractor did a hundred thousand

20   miles in a year.  How often would they have to

21   replace their tires?

22              MR. RHODE:  Objection to form, lacks

23   foundation, calls for speculation.

24              THE WITNESS:  Yeah, it would depend if

Page 80

1  they got used tires or new tires when they got the

2  truck.

3  BY MR. REDA:

4    Q.  Let's go with new tires.  So how fast would

5  a new pair of tires wear out, let's call it

6  mileage, if you know?

7    **A.  That's probably a better question for Larry**

8  **or Treasa.  I'm not good to answer that.**

9    Q.  Do you know?  Would you know?

10    **A.  No.**

11    Q.  Okay.  The second to the bottom one, it says

12  "retention and documentation of maintenance

13  history."  Do you see that?

14    **A.  Yes, uh-huh.**

15    Q.  All right.  When Bush Truck Leasing acquired

16  new trucks from the end of 2016 until the current

17  date, did Bush Truck Leasing get the maintenance

18  history of those tractors at the time they acquired

19  the used tractor?

20          MR. RHODE:  Objection to form.  And

21  also, Bob, I'll just warn you, you're now heading

22  into territory that a Court ruled was irrelevant,

23  but with --

24          MR. REDA:  Yeah, you can warn me all

1  you want.  I asked the question.

2              MR. RHODE:  That's fine.  I mean, let

3  me finish my objection.

4              MR. REDA:  Yeah.  All right.

5              MR. RHODE:  So with that objection, if

6  you -- if you can answer that question, go ahead.

7              THE WITNESS:  Restate the question.

8  BY MR. REDA:

9      Q.  When --- from the end of 2016 to the current

10  date, when Bush Truck Leasing acquired used trucks,

11  did Bush Truck Leasing receive the maintenance

12  history for that truck for the previous ownership?

13              MR. RHODE:  Objection to form,

14  overbroad, lacks foundation.

15              I don't know -- if you understand the

16  question, you can answer it.

17  BY MR. REDA:

18      Q.  Do you understand the question?

19      **A.  I don't believe so.**

20      Q.  All right.  Did -- where did Bush Truck --

21  from the end of 2016 to the current date, where is

22  Bush Truck Leasing acquiring these used trucks

23  from?

24      **A.  The used trucks usually come from the**

1  dealerships of either -- usually dealerships that

2  the larger trucking companies set up, like Swift or

3  Warner or somebody like that.

4      Q.  Did you ever acquire -- or since the end of

5  2016 to the current date, did Bush Truck Leasing

6  acquire any of the trucks through truck auctions?

7      A.  No.

8      Q.  All right.  I'm going to show you what's

9  been marked as Exhibit 4.  I'm sorry, Plaintiff's

10  Exhibit 4.  Do you see that?

11      A.  Do you have a page on this?

12      Q.  It's -- the very first page says "Bush Truck

13  Leasing program guide."

14              MR. RHODE:  Are you on a new exhibit,

15  Bob?

16              MR. REDA:  Yeah.  I'm showing what's

17  been marked as Plaintiff's Exhibit 4.

18              MR. RHODE:  Okay.  Give us a minute.

19              THE WITNESS:  Okay.

20  BY MR. REDA:

21      Q.  Do you see Exhibit 4?

22      A.  Yes, uh-huh.

23      Q.  It's a 17-page document, correct?

24      A.  Are the pages numbered or do you want me to

1  **count them?**

2    Q.  Well, yeah, count them, why not.  Let's make

3  it solid.

4    **A.  Okay.  I got fat thumbs.  It'll take a while.**

5    Q.  All right.  I could wait.

6    **A.  I think you're right, yeah.**

7    Q.  Okay.  Is Plaintiff's Exhibit 4 a true and

8  accurate copy of the Bush Truck Leasing program

9  guide that you sent to Jordan in 2016?

10           MR. RHODE:  Objection to form, lacks

11  foundation and mischaracterizes the document.

12           Did you say 2016 or 2019, Bob?

13           MR. REDA:  2016.

14           THE WITNESS:  I don't think it was

15  2016.  It says 2019 on it.

16  BY MR. REDA:

17    Q.  Well, if you look at -- look at the very

18  first page, will you, and look at the bottom right.

19  Do you see that?  It says BTL, underscore, AW,

20  underscore, 010859.  Do you see that?

21    **A.  Okay.  Yeah.**

22    Q.  Okay.  Why did you produce this document to

23  me, then?  If it's a 2019 document and your

24  relationship started in 2016, what's the purpose of

Page 84

1   this exhibit?

2           MR. RHODE:  Hold on a sec.  Objection

3   to the form and also to the extent I'll object

4   under -- I believe it's Rule 1006, Bob, to the

5   extent you're attaching a document that doesn't

6   include the cover email, but with that objection,

7   to the extent you can answer this question, go

8   ahead.

9           THE WITNESS:  I need some more time for

10  your -- let me glance at it real quick.

11          MR. REDA:  All right.

12          THE WITNESS:  Okay.  Your question,

13  please?

14  BY MR. REDA:

15   Q.  Except for the 2019 year on the front page

16  of Exhibit 4, is this a true and accurate copy of

17  the Bush Truck Leasing program guide that you

18  provided to Jordan in November of 2016?

19          MR. RHODE:  Objection to form,

20  misstates the document and the evidence.

21          THE WITNESS:  I believe it was what I

22  sent to Jordan to get his feedback on and, again,

23  to help design the program, since the model years

24  obviously change over time, and he had a lot of

Page 85

1    unseated trucks in his fleet, so maybe to encourage

2    drivers to go into some of those trucks.

3    BY MR. REDA:

4        Q.  Do you believe that this Exhibit 4 was

5    re-sent to Jordan in 2019?

6            MR. RHODE:  Same objections, form and

7    misstates the evidence.

8            THE WITNESS:  What do you mean by

9    "re-sent"?

10   BY MR. REDA:

11       Q.  Well, it's dated 2019.

12       **A.  I think this was sent to Jordan to get his**

13   **feedback.**

14       Q.  When?

15       **A.  In 2019.**

16       Q.  Even though the relationship started in

17   2016?

18       **A.  Yeah.  I think the program was dormant.  AW**

19   **wasn't reseating the trucks.  It wasn't using us for**

20   **their contractors.  They were putting them in Ryder**

21   **trucks or doing something else.  And I was trying to**

22   **encourage him to abide by the corporate sponsor**

23   **agreement and send us -- send us the contractors.**

24       Q.  Okay.  And you believe you sent this to him

Page 86

1    in 2019?

2       **A.   I believe that because that's the date on**

3    **here, yes.**

4       Q.   Okay.  I'm going to direct your attention to

5    Plaintiff's Exhibit 5.

6                MR. RHODE:  All right.  Can we take

7    just a quick break?

8                Bob, let me know what the

9    next -- could you give me the next three and I'll

10   make sure we have them.

11               MR. REDA:  They're right -- they're in

12   the list.  Just look in the -- look in the folder.

13   They're all labeled.  They're all right there, 1,

14   2, 3, 4, 5, 6, to 15.

15               MR. RHODE:  Are you going to use 5, 6

16   and 7 in that order coming up?

17               MR. REDA:  I might.  My suggestion is

18   you give him all the exhibits so that we can go

19   through them.

20               MR. RHODE:  Okay.

21               MR. REDA:  Because these little breaks

22   in between are kind of throwing this whole dep off,

23   you know.

24               MR. RHODE:  Yeah.  Listen, you chose to

Page 87

1   do this remotely, so we're doing our best we can to

2   get the witness our copies, Bob.

3           MR. REDA:  Just stack them in front of

4   him and he can reference them.

5           You're taking advantage of this so you

6   can have a little colloquy with your client in the

7   middle of every one of these -- I don't care to be

8   perfectly honest, but it's obvious what you're

9   doing, so let's not kid ourselves.

10          MR. RHODE:  Well, I resent that.  I

11  resent that.  That is false, and for the record --

12          MR. REDA:  All right.

13          MR. RHODE:  -- you sat there off the

14  record for 30 minutes and were literally labeling

15  the exhibits while we were here.

16          MR. REDA:  While you were looking for

17  them, I took advantage of the time.

18          (Simultaneous discussion.)

19          MR. REDA:  Let's not kid ourselves

20  here.

21          So we're on -- yeah, we're going to go

22  5 through 15.

23          MR. RHODE:  Okay.  We'll -- let's call

24  it 10:50, central, we'll be back.

1          MR. REDA:  Okay.

2          (Recess taken from 10:46 to 10:53,

3    central time.)

4          MR. RHODE:  The witness now has Exhibit

5    5.

6    BY MR. REDA:

7    Q.  All right.  Mr. Bush, I'm showing what's

8    been marked as Plaintiff's Exhibit 5.  It purports

9    to be an email from Jordan to you, dated December

10   1st, 2016, at 1:43 p.m.  Do you see it?

11   **A.  Yes.**

12   Q.  Do you remember receiving this email from

13   Jordan at that time?

14   **A.  No.**

15   Q.  Okay.  If you go down in the email, it

16   says -- it actually starts four lines up from the

17   bottom.  The words start with, on the left side of

18   the sentence, "and can get any amount of truck

19   financing."  Do you see that?

20   **A.  Yes, uh-huh.**

21   Q.  All right.  Now, if you go to the next

22   sentence, it starts, the same line, "our biggest

23   issue has been maintenance since our

24   owner-operators live all over the U.S. and we

Page 89

1  operate in two locations in Illinois, and that is

2  one of the reasons we stopped leasing our trucks

3  this year."  Do you see that sentence?

4  **A.  Yes, uh-huh.**

5  Q.  Do you recall Jordan saying that to you in

6  or about --

7  **A.  No.**

8  Q.  -- December of 2016?

9  **A.  No.**

10  Q.  Did Jordan ever say to you that he was very

11  concerned about the preventative maintenance on the

12  trucks prior to entering into the program

13  agreement?

14        MR. RHODE:  Objection to form.  It

15  mischaracterizes the document.  It doesn't say

16  preventative maintenance.

17        You can answer.

18        THE WITNESS:  I don't remember the

19  conversation.

20  BY MR. REDA:

21  Q.  Do you remember Jordan ever talking to you

22  about preventative maintenance prior to All Ways

23  Auto entering into the program agreement with Bush

24  Truck Leasing?

Page 90

1    **A.  We -- prior?**

2    Q.  Prior.

3    **A.  I don't -- I remember the call.  He called**

4    **me.  He had 10 drivers.  He had heard good things**

5    **about us.  He wasn't getting the service he needed**

6    **or the financing he needed from Quality, and I think**

7    **Cure was the other leasing company, and might have**

8    **been some others, and he was looking for a new**

9    **program.  He had 10 guys he needed to get in**

10    **tractors right away.  And he asked if we were**

11    **interested in it and he's anxious to get these**

12    **drivers going.**

13    Q.  So is it your testimony here today that

14    Jordan never mentioned preventative maintenance

15    with you prior to AW entering into the program

16    agreement with Bush Truck Leasing?

17    **A.  That's not my statement.  That's just not**

18    **something I remember.**

19    Q.  So Jordan could have brought up preventative

20    maintenance prior to Bush Truck Leasing entering

21    into the program agreement with All Ways Auto?

22    MR. RHODE:  Objection to form,

23    misstates the testimony.

24    THE WITNESS:  He could have or I could

Page 91

1   have.  I -- I don't remember talking about

2   maintenance in the first couple calls.

3   BY MR. REDA:

4       Q.  Does -- as part of Bush Truck Leasing's

5   maintenance program, is preventative maintenance

6   included?

7               MR. RHODE:  Objection to form.

8               THE WITNESS:  That's a broad question.

9   I don't -- this program with AW you're talking,

10  just AW?

11  BY MR. REDA:

12      Q.  No.  I'm talking about -- you sent the Bush

13  Truck Leasing program guide to Jordan prior to

14  entering into the program agreement with -- between

15  Bush Truck Leasing and All Ways Auto.  That's

16  correct, right?

17      **A.  Correct.**

18      Q.  Okay.  And in that program guide -- I should

19  rephrase that.

20          That program guide talks specifically about

21  Bush Truck Leasing's relationship with Bush Truck

22  Leasing's lessees, correct?

23               MR. RHODE:  Objection to form.

24               THE WITNESS:  Say that again.

1  BY MR. REDA:

2      Q.   The Bush Truck Leasing program guide that

3  was provided to AW Transport discussed the way that

4  Bush Truck Leasing would have a relationship with

5  Bush Truck Leasing's lessees, correct?

6                  MR. RHODE:  Objection to form.

7                  THE WITNESS:  It gave him an example of

8  how a truck leasing program might work for AW and

9  we wanted to get his opinions what would be best

10  for the program.

11  BY MR. REDA:

12      Q.   And what is the -- describe the program,

13  then, to me.  I thought we discussed all this, but

14  apparently it's not clear.

15      So what is the program?

16                  MR. RHODE:  Objection to form, asked

17  and answered.

18                  And are you talking about the -- you

19  keep saying "program," Bob.  Are you talking about

20  the program agreement with AW or are you talking

21  about the program guide document that was marked as

22  Exhibit -- the attachment to Exhibit 3?

23                  MR. REDA:  And Exhibit 4.  Both of

24  them.

Page 93

1          MR. RHODE:  Okay.  Do you want me to

2    put --

3          MR. REDA:  I'll rephrase it.

4    BY MR. REDA:

5     Q.  Isn't the program guide that is -- or let me

6    rephrase that.

7          The Bush Truck Leasing program guide that

8    has been referenced in both Plaintiff's Exhibit 3

9    and 4 describes Bush Truck Leasing's relationship

10   with Bush Truck Leasing lessees?

11         MR. RHODE:  Objection to form, asked

12   and answered three times.  Go ahead.

13         THE WITNESS:  It was -- I believe it

14   was sent to Jordan to get -- to help get his ideas

15   for how he wanted the program rolled out, what he

16   wanted included in the program.  And we gave him an

17   example of what we've done for other Class A

18   customers.

19   BY MR. REDA:

20    Q.  Okay.  And within that program guide, it

21   specifically mentions a maintenance program,

22   correct?

23         MR. RHODE:  Objection to form.

24         THE WITNESS:  It does.

1   BY MR. REDA:

2       Q.   Okay.  And that's in both Exhibit 3 and

3   Exhibit 4, the two program guides mention a

4   maintenance program.  That's correct, right?

5       **A.   Right.**

6       Q.   And then that maintenance program is really

7   the maintenance of the lessee's tractors, correct?

8       **A.   Correct.**

9       Q.   All right.  And specifically in that "what's

10  covered" section in both Exhibits 3 and 4 under the

11  Bush Truck Leasing maintenance program, it includes

12  all preventative maintenance based on

13  manufacturer's recommendations, correct?

14              MR. RHODE:  No.  Hold on a sec, Bob.

15  You have a document on your screen, but the witness

16  can't see -- I can see what you're --

17              MR. REDA:  Hey, look, that's the

18  witness's -- hey, look, that's the witness's thing.

19  Why don't you put the document --

20              MR. RHODE:  No, it's not.  We're not

21  going to do it this way.  He can't see what you

22  have on the screen and you're referring to it,

23  so...

24              MR. REDA:  Then put -- then you could

1  put this on his screen.  It's Zoom.

2          MR. RHODE:  No, I can -- listen, he's

3  got a hard copy here.  We have all the stacks.

4  Just reference whatever exhibit it is.  I'll put it

5  in front of him so he can see it, okay, but what

6  I'm telling you is, you're -- I can see you

7  scrolling through the screen.  He can't see what

8  you're asking him to look at, but he does have a

9  hard copy, so just --

10          MR. REDA:  But he's got a computer.

11  He's in front of a computer.  He could put it up on

12  his own screen.  You're doing this intentionally, I

13  get it, but that's not -- whatever.  All right.

14          MR. RHODE:  I'm not.

15          MR. REDA:  I'll go with your nonsense,

16  fine.

17  BY MR. REDA:

18    Q.  So Exhibit 3, right, we talked about Exhibit

19  3.  If you go to page -- unbelievable.  Okay.  If

20  you go to page eight of Exhibit 3, the Bates stamp

21  is AW196206.

22          MR. RHODE:  Hey, there's no reason to

23  raise your voice, Bob.

24          THE WITNESS:  Okay.

Page 96

1   BY MR. REDA:

2     Q.  That page is the page that discusses the

3   Bush Truck Leasing maintenance program with its

4   lessees, correct?

5               MR. RHODE:  Objection to form.

6               THE WITNESS:  Yes.

7   BY MR. REDA:

8     Q.  And then under "what's covered," it

9   specifically says:  All preventative maintenance

10  based on manufacturer's recommendations.  Correct?

11    **A.  That's what can be -- the maintenance fund**

12  **could be used for, yes.**

13    Q.  Okay.  So does this refresh your

14  recollection as to whether or not you and Jordan

15  specifically discussed all preventative maintenance

16  based on manufacturer's recommendations prior to

17  entering into the program agreement between Bush

18  and AW?

19    **A.  No.**

20    Q.  I'm directing your attention to Plaintiff's

21  Exhibit 6.

22               MR. RHODE:  All right.  Give me the --

23  that one was not labeled in Cleo, so just tell me

24  the Bates label.  I think I have it, Bob, but...

1          MR. REDA:  Hang on.  It's a BTW one,

2     BT -- no.  BTL, underscore, AW, underscore, 22109.

3          MR. RHODE:  Okay.  I handed the witness

4     a document with first page Bates label

5     BTL_AW_022109.

6          MR. REDA:  Okay.

7     BY MR. REDA:

8       Q.  Do you recognize this six-page document that

9     is Plaintiff's Exhibit -- I'm losing my mind -- 6.

10    I think it's 6.  Hang on.

11         Yeah, Plaintiff's Exhibit 6.  Do you see --

12    do you recognize this?

13      **A.  It doesn't look overly familiar, but it looks**

14    **like something that -- this doesn't look overly**

15    **familiar, but -- so, no, I don't recognize it as**

16    **anything, but...**

17    BY MR. REDA:

18      Q.  Do you recognize the Bates stamped number on

19    the bottom right of Plaintiff's Exhibit 6, which

20    starts with BTL, underscore, AW, underscore,

21    022109?

22      **A.  Do I recognize those numbers?**

23      Q.  Yes.

24      **A.  No.**

1    Q.  Do you know why your company produced this

2    maintenance program agreement to All Ways Auto

3    during this litigation?

4              MR. RHODE:  First of all, objection to

5    form.  This isn't the program agreement.  It's a

6    document that's called "maintenance program

7    overview."

8              MR. REDA:  The question still stands.

9    BY MR. REDA:

10   Q.  Do you know why your company produced this

11   document to All Ways Auto during the discovery

12   process of this case?

13             MR. RHODE:  I'm going to object and

14   instruct the witness not to answer on the basis of

15   attorney-client privilege.

16             Bob, as you know, attorneys affixed the

17   Bates labels to these.

18             I'll represent to you, Mike, that this

19   was a document that was responsive to their

20   numerous requests and so that's why it was

21   produced.

22             THE WITNESS:  Yeah.

23             MR. RHODE:  So you can go ahead and

24   answer if you have any personal knowledge reviewing

1 this document now.

2          THE WITNESS:  There's information like

3 this that goes out.  I don't know, this particular

4 one, if I've ever seen it before or not.

5 BY MR. REDA:

6    Q.  Do you know if this particular Plaintiff's

7 Exhibit 6 existed at the end of 2016?

8    **A.  No.  I don't know if it was -- when it went**

9 **out or when it was created.**

10    Q.  Okay.  I'll direct your attention to page

11 two of Exhibit -- and we'll break before 12:30,

12 your time, so we can all get a bite to eat.

13          So I direct your attention to page two of

14 Exhibit 6.  Do you have it?

15    **A.  Yes.**

16    Q.  Right at the top, it says "Bush Truck

17 Leasing's route ready maintenance program."  Do you

18 see that?

19    **A.  Yes, uh-huh.**

20    Q.  Okay.  Describe to me what Bush Truck

21 Leasing's route ready maintenance program is.

22          MR. RHODE:  Objection to form and lacks

23 foundation.

24          THE WITNESS:  It's a maintenance

1   program to help customers take care of their

2   equipment.

3   BY MR. REDA:

4       Q.  Is that preventative maintenance prior to

5   breakdowns or is that repairs after breakdowns?

6               MR. RHODE:  Objection to form.

7               THE WITNESS:  It depends what the

8   customer or the corporate sponsor wants in the

9   program.

10  BY MR. REDA:

11      Q.  Okay.  We just talked about that, right?  We

12  just showed you the program -- I mean, the program

13  guide, and in there it said, specifically under the

14  maintenance program, what's covered is --

15      **A.  Let me back up a little -- let's back up a**

16  **little bit.**

17      Q.  Okay.

18      **A.  The -- you say -- this is specific to AW,**

19  **right?**

20      Q.  No.  This is a document that your company

21  produced, and I'm covering it with you right now,

22  and I asked you what the route ready maintenance

23  program is, and you said --

24      **A.  We have different programs for different**

Page 101

1   **customers.**

2      Q.   Okay.  So did you have a route ready

3   maintenance program within Bush Truck Leasing?

4      **A.   Yes.**

5      Q.   Did you have a route ready maintenance

6   program with the Bush Truck Leasing lessees that

7   worked with AW?

8      **A.   Yes.**

9      Q.   Okay.  What did that route ready maintenance

10  program include?

11              MR. RHODE:  Objection to form.

12              Are you asking him to walk through this

13  document?

14              MR. REDA:  Well, I'll do that.  I'm

15  asking him just generally.

16              MR. RHODE:  Okay.  Okay.

17              THE WITNESS:  It included preventative

18  maintenance, recordkeeping, emergency road service,

19  warranty support.

20  BY MR. REDA:

21      Q.   In fact, that very first sentence pretty

22  much says what you just said, but in a different

23  way.  It says:  Bush Truck Leasing's route ready

24  maintenance program is designed to keep vehicles

Page 102

1  where they should be, on their routes.  Correct?

2  **A.  Correct.**

3  Q.  So is that the -- is that the preventative

4  maintenance based upon manufacturer's

5  recommendations that we just talked about a little

6  bit earlier?

7  MR. RHODE:  Objection to form, asked

8  and answered.

9  THE WITNESS:  It certainly is a guide.

10  The maintenance -- the manufacturer's maintenance

11  recommendations was the guide for the program.

12  BY MR. REDA:

13  Q.  Okay.  I'm going to get back to this in a

14  second, but I'm going to move on to -- I'm jumping

15  a little bit here.  Let me see if I can find it

16  real quick here.

17  That's not it.  Hang on a second.  I'll get

18  it real quick here.  Hold on.

19  It's Exhibit 13, Plaintiff's Exhibit 13.

20  Do you have Plaintiff's Exhibit 13 in front

21  of you?

22  MR. RHODE:  Yeah, I'm trying to get it,

23  Bob.

24  MR. REDA:  Okay.  It's a thick one.

1    It's 164 pages.

2              MR. RHODE:  Is this the maintenance

3    manual?  It doesn't have an exhibit number on it.

4              MR. REDA:  Yeah, it's new.  It's new.

5              MR. RHODE:  Okay.

6              MR. REDA:  Yeah, I haven't put the

7    exhibit number.  I'm going to do it right now

8    actually.  I must have missed this one.

9    BY MR. REDA:

10    Q.  Do you have it in your possession?

11    **A.  Yes, uh-huh.**

12    Q.  Okay.  Do you recognize this new Cascadia

13    maintenance manual?

14    **A.  No.**

15    Q.  Cascadia is a Freightliner truck, correct?

16    **A.  Correct.**

17    Q.  And Bush Truck Leasing acquired and leased

18    Freightliner Cascadia trucks?

19    **A.  Correct.**

20    Q.  And you've been in the business for 18 years

21    with your father, and then from 2000 on, another 23

22    years in your own company, and you're saying you

23    don't recognize this new Cascadia maintenance

24    manual?

Page 104

1          MR. RHODE:  Objection to form,

2   argumentative.

3          Bob, you asked him.  He said he wasn't

4   a mechanic and not in the maintenance department,

5   so there's no reason to raise your voice and get

6   combative.  Objection.  He can answer the question.

7          MR. REDA:  I wasn't raising my voice at

8   all.

9   BY MR. REDA:

10    Q.  So I want you to go to page 19 of that

11  document.

12         The top right Bates stamped number is AW111.

13    **A.  I go 15 to 20.**

14    Q.  The pagination's up on the top right.

15         MR. RHODE:  He's looking at -- you're

16  referencing a Bates label, Bob?

17         MR. REDA:  Yeah, but either way, it's

18  19 of the document itself or -- hang on.  Yeah, or

19  it's Bates stamped number AW111.

20         MR. RHODE:  Hold on.  Right here.

21         THE WITNESS:  Okay.

22  BY MR. REDA:

23    Q.  Do you see that list of M-1 maintenance

24  interval operations?

Page 105

1    **A.  Right.**

2    Q.  Do you see that?

3    **A.  Yes, uh-huh.**

4    Q.  And it's basically -- in the chart itself,

5    it says M-1, maintenance interval operations for

6    service schedules.

7         Have you ever seen this list before?

8              MR. RHODE:  Objection to form.

9              THE WITNESS:  I've never seen this

10    manual before, so I wouldn't have seen the list.

11    BY MR. REDA:

12    Q.  Okay.  So I'm going to go to the next page,

13    which is basically 20, AW112, and ask you if you've

14    ever seen this M-2, maintenance interval operations

15    for service schedules -- this list, have you ever

16    seen this list before?

17    **A.  I've never read this manual before.**

18    Q.  Have you ever read any manual for any of the

19    trucks that Bush Truck Lease sells or leases?

20              MR. RHODE:  Objection to form.

21              THE WITNESS:  I may have over 40 years.

22    I may have.

23    BY MR. REDA:

24    Q.  Well, do you recognize this kind of M-2

1   maintenance schedule for any --

2       **A.  No.  I wouldn't read this.  I have people**

3   **that know this stuff, but I do not.**

4       Q.  Okay.  Who are the people that know this

5   stuff?

6       **A.  You have them on your list already.  Larry**

7   **and Treasa both know.**

8       Q.  Okay.

9           All right.  If you go to page 13 of that --

10  of Exhibit 13, the Bates stamp is AW105.

11              MR. RHODE:  We're getting there.

12              MR. REDA:  Okay.

13              THE WITNESS:  Okay.

14  BY MR. REDA:

15      Q.  Do you see that?  It's the maintenance for

16  service schedule one.  Do you see it?

17      **A.  Yep.**

18      Q.  And it's maintenance based upon mileage.

19  Right column, service schedule one, miles, 10,000,

20  20, 30, 40.  Do you see all those different

21  entries?

22      **A.  Right, uh-huh.**

23      Q.  Have you ever seen a service schedule for

24  preventative maintenance on tractors similar to

1  this?

2              MR. RHODE:  Objection to form.  Go

3  ahead.

4              THE WITNESS:  It's similar to what we

5  provide the lessees.

6  BY MR. REDA:

7    Q.  Do you provide this maintenance service

8  schedule to lessees or is there somebody within

9  Bush Truck Leasing that provides it?

10   **A.  Obviously there's somebody inside Bush Truck**

11  **Leasing that provides it.**

12   Q.  Okay.  Do you know -- do you know who that

13  would be?

14   **A.  The people we've -- the people in the**

15  **maintenance department.**

16   Q.  Okay.  And would this be -- would this

17  schedule of preventative maintenance be provided at

18  or about the time that a truck was sold and/or

19  leased to a lessee?

20              MR. RHODE:  Objection to form, lacks

21  foundation, and asked and answered, I think, three

22  or four times now.  Go ahead.

23              THE WITNESS:  Shortly thereafter.

24              MR. REDA:  Okay.

1    BY MR. REDA:

2        Q.  All right.  Going back to Plaintiff's

3    Exhibit 6?

4        **A.  6.**

5                MR. RHODE:  Oh, okay.

6                THE WITNESS:  That's the one I just

7    gave you back.

8                MR. RHODE:  It's in your stack here.

9    Hang on.  Okay.

10                THE WITNESS:  All right.

11    BY MR. REDA:

12        Q.  All right.  I'm still on page two.

13        **A.  Okay.**

14        Q.  The second -- the second sentence of that,

15    under -- under the maintenance program overview,

16    the second sentence says:  Proper maintenance

17    reduces downtime, reduces expensive repairs and

18    helps ensure trouble-free driving.  Do you see

19    that?

20        **A.  Correct.**

21        Q.  So how important is preventative maintenance

22    for a truck lessee or a truck owner?

23                MR. RHODE:  Objection to form, lacks

24    foundation, and calls for speculation and expert

1  opinion.

2          THE WITNESS:  It's important, like

3  taking care of your car is important.

4  BY MR. REDA:

5     Q.  Okay.  The next sentence says:  With our

6  network of more than 10,000 service locations and

7  our professional on-staff experts to manage the

8  program, we're here to make it happen.  Do you see

9  that statement?

10    **A.  Correct.**

11    Q.  So who are the professional on-staff experts

12  for Bush Truck Leasing to manage the maintenance

13  program?

14    **A.  Larry and his maintenance department.**

15    Q.  Who is -- who is his maintenance partner?

16          MR. RHODE:  I think he said

17  "department."

18          MR. REDA:  Oh.

19          THE WITNESS:  Department.  I'm sorry.

20  BY MR. REDA:

21    Q.  Okay.  So are you saying that Larry, Treasa,

22  Jim Olson, Doug Ritchie, Ed Sowder are all experts?

23    **A.  Absolutely.**

24    Q.  Okay.  Do you know what training Larry

Page 110

1  Vanover had in the preventative maintenance for the
2  various tractors that Bush either sold or leased?
3  **A.  He has the highest certification for a diesel**
4  **mechanic you can have.**
5  Q.  How about Jim Olson?
6  **A.  He came out of the field.  I'm not sure what**
7  **his certs -- I don't know anybody else's**
8  **certificates or what they're -- I know they had a**
9  **maintenance background.**
10  Q.  When you say Jim Olson "came out of the
11  field," are you saying he was a driver?
12  **A.  No, huh-uh.**
13  Q.  What do you mean by "the field"?
14  **A.  I don't know what his background was.**
15  Q.  How about Doug Ritchie, do you know what his
16  background was?
17  **A.  He had time with Penske, but I don't know his**
18  **background, no.  I just happen to know that.**
19  Q.  What did he do for Penske?
20  **A.  Service.**
21  Q.  Was he -- was he a service rep that was --
22  **A.  Again, I don't know his background.  I just**
23  **know he was with Penske.**
24  Q.  Did he actually do -- was he a mechanic?

1      **A.   Again, I don't know his background.**

2              MR. RHODE:  Hold on.  Sorry.  You guys

3      are talking over each other.

4              MR. REDA:  Yeah.

5      BY MR. REDA:

6      Q.  So I'll ask you a question.  Was Jim Olson a

7      mechanic?

8      **A.   I don't know.**

9      Q.  Was Doug Ritchie a mechanic?

10     **A.   I -- I don't know.**

11     Q.  Was Ed Sowder a mechanic?

12     **A.   I -- I don't know.  They were with**

13     **maintenance companies.  They were with Penske and**

14     **other maintenance companies, but I don't know if**

15     **they were exactly mechanics or what they did.**

16     Q.  Was Treasa Jones a mechanic?

17     **A.   No.**

18     Q.  Do you know whether or not Plaintiff's

19     Exhibit 6 is a true and accurate copy of Bush Truck

20     Leasing's marketing materials for its maintenance

21     program overview?

22              MR. RHODE:  Object to form.

23              THE WITNESS:  I'm sorry, say that

24     again.

Page 112

1   BY MR. REDA:

2       Q.  Do you know whether or not Plaintiff's

3   Exhibit 6 is a true and accurate copy of Bush Truck

4   Leasing's maintenance program overview?

5               MR. RHODE:  Same objection, lacks

6   foundation.

7               THE WITNESS:  Well, as I mentioned, I

8   don't recall seeing it before, but it sounds close

9   to it, yes.

10              MR. REDA:  Okay.  Sorry, I've got so

11  many PDFs up here, I don't even know where I'm at.

12              MR. RHODE:  Did you say you planned a

13  break at 12:30, eastern, Bob?

14              MR. REDA:  Yeah.  Yeah.  Let's do it

15  in like 11 minutes, yeah, because it's -- we've

16  been going for a good amount of time.

17              I'm trying to get them in order.

18              All right.  Just give me a second here.

19  I guess I could do it differently.  Hang on.

20              We just did 6, right?  Yep.  All right.

21  So we're on 7.

22  BY MR. REDA:

23      Q.  So Plaintiff's Exhibit 7 --

24              MR. RHODE:  Hold on.  Let me -- let me

1   grab it.

2               MR. REDA:  All right.  Okay.

3               MR. RHODE:  This is the -- looks like a

4   screenshot of the website?

5               MR. REDA:  Yes.

6               MR. RHODE:  Is that the one that's 7?

7               MR. REDA:  Yes.  Yes.

8               MR. RHODE:  Can we set aside 6?

9               MR. REDA:  Maybe, maybe not.  I don't

10  know yet.  I might go back to it.

11              MR. RHODE:  I mean, are you going to

12  ask him to look at it right now or can I put it in

13  the pile with the others?

14              MR. REDA:  You could do whatever you

15  want to do with them.  I may ask him.  I don't

16  know.  Who knows, I might go back to it.

17              MR. RHODE:  Okay.  Well, what do you

18  want -- what do you want to be in front of him

19  right now?

20              MR. REDA:  I just said Exhibit 7.

21              MR. RHODE:  Okay.  All right.  I've

22  handed him Exhibit 7.

23  BY MR. REDA:

24     Q.  Mr. Bush, Plaintiff's Exhibit 7 is another

1  document that your company provided to All Ways

2  Auto during the discovery of this case.

3      Do you recognize it?

4  **A.  Not overly familiar with it, no.**

5  Q.  Well, this purports to be snapshots of the

6  Bush Truck Leasing website, specifically the page

7  related to the maintenance program.  Do you see it?

8  **A.  I see -- I see the document, yeah.**

9  Q.  Okay.  So I'm going to ask you a couple

10 things about it.

11     If you look about the middle of the page,

12 it's under the title "maintenance program."  The

13 next titled paragraph is "the Bush truck

14 maintenance program."  And then below that, there's

15 a bold sentence, and it says:  Our extensive mobile

16 repair capabilities, dash, 700 dedicated mobile

17 technicians.  Do you see that?

18 **A.  Yes, uh-huh.**

19 Q.  Does Bush Truck Leasing have 700-plus

20 dedicated mobile technicians on the payroll?

21         MR. RHODE:  Objection to form and asked

22 and answered.

23         THE WITNESS:  No.  That's not what

24 that's saying.

Page 115

1    BY MR. REDA:

2      Q.  Okay.  All right.  So explain to me what

3    "700-plus dedicated mobile technicians" means.

4      **A.  Our vendor network has that capability.**

5      Q.  Okay.  And then next it says -- then it

6    keeps going:  And 400-plus mobile service trucks.

7           My question to Bush is:  Does Bush Truck

8    Leasing have 400-plus mobile service trucks?

9      **A.  Those two -- those two things go together.**

10   **Our maintenance network has that capability.**

11     Q.  Okay.  If you go to the next sentence, it

12   says:  Onsite services include 97-point PM/DOT

13   inspections.  It helps identify small problems

14   before they become major issues.  Do you see that?

15     **A.  Yes.**

16     Q.  Is that Bush Truck Leasing's onsite services

17   or is that your group that's separate from Bush

18   Truck Leasing?

19              MR. RHODE:  Objection to form.

20              THE WITNESS:  It's our network.

21   BY MR. REDA:

22     Q.  Okay.  All right.  If you keep going down,

23   it's actually the next page, which would be page

24   two.

1       Do you see where it says "proactive

2    communication" with an exclamation point?

3       **A.  Yes.**

4       Q.  All right.  The very first sentence says:

5    Our dedicated maintenance team contacts you

6    directly when your vehicle is due for preventative

7    maintenance services.  With an exclamation point.

8    Do you see that statement?

9       **A.  Yes, uh-huh.**

10      Q.  Does Bush Truck Leasing have maintenance

11   team contacts that directly contact its lessees

12   when their tractors are due for preventative

13   maintenance services?

14              MR. RHODE:  Objection to form.

15              Bob, are you asking 2021, when this

16   website was -- when the screenshot's from in 2021,

17   or are you asking currently?  Objection.

18              MR. REDA:  Well, I can rephrase it.

19   Sure, I'll rephrase it.  Sure.

20   BY MR. REDA:

21      Q.  At the end of 2016, when you entered into

22   the program agreement with All Ways Auto, did Bush

23   Truck Leasing have a dedicated maintenance team

24   that contacted its lessees when their tractors were

1  due for preventative maintenance services?

2           MR. RHODE:  Objection to form.

3           THE WITNESS:  On occasion.  Normally

4  what we did was onboard them and tell them and give

5  them information when their truck was due for

6  maintenance based on mileage and time, and then

7  they would be responsible for getting their truck

8  to the maintenance location.  We'd tell them where

9  to take it as well.

10  BY MR. REDA:

11    Q.  So that would be at the time of the leasing

12  of the tractor, correct?

13    **A.  Correct.**

14    Q.  Okay.  But after the lessee leased the

15  tractor, did Bush Truck Leasing maintain a

16  dedicated maintenance team to contact those lessees

17  when their tractors were due for preventative

18  maintenance services in the future?

19           MR. RHODE:  Again, objection.

20  Objection to form, time.  I mean, are we now back

21  in '16, are we talking about the 2021 document in

22  front of him, are we talking about present?

23           MR. REDA:  I'll rephrase it.

24  /////

1  BY MR. REDA:

2     Q.  Okay.  At the end of 2016, through 2017,

3  through 2018, through 2019, through 2020, and after

4  the lessees executed their lease agreements, did

5  Bush maintain dedicated maintenance team contacts

6  to contact the lessee drivers when their

7  preventative maintenance services were due in the

8  future?

9          MR. RHODE:  Objection to form, same

10  objection, and also lacks foundation for this

11  witness.

12          THE WITNESS:  Sometimes we did.

13  Usually there wasn't a need because the contractors

14  didn't have access to their funds unless they

15  called in for preventative maintenance, and if they

16  had a repair, they weren't -- they couldn't get

17  money for the repair unless they were current on

18  their maintenance, so...

19  BY MR. REDA:

20     Q.  So there was no dedicated maintenance team

21  post this contract?

22     **A.  There is.  There is.  We did have a team**

23  **doing it later on.**

24     Q.  When was later on?  What year was that?

1      **A.   Dickinson does that for us.**

2      Q.   Oh, okay.  So let me get this straight.  So

3   Bush Truck Leasing didn't have a dedicated

4   maintenance team for preventative maintenance post

5   lease contract, but --

6                MR. RHODE:  Objection.  Sorry, Bob.

7                MR. REDA:  Okay.

8                MR. RHODE:  Go ahead.

9   BY MR. REDA:

10     Q.   -- but Dickinson took over that

11   responsibility?

12               MR. RHODE:  Objection to form,

13   misstates the testimony.

14               Listen to the question.  If you

15   understand it, you can answer it.

16               THE WITNESS:  We did that work

17   ourselves for a period of time and then we had

18   Dickinson take it over.  And the -- with AW, it

19   became difficult because they had so many unseated

20   trucks and we didn't know that they were unseated

21   and the phone numbers were bad and those kind of

22   things.

23   BY MR. REDA:

24     Q.   So it's your testimony here today that from

1  the end of 2016 through the relationship with All

2  Ways Auto, Bush Truck Leasing maintained this

3  maintenance team to contact the drivers of the

4  tractors, post lease contract, when their periodic

5  preventative maintenance became due?

6          MR. RHODE:  Objection to form, asked

7  and answered.

8          THE WITNESS:  No, I didn't say that we

9  always called on them.  It became difficult when we

10  couldn't contact the drivers because we didn't know

11  that the drivers had left and went -- spent most of

12  their time looking for the trucks.

13  BY MR. REDA:

14     Q.  Who, out of your employees, were responsible

15  for contacting the Bush Truck Leasing lessees, post

16  lease contract, for their periodic preventative

17  maintenance?

18     **A.  The ones who weren't getting it done, almost**

19  **all of them were, that -- were still in the trucks.**

20  **The problem was that there were abandoned trucks.**

21  **Obviously there weren't anybody to contact.**

22     Q.  Okay.  Besides the abandoned trucks, who

23  were the people at --

24     **A.  We had people -- people in the maintenance**

1  **group.**

2     Q.  All right.  They were going to contact the

3  lessees for this periodic preventative maintenance,

4  correct?

5     **A.  Yes.**

6           MR. RHODE:  Objection to form.

7  BY MR. REDA:

8     Q.  That was a yes?

9           MR. RHODE:  Objection to form.  I don't

10  even remember the question, but I'll just restate

11  my objection.  If you do, you can answer it.

12  BY MR. REDA:

13     Q.  Do you understand --

14     **A.  We didn't have anyone dedicated just to**

15  **calling all the time, no.**

16     Q.  Okay.

17           MR. REDA:  All right.  I think it's

18  11:31 here, 12:31 for you guys.  Do you want to

19  break for 45 minutes?

20           MR. RHODE:  Sure, whatever you --

21  whatever you want.

22           MR. REDA:  Yeah.  I mean, we've been

23  going long enough.  We can even -- it's 12:30 there

24  now.  Why don't we break for 45 minutes to an hour.

1           MR. RHODE:  Okay.  Yeah.  I just want

2    to keep in mind that we're an hour ahead, so as we

3    get towards the end of your business day, it would

4    be an hour here, so okay.

5           MR. REDA:  Yeah.  I'm trying to get it

6    done for you guys by 4:30 at the latest.

7           MR. RHODE:  Okay.  So 1:15 our time?

8           MR. REDA:  Yeah, that sounds good.

9    That's perfect.

10          MR. RHODE:  Okay.  Sounds good.  We'll

11   see you then.

12          MR. REDA:  All right.  Thanks.

13          (Recess taken from 11:32 to 12:17,

14   central time.)

15   BY MR. REDA:

16   Q.  I think we -- the last exhibit we were

17   talking about looks like it was Exhibit 6.  I don't

18   know if you can see the screen.  Hang on.

19   **A.  We don't have exhibits on the screen.**

20   Q.  No, it's not going to work.  Give me a

21   second.  Looks like my Zoom got knocked out.

22          MR. RHODE:  Do you want 6 back in front

23   of him?

24          MR. REDA:  Yes, please.

1           (Off record discussion.)

2           MR. REDA:  All right.  So we're on

3   Exhibit 6.

4           MR. RHODE:  That's the -- is that

5   the -- I'm just trying to get organized here.

6   BLT_AW_022109?

7           MR. REDA:  I believe so.  That was

8   the -- oh, you know what?  We did -- I'm sorry.  We

9   did 7 and 8, which was the websites -- I covered 7,

10  but I didn't cover 8.

11          MR. RHODE:  Okay.  8?

12          MR. REDA:  Yeah.  9 I'm not going to

13  worry about.

14          10, so Plaintiff's Exhibit 10.

15          THE WITNESS:  Okay.

16          MR. RHODE:  I don't think we marked 8,

17  but I'm fine.

18          MR. REDA:  No, we haven't.  We have

19  not.  I'm just -- I'm skipping by it.  I'm just

20  trying to -- because we've got a time issue at this

21  point.

22          MR. RHODE:  Okay.  10?

23          MR. REDA:  Exhibit 10.

24  /////

Page 124

1    BY MR. REDA:

2       Q.   All right.  Mr. Bush, do you see Plaintiff's

3    Exhibit 10?

4       **A.   Yes.**

5       Q.   Do you recognize this web page?

6       **A.   It's not overly familiar.**

7       Q.   Does Bush Truck Leasing actually have a web

8    page right now?

9       **A.   A web page or a website?**

10      Q.   Website.

11      **A.   We do.**

12      Q.   Okay.  Does your -- does the Bush Truck

13   Leasing nationwide maintenance program appear on

14   the Bush Truck Leasing website as of today?

15      **A.   I -- I would imagine it does.  It -- because**

16   **we do offer an optional maintenance program.**

17      Q.   Okay.  I direct your attention down to

18   the -- near the bottom, on the right side, there's

19   a picture of the loading bays on a big warehouse.

20      **A.   Okay.**

21      Q.   And it says "proactive communication,"

22   exclamation point.  Do you see that?

23      **A.   I see that, yes.**

24      Q.   Is this a true and accurate copy of the Bush

1  Truck Leasing nationwide maintenance program page

2  within the Bush Truck Leasing website?

3        MR. RHODE:  Hold on a second.

4  Objection to form.

5        Bob, this document is not Bates

6  labeled.  It doesn't have a date or anything on it.

7  So I'm just going to object.

8        MR. REDA:  I downloaded it yesterday.

9        MR. RHODE:  Okay.

10       MR. REDA:  It's the current -- it's the

11  Bush Truck Leasing current web page.

12       THE WITNESS:  Okay.  I'll take your

13  word for it.

14  BY MR. REDA:

15    Q.  Okay.  Within it, it says on -- there at the

16  bottom of the page, on the right side, where

17  there's a picture of, like I said before, the

18  loading bays in a big warehouse, truck loading

19  bays.  Do you see that?

20    **A.  Yes, uh-huh.**

21    Q.  It says "proactive communication,"

22  exclamation point.  Do you see that?

23    **A.  Yes.**

24    Q.  "Our dedicated maintenance team contacts you

1    directly when your vehicle is due for preventative

2    maintenance services," exclamation point.

3      **A. Okay.**

4      Q. Do you see that?

5         So does Bush Truck Leasing, as of today,

6    have a dedicated maintenance team to contact its

7    tractor lessees when their tractors are due for

8    preventative maintenance services?

9          MR. RHODE: Objection to form.

10         THE WITNESS: No, it does not. It has

11    Dickinson that does it for us.

12   BY MR. REDA:

13      Q. Okay. So after your communications with All

14    Ways Auto back at the end of 2016, the two

15    companies, Bush Truck Leasing and All Ways Auto,

16    entered into the program agreement, correct?

17      **A. We did enter into a program agreement,**

18    **correct.**

19      Q. All right. I'm going to show you what's

20    been marked as Exhibit 11.

21         While counsel's getting that for you --

22         MR. RHODE: We got it.

23         THE WITNESS: I have it now.

24         MR. REDA: Great.

1  BY MR. REDA:

2     Q.  Going back to number -- going back to number

3  Exhibit 10 and basically this preventative

4  maintenance contact with the lessees, do you know

5  how Bush Truck Leasing contacted its lessees

6  regarding regular scheduled preventative

7  maintenance?

8            MR. RHODE:  Objection to form.

9            THE WITNESS:  Well, Dickinson would try

10  to contact them by phone.

11  BY MR. REDA:

12     Q.  Okay.  How do you know that?

13     **A.  And through the contact sponsor.**

14     Q.  Okay.  So let me -- so post Dickinson

15  contract, you're saying that Dickinson would

16  contact AW for AW to contact --

17     **A.  No.  I said A -- we couldn't -- it was**

18  **impossible to get -- like I said, a lot of times the**

19  **AW drivers were gone and we didn't know it.  We**

20  **couldn't get ahold of them.  We may try to reach out**

21  **to AW to find out what's going on with the driver.**

22     Q.  When you say "we," that's where I'm having a

23  problem.

24           You're not an employee of Dickinson, right?

1    **A.   We -- we assist -- well, Dickinson assists**

2    **us.   We both are involved in the maintenance**

3    **program.**

4        Q.   So are you saying Dickinson contacts the

5    drivers about regularly scheduled maintenance or

6    are you saying Bush contacts the drivers about

7    regularly scheduled maintenance?

8                MR. RHODE:  Objection to form.

9                MR. REDA:  Let me rephrase that.

10   BY MR. REDA:

11       Q.   After you contracted with Dickinson

12   freight -- Dickinson Fleet Services to do the

13   contact with the lessees for scheduled preventative

14   maintenance, did Bush Truck Leasing also contact

15   the lessees for regularly scheduled preventative

16   maintenance?

17               MR. RHODE:  Objection to form and lacks

18   foundation again, lacks -- I don't think you've

19   laid a foundation, so objection to form.  You can

20   address it or not.  Go ahead.

21               THE WITNESS:  Yes, in a complicated

22   way.  Dickinson, on an ongoing basis, would contact

23   the lessees about -- if they were overdue for their

24   maintenance.

Page 129

1          MR. REDA:  Okay.

2          THE WITNESS:  Bush would do the same,

3     but in a different way.  When they'd call in for

4     their maintenance fund or they had a question or

5     they had a delinquency, we would inform that they

6     need to get in for maintenance.

7     BY MR. REDA:

8       Q.  Okay.  Let's talk about Dickinson.  Were you

9     the person, as a Dickinson employee, who were

10    contacting the lessees for this regularly scheduled

11    preventative maintenance?

12      **A.  Was I a Dickinson employee?**

13      Q.  Yeah.

14      **A.  Was Mike Bush a Dickinson employee?**

15      Q.  Yes.  Exactly, yes.

16      **A.  No.**

17      Q.  Then how would you know how Dickinson Fleet

18    Services contacted the Bush lessees about regularly

19    scheduled preventative maintenance?

20      **A.  They would inform us with some information.**

21      Q.  Would they inform you personally?

22      **A.  No.**

23      Q.  Who at Dickinson informed, related to their

24    contact of Bush lessees, about regularly scheduled

1 preventative maintenance?

2    **A.  Somebody in the maintenance department, I**
3 **believe.**

4    Q.  And who would that be?

5    **A.  It could have been -- I'm not sure exactly.**
6 **I got copied on some reports, I believe.**

7    Q.  Okay.  Do you know what -- did Dickinson
8 Fleet Services contact the lessees about regularly
9 scheduled preventative maintenance via phone, email
10 or text?

11          MR. RHODE:  Object to form, lacks
12 foundation.

13          THE WITNESS:  I know phone.  I'm not
14 sure about the others.

15 BY MR. REDA:

16    Q.  Okay.  How do you know phone?

17    **A.  I just heard them mention it.**

18    Q.  Heard who mention it?

19    **A.  Dickinson.**

20    Q.  Who at Dickinson mentioned it to you?

21    **A.  I don't know the individuals' names.  It went**
22 **to me.  It would have been in a group meeting.**

23    Q.  Okay.  When was that mentioned or when did
24 that mention occur?

Page 131

1    A.  I don't have an exact date.

2    Q.  Was that the only time that Dickinson or an

3  employee from Dickinson mentioned to you in a group

4  that they were contacting the Bush lessees about

5  regularly scheduled preventative maintenance?

6    A.  I don't believe so.  I'd say it was normally

7  in a group.  They -- there was more than one

8  meeting.

9    Q.  All right.  Do you know when Bush or if Bush

10  contacted -- I'm talking about pre-Dicksinson now.

11  Pre-Dickinson Fleet Services, do you know how Bush

12  contacted the individual lessees about regularly

13  scheduled preventative maintenance?

14          MR. RHODE:  Objection to form, lacks

15  foundation.

16          THE WITNESS:  No.

17  BY MR. REDA:

18    Q.  All right.  I'd have to talk to the

19  maintenance people for that, right?

20    A.  Correct.

21    Q.  Okay.

22          All right.  So let's get to Exhibit 11.

23  This purports to be a December 5th email --

24  December 5th, 2016 email from you to Jordan,

Page 132

1  enclosing the program agreement.

2      **A.  Okay.**

3      Q.  Do you see this?

4      **A.  Yes.**

5      Q.  Does this appear to be a true and accurate

6  copy of the email and program agreement that was

7  signed by you on behalf of Bush Truck Leasing,

8  Inc.?

9      **A.  It appears to be.**

10     Q.  All right.  So under this program agreement,

11 I'm curious as to what Bush Truck Leasing was

12 required to do for the benefit of All Ways Auto?

13             MR. RHODE:  Objection to form.

14             THE WITNESS:  To provide -- to

15 provide -- make trucks available to the

16 contracts -- contractors, to provide financing to

17 approved contractors, make a maintenance program

18 available, a maintenance fund available for them to

19 be able to take care of the maintenance.

20 BY MR. REDA:

21     Q.  So let's talk about that for a second.  Was

22 Bush Truck Leasing required to lease a truck to

23 each and every potential lessee that was referred

24 by All Ways Auto?

1      **A.   No.**

2      Q.   Was Bush Truck Leasing required to finance

3   every vehicle request of drivers referred by All

4   Ways Auto to Dickinson -- to Bush Truck Leasing?

5      **A.   No.**

6      Q.   Give me one second here.

7           From what I understand under that agreement,

8   All Ways Auto said that they would pay six months

9   of the defaulted lease payments.

10          Does that sound right?

11               MR. RHODE:  Objection to form.

12               THE WITNESS:  That's what -- yes.

13   BY MR. REDA:

14      Q.   That's one of the items, I guess.  Right?

15      **A.   Right.**

16      Q.   Now, if you want -- if you want to talk

17   about certain parts of it, if you take a look at

18   that document and you go down to section one, in

19   the very first sentence, it says:  Sponsor agrees

20   to exclusively refer any and all existing or

21   prospective independent contractor-required

22   financing or leasing of a delivery vehicle to BTL.

23          That's what it says, right?

24      **A.   Yes, uh-huh.**

1    Q.  So that doesn't mean that the potential

2  independent contractor has to lease from BTL,

3  correct?

4           MR. RHODE:  Objection to form.

5           THE WITNESS:  No.

6  BY MR. REDA:

7    Q.  So if an independent contractor does not

8  like a Bush Truck Leasing truck, that independent

9  contractor can go to another leasing company,

10  correct?

11           MR. RHODE:  Objection to form.

12           THE WITNESS:  Correct.

13  BY MR. REDA:

14    Q.  And the last -- the very last sentence of

15  that section one says:  BTL shall decide whether or

16  not to extend credit to each such independent

17  contractor in accordance with its internal credit

18  underwriting criteria, in its sole and absolute

19  discretion, and on terms and conditions acceptable

20  to BTL.  Correct?

21    **A.  Correct.**

22    Q.  So Bush Truck Leasing always reserved the

23  right to refuse credit and a leasing of a truck for

24  any referral from All Ways Auto, is that right?

1    **A. That's right.**

2    Q. All right. Going to section two, the second

3  line down, starting "between the parties," do you

4  see that? It's actually the second sentence.

5        MR. RHODE: Is that where it says

6  "sponsor shall either"? I think it's over here.

7        MR. REDA: Yeah, on the right side.

8  That's where I was getting to.

9        MR. RHODE: Okay.

10  BY MR. REDA:

11    Q. It's the second line down, all the way to

12  the right. It starts with "sponsor shall either."

13  Do you see that part?

14    **A. Yes.**

15    Q. All right. So it says: Sponsor shall

16  either, i, endorse BLT's maintenance program for

17  all of its independent contractors requesting

18  financing from BLT. Correct?

19    **A. Correct.**

20    Q. And that -- that maintenance program is what

21  we're talking about, all preventative maintenance,

22  that kind of stuff, right?

23        MR. RHODE: Objection to form.

24  Mischaracterizes the record and the testimony, but

1  objection to form.

2  BY MR. REDA:

3      Q.  Do you understand my question?

4      **A.  No.**

5      Q.  Well, it says:  Sponsor shall either endorse

6  BLT's maintenance program.

7          What maintenance program is -- are we

8  talking about with that statement?

9      **A.  The Bush Truck Leasing maintenance program**

10  **that we presented to Jordan.**

11     Q.  Right.  That would also be called the route

12  ready maintenance program, correct?

13     **A.  Correct.**

14     Q.  If you go to the next page, it's page two

15  and it's going to be section four.

16     **A.  They could also present their own maintenance**

17  **program.**

18     Q.  Sure.

19     **A.  And get it --**

20     Q.  But if All Ways Auto presented a separate

21  maintenance program, Bush Truck Leasing has the

22  right to approve or disapprove of that as well,

23  correct?

24     **A.  Correct.**

1 Q. So go to section four of Exhibit 11. Do you

2 see this, "default by independent contractor"?

3 **A. Yes.**

4 Q. So the default by an independent contractor

5 is the failure of the contractor to make the

6 monthly lease payment, correct?

7    MR. RHODE: Objection to form,

8 mischaracterizes the lease agreement.

9    THE WITNESS: That's one of the

10 defaults.

11 BY MR. REDA:

12 Q. Okay. So if you read this paragraph, and

13 I -- hopefully I highlighted it for you. It's

14 basically, I don't know, an inch-and-a-half down on

15 the right side of section four and starts with the

16 "or" and then two ii's, do you see that, "six

17 months"?

18    MR. RHODE: Maybe you could just read

19 the complete sentence where it starts, Bob, and

20 we'll find it.

21    THE WITNESS: I see the "six months."

22 BY MR. REDA:

23 Q. You do? Okay.

24 **A. Yeah.**

1    Q.  So if you back up a little bit, you go up

2    one, two -- three lines, go all the way to the

3    left, and you'll see where it says where -- "while

4    sponsor is recruiting a replacement independent

5    contractor."

6    **A.  Yeah.**

7    Q.  Okay.  "While sponsor is recruiting a

8    replacement independent contractor, sponsor will

9    rent the repossessed vehicle until the earlier of

10   such time as BTL or sponsor finds a suitable

11   independent contractor to assume the lease or loan

12   or enter into new lease or loan for the repossessed

13   delivery vehicle."  Do you see that?

14   **A.  Yeah.**

15   Q.  All right.  So that basically means the

16   independent contractor is gone and you're looking

17   for a new one, correct, at that point?

18          MR. RHODE:  Objection.  Objection to

19   form, mischaracterizes the document.

20          THE WITNESS:  Yeah.  AW is looking for

21   a new contractor to take over that lease.

22   BY MR. REDA:

23   Q.  And they wouldn't be looking for a new

24   contractor if the current contractor was still in

Page 139

1  existence, right?

2          MR. RHODE:  Objection to form,

3  mischaracterizes the document, I mean, also

4  "existence."  I don't -- objection to form.

5          THE WITNESS:  I don't -- "contractor

6  was still in existence," meaning he was still

7  there?

8  BY MR. REDA:

9    Q.  Yeah, still driving the truck.

10          MR. RHODE:  Same objection.

11          MR. REDA:  I'll rephrase it.

12  BY MR. REDA:

13    Q.  The only reason you would need a new

14  independent contractor, if the old independent

15  contractor was unavailable to drive the truck,

16  correct?

17          MR. RHODE:  Object to the form.

18          THE WITNESS:  Correct.

19  BY MR. REDA:

20    Q.  And then you would enter into a new lease

21  assignment so that the new independent contractor

22  would have a right to drive the truck legally,

23  correct?

24    **A.  Right.  Correct.**

Page 140

1    Q.  Okay.  So that was one of the issues, or All

2    Ways Auto could pay six months following an event

3    of default, the guaranteed rental period, correct?

4              MR. RHODE:  Objection to form.

5              THE WITNESS:  They would --

6              MR. RHODE:  Sorry.  Objection to form,

7    misstates the document and also calls for a legal

8    conclusion.

9              THE WITNESS:  Well, they were -- they

10   would pay for the vehicle while they were looking

11   for another contractor.

12   BY MR. REDA:

13   Q.  Or, or, they -- or All Ways Auto could

14   abandon the vehicle -- not abandon it, but All Ways

15   Auto could choose not to look for a new driver and

16   pay only six months following an event of default?

17             MR. RHODE:  Objection to form,

18   mischaracterizes the document.

19             THE WITNESS:  It's actually to be the

20   first truck put into the fleet if a driver leaves.

21   That would be the first truck they'd put into a

22   fleet versus any other trucks.

23   BY MR. REDA:

24   Q.  Okay.  So -- but this sentence gives All

1  Ways Auto two options, correct?

2          MR. RHODE:  Objection to form.

3          THE WITNESS:  No.  It always has the

4  first obligation to make sure it's the next truck,

5  out of all trucks, put back in their fleet.

6  BY MR. REDA:

7     Q.  Okay.  Let's say they don't do that.

8     **A.  They're in default of the contractor.**

9     Q.  Of the program agreement?

10    **A.  Program agreement, yeah.**

11    Q.  And then -- but right here it says, for

12  number two, that they could pay six months

13  following an event of default.

14          MR. RHODE:  Objection to form,

15  mischaracterizes the document and asked and

16  answered.

17          THE WITNESS:  But it would still have

18  to be the next program back in -- next truck put

19  back into the fleet.

20  BY MR. REDA:

21    Q.  Okay.  Let's go down to -- if you keep going

22  down in that section, go down to -- it's the second

23  paragraph in section four:  Normal wear and tear is

24  stated --

1          MR. RHODE:  Is it saying if -- I'm

2    sorry, Bob, we just want to make sure we're on the

3    right page.  Is it "if, after an event of default

4    by an independent contractor," comma?

5          MR. REDA:  Yes.

6          MR. RHODE:  Is that where you are?

7          MR. REDA:  Yep.

8          MR. RHODE:  Okay.

9    BY MR. REDA:

10   Q.  Do you see that paragraph?

11         MR. RHODE:  And take a minute to read

12   the whole paragraph if you need to.

13         THE WITNESS:  Okay.

14   BY MR. REDA:

15   Q.  Who at Bush Truck Leasing is going to be

16   able to tell us whether the repairs to vehicles

17   that were returned to Bush Truck Leasing were not

18   normal wear and tear?

19         MR. RHODE:  Objection to form.

20   Objection to form.

21         THE WITNESS:  Well, there's standards

22   that Larry knows.

23   BY MR. REDA:

24   Q.  Okay.  Is there anybody else?

1    **A.   Treasa probably knows, Ed, and some of the**

2    **people that were there before the AW account was**

3    **active.**

4    Q.   Okay.  So do you read the same way I do,

5    that it basically says that if the repairs are

6    normal wear and tear, they're not chargeable to AW?

7              MR. RHODE:  Objection to form,

8    misstates the program agreement.  Objection to

9    form.

10              THE WITNESS:  Yeah.

11              MR. REDA:  All right.

12              THE WITNESS:  Yeah.  It's based on our

13    sole discretion.

14    BY MR. REDA:

15    Q.   So it's really AW is responsible for

16    extraordinary wear and tear, is that correct?

17              MR. RHODE:  Objection to form,

18    misstates the document.

19              THE WITNESS:  It doesn't say that.

20    BY MR. REDA:

21    Q.   But they're not responsible for ordinary

22    wear and tear repairs?

23    **A.   Correct.**

24    Q.   I'm going to direct your attention to

Page 144

1   Exhibit 14.  Tell me when you have that in front of

2   you.

3          MR. RHODE:  I've got to find it.  Hold

4   on.

5          MR. REDA:  It's the supplemental 213

6   answers.

7          MR. RHODE:  Okay.  We got it.

8          MR. REDA:  You got it?

9   BY MR. REDA:

10    Q.  Do you see that document in front of you?

11    **A.  Correct, uh-huh.**

12    Q.  Did you review that document at or about the

13   time it was completed?

14    **A.  I did review it.**

15    Q.  You did?  Okay.

16          MR. RHODE:  I think these -- Bob, just

17   so we're clear here, I think these are the ones

18   that Treasa verified.  I don't see the verification

19   page attached here, but...

20          MR. REDA:  Yeah, I don't have that

21   actually.

22          MR. RHODE:  Oh, really?

23          MR. REDA:  Yeah.  It's all right.  I

24   mean, get it to me if you can, you know, whenever.

Page 145

1  We'll figure it out.

2          MR. RHODE:  Yeah, we'll send it to you

3  again.  I mean, you should have it, but we'll send

4  it to you.  I'll make a note to have Joe do that.

5          MR. REDA:  Okay.  I'll put it in an

6  email for you.

7          MR. RHODE:  No, no.  No, no.  I could

8  actually take the request on the record.

9          MR. REDA:  You could remember that one?

10 Okay.

11          MR. RHODE:  Yeah, I'm good.

12 BY MR. REDA:

13    Q.  All right.  If you go to page nine of this

14 document, page nine begins a chart that's got a

15 blue header on it.

16    **A.  Okay.**

17    Q.  Have you seen this chart before?

18    **A.  Yes.**

19    Q.  Okay.  Did you participate in the

20 preparation of this chart?

21    **A.  No.**

22    Q.  Who did at Bush Truck Leasing?

23    **A.  I'm not sure who all was involved.**

24    Q.  Can you name at least one person?

1      **A.   Treasa.**

2      Q.   Okay.

3           All right.  So I want you to look at the

4      third column over.  It's entitled "delinquent lease

5      payments owed."  Do you see that one?

6      **A.   Yep.**

7      Q.   And if you look just at the very first

8      vehicle, or tractor, it ends in 1015-01.  Do you

9      see that?

10     **A.   Yep.**

11     Q.   Looking for 3,555.92.

12     **A.   Okay.**

13     Q.   Where do you get that number?

14          MR. RHODE:  Objection to form and lacks

15     foundation.

16          THE WITNESS:  Again, I didn't put this

17     document together.

18          MR. REDA:  Okay.

19          THE WITNESS:  It appears to be

20     delinquent payments, as what's labeled at the top.

21     BY MR. REDA:

22     Q.   So you don't know how this was calculated,

23     this field.  Is that what you're saying?

24     **A.   Correct.**

1    Q.  All right.  Then I could just keep asking

2  you.  The next column over says "six-month

3  guaranteed rental payments owed."

4         Do you know how the 11,556.74 was figured

5  out?

6    **A.  It's six -- the monthly payment times six**

7  **would be my -- would be my assumption.**

8    Q.  All right.  But you don't know for sure.

9  You're just assuming that right now, right?

10   **A.  Yeah.  It's kind of like that for the whole**

11 **document.**

12   Q.  Yeah.  Okay.  That's what I figured out.

13 All right.

14        So keep going to the right.  For the total

15 repair costs, 8,676.59, you don't know where that

16 number came from, either?

17   **A.  No.**

18   Q.  Do you know whether any of those repairs,

19 the repair costs, the 8,676.59, were for ordinary

20 wear and tear repairs?

21   **A.  Ordinary wear and tear, no, I don't believe**

22 **it was, but I don't have the information.**

23   Q.  Okay.  And then the last column, total repo

24 cost, 1,275, do you see that number?

1    **A.   Yes.**

2    Q.   Is AW responsible for Bush Truck Leasing's

3    repossession costs under the program agreement?

4    **A.   I believe they are.**

5    Q.   Okay.  Do you know whether or not AW's

6    responsible for the delinquent lease payments owed

7    under the third column in this chart?

8    **A.   Yes.**

9    Q.   Under the program agreement?

10   **A.   I believe so.**

11   Q.   All right.  I want to show you what's been

12   marked as Exhibit 15.

13           MR. RHODE:  What's -- what is that

14   document?

15           MR. REDA:  This -- Exhibit 15 is all of

16   the exhibits that are attached to plaintiff's -- or

17   defendant's counterclaim.

18           MR. RHODE:  Oh, okay.

19           MR. REDA:  And you could see that at

20   the top.  It shows you the alphanumeric page stamp

21   from the federal court.

22           MR. RHODE:  Okay.  Let me grab it here

23   in this stack of paper.

24           MR. REDA:  It's a big one.  It's 65

1   pages.

2           MR. RHODE:  Okay.

3           Did we do 12 and 13?

4           MR. REDA:  We did not.

5           MR. RHODE:  Okay.

6           All right.  We got 15.

7           MR. REDA:  You got it.  All right.

8   BY MR. REDA:

9       Q.  So I want to go -- the first page of Exhibit

10  15 is actually Exhibit 1 to the complaint, and it's

11  an email purporting to be from you to Jordan on

12  November 1st, 2016, at 5:55 p.m., attaching

13  additional marketing material.  Do you see that?

14      **A.  Yes.**

15      Q.  Is that a true and accurate copy of your

16  November 1st, 2016 email to Jordan at 5:55 p.m.?

17      **A.  I -- I don't know.  I assume it is.**

18      Q.  Okay.  If you go to the next --

19      **A.  It's a standard piece of collateral that we**

20  **send out to all customers when we're first**

21  **introducing ourselves.**

22      Q.  Okay.

23      **A.  That's not just -- obviously not just Class**

24  **A.  It's mostly geared to light- and medium-duty**

 1  **trucks.**

 2      Q.  Okay.  If you page through it and you go to

 3  the third page of Exhibit 15, you're going to see a

 4  brochure called "driving your business."

 5      **A.  What page?**

 6              MR. RHODE:  They're not -- they're not

 7  paginated, so let me...

 8              MR. REDA:  Then you just flip to the

 9  third page.

10              MR. RHODE:  Okay.

11              THE WITNESS:  Okay.

12  BY MR. REDA:

13      Q.  If you look at this brochure, it's a

14  multipage brochure.  Is it a true and accurate copy

15  of the "driving your" -- or Bush Truck Leasing,

16  Inc., "driving your business" brochure that you

17  delivered to Jordan on or about November 1st, 2016?

18      **A.  Is there a date on -- you say November?**

19      Q.  Yeah.  The email says it right there,

20  November 1st, 2016.

21              MR. RHODE:  I mean, I could make this

22  go faster, Bob.  I mean, are you representing this

23  attachment was attached to, exactly as it appears

24  in Exhibit 15, the November 1st, 2016 email.  Then,

1    I mean, you could make that representation.

2              MR. REDA:  As far as I know, it was,

3    yeah.

4              THE WITNESS:  This is a very old piece

5    of collateral, marketing collateral, we send out to

6    everybody.  I'm not sure when it was sent out or --

7    but it could have been.

8    BY MR. REDA:

9        Q.  But it's a true and accurate copy of one of

10   Bush Truck Leasing's marketing collateral from

11   years past?

12       **A.  Yes.**

13       Q.  If you flip to the next page -- actually two

14   pages down.

15       **A.  It, too, is geared mostly to light-duty --**

16   **light- and medium-duty trucks, not Class A.**

17       Q.  All right.  But if you go to page five of

18   the exhibit you have in your hands, do you see

19   that?

20       **A.  Yeah, uh-huh.**

21       Q.  All right.  This is the page that talks

22   about services manifest.  Do you see that?

23       **A.  Yes.**

24       Q.  And in fact, I think you've actually got a

1  servicemark.  Do you see the little SM on top of

2  the T?  "Services manifest" with a little

3  servicemark.  Do you see that?

4  **A.  Yeah.**

5  Q.  All right.  Do you typically servicemark,

6  trademark, copyright some of your marketing

7  collateral?

8  **A.  I would check with -- you'd have to check**

9  **with marketing on that.**

10  Q.  Okay.  But if you look down in the big red

11  area, or the box that's framed in red, the second

12  one talks about route ready maintenance program.

13  Do you see that?

14  **A.  Yeah.**

15  Q.  And that's actually got a servicemark on it,

16  too, doesn't it?

17  **A.  I believe that's what that is, yeah.**

18  Q.  All right.  And that's the route ready

19  maintenance program we've been talking about

20  already today, right?

21  **A.  Correct.**

22  Q.  All right.  Then if you look in the box

23  across from it, it says:  Managed maintenance

24  program to provide preventative services and

1  repairs to your truck, including.

2      **A.  Let me -- let me back up just a second there.**

3      Q.  Sure.

4      **A.  That's -- the route ready maintenance**

5  **program's not the same for all -- all corporate**

6  **sponsors.  Light-duty and heavy-duty are two**

7  **different products and services.**

8      Q.  Okay.  But this particular document is

9  saying that the route ready maintenance program is

10  described as a managed maintenance program to

11  provide preventative service and repairs to your

12  truck, including.  It says that, doesn't it?

13      **A.  This piece of marketing collateral, that's**

14  **generic, explains what a program can consist of,**

15  **yes.**

16      Q.  Okay.

17      **A.  And that's one of the items.**

18      Q.  And this particular brochure is saying that

19  the route ready maintenance program is a managed

20  maintenance program, correct?

21      **A.  Depending on how the corporate sponsor wants**

22  **it managed, it can be, yes.**

23      Q.  All right.  And it includes all preventative

24  maintenance?

1      **A.   It could.**

2      Q.   Okay.  Now, you said earlier that at some

3  point in time, Bush Truck Leasing contracted with

4  Dickinson Fleet Services to take over the

5  maintenance program.  Is that right?

6               MR. RHODE:  Objection to form,

7  misstates the testimony.

8               THE WITNESS:  Not to take over, but to

9  provide -- be a major vendor in the program.

10  BY MR. REDA:

11      Q.   Okay.  So what services did Bush Truck

12  Leasing maintain in-house after it contracted with

13  Dickinson Fleet Services?

14               MR. RHODE:  Objection to form.

15               THE WITNESS:  We managed the fund.  We

16  managed the reconditioning in many cases.  We

17  okayed estimates.  We had our current -- in some

18  cases, we had to use our current network that

19  wasn't suited for Dickinson's network or

20  Dickinson's mobile fleet.  So a lot of the same

21  things we always did.

22  BY MR. REDA:

23      Q.   Did Dickinson Fleet Services provide you

24  with discounts to be passed on to your lessees?

1          MR. RHODE:  Objection to form.

2          THE WITNESS:  We did negotiate

3    discounts with Dickinson, yes.

4    BY MR. REDA:

5      Q.  And the repair discounts was a big component

6    of your marketing of your maintenance program to

7    your lessees, correct?

8          MR. RHODE:  Objection to form.

9          THE WITNESS:  That was a component,

10   yes.

11   BY MR. REDA:

12     Q.  So I want to direct your attention to

13   Exhibit 16.

14          MR. RHODE:  Are these the ones you sent

15   after lunch?  We got to run to -- I think Joe sent

16   them to his assistant to be printed.

17          MR. WOMICK:  Yeah, let me go grab them.

18          MR. REDA:  All right.

19          MR. RHODE:  So maybe give us two

20   minutes.

21          MR. REDA:  Yeah, that's fine.  That's

22   all right.

23          MR. WOMICK:  Bob, none of these have

24   exhibit labels yet.  You have to tell us which --

1        MR. REDA:  Yeah.  You know what?  If

2    you guys just want to write them on there, but I'll

3    start putting them on right now.  Hang on.  It's

4    pretty easy to get them on.

5            You might want to print all the rest of

6    them out in the folder, I guess, if we're doing

7    that.

8        MR. RHODE:  Okay.  Do you want to

9    just -- do you want to take a break while I get

10   this sorted?  Are there going to be -- like how

11   many can we get done right at once, and then

12   we'll...

13       MR. REDA:  There's through 24 right

14   now.

15       MR. RHODE:  In the folder?

16       MR. REDA:  Yeah.

17       MR. WOMICK:  I think when I last

18   looked, it was only up through like 19.

19       MR. RHODE:  Are they labeled?

20       MR. REDA:  They don't have the Bates

21   stamp -- they don't have the exhibit, like

22   plaintiff's exhibit.  The PDF is.  The PDF itself

23   says what it is, but, right, it's going to be

24   difficult.  I can do it right now.  Just give me

Page 157

1    one second.

2          MR. RHODE:  Okay.  Let's go -- we could

3    go off the record and we'll...

4          MR. REDA:  All right.

5          (Recess taken from 1:00 to 1:35,

6    central time.)

7    BY MR. REDA:

8      Q.  There is -- I want to direct your attention

9    to Exhibit 18, Plaintiff's Exhibit 18, but -- get

10   that in front of you, but before we get to that, I

11   got some other things to talk to you about.

12         All right.  As soon as you have that in

13   front of you, let me know.

14     **A.  Okay.  It's in front of me.**

15     Q.  Okay.  Great.

16         So this is some -- this is more background

17   stuff, but who is AmeriQuest Transportation

18   Services?

19     **A.  I believe AmeriQuest is part of NationaLease,**

20   **a bunch of -- combined, they're the largest truck**

21   **maintenance company in the country, full service**

22   **and -- yeah, truck leasing and maintenance.**

23     Q.  But isn't -- but isn't NationaLease just

24   like a trade group?

 1          MR. RHODE:  Objection to form.

 2   BY MR. REDA:

 3      Q.  NationaLease is like -- NationaLease doesn't

 4   own --

 5      **A.  They're a shared service group more than --**

 6   **more than a trade group.  They're the largest in --**

 7   **they're like a Penske or a Ryder, but they have**

 8   **individual members.**

 9      Q.  Right.  So NationaLease doesn't own

10   AmeriQuest Transportation Services?

11      **A.  They bought AmeriQuest.  I'm not sure of the**

12   **full name.  That throws me a little bit, but they**

13   **bought AmeriQuest.**

14      Q.  Does that sound like -- Corcentric maybe is

15   the new name?

16      **A.  Corcentric is part of that group as went.**

17      Q.  It's just another member.  Okay.

18      **A.  They're not a member.  They're -- I think**

19   **they're actually part of NationaLease.**

20      Q.  Okay.

21          All right.  So when -- we've got a couple --

22   we've got a couple things in here from like Milton

23   Billings and a couple of these other drivers, where

24   Bush Truck Leasing executed assignments of the

1  lease from one party to the next party, so like --

2  I'm not going to bring an exhibit because I just --

3  I want to know if you understand this or if there's

4  somebody else in your organization does.

5       So in that assignment, the previous lessee

6  does not execute the assignment.  It was a lady and

7  it was from the -- like the title trust that Bush

8  Truck Leasing set up.  Are you familiar with this?

9            MR. RHODE:  Objection to form.

10           THE WITNESS:  I -- that's bits and

11 pieces of a lot of things, so I'm not sure enough

12 of what you're talking about.

13 BY MR. REDA:

14  Q.  Well, when the trucks get assigned from

15 one -- from a prior lessee to a new lessee, there's

16 a person who signs on behalf of Bush Truck Leasing,

17 and it's like a title trust, which -- which appears

18 to be that Bush has assigned its interest in these

19 leases to this title trust.  Are you familiar with

20 that?

21           MR. RHODE:  Objection to form and

22 mischaracterizes the record.

23           THE WITNESS:  That's vague.  I'd be

24 guessing.

Page 160

1   BY MR. REDA:

2     Q.  Okay.  Do you have a title trust for your

3   leases?

4     **A.  We do.  It's not active right now.**

5     Q.  Okay.  So describe --

6     **A.  Titling trust.**

7     Q.  What's it called?

8     **A.  Titling trust.**

9     Q.  Okay.  Describe that to me.

10    **A.  It's its own entity, where lease -- leases**

11  **can be housed, kept.**

12    Q.  Now, do you -- do you assign the leases to

13  that titling trust?

14            MR. RHODE:  Objection.

15            THE WITNESS:  It's not active.  Our

16  titling trust is not active.

17            MR. RHODE:  Sorry.  Objection to form.

18            MR. REDA:  This goes back to what I was

19  saying.  If your lawyer objects, kind of like hold

20  off for a second so we can get it on the record.

21  BY MR. REDA:

22    Q.  When -- was the titling trust active in

23  2016?

24    **A.  No.**

Page 161

1    Q.  Was it active in 2017?

2    **A.  No.**

3    Q.  How about 2018?

4    **A.  No.**

5    Q.  When did the titling trust come into

6 existence?

7          MR. RHODE:  Objection to form.

8          THE WITNESS:  Early 2000s.

9 BY MR. REDA:

10    Q.  Okay.  And did you form that titling trust

11 yourself?

12    **A.  Yes.**

13    Q.  Are you the -- are you like the only owner,

14 shareholder, member of the company?

15    **A.  It has no -- it has no assets.  There's not**

16 **any value to it.**

17    Q.  But is there a beneficiary?

18    **A.  The beneficiary -- well, there's not any --**

19 **it's done to do a private placement, but there's not**

20 **any beneficiary at this time.**

21    Q.  Was there a beneficiary?

22          MR. RHODE:  Object to form.

23          THE WITNESS:  I'm not -- I don't know

24 enough to speak on that.  There were individual

Page 162

1   SUBIs that had individual entities that bought

2   leases that were housed in that entity, and they

3   had special beneficiary interest.

4   BY MR. REDA:

5       Q.  So you've made a comment about it a little

6   bit earlier.  You basically assembled a bloc of

7   leases and then sold it to investors, correct?

8               MR. RHODE:  Objection to form and

9   misstates the testimony.

10  BY MR. REDA:

11      Q.  Do you understand the question?

12      **A.  I do.  With recourse back to Bush.**

13      Q.  Okay.  So just so I get this right, early

14  2000s, you set up this titling trust entity to take

15  ownership of blocs of leases so that you could sell

16  those blocs as investments to third parties?

17              MR. RHODE:  Object to the form.

18              THE WITNESS:  Say that again.

19              MR. REDA:  Do you want to repeat that

20  question.  Can you do that for me.  Thanks.

21              (Following question read back:  So just

22  so I get this right, early 2000s, you set up this

23  titling trust entity to take ownership of blocs of

24  leases so that you could sell those blocs as

Page 163

1   investments to third parties?)

2            MR. RHODE:  Same objection.

3            THE WITNESS:  Those -- those third

4   parties -- I don't feel qualified to speak on it.

5   Those third parties kept an interest.  They stayed

6   in the SUBI.  That had a SUBI that stayed as part

7   of the trust until it paid out.

8   BY MR. REDA:

9     Q.  Okay.  What is a SUBI?  Could you spell that

10  to me?

11    **A.  Special purpose benefit -- beneficiary**

12  **interest, something like that.**

13          **AW was not a part of that.  They weren't even**

14  **around close to that time.**

15    Q.  So you're saying that none of the leases for

16  AW drivers were part of the titling trust?

17    **A.  Correct.**

18    Q.  All right.  There was a point in time when

19  you had asked -- you and/or an employee of Bush

20  Truck Leasing had asked employees of AW to make

21  payments under the leases directly to a third-party

22  bank.  Do you recall that?

23    **A.  No.**

24    Q.  I understand that there was a -- that when

1  you made a lease to a particular driver, you could

2  have the lease costs, the maintenance costs and

3  potentially a warranty cost.  Does that sound about

4  right?

5     **A.  That sounds about right.**

6     Q.  Did Bush Truck Leasing ever charge an

7  additional warranty fee over and above the

8  agreed-upon warranty charge when the lease was

9  entered into?

10          MR. RHODE:  Objection to form.

11          THE WITNESS:  Say that again.

12  BY MR. REDA:

13     Q.  Did Bush Truck Leasing ever charge a

14  warranty fee or any monies for a warranty fee over

15  and above the agreed-upon warranty charge?

16     **A.  Not that I'm aware of, not over and above an**

17  **agreed-upon amount.**

18     Q.  Okay.  How many repair facilities does BTL

19  have and own?

20          MR. RHODE:  Objection to form.

21          MR. REDA:  I'll rephrase that.

22  BY MR. REDA:

23     Q.  In 2016 did Bush Truck Leasing own any

24  repair facilities?

Page 165

1    A.   Yes.

2    Q.   How many?

3    A.   **Well, there's several buildings that repairs**

4    **get done in.**

5    Q.   Where's that located?

6    A.   **Cincinnati, Wilmington, Las Vegas.**

7    Q.   So those three cities have wholly-owned Bush

8    Truck Leasing repair shops?

9    A.   **Correct.**

10   Q.   In 2016 and 2017 how many road service

11   trucks did Bush Truck Leasing have?

12   A.   **We didn't own any.**

13   Q.   Okay.  Did Bush Truck Leasing ever increase

14   the repair charges to its lessees over and above

15   the actual charge from the repair shop?

16           MR. RHODE:  Objection to form.

17           THE WITNESS:  State that again.

18   BY MR. REDA:

19   Q.   Well, did Bush Truck Leasing ever take --

20   well, I'll rephrase that.

21           Since the end of 2016, through and including

22   today, did Bush Truck Leasing ever take an invoice

23   from a repair shop and increase it by an amount and

24   then bill their lessees for that increased amount?

1    A.   Yes.

2    Q.   Why?

3    A.   It's in the agreement.

4    Q.   What part of the agreement?

5    A.   I believe the maintenance agreement.

6    Q.   But that would be between Bush and its --

7    A.   Drivers.

8    Q.   Okay.  So the maintenance agreement between

9    Bush and its drivers or lessees has a provision

10   that Bush Truck Lease can increase vendor invoices

11   by an amount of money?

12   A.   I believe so.

13   Q.   Do you know how much?

14   A.   I do not.

15   Q.   Did Bush Truck Leasing ever have -- since

16   the end of 2016, did Bush Truck Leasing ever have a

17   policy to deliver monthly, quarterly, yearly

18   maintenance accounting statements to the drivers?

19   A.   Upon request we would deliver.

20   Q.   But not -- but you just wouldn't do it

21   automatically.  The driver would have to request

22   it?

23   A.   Correct.

24   Q.   Did Bush Truck Leasing have a policy to

1  withhold the original repair shop invoices from the

2  drivers?

3          MR. RHODE:  Objection, form.

4          THE WITNESS:  I'm not sure.

5  BY MR. REDA:

6    Q.  Who would know that?

7    **A.  Maybe Treasa or Larry.**

8    Q.  Is there any reason why -- when I talk about

9  these time periods, I'm talking about the end of

10  2016 to today.  Is that okay?

11    **A.  I think we just -- I believe we just shared**

12  **the records we had with them.  I don't believe we**

13  **shared the individual invoices with them.**

14    Q.  All right.  Do you know what the average

15  time it took to repair -- for Bush Truck Leasing --

16  during the relevant time period, for Bush Truck

17  Leasing to authorize a repair?

18          MR. RHODE:  Objection to form.

19          THE WITNESS:  Well, there's a lot of

20  different types of service.  Most services only

21  took five minutes, five, 10 -- five, 10 minutes.

22  BY MR. REDA:

23    Q.  Okay.  Aside from the five- to 10-minute

24  authorizations --

Page 168

1    A.   That's most of them.

2    Q.   Okay.  Okay.  Putting those aside, how long

3   did it take for Bush Truck Leasing to authorize,

4   during the relevant time period, to authorize non

5   five-minute repairs?

6    A.   Well, the majority of the repair

7   authorization took five to 10 minutes.

8    Q.   Okay.

9    A.   There are some out of scope repairs.

10  Especially if they didn't have any money in their

11  account and AW wouldn't pay for it, we had to make a

12  decision if we were going to loan the contractor

13  money, as opposed to AW, to keep the driver running,

14  or we were going to keep -- get the truck and have

15  AW pay for it.

16       At the time AW might have quit paying it and

17  just made the decision process a little bit longer,

18  but if the contractor went in for service and was

19  current, normally it was, you know, five, 10 -- a

20  five- to 10-minute, maybe three- to 10-minute

21  exercise.

22    Q.   I've been -- go ahead.  I'm sorry.

23    A.   If the driver has money in the maintenance

24  fund, it's a very, very, very, very quick process.

1    Q.  Okay.  Was there a time, during the relevant

2  time period, that the 24/7 phone system and

3  answering -- 24/7, you know, call center ever

4  closed?

5            MR. RHODE:  Objection to form, asked

6  and answered.

7            THE WITNESS:  It did not close, no.

8  BY MR. REDA:

9    Q.  Okay.  It was never down for a couple of

10  days?

11    **A.  Not without an alternative.**

12    Q.  All right.  Did Bush Truck Leasing ever

13  authorize AW drivers to move their tractor leases

14  to another program agreement entity?

15            MR. RHODE:  Objection to form.

16            THE WITNESS:  I don't understand the

17  question.

18  BY MR. REDA:

19    Q.  Well, there's some evidence floating out

20  there that says Bush Truck Leasing authorized

21  specific -- there were specifically lessees that

22  were contracted with AW to move their trucks to

23  another basic carrier.

24            MR. RHODE:  Corporate sponsor?

1  BY MR. REDA:

2     Q.  Well, we haven't defined "corporate

3  sponsor."  We've got the program agreement people.

4     **A.  Yes, that could be done.  Yeah.**

5     Q.  What part of the program --

6     **A.  It could have happened.**

7     Q.  Okay.  So that did happen?

8     **A.  Right.**

9     Q.  What part of the program agreement actually

10  allowed Bush Truck Leasing to remove a driver from

11  the contract with AW and give it, that driver, to

12  another carrier?

13    **A.  It only would have happened if the driver was**

14  **in default and AW wasn't living up to their**

15  **corporate sponsor agreement.**

16    Q.  So then you would authorize the driver to

17  move their lease to another carrier?

18    **A.  That could happen.  I don't know if it did,**

19  **but it could happen.  If we could not get AW to live**

20  **up to the agreement and they were defaulting out on**

21  **the agreement, we had to cut our losses.  We tried**

22  **to avoid this situation.**

23    Q.  Where did you think AW got the revenue to be

24  able to pay the driver's lease, maintenance and

1   warranty charges?

2   **A.  Well, from -- from the statement I saw, it**

3   **looks like they charged the driver a 15 percent fee,**

4   **plus other fees, so I assume that's where they get**

5   **the revenue.**

6   Q.  Well, you wouldn't get the revenue from a

7   charge.  You'd get the revenue from a customer,

8   right?

9   **A.  Well, I don't know.  I just saw what they**

10  **dinged the driver for, and it said 15 percent of the**

11  **revenue, I thought, or something like that.**

12  Q.  Okay.

13  **A.  And then plus a number of other fees.  And I**

14  **assume that's tallied up to quite a bit of money,**

15  **$30,000 or something like that a year.**

16  Q.  Okay.  But where would the revenue come

17  from -- or let me rephrase it.

18       You've been in the business a long time,

19  right?  These carriers and their drivers deliver

20  freight, and then the freight is paid for by a

21  customer, correct, and that becomes the revenue to

22  the carrier, correct?

23  **A.  I assume that's how AW operates.  I don't**

24  **know.  You'd have to ask Jordan.**

1    Q.  Do you know how any -- is there any company

2  out there that's a carrier that doesn't operate

3  that way?

4    **A.  I don't know.**

5    Q.  Okay.  So let's say that driver A is not

6  generating revenue by delivering loads.  Are you

7  saying that AW should keep paying that driver's

8  expenses, even though the driver's not generating

9  any revenue?

10    **A.  If the driver is in default, they should be**

11  **paying the expenses and putting another driver into**

12  **the truck.**

13    Q.  What if the truck is broken down and

14  unusable?

15    **A.  Well, the driver would not be able to take it**

16  **to another carrier, then.**

17    Q.  So I was told that Jordan actually did

18  propose to you and BTL an alternative preventative

19  maintenance plan, but it was rejected.  Do you

20  remember that?

21    **A.  No.**

22    Q.  Okay.  Do you know where -- or let me ask a

23  different question.

24        For all your employees, do you keep

1  employment records?

2          MR. RHODE:  Objection to form.

3          THE WITNESS:  We have an HR department.

4  I assume they have most of the records for

5  employees.

6  BY MR. REDA:

7     Q.  And are your employees W-2 employees?

8     **A.  When you say -- what did you say, W-2?**

9     Q.  Yes, W-2.

10    **A.  I didn't hear you, I'm sorry.**

11    Q.  W-2, yeah.

12    **A.  Yes.**

13    Q.  All right.  And in order to do a W-2, you

14 need their last known address, phone number, email,

15 right?

16    **A.  I'm not in HR.  I'm not sure.**

17    Q.  Okay.  So you're saying that Bush Truck

18 Leasing does not have their employees' last known

19 address and phone number?

20          MR. RHODE:  Objection to form.  That's

21 not what he said.  He said he's not in HR.

22          Objection to form, lacks foundation and

23 asked and answered.

24 /////

Page 174

1  BY MR. REDA:

2     Q.  You can answer the question.

3     **A.  No, I didn't say that.  I said I don't have**

4  **knowledge of it.  I don't -- I don't ask that**

5  **question.  I haven't asked that question.**

6     Q.  All right.  Do you happen to know where Jim

7  Olson currently lives?

8     **A.  No.**

9     Q.  Do you know where Doug Ritchie currently

10  lives?

11     **A.  No.**

12     Q.  Do you think your HR department has their

13  last known addresses and phone numbers?

14        I'm sorry, I didn't catch that.

15     **A.  What do you mean by "last known"?  I --**

16  **that's -- the last we known of, yes.**

17     Q.  That was the question.

18        Do you know whether or not Bush Truck

19  Leasing ever offered replacement tractors to

20  drivers when they had serious breakdowns and kept

21  their trucks out of service for more than a day?

22           MR. RHODE:  Objection to form.

23           THE WITNESS:  I don't believe we did.

24  /////

1  BY MR. REDA:

2      Q.  Do you know why not?

3      **A.  It wouldn't have been affordable for the**

4  **drivers.**

5      Q.  We talked earlier about the tires, and you

6  said that no new tires were provided after the

7  second set.  Is that right?

8              MR. RHODE:  Objection to form.

9              THE WITNESS:  Were required to be --

10  they weren't allowed to use their maintenance fund

11  for that more than two times.

12  BY MR. REDA:

13      Q.  And you said that was part of the -- part of

14  the maintenance agreement between Bush Truck

15  Leasing and their drivers, right?

16      **A.  Correct.**

17      Q.  All right.  I want to direct your attention

18  to Exhibit 18.

19      **A.  Okay.**

20      Q.  I don't know if you have that in front of

21  you.

22      **A.  I do.**

23      Q.  There's a couple different emails on here.

24  I'm talking about the third one down that's

1   basically a February 18, 2020 email from Jordan to

2   you.  Do you see it?

3   **A.  Yes.  11:54?**

4   Q.  That's it.

5   **A.  Yeah.**

6   Q.  Is this a true and accurate copy of Jordan's

7   email to you on February 18th, 2020, at 11:54?

8   **A.  I don't remember it, but it doesn't look like**

9   **it's been tampered with.**

10  Q.  So what do you have to say to Jordan's

11  complaint that when Bush Truck Leasing allowed this

12  particular driver to move his truck to another

13  carrier, it left All Ways Auto with a huge loss

14  that could be uncollected from that driver?

15          MR. RHODE:  Objection to form, lacks

16  foundation, assumes facts not in evidence.

17          THE WITNESS:  Yeah, I don't have any

18  proof of that, and that's nothing compared to the

19  losses that Jordan's left us with with drivers that

20  have left or failed.  We found one truck in Utah,

21  at a storage lot, that he left there without an

22  engine.  That was probably a 60,000 dollar repair.

23          MR. REDA:  Okay.  Let's see.

24  /////

1  BY MR. REDA:

2    Q.  I want to show you what's been marked as

3  Exhibit 19.  Tell me when you have it in front of

4  you.

5    **A.  Okay.**

6    Q.  Do you have it?

7    **A.  Not yet.**

8    Q.  Okay.

9         MR. RHODE:  He's waiting on me.

10         MR. REDA:  Oh, sorry.

11         (Off record discussion.)

12         THE WITNESS:  Are you talking to me?

13         MR. REDA:  No.  I'm talking to the

14  court reporter, because they get tired, you know.

15  After a while, their hands get tired, body gets

16  tired.

17         THE WITNESS:  I have the document.

18  BY MR. REDA:

19    Q.  Okay.  So there's, it looks like, three

20  emails in here, but I'm directing you to the third

21  one down.  It's a February 25th, 2020 email from

22  Jordan to you.  Do you see that?

23    **A.  3:43.**

24    Q.  That's it, yes.

Page 178

1    **A.   Yeah.**

2    Q.   Does this appear to be a true and accurate

3    copy of Mr. -- of Jordan's February 25th, 2020

4    email to you on that date and time?

5    **A.   I don't remember it, but it doesn't look like**

6    **it's been tampered with, so I would assume it is.**

7    Q.   All right.  Well, then the one above it,

8    February 25th, 2020, same day, at 2:45 p.m., which

9    must be Ohio time, you respond with basically six

10   words:  Forgetting all the rhetoric, dot, period,

11   yes, period.

12        Do you remember making that statement to

13   him?

14             MR. RHODE:  By the way, feel free to

15   review the whole --

16             THE WITNESS:  Do you mind if I read it?

17             MR. REDA:  Oh, yeah, not at all.  Yeah,

18   yeah.  You actually should.

19             THE WITNESS:  Thank you.

20             Okay.

21   BY MR. REDA:

22   Q.   You got it?

23   **A.   So basically what -- what I'm answering is**

24   **the question, is AW still responsible, and the**

1 **question is yes.**

2   Q. Okay.

3   **A. And the rhetoric is just that.**

4   Q. So, again, this would be -- the February

5 25th, 2020 email from you to Jordan at 2:45 p.m. is

6 a true and accurate copy of your email in response

7 to his?

8   **A. Again, I assume it is.**

9   Q. Okay. Do you remember writing that email?

10   **A. No.**

11   Q. Okay.

12     All right. I want to -- let me see what I

13 got going here.

14     I want to direct your attention to Exhibit

15 27. This is that big one, the 334-page one.

16         MR. RHODE: Give me just one minute,

17 Bob. I...

18         MR. REDA: Yeah. 27 and 26 we're going

19 to go over right now and then we're backing up.

20         MR. RHODE: You know what? I'm sorry,

21 I didn't catch the last part of that.

22         MR. REDA: We're going to be covering

23 27, 26, 25, 24, 23 and 22.

24         MR. RHODE: All right. Just tell me --

1   just tell me the next one, then --

2           MR. REDA:  Okay.

3           MR. RHODE:  -- that you want the

4   witness to take a look at.

5           MR. REDA:  27, but I would give him 26,

6   too, but 27 is what we're covering right now.

7           MR. RHODE:  I'm like your paralegal,

8   Bob.  I hope you appreciate that.

9           MR. REDA:  I do.  I do.  I do.  It's

10  tough with these -- these, you know, remote

11  depositions, because normally you have the big

12  piles of paper and you just kind of flip them out.

13          MR. RHODE:  Yeah.  I mean, again, if we

14  could just get these in advance, it would be real

15  helpful.  We can have them all printed in order and

16  ready to go.

17          Okay.  He has now 27 and 26.

18          MR. REDA:  Perfect.

19  BY MR. REDA:

20      Q.  So let's go to 27.  Just so you know, you

21  can review these pages, which you should, but this

22  particular group of exhibits is the vendor invoice

23  and the Bush Truck Leasing invoice that was

24  provided to us through discovery related to a

1    single truck, and the truck was controlled by a guy

2    named Jason Cormier.

3         And I want to direct your attention to page

4    16 of that.  The Bates stamped number on it is BTL,

5    dash, AW35115.  It's very small.

6    **A.   35 --**

7    Q.   35115.

8    **A.   Okay.**

9         MR. RHODE:  So I'll just -- Bob, I'll

10   just object to the extent -- I don't know what --

11   the document appears to be some type of

12   compilation.  It's got exhibits from BLT that would

13   have been documents we produced, and I see

14   something with the DFS label intermixed, and then I

15   also see -- then more BTL.

16        So just I have no idea what this was.

17   It looks like some type of work product or

18   something you compiled, but I just want to note

19   that objection for the record.

20        MR. REDA:  Sure.  Sure.

21   BY MR. REDA:

22   Q.   So I want to just point out in here that

23   page 35115 purports to be a Goodyear Tire and

24   Rubber Company invoice to Bush Truck Leasing

Page 182

1    related to this driver, James Cormier.  And if you

2    look at kind of the top right of the invoice,

3    you'll see the date, April 30th, 2019.  Do you see

4    that?

5        **A.  Yes.**

6        Q.  All right.  And then kind of like right

7    under the word "Goodyear," straight down, you'll be

8    able to see the Jason Cormier name.  Do you see

9    that?

10       **A.  Yes.**

11       Q.  All right.  On the bottom of the -- is it

12   the first page?  Yeah, I think it's the -- yeah,

13   the bottom of the first page, all the way to the

14   right, you'll see a total amount of the charge.  Do

15   you see that?

16       **A.  Okay.**

17       Q.  1483.67?

18       **A.  Yes, uh-huh.**

19       Q.  Do you have reason to believe that this is

20   not a true and accurate copy of Goodyear Tire and

21   Rubber's invoice to Bush Truck Leasing related to

22   James Cormier on or about April 30th, 2019?

23            MR. RHODE:  Objection to form, lacks

24   foundation.  I mean, I don't think you've

Page 183

1  established he's even seen this before, but -- so

2  corrected or not, but objection, complete lack of

3  foundation.

4  BY MR. REDA:

5      Q.  Do you have any -- again, do you have any

6  reason to believe this is not an accurate invoice

7  from Goodyear to Bush Truck Leasing?

8      **A.  I don't know anything about the invoice, so I**

9  **can't tell you if it's accurate or not.**

10     Q.  Okay.  But you can see on the bottom, it's a

11  total amount charge for 1483.67, right?

12     **A.  Yes, uh-huh.**

13     Q.  Now, if you go to the very next page, page

14  17, do you see that?

15             MR. RHODE:  Again, I'll just note for

16  the record these aren't in consecutive Bates label

17  order in Exhibit 27.

18             MR. WOMICK:  Yeah.  Bob, they're real

19  out of order, but I'm trying to -- here's 17.

20             MR. REDA:  Well, it's just the next

21  page of the exhibit, so...

22             THE WITNESS:  It wasn't.

23             MR. WOMICK:  It's not.

24             MR. REDA:  What do you mean it's not?

1          THE WITNESS:  Well, that's all right.

2    Go ahead.

3          MR. REDA:  I'm on pages 16 and 17.

4    Okay.  Well...

5    BY MR. REDA:

6      Q.  All right.  If you go back to page 16,

7    there's another number that you should -- that you

8    should take a look at, and that is directly above

9    Jason Cormier's name, you can see the ID number.

10   It says BM104370.  Do you see that?  It's small,

11   but do you see it?

12     **A.  No.  I'm on 16, right?**

13     Q.  Yeah, 16.

14     **A.  35116, right?**

15     Q.  35115.  This is the Goodyear Tire invoice.

16     **A.  Okay.  Back on the one we were on?**

17     Q.  Yeah.

18     **A.  Okay.  Yes.**

19     Q.  Okay.  So below that --

20          MR. RHODE:  This is the one he said

21   he's never seen before today.  That's the one

22   you're asking about?

23          MR. REDA:  Yep.  Yep, that's the one.

24          MR. RHODE:  Okay.

1  BY MR. REDA:

2      Q.  So you can see Jason Cormier's name there?

3      **A.  Yes.  Okay.**

4      Q.  All right.  And then you could see in here

5  the -- the labeling of this is -- if you look at

6  the services provided, midway down, you could see

7  AC -- or A/C, comp, sand, blah, blah, blah, blah.

8  Do you see that?

9      **A.  Correct.**

10     Q.  Okay.  So -- and it's for VIN number, it

11  looks like right above Jason Cormier's name,

12  PJ428211.  Do you see that?

13     **A.  I see that, yeah.**

14     Q.  All right.  If you go now to page 17.

15     **A.  17?**

16     Q.  Yep.  It's the next page.

17             MR. WOMICK:  You were just on 15, so

18  wouldn't it be 16?

19             MR. REDA:  No.  Well, it's 17 in the

20  pagination of the PDF.

21             MR. RHODE:  What's the Bates number,

22  Bob?

23             MR. REDA:  The Bates number is 35116.

24             MR. RHODE:  Okay.

Page 186

1          MR. REDA:  All right.  Do you see that?

2          MR. RHODE:  Yep.  Yep.

3    BY MR. REDA:

4      Q.  Now, this is a Bush Truck Leasing invoice

5    related to the same charge, which is for air

6    conditioning, heating, ventilating system.  Do you

7    see that?

8          MR. RHODE:  Objection, lack of

9    foundation.

10         I mean, are you asking him what --

11         MR. REDA:  Yeah.  Yeah.  I'm just

12   asking him.

13         MR. RHODE:  Lack of foundation.

14         I mean, you asked him if it was the

15   same thing.  I don't think you've laid any

16   foundation, so...

17   BY MR. REDA:

18     Q.  Do you see the -- do you see the page 17?

19     **A.  16 and 17.**

20     Q.  Yeah.  The one you're looking at right now,

21   you're looking at Bates page 35116.

22     **A.  Yes.**

23     Q.  All right.  Do you see the -- in the VRMS

24   code box, you can see where it says "parts,

1  1483.67."  Do you see that?

2  **A.  Yes.**

3  Q.  That's the same amount as the Goodyear

4  invoice, correct?

5          MR. RHODE:  Are you -- objection to

6  form, lack of foundation.

7          Are you asking him to look and confirm

8  for you that the number stated on two pages, that

9  he testified he hasn't seen before, doesn't have

10 any foundation to testify about, are the same?

11         MR. REDA:  Yes.

12         MR. RHODE:  Is that your question?

13         MR. REDA:  Yes.

14         MR. RHODE:  Okay.  Okay.  He's asking

15 you to read whether the two numbers on those two

16 pages are the same.

17         THE WITNESS:  They are.

18 BY MR. REDA:

19 Q.  Okay.  Then you see where it says "vendor

20 markup, 148.37"?

21 **A.  Yes.**

22 Q.  Is that the markup you were talking about

23 that you were allowed -- that Bush Truck Leasing is

24 allowed to do under the maintenance program

1  agreement with the drivers?

2         MR. RHODE:  Objection to form, lack of

3  foundation.

4         THE WITNESS:  I don't know.

5  BY MR. REDA:

6     Q.  Okay.  Well, if you go down -- a little bit

7  down further to the right, down the bottom right --

8     **A.  I'm not familiar with these bills, so I don't**

9  **know how they work.**

10    Q.  Okay.  Well, do you see where it says "BTL

11 markup," bottom right?

12    **A.  Yeah, uh-huh.**

13    Q.  Okay.  Same amount of money, right?

14    **A.  Correct.**

15    Q.  So does that refresh your recollection as to

16 what --

17    **A.  It's not a recollection since this is my**

18 **first time seeing it, but it --**

19        MR. RHODE:  Sorry, I didn't get the

20 objection in.  Same objection, lack of foundation.

21 BY MR. REDA:

22    Q.  So who creates these Bush Truck Leasing

23 bills?  Or let me rephrase that.

24        In May -- on May 1st, 2019, who at Bush

Page 189

1    Truck Leasing created this bill that used the

2    148.37 markup and labeled it BTL markup?  Who did

3    it?

4        **A.  I have no idea.**

5        Q.  Well, who in Bush Truck Leasing in 2019 had

6    the ability to go into the computer system, create

7    this kind of an invoice with a BTL markup?

8        **A.  I don't know.**

9        Q.  Would it have been people in the accounting

10   department?

11       **A.  I don't know.**

12       Q.  Who would know?

13       **A.  I can't -- anybody's going to -- I don't know**

14   **who knows.  Somebody could tell you how it flows**

15   **through the system.**

16       Q.  All right.  So if I needed to depose

17   somebody that's going to explain this to me, who

18   would that be?

19       **A.  I would start -- Treasa might be able to tell**

20   **you.**

21       Q.  Okay.

22           All right.  If we go to Exhibit Number 26 at

23   this point.

24               MR. RHODE:  Okay.  Give us a second to

Page 190

1   organize this stack.

2          MR. REDA:  Yep.  Yep.  It's an 18

3   pager.

4          MR. RHODE:  I just want to make sure we

5   keep it all together.

6          THE WITNESS:  Okay.

7          MR. RHODE:  26?

8          MR. REDA:  I'm on 26.

9   BY MR. REDA:

10    Q.  Do you have any knowledge of any of these

11   invoices within Exhibit 26?

12    **A.  No.  I don't see the invoices.**

13    Q.  Who does -- who does process the invoices?

14   Or let me rephrase that.

15          In 2016, 2017 and 2018, who was the people

16   that processed the invoice coming from vendors into

17   Bush Truck Leasing?

18    **A.  I don't know.**

19    Q.  Who would know?

20    **A.  Maybe Treasa.**

21    Q.  Would it be the people in the accounting

22   department maybe?

23    **A.  I don't know.  I don't know how -- I don't**

24   **know how it flowed.**

1    Q.  Since -- since 20 -- during this time

2  period -- let's talk about the end of '16 through

3  '17.  Were you in the Bush Truck Leasing's

4  corporate offices every day?

5    **A.  No.**

6    Q.  How many days a week during the end of '16

7  and '17 did you come into the Bush Truck Leasing's

8  corporate offices?

9    **A.  I don't know.  I traveled quite a bit on**

10  **business.**

11    Q.  Okay.  So it sounds like you're leaving the

12  day-to-day running of Bush Truck Leasing to

13  somebody else.  Does that sound right?

14          MR. RHODE:  Objection to form.

15          THE WITNESS:  No.

16          MR. REDA:  No?

17  BY MR. REDA:

18    Q.  So in 2018, 2019, the same thing, that

19  you're in -- you're traveling a lot, you're not in

20  the office very regularly?

21          MR. RHODE:  Objection to form.

22          I mean, Bob, you're asking the

23  president of a company about maintenance invoices

24  for a particular VIN.  I mean, objection to form.

1        MR. REDA:  The question stands.

2        THE WITNESS:  I didn't travel as much.

3   It was the COVID situation.

4   BY MR. REDA:

5     Q.  Okay.  That was 2020.  I'm talking '18 and

6   '19.  During 2018 to 2019, were you in the office

7   more than one day a week?

8     **A.  Oh, yeah.**

9     Q.  All right.  Were in the office five days a

10  week?

11    **A.  On many.  On most.**

12    Q.  All right.  So you said earlier that in

13  2016, you had roughly 40 employees at Bush Truck

14  Leasing.  Do you remember that?

15    **A.  I do.**

16    Q.  You said you had two to three people in

17  collections, less than 10 in maintenance, two --

18    **A.  Yeah.  All those were estimates, of course.**

19    Q.  Yeah, okay.  But two-and-a-half in

20  purchasing.  So that gives me -- let's just go with

21  10, and three, that's 13 -- 15-and-a-half.  So

22  where's the other 25 employees?

23        MR. RHODE:  Objection to form.

24  /////

Page 193

1    BY MR. REDA:

2        Q.  Let me ask you this.  I'll rephrase it.

3            Were those 40 employees spread out amongst

4    all three of your companies?

5        **A.  No.**

6        Q.  Okay.  Combined, all three companies, end of

7    2016 and 2017, how many employees did you have

8    combined over all three companies?

9                MR. RHODE:  Objection to form.

10               THE WITNESS:  I'm not sure.

11   BY MR. REDA:

12       Q.  Less than 50?

13       **A.  No.**

14       Q.  Okay.  How many people were employed by BTG

15   Logistics in 2017?

16               MR. RHODE:  Objection to form.

17               THE WITNESS:  I don't know about 2017.

18   BY MR. REDA:

19       Q.  Less than 10?

20               MR. RHODE:  Objection to form.

21               Just said he didn't know.  Objection to

22   form.

23               MR. REDA:  But I can get --

24               THE WITNESS:  Not less than 10, no.

Page 194

1  BY MR. REDA:

2     Q.  All right.  How about Bush Specialty

3  Vehicles, how many employees in 2017?

4     **A.  I don't know the dates, how many employees we**

5  **had on a certain day.**

6     Q.  Okay.  BTG Logistics in 2023, how many

7  employees?

8     **A.  Probably about 500.**

9     Q.  And Bush Specialty Vehicles, how many

10  employees in 2023?

11     **A.  I don't know.  It's just speculation, a**

12  **guess.**

13          MR. RHODE:  Well, don't guess, but if

14  you --

15          THE WITNESS:  Okay.  I don't know exact

16  numbers for any of them.

17  BY MR. REDA:

18     Q.  Who would know those numbers?

19     **A.  HR.**

20     Q.  And who in HR would know those numbers?

21     **A.  Probably go -- I'd ask Andy Vidourek.**

22     Q.  All right.  I'm going to show you what's

23  been marked as Exhibit 25.  Let me know when you

24  got it in front of you.

Page 195

1    A.  Okay.

2    Q.  It purports to be a maintenance statement,

3  dated 5-31-22, for a vehicle VIN ending in

4  FLGB9662.  Do you see that?

5            MR. RHODE:  Objection to form.

6            THE WITNESS:  Yes.

7  BY MR. REDA:

8    Q.  Is this a true and accurate copy of the

9  maintenance statement for that vehicle as of

10  5-31-22?

11            MR. RHODE:  Objection to form, lacks

12  foundation.

13            THE WITNESS:  I don't see these, but it

14  looks like some kind of bill for an actual truck,

15  yes.

16  BY MR. REDA:

17    Q.  Okay.  Who would be able to tell me --

18  explain this maintenance statement.

19    A.  Probably Treasa.

20    Q.  All right.  The last page, page eight of

21  Exhibit 25, do you see that?

22    A.  Yes.

23    Q.  The last entry is an administrative fee of

24  1,950.26.  Do you see that?

1    **A.   Yes.**

2    Q.   What is that for?

3         MR. RHODE:  Objection to form, lacks

4    foundation.

5         THE WITNESS:  I don't see -- I don't

6    see these bills, so I don't know for sure, but it

7    looks like the administrative fee that we take out.

8         MR. RHODE:  Don't speculate.  Do you

9    have personal -- he doesn't -- he's not interested

10   in your guess.  Do you have personal knowledge?

11        MR. REDA:  Yeah, exactly.  Yeah, I

12   don't want a guess.

13        THE WITNESS:  No, I don't see these.  I

14   don't see these on a -- at any time.

15   BY MR. REDA:

16   Q.   Who would know this?  Who would know about

17   this -- this maintenance statement, administrative

18   fee and all the different charges?

19   **A.   Probably Treasa.**

20   Q.   All right.  Now, you said earlier that you

21   actually had a discount agreement with Dickinson

22   Fleet Services.  Do you remember that?

23        MR. RHODE:  Objection to form.

24        THE WITNESS:  Yes.  That we negotiated

Page 197

1   discounts, yes.

2   BY MR. REDA:

3       Q.  Okay.  Now, would those discounts be applied

4   to the actual underlying repair shop's bill?

5               MR. RHODE:  Objection to form, lack of

6   foundation.

7               THE WITNESS:  I'd have to see how -- I

8   don't know how it -- I don't know the logistics

9   there, how that worked.

10  BY MR. REDA:

11      Q.  Well, I'm curious.  You said you negotiated

12  a discount agreement with Dickinson.  Correct?

13              MR. RHODE:  Objection to form.

14              THE WITNESS:  Yes.

15  BY MR. REDA:

16      Q.  All right.  Now, was that discount

17  agreement -- did it apply to services, repair

18  services or preventative maintenance services,

19  supplied by Dickinson or performed by Dickinson?

20              MR. RHODE:  Objection to form.

21              THE WITNESS:  Performed by Dickinson,

22  yes.

23  BY MR. REDA:

24      Q.  All right.  Did it also -- did the discounts

1   also apply in the event that Dickinson had a

2   third-party repair shop or preventative maintenance

3   shop do the work?

4      **A.   I believe it did to some extent, not as**

5   **great, though.**

6      Q.   Okay.

7      **A.   I'm not positive.  I can't remember for sure.**

8      Q.   And then were -- and then was the deal for

9   you to pass along -- or for Dickinson to pass along

10  those discounts to Bush Truck Leasing so Bush Truck

11  Leasing could pass it along to their drivers?

12              MR. RHODE:  Objection to form.

13              THE WITNESS:  Well, whatever they

14  charged us, the driver would benefit any discount

15  we got.

16  BY MR. REDA:

17     Q.   And that was part of that -- it was part of

18  your -- what did you call them, marketing -- you

19  had a special name for it, marketing -- I got it

20  here somewhere.

21     **A.   Marketing collateral?**

22     Q.   Yeah, exactly.  That's part of your

23  marketing collateral to both corporate sponsors,

24  like All Ways Auto, and lessees, right?

1          MR. RHODE:  Objection to form.

2          THE WITNESS:  It can be.

3   BY MR. REDA:

4     Q.  So I guess the discounts to the drivers for

5   work is a big component of your marketing

6   collateral and the way you market Bush Truck

7   Leasing, right?

8          MR. RHODE:  Objection to form, asked

9   and answered.

10  BY MR. REDA:

11    Q.  You could answer if you know.

12    **A.  I don't know.**

13    Q.  All right.  Let's see if I can find the

14  document I'm looking for.  I think it's Exhibit 19.

15  Let's see if I'm right.  Nope.  20, 21 -- hang on,

16  sorry.

17          Oh, boy, hold on.  Let me pull it up.

18          It's Exhibit 16.

19          MR. RHODE:  Have we marked this one

20  yet, Bob?

21          MR. REDA:  It should be.  Yeah, it's in

22  there.

23          MR. RHODE:  Okay.

24          MR. REDA:  Plaintiff's Exhibit 16.

1        It appears to be a nine-page document.

2  Let me know when you get it.

3        MR. RHODE:  Okay.  Hold on a second,

4  please.

5        All right.

6  BY MR. REDA:

7   Q.  Do you have it?

8   **A.  Yes.**

9   Q.  All right.  Why don't you take a look at it.

10  It's nine pages.  Let me know when you're done

11  reading it.

12   **A.  Well, it'll be a while before I get all --**

13  **through all 10 pages here.**

14   Q.  Well, if you could -- my question's going to

15  be:  Is this a true and accurate copy of the,

16  basically, maintenance select plus agreement Bush

17  Truck Leasing entered into with Dickinson freight

18  services on or about June 3rd, 2019?

19        MR. RHODE:  Look, I mean, you handed

20  the witness a long document.  He's -- I know you're

21  not trying to interrupt his reading, Bob.

22        MR. REDA:  No.  No.  I'm just telling

23  him what the question's going to be.

24        MR. RHODE:  Okay.

Page 201

1          THE WITNESS:  I believe it is.

2   BY MR. REDA:

3       Q.  Okay.  So would it be correct to say that as

4   of June 3rd, 2019, Dickinson Fleet Services took

5   over the fleet maintenance program for you?

6          MR. RHODE:  Objection to form, asked

7   and answered and mischaracterizes prior testimony.

8          THE WITNESS:  They became a major

9   vendor for us.

10          MR. REDA:  Okay.

11          THE WITNESS:  And we supplemented what

12   they were doing with our own other vendors.

13          MR. REDA:  Okay.

14   BY MR. REDA:

15       Q.  If you look on the second paragraph, the

16   last sentence, it says:  DFS will then set up each

17   of the vehicles in customer's fleet on a

18   preventative maintenance service interval that

19   satisfies customer's needs.

20          MR. RHODE:  All right.  Hold on a sec.

21   Initially you said you were just going to ask him

22   whether it was correct and stopped him from

23   reviewing it, but if you're going to ask

24   substantive questions --

1          MR. REDA:  Oh.  No, I thought he was --

2    I thought -- yeah.

3          MR. RHODE:  Hold on.  I'd just advise

4    you, if he's going to ask substantive questions and

5    you feel you need to review the document before

6    answering them, please go ahead and do so.

7          THE WITNESS:  So should I -- I'll

8    finish reading the document?

9          MR. REDA:  Yeah, sure.  Absolutely.

10          MR. RHODE:  If he's going to -- if you

11    feel like you need to review the document to answer

12    substantive questions about it, then please do so.

13          THE WITNESS:  I'll try to answer the

14    questions without reading it.

15    BY MR. REDA:

16    Q.  Well, no, you can read it.  We got a little

17    bit of time.  It's only 3:30 there, so -- we've got

18    until 5, so...

19    **A.  It's going to be an hour of me getting**

20    **through all this.**

21    Q.  Well, were you the one who -- were you the

22    Bush -- were you the Bush Truck Leasing

23    representative who negotiated the terms of this

24    Dickinson Fleet Services agreement?

1    **A.   I spelled out what was needed.   I was one of**
2    **the people involved in that.**

3    Q.   Okay.  Did you --

4    **A.   I didn't --**

5    Q.   Did you review this -- I'm sorry.

6         MR. RHODE:  Hold on.  Sorry.  It's
7    okay.  You guys were talking over each other.  Were
8    you finished?

9         THE WITNESS:  Joe Matdey brought it to
10   fruition.

11   BY MR. REDA:

12   Q.   Okay.  So, you know, I want you to read it
13   because I've got some questions that I want you
14   to -- you know.

15   **A.   Okay.**

16        MR. RHODE:  Bob, are there going to be
17   more -- well, I don't want to -- I'll try and speak
18   quietly while he's reading.

19        Are there going to be more that we
20   can -- that we need to get started printing now?

21        MR. REDA:  Yeah.  The one that's
22   Exhibit -- well, I thought you were printing them
23   all.  I'm surprised you didn't, but okay.  There's
24   another one, Exhibit 17, we're going to cover.

1          MR. RHODE:  Yeah, we have that.  I'm

2    saying we have through whatever the highest number

3    is.  Are you going to be adding more that we could

4    get started printing now?

5          MR. REDA:  Probably not, but I'll have

6    more questions.

7          THE WITNESS:  I've been through the

8    document.

9    BY MR. REDA:

10   Q.  Okay.  So since you've been through it, is

11   this a true and accurate copy of the agreement

12   between Dickinson Fleet Services and Bush Truck

13   Leasing as of June 3rd, 2019?

14   **A.  It appears to be.**

15   Q.  And you recognize Mr. Malvey's -- Joseph J.

16   Malvey's signature as vice-president/chief

17   financial officer of Bush Truck Leasing?

18   **A.  Malvey, yeah.**

19   Q.  Oh, that's an F?  M-A-F-E-Y, okay.

20   **A.  That's a V.**

21   Q.  But it's M-A-L -- Malvey, I got it.

22        Can you point out in this document where the

23   word "discount" appears?

24          MR. RHODE:  Objection to form.

1          THE WITNESS:  I didn't see it.  I'm not

2    sure where it is.

3    BY MR. REDA:

4       Q.  Well, I can tell you I just did a search,

5    and it -- the word "discount" does not appear at

6    anywhere in this maintenance select plus agreement.

7       **A.  If you see the hourly charges, they're --**

8    **they're very low for the industry.**

9       Q.  And that would be for services provided by

10   Dickinson freight services, correct?  I mean

11   Dickinson Fleet Services, correct?

12      **A.  Correct, uh-huh.**

13      Q.  But not by third-party vendors that

14   Dickinson Fleet Services used to do repairs on the

15   various tractors?

16           MR. RHODE:  Objection to form.

17   BY MR. REDA:

18      Q.  Is that correct?

19      **A.  Correct.**

20      Q.  All right.  So let's talk about that second

21   paragraph again, the last sentence:  DFS will then

22   set up each of the vehicles in customer's fleet on

23   a preventative maintenance service interval that

24   satisfies customer needs.  Do you see that?

1      **A.   On the second paragraph?**

2      Q.   Second paragraph, last sentence.

3            THE WITNESS:  What page, the first?

4            MR. RHODE:  Yeah.  I think he's in the

5      second paragraph at the very top of the document.

6            MR. REDA:  First page, second

7      paragraph.

8            THE WITNESS:  Parties here are agreed

9      to the following during the term.  DFS will collect

10     specific vehicle information on each vehicle in

11     customer's fleet, such as the year, model, engine

12     and transmission date, as well as operation

13     history, mileage, vehicle.  Is that what he's

14     talking about?

15           MR. RHODE:  Is that what you're talking

16     about, that paragraph?

17           MR. REDA:  That's the paragraph, but

18     I'm actually asking about the last sentence in that

19     paragraph.

20           THE WITNESS:  Okay.  I see it, yep.

21     BY MR. REDA:

22     Q.   All right.  Where the drivers for All Ways

23     Auto that had Bush Truck Leasing leases part of the

24     customer's fleet as relates to this Dickinson Fleet

1    Services agreement?

2       A.   **The ones that were remaining at that time.**

3       Q.   Okay.

4       A.   **There weren't very many.  A lot of the AW**

5    **drivers had defaulted by then and we had disposed of**

6    **the trucks.**

7       Q.   Okay.  So the ones that were still in Bush's

8    fleet were part of this maintenance select plus

9    agreement, is that right?

10                  MR. RHODE:  Objection to form.

11                  THE WITNESS:  Yes.

12   BY MR. REDA:

13      Q.   Okay.  So did Bush Truck Leasing allow

14   Dickinson freight service to set up each of the

15   lessees on a preventative maintenance service

16   interval that satisfies Bush's needs?

17                  MR. RHODE:  Objection to form.

18                  THE WITNESS:  In conjunction with Bush.

19   BY MR. REDA:

20      Q.   Okay.  But did Dickinson Fleet Services keep

21   their own records of the -- of that preventative

22   maintenance service interval?

23      A.   **Yes.**

24      Q.   All right.  If you go down to "service

1  descriptions."

2      **A.  Okay.**

3      Q.  The second one says "PM tracking and

4  scheduling."  Do you see that?

5      **A.  Yep.**

6      Q.  Did Bush Truck Leasing allow Dickinson Fleet

7  Services to set up a PM tracking and scheduling

8  related to the Bush lessees that were working with

9  AW?

10             MR. RHODE:  Objection to form.

11             THE WITNESS:  Yes.  Well, I'm not sure

12  what you mean by that.  What's your definition of

13  that?

14  BY MR. REDA:

15      Q.  Well, it looks like -- it looks like

16  Dickinson Fleet Services has a preventative

17  maintenance service.  It says right there:  DFS

18  will then set up each of the vehicles in customer's

19  fleet on a preventative maintenance service

20  interval that satisfies customer needs.

21             So since the trucks that were Bush's

22  lessees, who were working with All Ways Auto, would

23  have a right to be set up on DFS's preventative

24  maintenance service intervals, that's what I'm

1  saying.

2  **A. Correct.**

3  Q. So when you go onto "service description,"

4  that PM tracking and scheduling, that would apply

5  to the All Ways Auto/Bush lessees?

6  **A. The ones that were left, yes.**

7  Q. The last item in there, it says "private

8  labeling of maintenance program."

9  Did Dickinson private label their

10  maintenance -- preventative maintenance program in

11  the name of Bush Truck Leasing?

12  MR. RHODE: Objection to form. It

13  calls for a legal conclusion.

14  THE WITNESS: They might have for

15  our -- they might have. I don't know.

16  BY MR. REDA:

17  Q. You understand what private labeling is,

18  right?

19  **A. Yeah. Well, they would use our name, maybe,**

20  **to answer the phone.**

21  Q. Yeah, that's what I mean. So did they do

22  that?

23  **A. Yeah, they might have used our name to answer**

24  **their phone for our customers.**

1    Q.  Okay.

2    **A.  To prevent confusion.**

3    Q.  All right.  So I want you to go to the next

4   page, which would actually be page -- it looks like

5   page two of Exhibit 16.

6        Are you there?

7    **A.  I'm there.**

8    Q.  All right.  The first full paragraph on that

9   page starts with:  DFS will invoice customer for

10   the repair costs, comma, plus a 15 percent markup

11   to cover the costs of handling the road call and

12   the administration of the invoices.  Do you see

13   that?

14    **A.  Yes, uh-huh.**

15    Q.  Okay.  And the invoice they're talking about

16   are invoices from third-party repair shops,

17   correct?

18            MR. RHODE:  Objection to form.

19            THE WITNESS:  I don't know that.  It

20   could have been one of their -- their own repair

21   shops.

22   BY MR. REDA:

23    Q.  Okay.  But it would include third-party

24   repair shops as well, right?

Page 211

1    **A.  It would, yes.**

2    Q.  Okay.  So how is a 15 percent markup on a

3  repair invoice a discount?

4         MR. RHODE:  Objection to form and

5  mischaracterizes the document.

6         THE WITNESS:  Well, I don't know if

7  they had a -- they could have had a discount with

8  their carrier or we could have had one with ours,

9  depending who the wrecker service was, the

10  emergency road service was.

11  BY MR. REDA:

12    Q.  Well, this sentence is talking about repair

13  costs, not wrecker service.

14         MR. RHODE:  Objection to form,

15  mischaracterizes -- I mean, mischaracterizes the

16  document.

17         THE WITNESS:  I saw -- it says per

18  emergency calls.

19  BY MR. REDA:

20    Q.  I don't see where it says per emergency call

21  in the first sentence.

22         MR. RHODE:  Handling of the road call.

23  Objection to form.

24         THE WITNESS:  Yeah, you got -- "road

Page 212

1  call" usually means emergency road service, and

2  then you have, down below that, it says "emergency

3  call."

4  BY MR. REDA:

5    Q.  So instead of getting a discount from

6  Dickinson, you agreed that they could do a 15

7  percent markup on the invoices to your lessees?

8            MR. RHODE:  Objection to form,

9  misstates and mischaracterizes the document.

10            THE WITNESS:  No.  What I said is they

11  could be getting a discount from their vendor

12  and -- and the 15 percent markup might be less than

13  that discount.

14  BY MR. REDA:

15    Q.  Okay.  So you contracted with a third party

16  to do the services you agreed upon to do with your

17  lessees, correct?

18            MR. RHODE:  Objection to form.  That's

19  not what he testified.  Stop mischaracterizing his

20  testimony, Bob.  Stop it.

21  BY MR. REDA:

22    Q.  Did you or did you not agree with Dickinson

23  to provide the services that you agreed upon to do

24  under the maintenance agreements with your lessees?

1          MR. RHODE:  Same objection.

2          THE WITNESS:  We agreed to -- to have a

3  maintenance fund for our lessees, not to provide

4  the service.

5  BY MR. REDA:

6    Q.  That's your testimony today, that under your

7  maintenance agreement with your lessees, you did

8  not agree to provide the services that were stated

9  in that maintenance agreement with your lessees?

10          MR. RHODE:  Bob, stop.  Stop.

11  Objection to form.  You're mischaracterizing his

12  testimony.

13          He told you this morning that he hired

14  them as a vendor, and he went through each of the

15  services BTL still provided with them.  And now you

16  are, I think, hopefully not disingenuously, trying

17  to ask the same question again.  It's late in the

18  day.  We've been going for about an

19  hour-and-a-half, and you're trying to get a

20  different answer because you didn't like the first

21  complete answer.

22          So objection to form.  Please stop

23  mischaracterizing the testimony that you've gotten

24  five or six times already.

Page 214

1              MR. REDA:  Should I object to you doing

2      speaking objections, like you object to me doing

3      them, because you've instructed --

4              MR. RHODE:  I'm happy to have --

5              MR. REDA:  -- you've instructed the

6      witness on every single answer, so -- and I don't

7      really care, because I'm here just to get the facts

8      out.  That's what I'm trying to do.

9              MR. RHODE:  Well, then why are you --

10     why are you misstating the testimony to

11     something --

12             MR. REDA:  I'm not.  I'm not.

13             MR. RHODE:  -- he's already testified.

14             MR. REDA:  Okay.  So I'll rephrase

15     this.

16             MR. RHODE:  All right.  Let's -- let's

17     do this.

18             MR. REDA:  Yes.

19             MR. RHODE:  Okay.  We've been going an

20     hour-and-a-half.  I don't want to take a break

21     during a pending question.  Ask a question.  Then I

22     think it would be good -- sorry, it's getting late

23     in the day.  We've been going --

24             MR. REDA:  We'll do a ten-minute break

Page 215

1  and then we'll run until 5.

2          MR. RHODE:  Hold on.  I feel like we've

3  asked this question many times.  So ask the

4  question, he'll answer the question, and --

5          MR. REDA:  No.  We'll take a break now,

6  and then we'll come back at -- in 10 minutes and

7  then we'll run until 5 and we'll be done.

8          MR. RHODE:  Okay.  I mean, I'm happy

9  to --

10          MR. REDA:  Unless you want to run

11  straight until 5 right now.

12          MR. RHODE:  I can make it another five

13  minutes if --

14          MR. REDA:  No.  No, let's do it right

15  now.  Let's take a break right now and we'll come

16  back.

17          MR. RHODE:  Okay.

18          MR. REDA:  All right.

19          (Recess taken from 2:54 to 3:11,

20  central time.)

21  BY MR. REDA:

22      Q.  Okay.  Mr. Bush, are you back?

23      A.  I'm back.

24      Q.  All right.  We're back on this Dickinson

Page 216

1    Fleet Services maintenance select plus agreement.

2    I can ask you the point-blank question, I guess, to

3    make it easier.

4         Did Bush Truck Leasing agree to allow

5    Dickinson -- well, you know what?  Let's back up.

6         Why don't we go to this first full paragraph

7    on page two, and I want you just to read the first

8    sentence.

9    **A.  DFS will invoice the customer for their**

10   **repair cost plus a 15 percent markup to cover the**

11   **costs of handling the road call and administration**

12   **of the invoices.**

13   Q.  All right.  So go down to where it says --

14   the next, kind of, third full paragraph, "pick up

15   and delivery."  Do you see that?

16   **A.  Okay.**

17   Q.  At the end -- it's actually the last, I

18   guess, sentence.  It starts with the word "towing."

19   Can you read that?

20   **A.  Towing has a 15 percent markup fee on**

21   **Dickinson's fleet side.**

22   Q.  Go down to "miscellaneous expense," a little

23   bit lower.

24   **A.  Yeah.**

1    Q.   Read that first sentence.

2    **A.   DFS will charge three percent on parts cost**

3    **and mechanical repairs and seven-and-a-half percent**

4    **on parts and labor and costs on body shop repairs.**

5    Q.   Keep going.

6    **A.   Up to a maximum of $265 per repair for a cost**

7    **of miscellaneous parts, supplies for each vehicle**

8    **repair.**

9    Q.   The next section, it talks about a term of

10   three years.  Do you see that?

11   **A.   Yeah.**

12   Q.   So that would have been really 2022, so '19,

13   to '20, to '21, '22.  Did Bush Truck Leasing renew

14   this agreement with Dickinson in 2022?

15             MR. RHODE:  Objection to form,

16   mischaracterizes the document.

17             THE WITNESS:  I don't think it was

18   cancelled.

19   BY MR. REDA:

20   Q.   Okay.  Are you still -- is Bush Truck

21   Leasing still working with Dickinson?

22   **A.   Yeah, we still use them as a vendor.**

23   Q.   Okay.  Great.

24   **A.   They've always been used as that.**

1    Q.  All right.  So I want to go to page four of

2  this agreement.

3    **A.  Okay.**

4    Q.  It starts with the word "rebate" on the top

5  left.

6    **A.  Okay.**

7    Q.  So let me ask you a question.  After Bush

8  Truck Lease received a Dickinson invoice, did Bush

9  Truck Lease still increase that invoice pursuant to

10  the maintenance agreements with the lessees?

11    **A.  Don't know for sure.**

12    Q.  Okay.  But possibly Bush could have

13  increased the invoice from the third party again?

14          MR. RHODE:  Objection to form.  Don't

15  speculate.  Objection to form, lacks foundation.

16          He wants to know your personal

17  knowledge.  Do you know?

18          THE WITNESS:  I don't know.

19  BY MR. REDA:

20    Q.  But that doesn't mean it didn't happen,

21  correct?

22    **A.  It doesn't mean it didn't happen.**

23    Q.  So under "rebate," the very first line, read

24  that for me.

1    A.  "Three percent corollary rebate issued on

2   work completed via DFS technicians."

3    Q.  So does that mean that Bush Truck Lease was

4   paid money by Dickinson Fleet Services under this

5   agreement?

6    A.  It was rebated to us.

7    Q.  And how did you receive that rebate?

8    A.  I don't know.  Wire, check.

9    Q.  Okay.  If you go four lines down, read that

10   one about the seven percent markup.

11    A.  "Seven percent markup on invoices and

12   refunded fourth quarterly."

13    Q.  So was Dickinson Fleet Services paying Bush

14   Truck Leasing under this seven percent markup line

15   as well?

16    A.  Yes.  I believe it was as part of the markup

17   that's in the maintenance agreement.

18    Q.  Well, this -- the maintenance agreement's

19   not incorporated into this agreement, correct?

20           MR. RHODE:  Objection to form, calls

21   for a legal conclusion.

22           THE WITNESS:  Any vendor would --

23           MR. RHODE:  Go ahead.  Go ahead.  I'm

24   sorry.  I just wanted to get my objection on the

1   record.

2           THE WITNESS:  Dickinson just is another

3   vendor of ours who supplies maintenance services,

4   fixes trucks for us, so it would apply.

5   BY MR. REDA:

6       Q.  But this is saying that you're getting the

7   money back, Dickinson -- I mean, Bush Truck

8   Leasing, right?

9       **A.  Correct.**

10      Q.  Now, is this seven percent markup part of

11  Dickinson's 15 percent markup that you're getting

12  back?

13          MR. RHODE:  Objection to form.

14          THE WITNESS:  I'm not sure.

15  BY MR. REDA:

16      Q.  Are you passing any of this money on to Bush

17  Truck Leasing lessees?

18      **A.  In the form of the discounted labor rates**

19  **below, yes.**

20      Q.  Well, it looks like all these discounted

21  labor rates are actually increased by 15 percent

22  under this agreement when it's billed to you guys.

23      **A.  Which would still be very low.**

24      Q.  All right.  I'm going to show you --

Page 221

```
 1            MR. RHODE:  Is this 28?
 2            MR. REDA:  No.  Let me find out where
 3      I'm going to go here.
 4            MR. RHODE:  20?  I mean, let me try and
 5      guess.  20?
 6            MR. REDA:  I don't know yet.  I'm going
 7      here.  Let me think.
 8            MR. RHODE:  22?
 9            MR. REDA:  I don't know.  Wait.  Wait,
10      wait, wait.  24?  No.
11            28, yes.
12            MR. RHODE:  28, is that what you want?
13            MR. REDA:  Yep.  We're working on 28 at
14      this point.
15            MR. RHODE:  All right.  It doesn't have
16      a label, but I think --
17            MR. REDA:  Mine does.  It probably
18      hasn't caught up to you guys yet.
19            MR. RHODE:  Yeah.  AW361?
20            MR. REDA:  That's it.
21      BY MR. REDA:
22        Q.  My question:  Do you recognize this -- this
23      email with invoices attached?
24        A.  Do I recognize it?
```

Page 222

1    Q.  Yes.

2    **A.  I don't think my name's on it.  I doubt if I**

3  **got it.**

4    Q.  Okay.  Would it be typical for Doug Ritchie

5  to send estimates for repairs and the actual

6  invoices to the lessees, the Bush lessees?

7            MR. RHODE:  Objection to form, lacks

8  foundation.

9            THE WITNESS:  I don't know.

10  BY MR. REDA:

11    Q.  Well, how would your employees in the

12  maintenance department communicate invoices to Bush

13  lessees?

14            MR. RHODE:  Objection to form, lacks

15  foundation.

16            THE WITNESS:  Verbally.  I don't -- I

17  don't know.

18  BY MR. REDA:

19    Q.  Well, I guess verbally is one way.  They

20  could read the invoice to the lessee.  I could

21  understand that.

22    **A.  Yeah, I didn't do the job, so I don't know**

23  **how they communicated.  My guess, if it was me --**

24            MR. RHODE:  Don't guess.

Page 223

1                 THE WITNESS:  Yeah.

2                 MR. RHODE:  Okay.  Don't guess.  He

3      wants to know your personal knowledge.  He's

4      entitled to know your personal knowledge.

5                 THE WITNESS:  Yeah, I don't know.

6      BY MR. REDA:

7         Q.  Do you know whether or not Bush Truck Lease

8      maintenance employees conveyed repair invoices to

9      Bush lessees via email?

10                 MR. RHODE:  Objection.

11                 THE WITNESS:  I do not know.

12      BY MR. REDA:

13         Q.  Do you know whether or not -- same question,

14      but do you know whether or not Bush conveyed

15      invoices related to their lessees' tractors through

16      the US mail?

17                 MR. RHODE:  Objection to form, lacks

18      foundation.

19                 THE WITNESS:  No.

20      BY MR. REDA:

21         Q.  Who would know that?

22         **A.  I don't know.**

23         Q.  Would it be the maintenance department?

24         **A.  That there or the -- that's who we're talking**

1  **about, so I assume.**

2  　Q.　Okay.　I want to direct your attention to

3  Exhibits 21 and 22.

4  　**A.　And this particular one, just we did allow**

5  **the contractor to pay direct, just pay the vendor**

6  **himself, because he didn't have money in his**

7  **maintenance fund.**

8  　Q.　Okay.　Which -- which one are we talking

9  about?

10 　**A.　The one you just showed me, 28.**

11 　Q.　28, hold on.

12 　　Oh, so you know about this one, 28?

13 　**A.　No.　If you read -- if you read the whole**

14 **thing, it says you can pay the vendor directly and**

15 **we could reimburse you when the funds are available.**

16 　Q.　Oh, so Doug Ritchie gave the truck driver

17 the ability to either pay it direct or fund the

18 maintenance account and pay it through the

19 maintenance account?

20 　**A.　No.　He didn't have the money in the**

21 **maintenance account, it doesn't look like.　It looks**

22 **like he just gave him the ability to pay the vendor**

23 **direct.**

24 　Q.　Well, I thought you said you didn't know

1   anything about this email.

2      **A.   I know what you just showed me.  It's the**

3   **first time I've ever seen it.**

4      Q.  Okay.

5      **A.   I know as much as you do about it, but it**

6   **says it right here.**

7      Q.  So are you looking at the two options of

8   this Exhibit 28?

9      **A.  Yes.**

10     Q.  So he gave an option.  You could pay the

11  vendor directly or we can reimburse you the

12  available funds from your maintenance account.

13  That's one option.  And the next option is we can

14  pay the vendor, which you have available through

15  Dickinson, and you can pay the remaining to the

16  vendor.

17         Those are the two options, correct?

18     **A.  That's what it appears.**

19     Q.  Okay.  It says -- but the second option is

20  we can pay the vendor what you have available

21  through Dickinson.

22         Does that mean you're paying from the

23  maintenance account to Dickinson?

24     **A.  It appears that way, yes.**

1  Q.  Was that a typical way of doing it while

2  Dickinson was contracted with Bush Truck Leasing?

3           MR. RHODE:  Objection.

4           THE WITNESS:  If they were involved in

5  a repair, that might have been.  I don't know.

6  It's hard for me to speculate.  I don't know.

7  BY MR. REDA:

8  Q.  Okay.  So I'd have to talk to Doug Ritchie

9  on this particular one, and/or Treasa Jones, and/or

10  Larry Vanover?

11  **A.  Somebody in the maintenance department, yes.**

12  Q.  Okay.  All right.  So going back to 21 --

13  21, 22.  Yeah, 21 and 22 go together.

14           MR. RHODE:  Is this the Dickinson

15  statement of work?

16           MR. REDA:  21 and 22, 21 is a Love's

17  Tire Care invoice, and then 22 is the Dickinson

18  invoice to Bush Truck.

19           MR. RHODE:  All right.  We're just

20  going out of order here.  Are we doing 20?

21           MR. REDA:  We're doing 21 and 22 right

22  now.

23           MR. RHODE:  Okay.  Are we coming back

24  to 20?  Can I...

Page 227

1              MR. REDA:  I don't know.  Leave it in

2      front of him.  That's a good idea.  Leave it front

3      of him.  We might use it.  I don't know yet.

4              MR. RHODE:  Okay.  We're jumping all

5      around, so I just --

6              MR. REDA:  Yeah, that's okay.  I'm

7      going to do that.  I don't have to go in order.

8              MR. RHODE:  I know you don't, but I'm

9      acting as your, basically, assistant here handing

10     out the documents, so...

11             MR. REDA:  You should have just put a

12     whole stack in front of him.  All right.  I'm not

13     arguing with you.  I'm not -- you're making it

14     harder than it is.

15     BY MR. REDA:

16       Q.  All right.  So let's go to 21 and just get a

17     heads up on this.

18             MR. RHODE:  Okay.  I, just for the

19     record, disagree, and strongly disagree, with the

20     statement that we are in some way making it harder,

21     but 21 you said?

22             MR. REDA:  Yes.

23             MR. RHODE:  This is AW161314.

24             MR. REDA:  Yep.

Page 228

1          THE WITNESS:  Okay.

2     BY MR. REDA:

3          Q.  Do you see this?

4              So this purports to be a Love's Tire Care

5     invoice to Dickinson Fleet Services for a work

6     order dated 9-13-19.  Do you see that?

7              MR. RHODE:  Objection to form.  Are

8     you -- are you testifying?  Are you asking the

9     witness what this is?  Objection to form.

10             MR. REDA:  Okay.

11    BY MR. REDA:

12        Q.  But you actually see this, right?  It's

13    an -- it's an invoice to Dickinson Fleet Services.

14    Am I correct?

15        **A.  I see it obviously.**

16        Q.  Okay.  All right.

17        **A.  Jacob put it in front of me.**

18        Q.  And you see that this Love's Tire Care

19    invoice to Dickinson Fleet Services on the bottom

20    right has a work order total of $724.95?

21        **A.  Yes.**

22        Q.  Now, if you go to the next exhibit, which is

23    22, now, this is Dickinson Fleet Service's invoice

24    to you -- I'm sorry, to Bush Truck Leasing.  Same

1  date, but now the invoice is 884.45.  Do you see

2  that?

3          MR. RHODE:  Objection to form.

4          Are you asking the witness a question

5  or are you --

6          MR. REDA:  No, I'm seeing if he sees

7  it.  If he sees it.

8          MR. RHODE:  Do you see the document --

9  go ahead, ask your question.

10          MR. REDA:  Yeah, I already did.

11  BY MR. REDA:

12    Q.  Do you see the next invoice, which is from

13  Dickinson Fleet Services to Bush Truck, which is an

14  invoice from Bush -- to Bush Truck, which is your

15  company, but the amount on it is 884.45, which is

16  more than Love's invoice for the work.

17          MR. RHODE:  Well, objection to form,

18  lacks foundation.  You haven't even asked him if

19  he's seen this, and now you just testified all

20  about what you think this document is.  So

21  objection to form.

22  BY MR. REDA:

23    Q.  So assuming both these exhibits are

24  accurate, does that increase from Love's to

Page 230

1  Dickinson and Dickinson to Bush, does Dickinson's

2  inflation of the Love's invoice comply with that 15

3  percent markup under your agreement with Dickinson

4  Fleet Services?

5           MR. RHODE:  Objection to form, lacks

6  foundation, calls for a legal conclusion.

7           MR. REDA:  I'll rephrase it.

8  BY MR. REDA:

9    Q.  So who at -- who at Bush Truck Leasing is

10  going to be able to testify to Exhibit 22?

11    **A.  Probably Treasa or somebody in the**

12  **maintenance department.**

13       **Are you sure -- I don't know the answer, but**

14  **the VIN numbers look different to me, like they're**

15  **different vehicles.**

16    Q.  And that happens from time to time, right,

17  people get the wrong VIN numbers?

18           MR. RHODE:  Objection to form.  I mean,

19  you just represented it with the same exact

20  invoice.

21           THE WITNESS:  I would assume it's you,

22  but -- you pulled two different repair orders, but

23  I'm not sure.

24           It looks like it's two different trucks

1  to me, but I could be wrong.  It's got two

2  different VIN numbers.  There's a VIN number -- one

3  VIN number on the one work order and another VIN

4  number on the other work order.

5          MR. RHODE:  Well, just for the record,

6  can you just state where -- the VIN numbers you're

7  referring to on each exhibit?

8          THE WITNESS:  Under -- in the box -- on

9  the Exhibit 22, under 2015, it says 9662 at the end

10  of the VIN number, and then over here, it has the

11  VIN number 25987.

12  BY MR. REDA:

13     Q.  Did you notice something else that was kind

14  of interesting?  Did you notice that the mileage is

15  exactly the same on both invoices?

16     **A.  I've got to find it first.**

17         **Oh, I see.  Let me find it on the other one.**

18         **Yeah, 68277.**

19     Q.  There's other similarities, too, but I'm not

20  going to get into it with you right now.

21     **A.  Yeah, I was just looking at the VIN**

22  **numbers --**

23     Q.  No, I get it.

24     **A.  -- so I don't know.**

Page 232

1    Q.  So let's look at Exhibits 23 and 24.

2         MR. RHODE:  Okay.  Are we done with 21

3    and 22?

4         MR. REDA:  Yes.

5    BY MR. REDA:

6    Q.  So if you get those -- tell me when you've

7    got both those in front of you.

8         MR. RHODE:  23?

9         MR. REDA:  23 and 24.

10         MR. RHODE:  Promise me, Bob, you're

11    going to get us all the exhibits before Friday.

12    I'll print them out in a nice, neat stack.  They'll

13    all be in order and then the witness can just find

14    them in order in the stack.  That would be

15    fantastic.

16         MR. REDA:  I doubt I'll have them in

17    order perfectly like that.  There's too much to go

18    through, but I will do the best I can for you.

19         MR. RHODE:  Yeah.  Well, we are, too,

20    so please don't make accusations about us making

21    things more difficult when we're bending over

22    backwards to accommodate this remote procedure.

23         He's got 23 and 24 in front of him.

24         MR. REDA:  Okay.  Before I hit that,

1  let's see if I've got this right.

2          Yeah, I do.  All right.

3  BY MR. REDA:

4     Q.  At the end of 2016, when you entered into

5  the program agreement with All Ways Auto, how many

6  Bush Truck leases were enrolled in the Bush Truck

7  maintenance program?

8     **A.  I'm not sure.  Couldn't tell you.**

9     Q.  Who would know that?

10    **A.  Well, somebody would have to look it up.  I**

11 **don't think anybody would remember that, 2016, the**

12 **number of leases, off the top of their head.**

13    Q.  Who could find that out, then, Vanover,

14 Jones?

15    **A.  Probably Andy Vidourek.**

16    Q.  How about 2017, how many Bush Truck leases

17 were enrolled in the route ready maintenance

18 program?

19    **A.  It's going to be the same person for all**

20 **that.**

21    Q.  2018, 2019, 2020, 2021, all the same, Andy

22 Vidourek?

23    **A.  Right.**

24    Q.  All right.  This is another invoice that

Page 234

1  went from a vendor to Dickinson, if you look at

2  Exhibit 23.  It purports to be dated April 8th,

3  2020, and if you look at the second page, the total

4  charge is 359.99.  Do you see that?

5            MR. RHODE:  Objection to the form, to

6  the extent you're testifying about this document.

7  I don't know if he's seen it.  I see it.  It looks

8  like it was produced by Love's.  I'm not even sure

9  we've gotten a copy, "we" being counsel have a copy

10  of this, so anyways, complete lack of foundation.

11            Answer -- if he's asking you if you see

12  a number on a document, I think that's the

13  question, you can go ahead and answer.

14            THE WITNESS:  I do see the number.

15  BY MR. REDA:

16     Q.  All right.  And then if you go to Exhibit

17  24, you have to go all the way down to page 39 in

18  Exhibit 24.

19     **A.  So go to page 39?**

20     Q.  Yep, of Exhibit 24.

21     **A.  Are they numbered?**

22            MR. RHODE:  What's the Bates number on

23  the bottom?

24            MR. REDA:  Bottom left is DFS2877.

1    MR. RHODE:  Same objection.  I won't

2 repeat it, but exact same objections, too, to the

3 24 as Exhibit 23 and Exhibit 21 and 22.

4 BY MR. REDA:

5    Q.  Are you on page 39?

6    **A.  This is only printed on one side, this one,**

7 **right?**

8    MR. RHODE:  Yeah.  Yes.

9    THE WITNESS:  Yeah.  Okay.  Yeah.

10 BY MR. REDA:

11    Q.  The bottom left corner says DFS2877.

12    **A.  Yeah, I have it.**

13    Q.  Okay.  So this is a Dickinson Fleet Services

14 invoice to Bush Truck, same time frame, same

15 vehicle, but now it's 439.19 at the bottom right.

16    MR. RHODE:  Objection to form, complete

17 lack of foundation.  You're testifying what you

18 think this document is.  Objection to form.

19    THE WITNESS:  I'm not accustomed to

20 these documents, so I don't know what exactly they

21 are.

22 BY MR. REDA:

23    Q.  Then who's going to be able to talk about

24 this Dickinson Fleet Services invoice to Bush Truck

Page 236

1  Leasing?

2          MR. RHODE:  Well, just for the record,

3  these were produced by a third party in this case,

4  and, frankly, I'm not even sure we received copies

5  of them before today, but setting that aside,

6  objection to the extent you're asking this witness

7  about documents that were provided by a third

8  party.

9  BY MR. REDA:

10    Q.  Well, this invoice was provided to Bush

11  Truck Leasing.  That's what I'm saying.

12          So who in Bush Truck Leasing is going to be

13  able to discuss this invoice with me on behalf of

14  the defendant?

15          MR. RHODE:  Objection to form.

16          Again, Bob, I -- I can appreciate you

17  suspect this might have been provided.  I don't --

18  I don't know that.  I'm not a fact witness.  You

19  could ask the witness if he knows.  I don't know.

20          MR. REDA:  Well, that's what I'm

21  asking.  Oh, my question -- I'm sorry.  Jacob, my

22  question wasn't to you.  It was to Mr. Bush.

23          MR. RHODE:  Yeah, yeah, I know.  I'm

24  saying, Bob, I don't even know that we've gotten

Page 237

1   these before today.  So you're basically -- you're

2   stating something about a document that I'm not

3   sure this witness knows and I don't even know, so

4   objection to form.

5          MR. REDA:  Okay.

6          MR. RHODE:  You can not correct it,

7   now's your chance to correct it and address the

8   objection, or not.  It's fine.

9          MR. REDA:  Yeah, I'm just trying to get

10  the basics here.

11         MR. RHODE:  Okay.

12  BY MR. REDA:

13    Q.  So this invoice purports to be April 9th,

14  2020.  So who at Bush Truck Leasing was there at

15  April 9th, 2020, that was handling the Dickinson

16  Fleet Services invoices to Bush Truck Leasing?

17    **A.  Somebody in the maintenance department.**

18    Q.  Anybody in particular?

19    **A.  I'm not sure.**

20    Q.  Okay.

21         MR. REDA:  All right.  I'm going to

22  call my client real quick, and I'll be back in just

23  a few minutes.

24         MR. RHODE:  Okay.  Do you want to call

1    it -- are we close to wrapping up, Bob?

2              MR. REDA:  Yeah.

3              MR. RHODE:  Okay.

4              MR. REDA:  Yeah.  I want to be out of

5    here by 5, if we can.  All right.

6              MR. RHODE:  Let's take a -- let's call

7    it, I don't know, five minutes?

8              MR. REDA:  Yeah.

9              MR. RHODE:  4:45?

10             MR. REDA:  Okay.  That's fine.

11             MR. RHODE:  Okay.  Thanks.

12             (Recess taken from 3:37 to 3:48,

13   central time.)

14   BY MR. REDA:

15     Q.  You said a few times during your testimony

16   that Bush Truck Lease was passing along discounts

17   to the customers -- or to your lessees.  Correct?

18             MR. RHODE:  Objection, form.

19             THE WITNESS:  I don't remember saying

20   that.

21   BY MR. REDA:

22     Q.  Well, did Bush Truck Lease pass along any

23   discounts to its lessees under the maintenance

24   program?

1    **A.   Yes.   When we negotiated rates or vendor**

2    **invoices, those got passed over to the customer.**

3    Q.   Okay.   How would the -- what kind of

4    documentary evidence do you have that would show

5    that any discounts that Bush Truck received were

6    passed along to the lessees under the maintenance

7    program agreements?

8                MR. RHODE:   Objection to form, vague.

9                Are you asking him personally what --

10   objection to form.

11   BY MR. REDA:

12   Q.   Did you understand my question?

13   **A.   I do, but I don't know what -- I don't know**

14   **what we have.**

15   Q.   Okay.   Who would know that?

16   **A.   Larry probably.**

17   Q.   Okay.   All right.   I want to show you what's

18   been marked as Plaintiff's Exhibit 17.

19                MR. RHODE:   Have we used this one yet?

20                MR. REDA:   No.

21                THE WITNESS:   Okay.

22   BY MR. REDA:

23   Q.   Have you ever seen this master discount

24   agreement between Love's and Dickinson Fleet

1  Services?

2     **A.   No.**

3     Q.   Were you aware that Love's prohibited

4  Dickinson Fleet Services from passing along

5  discounts to their affiliates or any third parties?

6              MR. RHODE:  Objection to form.  He said

7  he's never seen this before, and to the extent

8  you're asking for a legal conclusion about a

9  document he's never seen or characterizing the

10 document, I object.

11 BY MR. REDA:

12    Q.   Did you understand my question?

13    **A.   I wasn't aware of it and I don't know how**

14 **it's applied.**

15    Q.   Okay.

16             MR. REDA:  I have no further questions.

17 Mr. Bush, thank you for coming in today.

18             THE WITNESS:  You're welcome.

19             MR. RHODE:  Okay.  I have maybe five --

20 just a couple quick follow-ups.  And for the

21 record, my name is Jacob Rhode and I am one of the

22 attorneys for Bush Truck Leasing in this case.

23 /////

24 /////

1                        EXAMINATION

2    BY MR. RHODE:

3        Q.  I'm handing you first in this stack of

4    exhibits what was previously marked as Plaintiff's

5    Exhibit 11, and attached to Plaintiff's Exhibit 11

6    is the program agreement between Bush Truck Leasing

7    and All Ways Auto.  Do you see that?

8        **A.  Yes.**

9        Q.  Okay.  Is this the written agreement between

10   Bush Truck Leasing and All Ways Auto?

11       **A.  Yes, uh-huh.**

12       Q.  Was this the only agreement between Bush

13   Truck Leasing and All Ways Auto?

14       **A.  Yes.**

15       Q.  And I take it this agreement that's attached

16   to Plaintiff's Exhibit 11, do you understand that

17   this sets forth the terms and conditions of the

18   parties' agreement?

19       **A.  Correct, yes.**

20       Q.  All right.  Was this program agreement ever

21   modified or amended?

22       **A.  No.**

23       Q.  All right.  There were questions earlier in

24   the deposition about a maintenance program and

Page 242

1 references generally to a program.

2     Do you recall those general questions and

3 references to the maintenance program and program

4 generally?

5    **A. Yes.**

6    Q. Is that maintenance program -- program, as

7 it was referenced to earlier -- separate from this

8 program agreement?

9    **A. Yes.**

10    Q. Okay. Was that maintenance program subject

11 to a different contract between BTL and drivers?

12    **A. The maintenance contract?**

13    Q. Yes. Was the maintenance contract --

14    **A. The maintenance contract was between BTL and**

15 **the drivers.**

16    Q. Okay. Was AW a party to the contract

17 between BTL and drivers regarding the BTL

18 maintenance program?

19    **A. No.**

20    Q. I'm going to hand you what was marked as

21 Plaintiff's Exhibit 11 -- Plaintiff's Exhibit 1.

22     Do you recognize this as an example of the

23 service and maintenance program agreement entered

24 into with one of the AW drivers?

Page 243

1    **A.  I recognize the agreement, yes.**

2    Q.  Okay.  I thought earlier in your testimony

3    you referenced something about the maintenance

4    program being optional.

5         Did you reference something about that?

6    **A.  Yes.**

7    Q.  Okay.  What did you mean by that?

8    **A.  The contractors have an opportunity to source**

9    **another maintenance program and get it approved**

10   **versus using ours.**

11   Q.  Okay.  So do I understand that every driver

12   for AW could have used either the Bush maintenance

13   program or another authorized program?

14   **A.  Correct.**

15   Q.  And that was a voluntary choice of each

16   driver?

17   **A.  Correct.**

18   Q.  All right.  There was some reference earlier

19   to discussions about preventative maintenance.

20        Do you recall a whole bunch of questions

21   about that?

22   **A.  Yes.**

23   Q.  Okay.  Under the maintenance program and

24   this program agreement, whose responsibility was it

1  to ensure that preventative maintenance was timely

2  completed?

3     **A.  The contractors.**

4     Q.  Is there anything in the service and

5  maintenance agreement that states that?

6     **A.  Yes.  Towards the bottom of the agreement, it**

7  **says so.  It says the contractor agrees to properly**

8  **maintain and perform the preventive maintenance on**

9  **this vehicle according to the manufacturer's**

10  **recommendations and maintenance schedules.**

11     Q.  Okay.  Did drivers -- in addition to the

12  maintenance program agreement they entered into, if

13  they entered into one with Bush Truck Leasing, did

14  AW drivers also enter into lease agreements?

15     **A.  Yes.**

16     Q.  Okay.  Do those lease agreements say

17  anything about whose responsibility it is to ensure

18  that preventative maintenance is timely completed?

19     **A.  It does say that the lessee has to properly**

20  **maintain the truck.**

21     Q.  Okay.  The lessee being the driver?

22     **A.  Being the driver, uh-huh.**

23     Q.  Okay.  Did you ever tell Jordan prior to

24  entering into the program agreement that in fact

1   BTL and not the contractor would be responsible for

2   ensuring that preventative maintenance is timely

3   completed?

4   **A.  I did not.**

5   Q.  Okay.  Sticking with this program agreement,

6   let's go to page two.

7        Do you see under there there's a section

8   that says "maintenance charge"?

9   **A.  Yes.**

10  Q.  And there's a reference there to an eight

11  percent administrative fee in bold.  Do you see

12  that?

13  **A.  Yes.**

14  Q.  And then a sentence that begins "funds will

15  be maintained."  Do you see that?

16  **A.  Yes.**

17  Q.  And then the next sentence reads:  Charges

18  from third-party vendors for performing services,

19  maintenance and repair for the contractor's

20  vehicle, plus customary charges from BTL for

21  processing transactions and access to the BTL

22  provider network will be deducted from the account.

23       Did I read that correctly?

24  **A.  Yes.**

1    Q.  Were those charges in addition to the eight

2  percent administrative fee?

3    **A.  Yes.**

4    Q.  By the way, there's also in this maintenance

5  charge a reference to miles.  Do you see that?

6  65,000 miles.

7        It's maybe one, two, three -- four lines

8  from the bottom.

9    **A.  Oh, yeah, I see it now, uh-huh.**

10    Q.  Okay.  Who provided BTL with that estimate

11  of the number of drivers for each AW driver?

12    **A.  AW.**

13    Q.  Okay.  And was the amount of each

14  maintenance deduction based on that representation

15  from AW as to the number of miles the drivers would

16  drive?

17    **A.  Correct.**

18    Q.  Okay.  What would happen if a driver vastly

19  or exceeded those number of miles?

20    **A.  He wouldn't have enough money in the**

21  **maintenance account.**

22    Q.  So it was important that those

23  representations for AW were accurate?

24    **A.  Correct.**

Page 247

1     Q.  All right.  I don't have any further

2  questions on that.  A couple more questions on the

3  program agreement.  This is Plaintiff's Exhibit 11.

4       All right.  I want to look at section four.

5  This is page two of four of the program agreement,

6  Bates labeled page AW315.

7       Do you see that, section four, "default by

8  independent contractor"?

9     **A.  Yes.**

10     Q.  Okay.  It reads:  In the event of a payment

11  or other default by an independent contractor under

12  a financing agreement with BTL, an event of

13  default.  Do you see that?

14     **A.  Yes.**

15     Q.  Under the financing agreement, the lease

16  agreement, was an event of default -- could it be

17  something other than a driver being absent from the

18  truck?

19     **A.  It could be several things, but, yes, uh-huh.**

20     Q.  Okay.  What types of things?

21     **A.  It could be abuse to the truck; having it**

22  **impounded; not making payment, of course; actually**

23  **changing jobs.  Those are some.**

24     Q.  Okay.  I take it the terms of the events of

1   default are spelled out in the lease agreement?

2       **A.  Correct, uh-huh.**

3           MR. RHODE:  That's all the questions I

4   have.

5                       RE-EXAMINATION

6   BY MR. REDA:

7       Q.  So is Exhibit 1 a true and accurate copy of

8   a typical maintenance agreement between the drivers

9   and Bush Truck Leasing?

10      **A.  I believe it is.**

11      Q.  All right.  So when counsel just talked

12  about the maintenance area, maintenance charges,

13  the first one he referenced was an eight percent

14  administrative -- administration fee paid to BTL.

15  Do you see that?

16      **A.  Yes.**

17          MR. RHODE:  Are you on page -- I'm

18  sorry.  Just for the record, we're on page 29852,

19  Bob?

20          MR. REDA:  Yes.  Yes.

21          MR. RHODE:  Okay.

22  BY MR. REDA:

23      Q.  You see that's bolded, right, the eight

24  percent charge?

1    **A.   Yes.**

2    Q.   Highlighted, correct?

3    **A.   Yes.**

4    Q.   What's the administrative fee for?

5    **A.   Managing the account.**

6    Q.   And what is -- what does the management of

7    the account include?

8    **A.   Billing, collecting, doing deductions,**

9    **looking -- reviewing estimates.**

10   Q.   Yeah, exactly.  Estimates for repairs,

11   right?

12   **A.   Or maintenance.**

13   Q.   Okay.  And processing those payments for

14   those repairs and maintenance?

15   **A.   Correct.**

16   Q.   Right.  So then what is the customary

17   charges from BTL for processing transactions?

18   What's that for?

19   **A.   Reviewing invoices.**

20   Q.   Isn't that --

21   **A.   Dealing with the actual vendors.**

22   Q.   Such as paying invoices to the vendors?

23   **A.   Yeah.**

24   Q.   But didn't you say that's part of the

Page 250

1   administration fee?

2      **A.   Well, actually getting the truck worked on;**

3   **making sure they're looking at the right things;**

4   **making sure the -- they're doing the right**

5   **inspections and so forth.**

6      Q.   So what's the -- what is the customary

7   charges by percentage?

8      **A.   I'm not sure.**

9      Q.   So who comes up with the customary charges

10  for each one of these repairs?

11     **A.   There is a charge.   I just don't know what it**

12  **is right now.**

13     Q.   And it's over and above the eight percent?

14     **A.   It's a different charge.**

15     Q.   And who would know that?

16     **A.   Treasa might know that.**

17     Q.   Okay.

18     **A.   Or Andy Vidourek might know that.   One of the**

19  **two, I would say.**

20     Q.   Now, you're saying that the maintenance --

21  if you go back to Exhibit 11, the program

22  agreement, you're saying that the maintenance

23  agreement is separate and distinct from the program

24  agreement, is that right?

Page 251

1    **A.  Correct.**

2    Q.  Then why does the program agreement mention

3  the maintenance agreement?

4    **A.  It just spells out the truck needs to be**

5  **maintained, that the truck has to be taken care of.**

6    Q.  Well, let me ask you a question on that

7  issue.  You said -- you know, counsel said that

8  there's an option for either the lessees to go with

9  Bush Truck Leasing's maintenance program or go with

10  their own maintenance program, is that right?

11    **A.  Correct.**

12    Q.  All right.  Isn't it true that every single

13  lease that was issued by Bush Truck Leasing to a

14  driver for All Ways Auto entered into a maintenance

15  program agreement with Bush Truck Leasing?

16    **A.  I believe so.**

17    Q.  In fact, that's the policy of Bush Truck

18  Leasing, is to prepare the lease agreement and the

19  maintenance program agreement, at a minimum, for

20  every lessee of a truck, a Bush Truck lease?

21        MR. RHODE:  Objection to form.

22        THE WITNESS:  We would furnish it,

23  unless notified and approved a different plan.

24  /////

1   BY MR. REDA:

2      Q.  Did any of the Bush -- did any of the All

3   Ways Auto drivers ever request an alternate plan

4   from the Bush Truck Leasing maintenance program?

5      **A.  No, not before or after or during.**

6              MR. REDA:  That's all I got.  Thank

7   you, Mr. Bush.

8              MR. RHODE:  Okay.  Thanks.  We'll read

9   and sign, and e-tran is perfectly fine.  Thank you.

10              THE REPORTER:  And you want it

11   transcribed?

12              MR. REDA:  Yes.

13              (Deposition concluded at 4:04.)

14

15

16

17

18

19

20

21

22

23

24

Page 253

1              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
2                   WESTERN DIVISION

3

               BUSH TRUCK LEASING, INC.
4                       vs.
               ALL WAYS AUTO TRANSPORT, LLC
5
                    1:20-cv-511
6

7

8              I hereby certify that I have read the

9    foregoing transcript of my deposition, given on

10   September 13, 2023, consisting of pages     through     ,

11   inclusive, and I do again subscribe and make oath that

12   the same is a true, correct and complete transcript of

13   my deposition so given as aforesaid, as it now appears.

14

15             Please check one:

16                      I have no corrections

17                      Number of errata sheets
                        enclosed
18

19      (signed)
                 MICHAEL BUSH
20

21   SUBSCRIBED AND SWORN TO
     before me this     day
     of          , A.D., 2023.
22

23      NOTARY PUBLIC

24

1                    CERTIFICATE
                        OF
2             CERTIFIED SHORTHAND REPORTER

3              I, KARYN H. CHALEM, a Certified Shorthand

4    Reporter of the State of Illinois, CSR License No.

5    084-004167, do hereby certify:

6              That previous to the commencement of the

7    examination of the aforesaid witness, the witness was

8    remotely duly sworn by Denise Munguia, Notary Public in

9    the state of Ohio, to testify the whole truth concerning

10   the matters herein;

11             That the foregoing deposition transcript was

12   stenographically reported by me and was thereafter

13   reduced to typewriting under my personal direction and

14   constitutes a true and accurate record of the testimony

15   given and the proceedings had at the aforesaid

16   deposition;

17             That the said deposition was taken before me

18   at the time and place specified;

19             That I am not a relative or employee or

20   attorney or counsel for any of the parties herein, nor a

21   relative or employee of such attorney or counsel for any

22   of the parties hereto, nor am I interested directly or

23

24

Page 255

1    indirectly in the outcome of this action.

2              IN WITNESS WHEREOF, I do hereunto set my

3    hand at Chicago, Illinois, this 26th day of September,

4    2023.

5

6

7

8

9    _____
     KARYN CHALEM, CSR, RPR
     CSR No:  084-004167

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

CERTIFICATE

The State of Ohio,    )

                                    SS:

County of Cuyahoga.  )


          I, Denise M. Munguia, a Notary Public
within and for the State of Ohio, duly commissioned
and qualified, do hereby certify that the within
named witness, MICHAEL BUSH, personally appeared
before me and was duly sworn to testify the truth,
the whole truth and nothing but the truth in the
cause aforesaid.

          IN WITNESS WHEREOF, I have hereunto
set my hand and affixed my seal of office at North
Olmsted, Ohio, on this 13th day of September, 2023.




_____
Denise M. Munguia, Notary Public
Within and for the State of Ohio


My commission expires May 23, 2025.

**A**

**A-L-F-O-L-D-Y**
18:8
**A.D** 253:21
**a.m** 1:11 69:7
72:7
**A/C** 185:7
**abandon** 140:14
140:14
**abandoned**
120:20,22
**abide** 85:22
**ability** 189:6
224:17,22
**able** 19:14 29:14
30:12 59:13,14
63:14 132:19
142:16 170:24
172:15 182:8
189:19 195:17
230:10 235:23
236:13
**above-entitled**
1:10
**absent** 72:3
247:17
**absolute** 134:18
**absolutely** 43:6
109:23 202:9
**abuse** 247:21
**AC** 185:7
**accept** 8:1
**acceptable**
134:19
**access** 118:14
245:21
**accommodate**
232:22
**account** 63:16
78:12,22 143:2
168:11 224:18
224:19,21
225:12,23
245:22 246:21
249:5,7

**accountant**
15:23
**accountants**
10:18 11:2
13:19 14:1,2,3
14:6,16 15:1,6
15:11,19
**accounting**
14:17,20 15:20
16:1,3,5,9,12
46:8,14 47:3
166:18 189:9
190:21
**accountings**
15:1
**accounts** 14:12
14:13,14 78:8
**accurate** 55:22
60:2 69:21
72:7,23 73:6
83:8 84:16
111:19 112:3
124:24 132:5
149:15 150:14
151:9 176:6
178:2 179:6
182:20 183:6,9
195:8 200:15
204:11 229:24
246:23 248:7
254:14
**accusations**
232:20
**accustomed**
235:19
**acquire** 18:17
60:19,22 82:4
82:6
**acquired** 80:15
80:18 81:10
103:17
**acquiring** 18:20
20:3 21:3,7
81:22
**acquisition** 61:4

**acting** 227:9
**action** 255:1
**active** 143:3
160:4,15,16,22
161:1
**actual** 165:15
195:14 197:4
222:5 249:21
**addendum** 56:8
**adding** 204:3
**addition** 30:17
244:11 246:1
**additional**
149:13 164:7
**address** 128:20
173:14,19
237:7
**addresses**
174:13
**admin** 10:22
17:9,9
**administration**
11:2 210:12
216:11 248:14
250:1
**administrative**
195:23 196:7
196:17 245:11
246:2 248:14
249:4
**administrators**
10:23
**advance** 180:14
**advanced** 24:7
**advantage** 26:10
87:5,17
**advise** 202:3
**affiliates** 240:5
**affixed** 98:16
**affordable** 73:24
74:2 75:6
175:3
**aforesaid** 253:13
254:7,15
**ago** 6:16 9:24

52:12
**agree** 37:16,18
212:22 213:8
216:4
**agreed** 73:13
206:8 212:6,16
212:23 213:2
**agreed-upon**
164:8,15,17
**agreement** 1:15
13:6 37:22
43:13 56:8
57:2,15,19
67:21,23 73:19
74:16,24 75:13
78:15,17 85:23
89:13,23 90:16
90:21 91:14
92:20 96:17
98:2,5 116:22
126:16,17
132:1,6,10
133:7 137:8
141:9,10 143:8
148:3,9 166:3
166:4,5,8
169:14 170:3,9
170:15,20,21
175:14 188:1
196:21 197:12
197:17 200:16
202:24 204:11
205:6 207:1,9
213:7,9 216:1
217:14 218:2
219:5,17,19
220:22 230:3
233:5 239:24
241:6,9,12,15
241:18,20
242:8,23 243:1
243:24 244:5,6
244:12,24
245:5 247:3,5
247:12,15,16

248:1,8 250:22
250:23,24
251:2,3,15,18
251:19
**agreement's**
219:18
**agreements** 26:1
27:13 118:4
212:24 218:10
239:7 244:14
244:16
**agrees** 133:19
244:7
**Ah** 15:22 21:1
**ah-hah** 5:15
**ahead** 32:21
35:4,16 40:1
57:8 66:16
74:14 81:6
84:8 93:12
98:23 107:3,22
119:8 122:2
128:20 168:22
184:2 202:6
219:23,23
229:9 234:13
**ahold** 127:20
**air** 186:5
**Alfoldy** 18:6
**alignments** 78:1
**allocated** 42:8
42:20 43:8
**allow** 207:13
208:6 216:4
224:4
**allowed** 170:10
175:10 176:11
187:23,24
**allowing** 78:12
**allows** 60:21
**alphanumeric**
148:20
**alternate** 252:3
**alternative**
169:11 172:18

| | | | | |
|---|---|---|---|---|
| amended 241:21 | 199:9 201:7 | 248:12 | 158:24 | auctions 82:6 |
| AmeriQuest | answering 5:18 | arguing 227:13 | assist 34:4 35:18 | authorization |
| 157:17,19 | 67:4 169:3 | argumentative | 36:6,8 66:12 | 168:7 |
| 158:10,11,13 | 178:23 202:6 | 104:2 | 128:1 | authorizations |
| amount 79:11 | answers 144:6 | aside 113:8 | assistant 155:16 | 167:24 |
| 79:13 88:18 | anxious 90:11 | 167:23 168:2 | 227:9 | authorize |
| 112:16 164:17 | anybody 11:6,17 | 236:5 | assists 128:1 | 167:17 168:3,4 |
| 165:23,24 | 30:6,20 31:14 | asked 26:20 66:7 | assume 5:8 56:1 | 169:13 170:16 |
| 166:11 182:14 | 39:13 50:12 | 73:9 74:18 | 138:11 149:17 | authorized |
| 183:11 187:3 | 110:7 120:21 | 81:1 90:10 | 171:4,14,23 | 169:20 243:13 |
| 188:13 229:15 | 142:24 233:11 | 92:16 93:11 | 173:4 178:6 | Auto 1:6 4:21 |
| 246:13 | 237:18 | 100:22 102:7 | 179:8 224:1 | 9:18 11:12 |
| and/or 30:3 | anybody's | 104:3 107:21 | 230:21 | 12:12 32:3,12 |
| 33:15,18 36:1 | 189:13 | 114:21 120:6 | assumed 42:1 | 32:17 33:1 |
| 48:5 78:21 | anyway 12:22 | 141:15 163:19 | assumes 176:16 | 36:12,15 37:1 |
| 107:18 163:19 | anyways 234:10 | 163:20 169:5 | assuming 45:1 | 37:10,21 38:1 |
| 226:9,9 | apologize 31:9 | 173:23 174:5 | 147:9 229:23 | 58:4 67:24 |
| Andy 18:10 | apparently | 186:14 199:8 | assumption | 89:23 90:21 |
| 46:17 47:2 | 92:14 | 201:6 215:3 | 147:7 | 91:15 98:2,11 |
| 194:21 233:15 | appear 69:21 | 229:18 | attach 70:13 | 114:2 116:22 |
| 233:21 250:18 | 124:13 132:5 | asking 8:24 13:3 | 71:3 | 120:2 126:14 |
| annual 45:7 | 178:2 205:5 | 14:24 34:5,9 | attached 67:20 | 126:15 132:12 |
| annuities 23:12 | appears 50:8 | 52:4,10 71:21 | 69:11 70:18,22 | 132:24 133:4,8 |
| answer 6:20 8:2 | 69:24 132:9 | 74:6 95:8 | 75:1 144:19 | 134:24 136:20 |
| 41:3 47:19 | 146:19 150:23 | 101:12,15 | 148:16 150:23 | 140:2,13,15 |
| 52:16 57:6 | 159:17 181:11 | 116:15,17 | 221:23 241:5 | 141:1 176:13 |
| 72:12 74:13 | 200:1 204:14 | 147:1 184:22 | 241:15 | 198:24 206:23 |
| 80:8 81:6,16 | 204:23 225:18 | 186:10,12 | attaching 84:5 | 208:22 233:5 |
| 84:7 89:17 | 225:24 253:13 | 187:7,14 | 149:12 | 241:7,10,13 |
| 98:14,24 104:6 | applied 197:3 | 191:22 206:18 | attachment | 251:14 252:3 |
| 119:15 121:11 | 240:14 | 228:8 229:4 | 71:20 92:22 | 253:4 |
| 174:2 199:11 | apply 197:17 | 234:11 236:6 | 150:23 | Auto's 56:11 |
| 202:11,13 | 198:1 209:4 | 236:21 239:9 | attention 55:13 | Auto/Bush |
| 209:20,23 | 220:4 | 240:8 | 86:4 96:20 | 209:5 |
| 213:20,21 | appreciate | asks 13:6 | 99:10,13 | automatically |
| 214:6 215:4 | 180:8 236:16 | assembled 162:6 | 124:17 143:24 | 166:21 |
| 230:13 234:11 | approve 61:1 | assets 24:3 | 155:12 157:8 | available 30:12 |
| 234:13 | 136:22 | 161:15 | 175:17 179:14 | 61:17 132:15 |
| answered 26:21 | approved 57:24 | assign 160:12 | 181:3 224:2 | 132:18,18 |
| 66:8 73:10 | 58:14 132:17 | assigned 37:8 | attorney 254:20 | 224:15 225:12 |
| 74:19 92:17 | 243:9 251:23 | 40:17,21 | 254:21 | 225:14,20 |
| 93:12 102:8 | April 182:3,22 | 159:14,18 | attorney-client | Avenue 2:7 |
| 107:21 114:22 | 234:2 237:13 | assignment | 98:15 | average 79:3 |
| 120:7 141:16 | 237:15 | 139:21 159:5,6 | attorneys 98:16 | 167:14 |
| 169:6 173:23 | area 12:5 152:11 | assignments | 240:22 | avoid 170:22 |

**AW** 13:6 58:15
70:5 73:12
76:17 78:23
83:19 85:18
90:15 91:9,10
92:3,8,20
96:18 97:2,20
100:18 101:7
119:18 127:16
127:16,19,21
138:20 143:2,6
143:15 148:2
163:13,16,20
168:11,13,15
168:16 169:13
169:22 170:11
170:14,19,23
171:23 172:7
178:24 207:4
208:9 242:16
242:24 243:12
244:14 246:11
246:12,15,23
**AW's** 148:5
**AW105** 106:10
**AW111** 104:12
104:19
**AW112** 105:13
**AW161314**
227:23
**AW196201**
71:24
**AW196206**
76:19 77:3
95:21
**AW315** 247:6
**AW35115** 181:5
**AW361** 221:19
**aware** 164:16
240:3,13

———————
**B**
**B-U-S-H** 4:8
**back** 7:20 10:13
11:21 15:2

19:5,9,17
28:21 36:21
56:4 67:13,17
68:14 72:2,19
87:24 100:15
100:15 102:13
108:2,7 113:10
113:16 117:20
122:22 126:14
127:2,2 138:1
141:5,18,19
153:2 160:18
162:12,21
184:6,16 215:6
215:16,22,23
215:24 216:5
220:7,12
226:12,23
237:22 250:21
**background**
6:15 33:3,5
110:9,14,16,18
110:22 111:1
157:16
**backing** 179:19
**backup** 65:22,24
**backwards**
232:22
**bad** 119:21
**bank** 163:22
**base** 30:15
**based** 60:9 77:8
77:13 94:12
96:10,16 102:4
106:18 117:6
143:12 246:14
**basic** 169:23
**basically** 12:17
43:12 56:20
64:4 69:6
105:4,13 127:3
137:14 138:15
143:5 162:6
176:1 178:9,23
200:16 227:9

237:1
**basics** 237:10
**basis** 45:7 57:23
98:14 128:22
**Bates** 28:9 71:23
76:14 95:20
96:24 97:4,18
98:17 104:12
104:16,19
106:10 125:5
156:20 181:4
183:16 185:21
185:23 186:21
234:22 247:6
**bays** 124:19
125:18,19
**begins** 145:14
245:14
**behalf** 2:6,10
132:7 159:16
236:13
**beliefs** 71:2
**believe** 9:19
14:24 20:16
22:11 26:22
30:8 36:19
38:22,23 39:12
42:8,8 43:17
46:9 48:17,23
56:2 65:17
66:1,9 71:4,6,8
72:5,14 81:19
84:4,21 85:4
85:24 86:2
93:13 123:7
130:3,6 131:6
147:21 148:4
148:10 152:17
157:19 166:5
166:12 167:11
167:12 174:23
182:19 183:6
198:4 201:1
219:16 248:10
251:16

**bending** 232:21
**beneficiary**
161:17,18,20
161:21 162:3
163:11
**benefit** 132:12
163:11 198:14
**best** 5:22 19:20
62:24 63:2
87:1 92:9
232:18
**better** 75:7 80:7
**Bidderick** 46:23
**big** 76:4 124:19
125:18 148:24
152:10 155:5
179:15 180:11
199:5
**biggest** 61:3
75:14 88:22
**bill** 165:24 189:1
195:14 197:4
**billed** 220:22
**Billing** 249:8
**Billings** 34:1
158:23
**bills** 188:8,23
196:6
**bit** 67:16 71:12
100:16 102:6
102:15 138:1
158:12 162:6
168:17 171:14
188:6 191:9
202:17 216:23
**bite** 99:12
**bits** 159:10
**blah** 185:7,7,7,7
**blank** 72:22
**bloc** 162:6
**block** 43:24
**blocs** 162:15,16
162:23,24
**BLT** 135:18
181:12

**BLT's** 135:16
136:6
**BLT_AW_02...**
123:6
**blue** 145:15
**BM104370**
184:10
**Bob** 4:20 9:1
11:8 12:23
13:24 14:11
18:24 25:7
27:15 28:10
30:24 31:2
34:10 35:15
39:18 50:18
54:17,23 68:9
71:17 74:14
76:15 80:21
82:15 83:12
84:4 86:8 87:2
92:19 94:14
95:23 96:24
98:16 102:23
104:3,16
112:13 116:15
119:6 125:5
137:19 142:2
144:16 150:22
155:23 179:17
180:8 181:9
183:18 185:22
191:22 199:20
200:21 203:16
212:20 213:10
232:10 236:16
236:24 238:1
248:19
**body** 70:17
177:15 217:4
**bold** 114:15
245:11
**bolded** 248:23
**bookkeepers**
15:10
**bottom** 44:12

54:16 77:3
80:11 83:18
88:17 97:19
124:18 125:16
182:11,13
183:10 188:7
188:11 228:19
234:23,24
235:11,15
244:6 246:8
**bought** 158:11
158:13 162:1
**box** 152:11,22
186:24 231:8
**boy** 199:17
**brand** 21:9
**break** 28:11
29:2,14 46:21
54:1 86:7
99:11 112:13
121:19,24
156:9 214:20
214:24 215:5
215:15
**breakdown**
16:19
**breakdowns**
64:19 66:13
100:5,5 174:20
**breaks** 86:21
**bring** 5:24 53:9
75:13 159:2
**broad** 91:8
**brochure** 150:4
150:13,14,16
153:18
**broken** 172:13
**broker** 23:4,6,9
23:10
**brokering** 23:11
**brought** 90:19
203:9
**BT** 97:2
**BTG** 7:8,19
193:14 194:6

**BTL** 83:19 97:2
97:20 133:22
134:2,15,20
138:10 164:18
172:18 181:4
181:15 188:10
189:2,7 213:15
242:11,14,17
242:17 245:1
245:20,21
246:10 247:12
248:14 249:17
**BTL_AW_02...**
97:5
**BTW** 97:1
**Buffalo** 1:14
**buildings** 165:3
**bulk** 11:4
**bullet** 77:7 78:1
**bunch** 25:8,10
157:20 243:20
**Bush** 1:3,10 3:3
4:6,8,12,20
6:17,18,22 7:8
7:9,21 8:4,7,12
8:18,19 9:18
9:21 11:13
14:20 21:23
22:2,3,5,7,12
22:19,22 23:2
23:14,17,24
25:1,23,23
26:5 27:4
30:20 31:15,20
32:10 33:15,16
34:2,3,3,6,17
34:19 36:14,23
36:24 37:9,19
37:20,22 38:17
38:20,24 39:10
39:14 40:4,14
40:22 41:12,15
41:21 42:1,6,8
42:11,16,20
43:4,9,10,14

44:1,19,22
45:2,4,7,12,17
45:21 46:2,4
46:14 47:3,7
48:3,5,15,20
48:24 49:18
50:1,8,13,23
51:7,8,13,16
51:20,24 52:7
52:16,22 54:6
57:1 58:3,5,19
58:20 61:20
62:8 63:21
64:14,17 66:4
66:11,12,20
67:8,24 70:3
70:11 72:2,19
72:23 73:8
78:5,7,11 79:3
80:15,17 81:10
81:11,20,22
82:5,12 83:8
84:17 88:7
89:23 90:16,20
91:4,12,15,21
91:21 92:2,4,5
93:7,9,10
94:11 96:3,17
99:16,20 101:3
101:6,23
103:17 105:19
107:9,10
109:12 110:2
111:19 112:3
113:24 114:6
114:13,19
115:7,7,16,17
116:10,22
117:15 118:5
119:3 120:2,15
124:2,7,12,14
124:24 125:2
125:11 126:5
126:15 127:5
128:6,14 129:2

129:14,18,24
131:4,9,9,11
132:7,11,22
133:2,4 134:8
134:22 136:9
136:21 142:15
142:17 145:22
148:2 150:15
151:10 154:3
154:11 158:24
159:7,16,18
162:12 163:19
164:6,13,23
165:7,11,13,19
165:22 166:6,9
166:10,15,16
166:24 167:15
167:16 168:3
169:12,20
170:10 173:17
174:18 175:14
176:11 180:23
181:24 182:21
183:7 186:4
187:23 188:22
188:24 189:5
190:17 191:3,7
191:12 192:13
194:2,9 198:10
198:10 199:6
200:16 202:22
202:22 204:12
204:17 206:23
207:13,18
208:6,8 209:11
215:22 216:4
217:13,20
218:7,8,12
219:3,13 220:7
220:16 222:6
222:12 223:7,9
223:14 226:2
226:18 228:24
229:13,14,14
230:1,9 233:6

233:6,16
235:14,24
236:10,12,22
237:14,16
238:16,22
239:5 240:17
240:22 241:6
241:10,12
243:12 244:13
248:9 251:9,13
251:15,17,20
252:2,4,7
253:3,19
**Bush's** 207:7,16
208:21
**business** 21:17
21:18 26:15
31:18,20 35:18
103:20 122:3
150:4,16
171:18 191:10
**buying** 19:22,24
19:24 21:9,10

---

**C**

**C** 2:1
**calculated**
146:22
**call** 9:14 10:7
16:1,2,5 64:17
64:21 65:1,12
65:20 66:4,12
66:21,22 67:4
67:8 80:5
87:23 90:3
129:3 169:3
198:18 210:11
211:20,22
212:1,3 216:11
237:22,24
238:6
**called** 4:13 9:13
9:15 24:6 34:3
56:4 75:18
78:15 90:3

98:6 118:15
120:9 136:11
150:4 160:7
**calling** 121:15
**calls** 64:24 65:19
67:4 72:9
79:23 91:2
108:24 140:7
209:13 211:18
219:20 230:6
**cancelled** 217:18
**capabilities**
114:16
**capability** 115:4
115:10
**car** 109:3
**care** 61:7 87:7
100:1 109:3
132:19 214:7
226:17 228:4
228:18 251:5
**carrier** 169:23
170:12,17
171:22 172:2
172:16 176:13
211:8
**carriers** 171:19
**Cascadia** 103:12
103:15,18,23
**case** 1:10 9:10
64:18 66:13
78:23 98:12
114:2 236:3
240:22
**cases** 63:7
154:16,18
**catch** 20:19 23:8
50:18 174:14
179:21
**caught** 221:18
**center** 64:18,22
65:1,12,20
66:5,12,20,21
66:22 67:5,7,8
169:3

**central** 1:12
28:24 54:3
87:24 88:3
122:14 157:6
215:20 238:13
**certain** 48:8
62:5 133:17
194:5
**certainly** 102:9
**CERTIFICATE**
254:1
**certificates**
110:8
**certification**
110:3
**Certified** 254:2
254:3
**certify** 253:8
254:5
**certs** 110:7
**chain** 26:11
30:11
**Chalem** 1:17
254:3 255:9
**chance** 29:2
237:7
**change** 15:22
47:20 84:24
**changed** 17:20
50:9 79:9
**changes** 77:12
77:17 78:21
**changing** 247:23
**characterizing**
240:9
**charge** 65:1,18
164:6,8,13,15
165:15 171:7
182:14 183:11
186:5 217:2
234:4 245:8
246:5 248:24
250:11,14
**chargeable**
143:6

**charged** 171:3
198:14
**charges** 165:14
171:1 196:18
205:7 245:17
245:20 246:1
248:12 249:17
250:7,9
**chart** 105:4
145:14,17,20
148:7
**check** 77:20
152:8,8 219:8
253:15
**Chevy** 20:5
**Chicago** 255:3
**choice** 243:15
**choose** 30:13
140:15
**chose** 30:16
86:24
**Cincinnati** 2:3
4:7 165:6
**cities** 165:7
**city** 4:4
**clarify** 43:5
**Class** 26:14,15
26:15 31:18,20
93:17 149:23
151:16
**clear** 92:14
144:17
**Cleo** 96:23
**client** 72:4 87:6
237:22
**close** 112:8
163:14 169:7
238:1
**closed** 169:4
**code** 186:24
**collateral**
149:19 151:5,5
151:10 152:7
153:13 198:21
198:23 199:6

**collect** 206:9
**collecting** 12:6
249:8
**collections**
192:17
**collectors** 10:15
11:1,20 12:5,8
**colloquy** 87:6
**colon** 70:2
**column** 106:19
146:4 147:2,23
148:7
**combative** 104:6
**combined**
157:20 193:6,8
**come** 47:14 76:2
81:24 161:5
171:16 191:7
215:6,15
**comes** 5:24
250:9
**coming** 31:15
86:16 190:16
226:23 240:17
**comma** 60:9
142:4 210:10
**commencement**
254:6
**comment** 162:5
**comments** 6:7
**communicate**
34:18 222:12
**communicated**
222:23
**communication**
116:2 124:21
125:21
**communicatio...**
35:11 126:13
**comp** 185:7
**companies** 6:16
7:2,11,17
19:11 21:19
42:1,22 75:20
82:2 111:13,14

126:15 193:4,6
193:8
**company** 6:17
6:18,23 15:1
21:21 22:1,3,4
22:7,13,19,22
23:2,5,16,18
23:21,24 30:6
33:15,16 34:12
35:11,21,23
42:2,14 43:4
44:7,8 46:3
79:3 90:7 98:1
98:10 100:20
103:22 114:1
134:9 157:21
161:14 172:1
181:24 191:23
229:15
**company's** 56:9
**compared**
176:18
**compilation**
181:12
**compiled** 181:18
**complaint**
149:10 176:11
**complete** 137:19
183:2 213:21
234:10 235:16
253:12
**completed**
144:13 219:2
244:2,18 245:3
**complicated**
128:21
**comply** 230:2
**component**
155:5,9 199:5
**computer** 95:10
95:11 189:6
**concerned** 89:11
**concerning**
254:9
**concluded**

252:13
**conclusion**
140:8 209:13
219:21 230:6
240:8
**conditioning**
186:6
**conditions**
134:19 241:17
**confirm** 187:7
**confuse** 15:7,9
**confused** 14:12
**confusion** 210:2
**conjunction**
207:18
**consecutive**
183:16
**consist** 153:14
**consisting**
253:10
**constitutes**
254:14
**consult** 30:20
31:14
**contact** 116:11
117:16 118:6
120:3,10,21
121:2 126:6
127:4,10,13,16
127:16 128:13
128:14,22
129:24 130:8
**contacted**
116:24 127:5
129:18 131:10
131:12
**contacting**
120:15 129:10
131:4
**contacts** 116:5
116:11 118:5
125:24 128:4,6
**contents** 73:17
**continue** 61:7
**contract** 74:9

118:21 119:5
120:4,16
127:15 170:11
242:11,12,13
242:14,16
**contracted**
128:11 154:3
154:12 169:22
212:15 226:2
**contractor** 8:21
32:14 134:2,7
134:9,17 137:2
137:4,5 138:5
138:8,11,16,21
138:24,24
139:5,14,15,21
140:11 141:8
142:4 168:12
168:18 224:5
244:7 245:1
247:8,11
**contractor's**
60:8 245:19
**contractor-re...**
133:21
**contractors**
60:10,15,18
61:13 62:3
75:6,21 85:20
85:23 118:13
132:16,17
135:17 243:8
244:3
**contracts** 9:3
132:16
**controlled** 181:1
**conversation**
56:3 89:19
**conversations**
35:24
**conveyed** 223:8
223:14
**copied** 130:6
**copies** 53:17
87:2 236:4

**copy** 25:9,10,16
27:20 43:18
49:4,22 50:1
50:13 51:4,9
55:22 57:14
60:2 69:22
72:23 73:6
83:8 84:16
95:3,9 111:19
112:3 124:24
132:6 149:15
150:14 151:9
176:6 178:3
179:6 182:20
195:8 200:15
204:11 234:9,9
248:7
**copyright** 152:6
**Corcentric**
158:14,16
**Cormier** 181:2
182:1,8,22
**Cormier's** 184:9
185:2,11
**corner** 235:11
**corollary** 219:1
**corporate** 8:12
57:24 58:15
67:20 73:23
85:22 100:8
153:5,21
169:24 170:2
170:15 191:4,8
198:23
**correct** 6:18
14:20 15:19
38:11,14 42:3
44:2 45:23
49:1 56:24
58:16 60:12,13
62:14,15 68:2
71:16 82:23
91:16,17,22
92:5 93:22
94:4,7,8,13

96:4,10 102:1
102:2 103:15
103:16,19
108:20 109:10
117:12,13
121:4 126:16
126:18 131:20
134:3,10,12,20
134:21 135:18
135:19 136:12
136:13,23,24
137:6 138:17
139:16,18,23
139:24 140:3
141:1 143:16
143:23 144:11
146:24 152:21
153:20 155:7
162:7 163:17
165:9 166:23
171:21,22
175:16 185:9
187:4 188:14
197:12 201:3
201:22 205:10
205:11,12,18
205:19 209:2
210:17 212:17
218:21 219:19
220:9 225:17
228:14 237:6,7
238:17 241:19
243:14,17
246:17,24
248:2 249:2,15
251:1,11
253:12
**corrected** 183:2
**corrections**
253:16
**correctly** 45:20
245:23
**cost** 147:24
164:3 216:10
217:2,6

**costs** 147:15,19
148:3 164:2,2
210:10,11
211:13 216:11
217:4
**counsel** 1:15
234:9 248:11
251:7 254:20
254:21
**counsel's** 126:21
**count** 16:22 83:1
83:2
**counterclaim**
148:17
**country** 157:21
**couple** 4:22 91:2
114:9 158:21
158:22,23
169:9 175:23
240:20 247:2
**course** 192:18
247:22
**court** 1:1 4:2
5:12 6:6 80:22
148:21 177:14
253:1
**courtesy** 6:11
**cover** 84:6
123:10 203:24
210:11 216:10
**covered** 36:9
77:4 94:10
96:8 100:14
123:9
**covering** 100:21
179:22 180:6
**COVID** 192:3
**create** 189:6
**created** 99:9
189:1
**creates** 188:22
**credit** 134:16,17
134:23
**criteria** 134:18
**CSR** 1:17 254:4

**Cure** 75:20 90:7
**curious** 132:11
197:11
**current** 12:7
16:20,22 33:16
36:12 41:20
50:10 80:16
81:9,21 82:5
118:17 125:10
125:11 138:24
154:17,18
168:19
**currently** 7:2
12:4 13:22
14:7 15:6
16:11 17:2,12
17:22 24:16,20
41:14 42:13
47:2 48:15
65:4 66:11
116:17 174:7,9
**customary**
245:20 249:16
250:6,9
**customer** 9:9,11
30:15 100:8
171:7,21
205:24 208:20
210:9 216:9
239:2
**customer's**
201:17,19
205:22 206:11
206:24 208:18
**customers** 9:9
9:13 14:13
26:10 30:4
36:7,7 66:18
93:18 100:1
101:1 149:20
209:24 238:17
**cut** 170:21

---
**D**
**D** 3:1

**daily** 57:23
**dash** 70:3
114:16 181:5
**date** 7:24 26:7
27:8,10 29:19
30:9 36:13,22
40:7 46:9 51:6
51:18,23 52:21
65:21 66:6
69:6 80:17
81:10,21 82:5
86:2 125:6
131:1 150:18
178:4 182:3
206:12 229:1
**dated** 85:11 88:9
195:3 228:6
234:2
**dates** 8:1,3
13:10 36:21
38:23 194:4
**day** 1:11 57:2
69:14 122:3
174:21 178:8
191:4 192:7
194:5 213:18
214:23 253:21
255:3
**day-to-day**
41:16 191:12
**days** 169:10
191:6 192:9
**deal** 58:20 198:8
**dealer** 20:1
**dealers** 19:3,5
**dealership** 62:17
**dealerships**
21:10 82:1,1
**Dealing** 249:21
**December** 88:9
89:8 131:23,24
**decide** 134:15
**decided** 26:13
**decision** 30:19
30:23 31:15

168:12,17
**dedicated**
114:16,20
115:3 116:5,23
117:16 118:5
118:20 119:3
121:14 125:24
126:6
**deducted** 245:22
**deduction**
246:14
**deductions**
249:8
**default** 137:2,4
140:3,16 141:8
141:13 142:3
170:14 172:10
247:7,11,13,16
248:1
**defaulted** 56:14
133:9 207:5
**defaulting**
170:20
**defaults** 137:10
**defendant** 1:7
2:10 236:14
**defendant's**
148:17
**define** 15:12
**defined** 170:2
**definite** 39:3
**definition** 15:17
208:12
**delay** 31:4
**delinquency**
129:5
**delinquent**
146:4,20 148:6
**deliver** 58:17
166:17,19
171:19
**delivered** 69:15
150:17
**delivering** 172:6
**delivery** 133:22

138:13 216:15
**Denise** 4:2 254:8
**dep** 86:22
**department**
10:2,12 14:18
14:21 15:21,23
16:1,6,9,12
34:10 37:5,8
37:14 38:10,18
38:21 39:2,11
39:15 40:6,13
40:21 41:4,8
41:11,11,15
46:1,2,8,14
47:3 48:1,4,13
49:10 104:4
107:15 109:14
109:17,19
130:2 173:3
174:12 189:10
190:22 222:12
223:23 226:11
230:12 237:17
**departments**
10:2,7,9,15,19
10:21 11:14
**depend** 79:24
**depended** 79:7
**depending**
153:21 211:9
**depends** 9:8
35:12 63:15
100:7
**depose** 189:16
**deposition** 1:9
4:17,24 6:1 9:7
16:4 241:24
252:13 253:9
253:13 254:11
254:16,17
**depositions**
180:11
**DES** 2:7
**describe** 92:12
99:20 160:5,9

**described**
153:10
**describes** 93:9
**description** 47:7
47:14,17,23,24
209:3
**descriptions**
208:1
**design** 74:24
84:23
**designed** 74:22
75:9 101:24
**DFS** 181:14
201:16 205:21
206:9 208:17
210:9 216:9
217:2 219:2
**DFS's** 208:23
**DFS2877** 234:24
235:11
**dialogue** 9:5
**Dickinson** 63:20
63:24 64:3,10
67:2,3,7 119:1
119:10,18
126:11 127:9
127:14,15,24
128:1,4,11,12
128:22 129:8,9
129:12,14,17
129:23 130:7
130:19,20
131:2,3 133:4
154:4,13,23
155:3 196:21
197:12,19,19
197:21 198:1,9
200:17 201:4
202:24 204:12
205:10,11,14
206:24 207:14
207:20 208:6
208:16 209:9
212:6,22
215:24 216:5

217:14,21
218:8 219:4,13
220:2,7 225:15
225:21,23
226:2,14,17
228:5,13,19,23
229:13 230:1,1
230:3 234:1
235:13,24
237:15 239:24
240:4
**Dickinson's**
154:19,20
216:21 220:11
230:1
**diesel** 110:3
**difference** 57:21
**different** 10:6
13:7,8 41:4
57:17,19 77:22
77:22 100:24
100:24 101:22
106:20 129:3
153:7 167:20
172:23 175:23
196:18 213:20
230:14,15,22
230:24 231:2
242:11 250:14
251:23
**differently**
112:19
**difficult** 26:12
67:17 119:19
120:9 156:24
232:21
**dinged** 171:10
**direct** 20:1
55:13 59:6
86:4 99:10,13
124:17 143:24
155:12 157:8
175:17 179:14
181:3 224:2,5
224:17,23

**directing** 96:20
177:20
**direction** 254:13
**directly** 21:22
34:18 116:6,11
126:1 163:21
184:8 224:14
225:11 254:22
**directors** 45:11
**disagree** 227:19
227:19
**disapprove**
136:22
**discount** 63:17
196:21 197:12
197:16 198:14
204:23 205:5
211:3,7 212:5
212:11,13
239:23
**discounted**
220:18,20
**discounts** 62:22
154:24 155:3,5
197:1,3,24
198:10 199:4
238:16,23
239:5 240:5
**discovery** 1:9
98:11 114:2
180:24
**discretion**
134:19 143:13
**discuss** 236:13
**discussed** 92:3
92:13 96:15
**discusses** 96:2
**discussing** 75:11
**discussion** 75:17
87:18 123:1
177:11
**discussions**
36:13 243:19
**disingenuously**
213:16

**disposed** 207:5
**dissolved** 22:8
**distinct** 250:23
**DISTRICT** 1:1
1:1 253:1,1
**divided** 10:1
**DIVISION** 1:2
253:2
**document** 27:16
43:21 53:12
54:14,18,22
55:9 59:15
68:5 71:19
75:3 82:23
83:11,22,23
84:5,20 89:15
92:21 94:15,19
97:4,8 98:6,11
98:19 99:1
100:20 101:13
104:11,18
114:1,8 117:21
125:5 133:18
138:19 139:3
140:7,18
141:15 143:18
144:10,12
145:14 146:17
147:11 148:14
153:8 177:17
181:11 199:14
200:1,20 202:5
202:8,11 204:8
204:22 206:5
211:5,16 212:9
217:16 229:8
229:20 234:6
234:12 235:18
237:2 240:9,10
**documentary**
239:4
**documentation**
80:12
**documents**
25:13 67:15

181:13 227:10
235:20 236:7
**Dodge** 20:5,15
**doing** 23:11
28:13 31:23
53:19 85:21
87:1,9 95:12
118:23 156:6
201:12 214:1,2
226:1,20,21
249:8 250:4
**dollar** 176:22
**dormant** 85:18
**dot** 178:10
**doubt** 222:2
232:16
**Doug** 38:24
40:12 47:16
65:17 109:22
110:15 111:9
174:9 222:4
224:16 226:8
**downloaded**
125:8
**downtime**
108:17
**drafter** 49:21
**drafting** 49:4
**drive** 139:15,22
246:16
**driver** 8:19,20
8:21 33:8,13
34:6,17 56:14
58:5 60:18
110:11 127:21
140:15,20
164:1 166:21
168:13,23
170:10,11,13
170:16 171:3
171:10 172:5
172:10,11,15
176:12,14
182:1 198:14
224:16 243:11

243:16 244:21
244:22 246:11
246:18 247:17
251:14
**driver's** 170:24
172:7,8
**drivers** 32:2,11
32:16,24 58:1
58:8 85:2 90:4
90:12 118:6
120:3,10,11
127:19 128:5,6
133:3 158:23
163:16 166:7,9
166:18 167:2
169:13 171:19
174:20 175:4
175:15 176:19
188:1 198:11
199:4 206:22
207:5 242:11
242:15,17,24
244:11,14
246:11,15
248:8 252:3
**driving** 79:8
108:18 139:9
150:4,15,16
**drop** 24:19
**dual** 10:4
**due** 78:2 116:6
116:12 117:1,5
117:17 118:7
120:5 126:1,7
**duly** 4:14 254:8
**duties** 47:20
**dwindling** 26:16

_____
E
_____
**E** 2:1,1 3:1
**e-mail** 70:17
**e-tran** 252:9
**earlier** 15:18
17:8 41:24
42:22 46:1

67:3 102:6
138:9 154:2
162:6 175:5
192:12 196:20
241:23 242:7
243:2,18
**early** 161:8
162:13,22
**early-on** 75:17
**easier** 19:16
216:3
**East** 1:14 2:2
**eastern** 112:13
**easy** 156:4
**eat** 99:12
**Ed** 39:5 40:12
47:22 65:14,14
65:15,17
109:22 111:11
143:1
**effect** 20:19
**effort** 73:23
**eight** 76:12,19
95:20 195:20
245:10 246:1
248:13,23
250:13
**eighth** 28:3
**either** 17:13
33:4,17 36:1
82:1 104:17
110:2 135:6,12
135:16 136:5
147:16 224:17
243:12 251:8
**Elaborate** 33:5
33:21
**else's** 110:7
**email** 54:8 55:14
55:15,19,23
56:7,12,20
57:10 58:19
59:23 60:3
67:18 68:24
69:8,22 70:2,8

70:14,23 71:3
71:19 72:3,4,6
84:6 88:9,12
88:15 130:9
131:23,24
132:6 145:6
149:11,16
150:19,24
173:14 176:1,7
177:21 178:4
179:5,6,9
221:23 223:9
225:1
**emailing** 70:3
**emails** 54:15
55:4,10,11
56:4 175:23
177:20
**emergency**
101:18 211:10
211:18,20
212:1,2
**employed** 12:7
14:14 17:4,15
17:22 21:18
22:21,24 23:1
23:17,20 24:12
24:16 36:23
38:16,20,24
39:5,10,14
40:4,13 42:5
44:19 193:14
**employee** 16:22
42:10 47:12
127:24 129:9
129:12,14
131:3 163:19
254:19,21
**employees** 9:21
10:1,3 11:20
16:18,20 17:2
17:3,9 23:13
23:15,17 66:20
120:14 163:20
172:24 173:5,7

173:7 192:13
192:22 193:3,7
194:3,4,7,10
222:11 223:8
**employees'**
173:18
**employment**
38:23 173:1
**enclosed** 253:17
**enclosing** 132:1
**encourage** 85:1
85:22
**endorse** 135:16
136:5
**ends** 146:8
**engine** 176:22
206:11
**Eno** 20:18
**enrolled** 233:6
233:17
**ensure** 108:18
244:1,17
**ensuring** 245:2
**enter** 126:17
138:12 139:20
244:14
**entered** 13:5
116:21 126:16
164:9 200:17
233:4 242:23
244:12,13
251:14
**entering** 25:1
73:18 75:12
89:12,23 90:15
90:20 91:14
96:17 244:24
**entire** 60:9
78:17
**entities** 162:1
**entitled** 146:4
223:4
**entity** 160:10
162:2,14,23
169:14

**entries** 106:21
**entry** 195:23
**equipment**
17:18 74:2
75:5,5 100:2
**errata** 253:17
**especially** 19:9
168:10
**established**
183:1
**estimate** 246:10
**estimates** 154:17
192:18 222:5
249:9,10
**estimation** 32:15
**event** 23:8 140:2
140:16 141:13
142:3 198:1
247:10,12,16
**events** 247:24
**everybody** 151:6
**evidence** 84:20
85:7 169:19
176:16 239:4
**exact** 7:24 8:3
10:14 15:4
26:7 27:8,10
29:19 32:18
47:14 131:1
194:15 230:19
235:2
**exactly** 15:8,15
111:15 129:15
130:5 150:23
196:11 198:22
231:15 235:20
249:10
**examination** 3:4
3:4 4:18 241:1
254:7
**examined** 4:14
**example** 33:24
92:7 93:17
242:22
**exceeded** 246:19

**exclamation**
116:2,7 124:22
125:22 126:2
**exclusively**
133:20
**execute** 61:23
159:6
**executed** 27:14
118:4 158:24
**exercise** 168:21
**exhibit** 3:7,8,8,9
3:9,10,10,11
3:11,12,12,13
3:13,14,14,15
3:15,16,16,17
3:17,18,18,19
28:7 43:12,18
54:5 55:5,9
59:22 67:13,18
68:5,17,22
71:13 74:17
75:1 76:8,12
76:19 82:9,10
82:14,17,21
83:7 84:1,16
85:4 86:5 88:4
88:8 92:22,22
92:23 93:8
94:2,3 95:4,18
95:18,20 96:21
97:9,11,19
99:7,11,14
102:19,19,20
103:3,7 106:10
108:3 111:19
112:3,23
113:20,22,24
122:16,17
123:3,14,23
124:3 126:20
127:3 131:22
137:1 144:1
148:12,15
149:9,10 150:3
150:24 151:18

155:13,24
156:21,22
157:9,9 159:2
175:18 177:3
179:14 183:17
183:21 189:22
190:11 194:23
195:21 199:14
199:18,24
203:22,24
210:5 225:8
228:22 230:10
231:7,9 234:2
234:16,18,20
235:3,3 239:18
241:5,5,16
242:21,21
247:3 248:7
250:21
**exhibits** 3:6 25:6
86:18 87:15
94:10 122:19
148:16 180:22
181:12 224:3
229:23 232:1
232:11 241:4
**existed** 99:7
**existence** 73:7
139:1,4,6
161:6
**existing** 26:9
133:20
**expense** 216:22
**expenses** 172:8
172:11
**expensive**
108:17
**expert** 108:24
**experts** 109:7,11
109:22
**explain** 54:13
57:21 63:11
115:2 189:17
195:18
**explains** 153:14

**extend** 134:16
**extensive** 114:15
**extent** 70:8
71:18 72:9
84:3,5,7
181:10 198:4
234:6 236:6
240:7
**extraordinary**
143:16

___

**F**

**F** 204:19
**facilitate** 34:6
**facilities** 30:11
64:11,12
164:18,24
**fact** 101:21
151:24 236:18
244:24 251:17
**facts** 71:2
176:16 214:7
**failed** 176:20
**failure** 137:5
**fair** 13:12
**false** 52:1,23
87:11
**familiar** 55:12
97:13,15 114:4
124:6 159:8,19
188:8
**familiarize**
54:18
**fantastic** 232:15
**far** 19:9 33:22
36:8 151:2
**fast** 80:4
**faster** 150:22
**fat** 83:4
**father** 21:20
22:18,21 23:1
33:15 34:21
103:21
**father's** 23:17
23:20 35:21

**February** 176:1
176:7 177:21
178:3,8 179:4
**federal** 148:21
**fee** 164:7,14,14
171:3 195:23
196:7,18
216:20 245:11
246:2 248:14
249:4 250:1
**feedback** 84:22
85:13
**feel** 54:15,16,18
163:4 178:14
202:5,11 215:2
**fees** 171:4,13
**field** 110:6,11,13
146:23
**fight** 72:16
**figure** 9:5 20:1
145:1
**figured** 147:4,12
**finance** 133:2
**financial** 23:5
56:9,11 204:17
**financing** 61:1,5
88:19 90:6
132:16 133:22
135:18 247:12
247:15
**find** 25:15 28:17
53:13,20 59:9
59:14 102:15
127:21 137:20
144:3 199:13
221:2 231:16
231:17 232:13
233:13
**finds** 138:10
**fine** 8:1 12:1
81:2 95:16
123:17 155:21
237:8 238:10
252:9
**finish** 6:9 20:11

31:1,6,6 35:14
74:12 81:3
202:8
**finished** 203:8
**first** 4:13 55:19
59:17,18 60:7
67:19 69:10
70:16 71:23
75:18 77:7
82:12 83:18
91:2 97:4 98:4
101:21 116:4
133:19 140:20
140:21 141:4
146:7 149:9,20
182:12,13
188:18 206:3,6
210:8 211:21
213:20 216:6,7
217:1 218:23
225:3 231:16
241:3 248:13
**five** 11:13 28:2
63:17 151:17
167:21,21,21
168:7,19 192:9
213:24 215:12
238:7 240:19
**five-** 167:23
168:20
**five-minute**
168:5
**fixed** 36:9
**fixes** 220:4
**fleet** 85:1 128:12
129:17 130:8
131:11 140:20
140:22 141:5
141:19 154:4
154:13,20,23
196:22 201:4,5
201:17 202:24
204:12 205:11
205:14,22
206:11,24,24

207:8,20 208:6
208:16,19
216:1,21 219:4
219:13 228:5
228:13,19,23
229:13 230:4
235:13,24
237:16 239:24
240:4
**FLGB9662**
195:4
**flip** 150:8 151:13
180:12
**floating** 169:19
**flowed** 190:24
**flows** 189:14
**focus** 9:19
**folder** 27:24
86:12 156:6,15
**follow-ups**
240:20
**following** 57:2
140:2,16
141:13 162:21
206:9
**follows** 4:14
**Ford** 19:10 20:5
**foregoing** 253:9
254:11
**Forest** 2:8
**Forgetting**
178:10
**form** 6:19 7:4,12
8:23 16:23
17:5 18:22
19:2 20:4 21:4
21:11 23:3
26:2,20 29:17
32:4 33:20
34:8 36:17
37:3,12 38:12
39:24 40:24
42:23 44:6
45:8,13 47:8
48:7,16 50:3

| | | | | |
|---|---|---|---|---|
| 50:17 52:2,10 | 162:8,17 | 36:18 41:1 | 207:14 | **generally** 101:15 |
| 52:13 57:3,4 | 164:10,20 | 45:14 50:4 | **Freightliner** | 242:1,4 |
| 57:16 58:22 | 165:16 167:3 | 63:13 69:17 | 19:10,10 20:6 | **generating** |
| 60:16 61:15,22 | 167:18 169:5 | 77:19 79:6,23 | 20:14 103:15 | 172:6,8 |
| 62:4,9,19 | 169:15 173:2 | 81:14 83:11 | 103:18 | **generic** 153:14 |
| 63:12,23 64:6 | 173:20,22 | 99:23 107:21 | **Freightliners** | **gentleman** 34:1 |
| 66:7,15 67:9 | 174:22 175:8 | 108:24 112:6 | 19:21 | **Georgiev** 2:13 |
| 69:16 70:7 | 176:15 182:23 | 118:10 128:18 | **Friday** 232:11 | 54:10 71:20 |
| 72:8 73:9,20 | 187:6 188:2 | 128:19 130:12 | **front** 43:18 | **gestures** 5:15 |
| 74:18 75:2 | 191:14,21,24 | 131:15 146:15 | 67:15 68:6,13 | **getting** 21:16 |
| 77:18 78:14 | 192:23 193:9 | 173:22 176:16 | 84:15 87:3 | 26:14 27:12 |
| 79:5,15,22 | 193:16,20,22 | 182:24 183:3 | 95:5,11 102:20 | 35:18 36:8,9 |
| 80:20 81:13 | 195:5,11 196:3 | 186:9,13,16 | 113:18 117:22 | 90:5 106:11 |
| 83:10 84:3,19 | 196:23 197:5 | 187:6,10 188:3 | 122:22 144:1 | 117:7 120:18 |
| 85:6 89:14 | 197:13,20 | 188:20 195:12 | 144:10 157:10 | 126:21 135:8 |
| 90:22 91:7,23 | 198:12 199:1,8 | 196:4 197:6 | 157:13,14 | 202:19 212:5 |
| 92:6,16 93:11 | 201:6 204:24 | 218:15 222:8 | 175:20 177:3 | 212:11 214:22 |
| 93:23 96:5 | 205:16 207:10 | 222:15 223:18 | 194:24 227:2,2 | 220:6,11 250:2 |
| 98:5 99:22 | 207:17 208:10 | 229:18 230:6 | 227:12 228:17 | **give** 6:10 25:14 |
| 100:6 101:11 | 209:12 210:18 | 234:10 235:17 | 232:7,23 | 25:15 33:24 |
| 102:7 104:1 | 211:4,14,23 | **four** 13:18 28:2 | **fruition** 203:10 | 47:19 53:9,14 |
| 105:8,20 107:2 | 212:8,18 | 40:8 43:23 | **full** 4:4 157:21 | 53:20 63:18 |
| 107:20 108:23 | 213:11,22 | 88:16 107:22 | 158:12 210:8 | 68:8,8 76:14 |
| 111:22 114:21 | 217:15 218:14 | 136:15 137:1 | 216:6,14 | 82:18 86:9,18 |
| 115:19 116:14 | 218:15 219:20 | 137:15 141:23 | **fund** 78:18 | 96:22 112:18 |
| 117:2,20 118:9 | 220:13,18 | 218:1 219:9 | 96:11 129:4 | 117:4 122:20 |
| 119:12 120:6 | 222:7,14 | 246:7 247:4,5 | 132:18 154:15 | 133:6 155:19 |
| 121:6,9 125:4 | 223:17 228:7,9 | 247:7 | 168:24 175:10 | 156:24 170:11 |
| 126:9 127:8 | 229:3,17,21 | **four-minute** | 213:3 224:7,17 | 179:16 180:5 |
| 128:8,17,19 | 230:5,18 234:5 | 54:1 | **funds** 118:14 | 189:24 |
| 130:11 131:14 | 235:16,18 | **fourth** 2:2 77:24 | 224:15 225:12 | **given** 253:9,13 |
| 132:13 133:11 | 236:15 237:4 | 219:12 | 245:14 | 254:15 |
| 134:4,11 | 238:18 239:8 | **frame** 9:1,17 | **furnish** 251:22 | **gives** 140:24 |
| 135:23 136:1 | 239:10 240:6 | 12:15 65:6 | **further** 59:2 | 192:20 |
| 137:7 138:19 | 251:21 | 235:14 | 188:7 240:16 | **glance** 84:10 |
| 139:2,4,17 | **formal** 30:9 55:7 | **framed** 152:11 | 247:1 | **go** 9:16,16 12:21 |
| 140:4,6,17 | **formed** 7:19 | **frames** 18:18 | **future** 117:18 | 25:6 28:5,8,14 |
| 141:2,14 | 8:13 21:22 | **frankly** 236:4 | 118:8 | 28:20 32:21 |
| 142:19,20 | **forth** 43:8 56:4 | **free** 54:15,16,18 | **Fyda** 19:10 | 35:4,16 36:21 |
| 143:7,9,17 | 77:13 241:17 | 178:14 | | 40:1 43:23 |
| 146:14 154:6 | 250:5 | **freight** 63:20 | **——— G ———** | 53:16,23 56:19 |
| 154:14 155:1,8 | **forwarded** 69:2 | 64:3,10 67:2,3 | **geared** 58:7 | 57:7 59:2,18 |
| 158:1 159:9,21 | **forwarding** 72:4 | 67:7 128:12 | 149:24 151:15 | 59:21 66:15 |
| 160:17 161:7 | **found** 176:20 | 171:20,20 | **general** 37:14 | 68:14 71:11,11 |
| 161:10,22 | **foundation** | 200:17 205:10 | 242:2 | 74:14 76:12 |

80:4 81:6 84:7
85:2 86:18
87:21 88:15,21
93:12 95:15,19
95:20 98:23
104:10,13
105:12 106:9
107:2,22
113:10,16
115:9,11 119:8
128:20 133:18
134:9 136:14
137:1 138:1,2
141:21,22
145:13 149:9
149:18 150:2
150:22 151:17
155:17 157:2,3
168:22 179:19
180:16,20
183:13 184:2,6
185:14 188:6
189:6,22
192:20 194:21
202:6 207:24
209:3 210:3
216:6,13,22
218:1 219:9,23
219:23 221:3
226:13 227:7
227:16 228:22
229:9 232:17
234:13,16,17
234:19 245:6
250:21 251:8,9
**goes** 6:8 99:3
160:18
**going** 5:23,24
9:5,6 13:1
16:17,19 18:19
25:5,13 28:1,6
28:13,15,16
37:17 38:7
43:11 45:1
52:9 53:7,11

57:1 58:17,20
59:6,7 61:19
62:7 67:13,17
68:4 72:2,15
72:16,19,22
82:8 86:4,15
87:21 90:12
94:21 98:13
102:13,14
103:7 105:12
108:2 112:16
113:11 114:9
115:6,22 121:2
121:23 122:20
123:12 125:7
126:19 127:2,2
127:21 135:2
136:15 141:21
142:15 143:24
147:14 150:3
156:10,23
159:2 168:12
168:14 179:13
179:18,22
189:13,17
194:22 200:14
200:23 201:21
201:23 202:4
202:10,19
203:16,19,24
204:3 213:18
214:19,23
217:5 220:24
221:3,6 226:12
226:20 227:7
230:10 231:20
232:11 233:19
235:23 236:12
237:21 242:20
**good** 4:20 6:2
9:23 24:2
75:18 80:8
90:4 112:16
122:8,10
145:11 214:22

227:2
**Goodyear**
181:23 182:7
182:20 183:7
184:15 187:3
**Gotcha** 31:8
38:5
**gotten** 213:23
234:9 236:24
**grab** 113:1
148:2 155:17
**great** 43:19
68:19 126:24
157:15 198:5
217:23
**ground** 5:10
**group** 11:15,16
11:20 14:9,14
15:19 17:9,10
17:14,15,17
18:1 24:8,9,10
24:12,17 43:9
47:10,13,18
65:9 66:2
115:17 121:1
130:22 131:3,7
157:24 158:5,6
158:16 180:22
**groups** 10:2,7
14:3,16
**Grove** 1:14
**guaranteed**
140:3 147:3
**guess** 9:23 19:9
19:20 66:3
112:19 133:14
156:6 194:12
194:13 196:10
196:12 199:4
216:2,18 221:5
222:19,23,24
223:2
**guessing** 159:24
**guide** 56:21
57:11,18,22

58:2,8,10,17
69:11,15 70:3
70:13,18,22
71:7,8,15
72:20,24 73:7
73:18 76:5,8
82:13 83:9
84:17 91:13,18
91:20 92:2,21
93:5,7,20
100:13 102:9
102:11
**guides** 94:3
**guy** 181:1
**guys** 90:9 111:2
121:18 122:6
156:2 203:7
220:22 221:18

## H

**H** 1:17 254:3
**H-I-N-O** 20:21
20:22,23
**half** 18:9,14,16
**hand** 4:10
242:20 255:3
**handed** 54:13,17
68:16 97:3
113:22 200:19
**handing** 227:9
241:3
**handling** 210:11
211:22 216:11
237:15
**hands** 151:18
177:15
**hang** 76:17,18
97:1,10 102:17
104:18 108:9
112:19 122:18
156:3 199:15
**happen** 109:8
110:18 170:7
170:18,19
174:6 218:20

218:22 246:18
**happened** 170:6
170:13
**happens** 230:16
**happy** 27:18
214:4 215:8
**hard** 25:10,11
30:14,14 43:18
53:17 95:3,9
226:6
**harder** 227:14
227:20
**he'll** 13:7 31:6
54:19 59:14
215:4
**head** 41:8,11,14
46:5,7,13 47:2
65:5,7,9
233:12
**header** 145:15
**heading** 80:21
**heads** 41:4
227:17
**hear** 29:5,6,8
173:10
**heard** 20:22
75:18 90:4
130:17,18
**heating** 186:6
**heavy-duty** 35:8
153:6
**heck** 25:4
**help** 19:14 59:8
62:3 84:23
93:14 100:1
**helped** 58:14
**helpful** 60:14
180:15
**helping** 60:9
61:6
**helps** 61:13
108:18 115:13
**hereto** 254:22
**hereunto** 255:2
**hey** 27:15 28:10

94:17,18 95:22
**highest** 110:3
204:2
**highlight** 59:3
**highlighted** 54:9
55:20 137:13
249:2
**highlighting**
59:7
**Hino** 20:5
**hired** 213:13
**history** 80:13,18
81:12 206:13
**hit** 232:24
**hold** 14:11 20:9
35:14 45:6
54:12 74:11,11
74:11 76:21
84:2 94:14
102:18 104:20
111:2 112:24
125:3 144:3
160:19 199:17
200:3 201:20
202:3 203:6
215:2 224:11
**honest** 12:20
87:8
**honor** 29:21
**honored** 75:8
**hope** 68:6 180:8
**hopefully** 37:17
137:13 213:16
**hour** 121:24
122:2,4 202:19
**hour-and-a-half**
213:19 214:20
**hourly** 205:7
**hours** 65:13
**housed** 160:11
162:2
**HR** 173:3,16,21
174:12 194:19
194:20
**huge** 176:13

huh 20:23
**huh-uh** 110:12
**hundred** 79:19

**I**

**ID** 184:9
**idea** 181:16
189:4 227:2
**ideas** 93:14
**identify** 8:20
115:13
**identifying**
18:14 25:19
**ii's** 137:16
**Illinois** 1:14 2:8
89:1 254:4
255:3
**imagine** 124:15
**important** 18:19
108:21 109:2,3
246:22
**impossible**
127:18
**impounded**
247:22
**in-house** 154:12
**inch-and-a-half**
137:14
**include** 77:16
84:6 101:10
115:12 210:23
249:7
**included** 91:6
93:16 101:17
**includes** 94:11
153:23
**including** 55:10
153:1,12
165:21
**inclusive** 253:11
**incorporate**
7:10,16
**incorporated**
219:19
**increase** 165:13

165:23 166:10
218:9 229:24
**increased**
165:24 218:13
220:21
**independent**
8:21 23:5,10
60:8 133:21
134:2,7,8,16
135:17 137:2,4
138:4,8,11,16
139:14,14,21
142:4 247:8,11
**indirectly** 255:1
**individual**
131:12 158:8
161:24 162:1
167:13
**individuals'**
130:21
**industry** 205:8
**inflation** 230:2
**inform** 129:5,20
129:21
**information**
99:2 117:5
129:20 147:22
206:10
**informed** 129:23
**Initially** 201:21
**inside** 107:10
**inspections**
115:13 250:5
**instruct** 98:14
**instructed** 214:3
214:5
**Insurance** 23:12
**intentionally**
95:12
**interest** 60:8
159:18 162:3
163:5,12
**interested** 11:24
90:11 196:9
254:22

**interesting**
231:14
**intermediary**
63:2
**intermixed**
181:14
**internal** 134:17
**internally** 9:6
**International**
20:15
**interrupt** 200:21
**interval** 104:24
105:5,14
201:18 205:23
207:16,22
208:20
**intervals** 208:24
**introducing**
149:21
**investments**
162:16 163:1
**investors** 162:7
**invoice** 165:22
180:22,23
181:24 182:2
182:21 183:6,8
184:15 186:4
187:4 189:7
190:16 210:9
210:15 211:3
216:9 218:8,9
218:13 222:20
226:17,18
228:5,13,19,23
229:1,12,14,16
230:2,20
233:24 235:14
235:24 236:10
236:13 237:13
**invoices** 166:10
167:1,13
190:11,12,13
191:23 210:12
210:16 212:7
216:12 219:11

221:23 222:6
222:12 223:8
223:15 231:15
237:16 239:2
249:19,22
**involved** 9:17,18
11:13 17:19
35:10,24 36:13
39:20 128:2
145:23 203:2
226:4
**irrelevant** 80:22
**issue** 88:23
123:20 251:7
**issued** 219:1
251:13
**issues** 26:11 36:5
75:14 115:14
140:1
**Isuzu** 20:16
**it'll** 83:4 200:12
**item** 209:7
**items** 133:14
153:17

**J**

**J** 204:15
**Jacob** 2:4
228:17 236:21
240:21
**James** 182:1,22
**January** 68:24
**JARDINS** 2:7
**Jason** 181:2
182:8 184:9
185:2,11
**Jim** 38:20 40:12
47:6 65:19,19
109:22 110:5
110:10 111:6
174:6
**job** 47:6,17,23
47:24 222:22
**jobs** 247:23
**Joe** 46:10,13

145:4 155:15
203:9
**Jones** 2:13 23:20
27:4 40:4,12
41:16 47:15
48:22 65:14
111:16 226:9
233:14
**Jones'** 42:16
**Jones's** 23:23
**Jordan** 2:13
32:13 55:15,23
57:2,14 58:18
59:23 60:3
69:7,15,23
70:23 72:6,10
72:24 73:12,17
74:6,16 75:12
75:13 76:3
83:9 84:18,22
85:5,12 88:9
88:13 89:5,10
89:21 90:14,19
91:13 93:14
96:14 131:24
136:10 149:11
149:16 150:17
171:24 172:17
176:1 177:22
179:5 244:23
**Jordan's** 76:1
176:6,10,19
178:3
**Joseph** 2:4
204:15
**jrhode@kmkl...**
2:5
**jumping** 102:14
227:4
**June** 200:18
201:4 204:13

————————
**K**
**Karyn** 1:17
254:3 255:9

**KEATING** 2:2
**keep** 9:5 12:15
12:15 63:17
92:19 101:24
115:22 122:2
141:21 147:1
147:14 168:13
168:14 172:7
172:24 190:5
207:20 217:5
**keeps** 115:6
**Kenworth** 20:15
**kept** 160:11
163:5 174:20
**kid** 87:9,19
**kind** 5:15 9:16
23:11 28:19
29:3 43:15
59:3,4 72:16
75:11 86:22
105:24 119:21
135:22 147:10
160:19 180:12
182:2,6 189:7
195:14 216:14
231:13 239:3
**KLEKAMP** 2:2
**knocked** 122:21
**know** 5:10,19
7:23,24 8:3
10:8,14 11:24
12:1,1,2 13:16
13:21,23 14:6
15:5,24 16:10
17:6,11,13
19:8 24:13
25:3 26:8,9
27:3,4,7,7,9
28:13,14 30:7
32:18,20,22
38:7 39:19,20
41:3 42:12,18
47:20,24 48:3
48:10,12,19,19
48:22 50:9

51:5,10,11
53:15 65:6
66:23,24 67:7
80:6,9,9 81:15
86:8,23 98:1
98:10,16 99:3
99:6,8 106:3,4
106:7 107:12
107:12 109:24
110:7,8,14,15
110:17,18,22
110:23 111:1,8
111:10,12,14
111:18 112:2
112:11 113:10
113:16 119:20
120:10 122:18
123:8 127:4,12
127:19 129:17
130:7,13,16,21
131:9,11
137:14 144:24
146:22 147:4,8
147:15,18
148:5 149:17
151:2 156:1
157:13 159:3
161:23 166:13
167:6,14
168:19 169:3
170:18 171:9
171:24 172:1,4
172:22 174:6,9
174:18 175:2
175:20 177:14
179:20 180:10
180:20 181:10
183:8 188:4,9
189:8,11,12,13
190:18,19,23
190:23,24
191:9 193:17
193:21 194:4
194:11,15,18
194:20,23

196:6,16,16
197:8,8 199:11
199:12 200:2
200:10,20
203:12,14
209:15 210:19
211:6 216:5
218:11,16,17
218:18 219:8
221:6,9 222:9
222:17,22
223:3,4,5,7,11
223:13,14,21
223:22 224:12
224:24 225:2,5
226:5,6 227:1
227:3,8 230:13
231:24 233:9
234:7 235:20
236:18,19,23
236:24 237:3
238:7 239:13
239:13,15
240:13 250:11
250:15,16,18
251:7
**knowledge**
51:22 52:21
75:7 98:24
174:4 190:10
196:10 218:17
223:3,4
**known** 173:14
173:18 174:13
174:15,16
**knows** 113:16
142:22 143:1
189:14 236:19
237:3

————————
**L**
**label** 25:5 28:17
76:14 96:24
97:4 104:16
181:14 183:16

209:9 221:16
**labeled** 71:23
86:13 96:23
125:6 146:20
156:19 189:2
247:6
**labeling** 87:14
185:5 209:8,17
**labels** 98:17
155:24
**labor** 217:4
220:18,21
**lack** 183:2 186:8
186:13 187:6
188:2,20 197:5
234:10 235:17
**lacks** 36:17
40:24 45:13
50:3 63:13
69:16 77:18
79:5,22 81:14
83:10 99:22
107:20 108:23
112:5 118:10
128:17,18
130:11 131:14
146:14 173:22
176:15 182:23
195:11 196:3
218:15 222:7
222:14 223:17
229:18 230:5
**lady** 159:6
**laid** 128:19
186:15
**Lake** 2:8
**Lake-Cook** 1:14
**larger** 82:2
**largest** 157:20
158:6
**Larry** 38:16
39:18 40:11
41:9,10,17
42:5,10,19,21
43:2 47:15

48:2 65:2,14
67:1 77:21
80:7 106:6
109:14,21,24
142:22 167:7
226:10 239:16
**Las** 165:6
**late** 213:17
214:22
**latest** 122:6
**lawyer** 6:3,4
160:19
**lease** 8:14 9:10
9:15 32:10
61:8 79:4,12
105:19 118:4
119:5 120:4,16
132:22 133:9
134:2 137:6,8
138:11,12,21
139:20 146:4
148:6 159:1
160:10 164:1,2
164:8 166:10
170:17,24
218:8,9 219:3
223:7 238:16
238:22 244:14
244:16 247:15
248:1 251:13
251:18,20
**leased** 32:16,24
103:17 107:19
110:2 117:14
**leases** 8:18 9:3
29:22 105:19
159:19 160:3
160:10,12
162:2,7,15,24
163:15,21
169:13 206:23
233:6,12,16
**leasing** 1:3 6:17
7:9 8:4,7,13,14
8:18,19 9:18

9:21 11:13
21:17,19,21,23
22:2,3,5,7,13
22:19,22 23:2
23:18,24 25:1
25:23 26:5
27:5 30:21
31:15,21 32:2
32:10 33:15,16
34:2,4 35:18
36:14,23,24
37:22 38:17,20
39:1,10,14
40:5,14 41:12
41:15 42:2,6,9
42:11,17,20
43:4,10,15
44:1,20,23
45:2,4,7,12,17
45:22 46:2,4
46:14 47:3,7
48:4,15,20
49:1,18 50:1,8
50:13 51:8,8
51:13,17 52:1
52:22 57:1
58:4,5,19,20
61:20 62:8
63:21 64:14,17
66:4,11,12
67:24 70:3
72:20,23 73:8
75:20 78:5,7
78:11 79:4
80:15,17 81:10
81:11,22 82:5
82:13 83:8
84:17 89:2,24
90:7,16,20
91:13,15 92:2
92:4,8 93:7,10
94:11 96:3
101:3,6 103:17
107:9,11
109:12 114:6

114:19 115:8
115:18 116:10
116:23 117:11
117:15 119:3
120:2,15 124:7
124:13,14
125:1,2,11
126:5,15 127:5
128:14 132:7
132:11,22
133:2,4,22
134:8,9,22,23
136:9,21
142:15,17
145:22 150:15
154:3,12
157:22 158:24
159:8,16
163:20 164:6
164:13,23
165:8,11,13,19
165:22 166:15
166:16,24
167:15,17
168:3 169:12
169:20 170:10
173:18 174:19
175:15 176:11
180:23 181:24
182:21 183:7
186:4 187:23
188:22 189:1,5
190:17 191:12
192:14 198:10
198:11 199:7
200:17 202:22
204:13,17
206:23 207:13
208:6 209:11
216:4 217:13
217:21 219:14
220:8,17 226:2
228:24 230:9
236:1,11,12
237:14,16

240:22 241:6
241:10,13
244:13 248:9
251:13,15,18
252:4 253:3
**Leasing's** 67:8
91:4,21,22
92:5 93:9
99:17,21
101:23 111:20
112:4 115:16
148:2 151:10
191:3,7 251:9
**leave** 68:13
227:1,2
**leaves** 140:20
**leaving** 191:11
**left** 4:17 88:17
120:11 138:3
176:13,19,20
176:21 209:6
218:5 234:24
235:11
**legal** 33:12
140:7 209:13
219:21 230:6
240:8
**legally** 9:4
139:22
**Lenny** 18:2
**lessee** 8:20 9:4
34:17 63:10
79:4 107:19
108:22 117:14
118:6 132:23
159:5,15,15
222:20 244:19
244:21 251:20
**lessee's** 34:7,19
94:7
**lessees** 9:14,15
30:3 33:17
34:2 35:24
36:14 37:1,9
37:19,21 58:6

58:21 63:3
64:18 66:13
78:12 91:22
92:5 93:10
96:4 101:6
107:5,8 116:11
116:24 117:16
118:4 120:15
121:3 126:7
127:4,5 128:13
128:15,23
129:10,18,24
130:8 131:4,12
154:24 155:7
165:14,24
166:9 169:21
198:24 207:15
208:8,22 209:5
212:7,17,24
213:3,7,9
218:10 220:17
222:6,6,13
223:9 238:17
238:23 239:6
251:8
**lessees'** 40:22
48:5 223:15
**let's** 9:19 36:21
63:16 79:18
80:4,5 83:2
87:9,19,23
100:15 112:14
129:8 131:22
132:21 141:7
141:21 157:2
172:5 176:23
180:20 191:2
192:20 199:13
199:15 205:20
214:16,16
215:14,15
216:5 227:16
232:1 233:1
238:6,6 245:6
**License** 1:18

254:4
**light-** 35:8
149:24 151:16
**light-duty**
151:15 153:6
**limb** 45:1
**limit** 78:20
**limited** 78:17,24
**line** 70:1 78:1
88:22 135:3,11
218:23 219:14
**lines** 88:16 138:2
219:9 246:7
**link** 25:10
**list** 19:23 86:12
104:23 105:7
105:10,15,16
106:6
**listen** 86:24 95:2
119:14
**literally** 87:14
**litigation** 1:13
98:3
**little** 6:14 31:4
59:2 67:16
71:12 86:21
87:6 100:15,16
102:5,15 138:1
152:1,2 158:12
162:5 168:17
188:6 202:16
216:22
**live** 88:24
170:19
**lives** 174:7,10
**living** 170:14
**LLC** 1:6 253:4
**loading** 124:19
125:18,18
**loads** 172:6
**loan** 138:11,12
168:12
**located** 165:5
**location** 117:8
**locations** 89:1

109:6
**logistical** 25:8
**logistics** 7:8,19
21:18 193:15
194:6 197:8
**long** 22:16 37:17
38:7 68:7
72:17 121:23
168:2 171:18
200:20
**longer** 25:1,24
168:17
**look** 56:6 69:1
70:1,16 72:21
73:24 83:17,17
83:18 86:12,12
94:17,18 95:8
97:13,14
113:12 114:11
133:17 140:15
146:3,7 150:13
152:10,22
176:8 178:5
180:4 182:2
184:8 185:5
187:7 200:9,19
201:15 224:21
230:14 232:1
233:10 234:1,3
247:4
**looked** 6:15 71:5
156:18
**looking** 53:16,21
56:5 67:15
71:23 87:16
90:8 104:15
120:12 138:16
138:20,23
140:10 146:11
186:20,21
199:14 225:7
231:21 249:9
250:3
**looks** 21:17 54:8
60:5 73:4,11

76:10 97:13
113:3 122:17
122:21 171:3
177:19 181:17
185:11 195:14
196:7 208:15
208:15 210:4
220:20 224:21
230:24 234:7
**losing** 97:9
**loss** 176:13
**losses** 170:21
176:19
**lot** 26:15 84:24
127:18 154:20
159:11 167:19
176:21 191:19
207:4
**Love's** 226:16
228:4,18
229:16,24
230:2 234:8
239:24 240:3
**low** 205:8
220:23
**lower** 216:23
**lunch** 155:15

---

## M

**M-1** 104:23
105:5
**M-2** 105:14,24
**M-A-F-E-Y**
204:19
**M-A-L** 204:21
**M-A-T-D-E-Y**
46:12
**M-I-C-H-A-E-L**
4:7
**M-U-L-L-E-N**
49:15
**ma** 62:17
**mail** 223:16
**main** 19:5 26:16
60:17

**maintain** 117:15
118:5 154:12
244:8,20
**maintained**
120:2 245:15
251:5
**maintenance**
10:20 11:2
24:4,8,10,12
24:17,24 25:2
25:24 26:17,19
27:5,13 29:4
29:16,20 30:3
31:16 33:4,18
34:10 36:1,7,7
36:16 37:2,4,7
37:11 38:10,18
38:21 39:1,11
39:14 40:5,13
40:18,21,22
41:11,15,22
43:9,13 44:5
45:24 46:2
47:9,13,18
48:1,4,5,13
61:10,14,17,20
63:22 65:9
66:14,17,18
74:3 75:16
76:2 77:8,12
77:16 78:8,12
78:18,22 80:12
80:17 81:11
88:23 89:11,16
89:22 90:14,20
91:2,5,5 93:21
94:4,6,7,11,12
96:3,9,11,15
98:2,6 99:17
99:21,24 100:4
100:14,22
101:3,5,9,18
101:24 102:4
102:10,10
103:2,13,23

104:4,23 105:5
105:14 106:1
106:15,18,24
107:7,15,17
108:15,16,21
109:12,14,15
110:1,9 111:13
111:14,20
112:4 114:7,12
114:14 115:10
116:5,7,10,13
116:23 117:1,6
117:8,16,18
118:5,7,15,18
118:20 119:4,4
120:3,5,17,24
121:3 124:13
124:16 125:1
125:24 126:2,6
126:8 127:4,7
128:2,5,7,14
128:16,24
129:4,6,11,19
130:1,2,9
131:5,13,19
132:17,18,19
135:16,20,21
136:6,7,9,12
136:16,21
152:12,19,23
153:4,9,10,19
153:20,24
154:5 155:6
157:21,22
164:2 166:5,8
166:18 168:23
170:24 172:19
175:10,14
187:24 191:23
192:17 195:2,9
195:18 196:17
197:18 198:2
200:16 201:5
201:18 205:6
205:23 207:8

207:15,22
208:17,19,24
209:8,10,10
212:24 213:3,7
213:9 216:1
218:10 219:17
219:18 220:3
222:12 223:8
223:23 224:7
224:18,19,21
225:12,23
226:11 230:12
233:7,17
237:17 238:23
239:6 241:24
242:3,6,10,12
242:13,14,18
242:23 243:3,9
243:12,19,23
244:1,5,8,10
244:12,18
245:2,8,19
246:4,14,21
248:8,12,12
249:12,14
250:20,22
251:3,9,10,14
251:19 252:4
**major** 115:14
154:9 201:8
**majority** 32:23
168:6
**making** 30:21
178:12 227:13
227:20 232:20
247:22 250:3,4
**Malvey** 204:18
204:21
**Malvey's** 204:15
204:16
**man** 65:12
**manage** 63:22
109:7,12
**managed** 152:23
153:10,19,22

154:15,16
**management**
249:6
**manages** 24:3
**Managing** 249:5
**manifest** 151:22
152:2
**manning** 66:21
66:22
**manual** 103:3,13
103:24 105:10
105:17,18
**manufacturer**
19:16,24
**manufacturer's**
77:8,14,15
94:13 96:10,16
102:4,10 244:9
**manufacturers**
19:18,23 21:2
21:8
**mark** 25:13
**marked** 25:16
55:8 68:17,22
82:9,17 88:8
92:21 123:16
126:20 148:12
177:2 194:23
199:19 239:18
241:4 242:20
**market** 199:6
**marketing** 49:8
49:9,13,17
111:20 149:13
151:5,10 152:6
152:9 153:13
155:6 198:18
198:19,21,23
199:5
**markup** 187:20
187:22 188:11
189:2,2,7
210:10 211:2
212:7,12
216:10,20

219:10,11,14
219:16 220:10
220:11 230:3
**master** 239:23
**Matdey** 46:10
46:12,13 203:9
**material** 149:13
**materials**
111:20
**matters** 254:10
**maximum** 217:6
**mean** 9:3 10:23
14:12,13 15:10
15:14 24:23
31:23 33:22
42:21 52:4,10
52:12 53:2
58:5 63:6
77:11 81:2
85:8 100:12
110:13 113:11
117:20 121:22
134:1 139:3
144:24 145:3
150:21,22
151:1 174:15
180:13 182:24
183:24 186:10
186:14 191:22
191:24 200:19
205:10 208:12
209:21 211:15
215:8 218:20
218:22 219:3
220:7 221:4
225:22 230:18
243:7
**meaning** 139:6
**means** 115:3
138:15 212:1
**meant** 15:15,20
**mechanic** 33:7
104:4 110:4,24
111:7,9,11,16
**mechanical**

217:3
**mechanics**
111:15
**medium-** 35:8
**medium-duty**
149:24 151:16
**meeting** 45:11
130:22 131:8
**meetings** 45:6
**member** 158:17
158:18 161:14
**members** 158:8
**mention** 94:3
130:17,18,24
251:2
**mentioned** 7:17
14:3,16 15:18
16:17 17:14
20:18 21:9
39:17 42:22
67:2 69:12
70:18 90:14
112:7 130:20
130:23 131:3
**mentions** 93:21
**message** 69:2
**mic** 29:9
**Michael** 1:10 3:3
4:6,12 253:19
**middle** 87:7
114:11
**midway** 185:6
**Mike** 13:1 98:18
129:14
**mileage** 79:8
80:6 106:18
117:6 206:13
231:14
**mileages** 74:3
**miles** 79:20
106:19 246:5,6
246:15,19
**Milton** 34:1
158:22
**mind** 97:9 122:2

178:16
**Mine** 221:17
**minimum** 79:11
79:13 251:19
**minute** 28:21
68:9 82:18
142:11 179:16
**minutes** 87:14
112:15 121:19
121:24 155:20
167:21,21
168:7 215:6,13
237:23 238:7
**miscellaneous**
216:22 217:7
**mischaracteri...**
70:8 73:21
75:3 83:11
89:15 135:24
137:8 138:19
139:3 140:18
141:15 159:22
201:7 211:5,15
211:15 212:9
217:16
**mischaracteri...**
212:19 213:11
213:23
**missed** 103:8
**misstates** 67:10
84:20 85:7
90:23 119:13
140:7 143:8,18
154:7 162:9
212:9
**misstating**
214:10
**mix** 15:13
**mobile** 64:13,14
114:15,16,20
115:3,6,8
154:20
**model** 84:23
206:11
**modified** 241:21

**money** 61:16
78:18,21
118:17 166:11
168:10,13,23
171:14 188:13
219:4 220:7,16
224:6,20
246:20
**monies** 164:14
**monthly** 137:6
147:6 166:17
**months** 133:8
137:17,21
140:2,16
141:12
**morning** 4:20
213:13
**move** 102:14
169:13,22
170:17 176:12
**MUETHING**
2:2
**Mullen** 49:14,17
49:21 50:15,22
51:3,12
**multipage**
150:14
**multiple** 55:10
**Munguia** 4:1,3,9
4:16,17 254:8

———————
N
———————

**N** 2:1 3:1
**nail** 28:15
**name** 4:2,4,20
7:7 10:8,14
18:7 22:1
25:21 27:22
43:24 44:16
46:11,18 65:15
145:24 158:12
158:15 182:8
184:9 185:2,11
198:19 209:11
209:19,23

240:21
**name's** 4:7
222:2
**named** 34:1
181:2
**names** 10:2,11
10:12 17:24
40:9 65:12
130:21
**national** 63:15
63:16
**NationaLease**
66:1 157:19,23
158:3,3,9,19
**nationwide**
124:13 125:1
**near** 124:18
**neat** 232:12
**need** 19:23
56:11 84:9
118:13 129:6
139:13 142:12
173:14 202:5
202:11 203:20
**needed** 75:22
90:5,6,9
189:16 203:1
**needs** 201:19
205:24 207:16
208:20 251:4
**negotiate** 62:24
74:6,10,16,21
155:2
**negotiated** 73:17
73:22 74:20
196:24 197:11
202:23 239:1
**network** 109:6
115:4,10,20
154:18,19
245:22
**never** 20:22 33:7
41:13 90:14
105:9,17 169:9
184:21 240:7,9

**new** 21:9,14,15
21:15 30:3
31:23 32:6,10
32:13,14,15
33:4 80:1,4,5
80:16 82:14
90:8 103:4,4
103:12,23
138:12,17,21
138:23 139:13
139:20,21
140:15 158:15
159:15 175:6
**nice** 232:12
**night** 64:24
**nine** 145:13,14
200:10
**nine-page** 200:1
**non** 168:4
**nonsense** 95:15
**Nope** 199:15
**normal** 78:2
141:23 142:18
143:6
**normally** 35:10
45:6 117:3
131:6 168:19
180:11
**North** 2:7
**Notary** 253:23
254:8
**note** 145:4
181:18 183:15
**notice** 231:13,14
**notified** 251:23
**November** 54:9
55:14,16,17,23
56:7,12,24
58:18,18 59:22
60:3 67:18
69:6,14,22
70:14,23 71:7
72:6 73:1
84:18 149:12
149:16 150:17

150:18,20,24
**now's** 237:7
**number** 15:4
32:18 97:18
103:3,7 104:12
104:19 127:2,2
141:12 146:13
147:16,24
171:13 173:14
173:19 181:4
184:7,9 185:10
185:21,23
187:8 189:22
204:2 231:2,3
231:4,10,11
233:12 234:12
234:14,22
246:11,15,19
253:17
**numbered** 82:24
234:21
**numbers** 97:22
119:21 174:13
187:15 194:16
194:18,20
230:14,17
231:2,6,22
**numerous** 98:20

———————
O
———————

**o'clock** 1:11
**oath** 253:11
**object** 6:4,5,6
52:10 53:2
71:18 84:3
98:13 111:22
125:7 130:11
139:17 161:22
162:17 181:10
214:1,2 240:10
**objection** 6:19
7:4,12 8:23
16:23 17:5
18:22 19:2,7
20:4 21:4,11

23:3 26:2,20
29:17 32:4
33:20 34:8
36:17 37:3,12
38:12 39:24
40:24 42:23
44:6 45:8,13
47:8 48:7,16
50:3,17 52:2
52:13 53:3,5
57:3,4,16
58:22 60:16
61:15,22 62:4
62:9,19 63:12
63:23 64:6
66:7,15 67:9
69:16 70:7
71:22 72:8,11
73:9,20 74:12
74:18 75:2
77:18 78:14
79:5,15,22
80:20 81:3,5
81:13 83:10
84:2,6,19
89:14 90:22
91:7,23 92:6
92:16 93:11,23
96:5 98:4
99:22 100:6
101:11 102:7
104:1,6 105:8
105:20 107:2
107:20 108:23
112:5 114:21
115:19 116:14
116:17 117:2
117:19,20
118:9,10 119:6
119:12 120:6
121:6,9,11
125:4 126:9
127:8 128:8,17
128:19 131:14
132:13 133:11

134:4,11
135:23 136:1
137:7 138:18
138:18 139:2,4
139:10 140:4,6
140:17 141:2
141:14 142:19
142:20 143:7,8
143:17 146:14
154:6,14 155:1
155:8 158:1
159:9,21
160:14,17
161:7 162:8
163:2 164:10
164:20 165:16
167:3,18 169:5
169:15 173:2
173:20,22
174:22 175:8
176:15 181:19
182:23 183:2
186:8 187:5
188:2,20,20
191:14,21,24
192:23 193:9
193:16,20,21
195:5,11 196:3
196:23 197:5
197:13,20
198:12 199:1,8
201:6 204:24
205:16 207:10
207:17 208:10
209:12 210:18
211:4,14,23
212:8,18 213:1
213:11,22
217:15 218:14
218:15 219:20
219:24 220:13
222:7,14
223:10,17
226:3 228:7,9
229:3,17,21

230:5,18 234:5
235:1,16,18
236:6,15 237:4
237:8 238:18
239:8,10 240:6
251:21
**objections** 85:6
214:2 235:2
**objects** 6:5
160:19
**obligation** 141:4
**obvious** 87:8
**obviously** 78:19
84:24 107:10
120:21 149:23
228:15
**occasion** 117:3
**occur** 130:24
**offer** 30:12
124:16
**offered** 174:19
**offering** 24:21
25:24 26:6,19
27:5 29:3,16
30:2,9,10
31:16 76:5
**office** 191:20
192:6,9
**officer** 204:17
**offices** 1:13
191:4,8
**official** 42:18
**oh** 35:4 39:19,22
41:14 47:1
50:20 57:21
59:10,10 69:4
76:16 108:5
109:18 119:2
123:8 144:22
148:18 177:10
178:17 192:8
199:17 202:1
204:19 224:12
224:16 231:17
236:21 246:9

**Ohio** 1:1 2:3 4:7
178:9 253:1
254:9
**oil** 77:12,17
**okay** 4:1,9 5:6
5:21,23 6:12
8:4 9:16 10:6
10:11,16 11:17
12:10,13,18,21
13:9,9,12,17
14:4 15:9,18
15:22,23 16:4
16:5,8 17:8
18:5 20:23
21:16 22:12
23:13 24:9
25:7,18 26:5
28:9,18,21
31:8,14 32:1
32:23 33:8,14
35:7,10 37:7
37:23 38:3,4,6
39:7,20,23,24
40:16 41:7,10
43:19 47:1,1
47:16 52:14
53:6,22 54:5
54:21 55:1,2
55:13 56:19
57:21 58:2,12
58:16 59:2,14
60:14,20,24
61:2,12 64:14
65:11 66:20
68:3,8,15 69:4
70:13 71:2,6
71:11,14 72:15
75:11 76:1,12
77:1,15,24
79:18 80:11
82:18,19 83:4
83:7,21,22
84:12 85:24
86:4,20 87:23
88:1,15 91:18

93:1,20 94:2
95:5,19,24
96:13 97:3,6
99:10,20
100:11,17
101:2,9,16,16
102:13,24
103:5,12
104:21 105:12
106:4,8,12,13
107:12,16,24
108:5,9,13
109:5,21,24
112:10 113:2
113:17,21
114:9 115:2,5
115:11,22
117:14 118:2
119:2,7 120:22
121:16 122:1,4
122:7,10
123:11,15,22
124:12,17,20
125:9,12,15
126:3,13
127:12,14
129:1,8 130:7
130:16,23
131:21 132:2
135:9 137:12
137:23 138:7
140:1,24 141:7
141:21 142:8
142:13,24
143:4 144:7,15
145:5,10,16,19
146:2,12,18
147:12,23
148:5,18,22
149:2,5,18,22
150:2,10,11
152:10 153:8
153:16 154:2
154:11 156:8
157:2,14,15

158:17,20
160:2,5,9
161:10 162:13
163:9 164:18
165:13 166:8
167:10,23
168:2,2,8
169:1,9 170:7
171:12,16
172:5,22
173:17 175:19
176:23 177:5,8
177:19 178:20
179:2,9,11
180:2,17 181:8
182:16 183:10
184:4,16,18,19
184:24 185:3
185:10,24
187:14,14,19
188:6,10,13
189:21,24
190:6 191:11
192:5,19 193:6
193:14 194:6
194:15 195:1
195:17 197:3
198:6 199:23
200:3,24 201:3
201:10,13
203:3,7,12,15
203:23 204:10
204:19 206:20
207:3,7,13,20
208:2 210:1,15
210:23 211:2
212:15 214:14
214:19 215:8
215:17,22
216:16 217:20
217:23 218:3,6
218:12 219:9
222:4 223:2
224:2,8 225:4
225:19 226:8

226:12,23
227:4,6,18
228:1,10,16
232:2,24 235:9
235:13 237:5
237:11,20,24
238:3,10,11
239:3,15,17,21
240:15,19
241:9 242:10
242:16 243:2,7
243:11,23
244:11,16,21
244:23 245:5
246:10,13,18
247:10,20,24
248:21 249:13
250:17 252:8
**okayed** 154:17
**old** 139:14 151:4
**oldest** 54:15
**Olson** 38:20
40:12 109:22
110:5,10 111:6
174:7
**Olson's** 47:6
**on-staff** 109:7
109:11
**onboard** 117:4
**once** 10:9,12
30:10 156:11
**ones** 120:18
144:17 155:14
207:2,7 209:6
**ongoing** 128:22
**onsite** 115:12,16
**open** 25:3 28:16
**operate** 89:1
172:2
**operates** 171:23
**operation**
206:12
**operations**
41:16 104:24
105:5,14

**opinion** 109:1
**opinions** 71:9
92:9
**opportunity**
243:8
**opposed** 168:13
**option** 225:10,13
225:13,19
251:8
**optional** 124:16
243:4
**options** 141:1
225:7,17
**order** 86:16
112:17 173:13
180:15 183:17
183:19 226:20
227:7 228:6,20
231:3,4 232:13
232:14,17
**orders** 230:22
**ordinary** 143:21
147:19,21
**organization**
159:4
**organize** 190:1
**organized** 123:5
**original** 167:1
**outcome** 255:1
**overbroad** 52:3
63:13 79:6
81:14
**overdue** 128:23
**overly** 97:13,14
114:4 124:6
**oversaw** 48:1
**oversees** 24:3
41:16
**overview** 98:7
108:15 111:21
112:4
**owed** 146:5
147:3 148:6
**Owned** 20:24
**owner** 22:12

34:13 108:22
161:13
**owner-operat...**
88:24
**owners** 8:6,7
**ownership** 81:12
162:15,23

---

**P**

**P** 2:1,1
**p.m** 55:14 59:23
60:4 88:10
149:12,16
178:8 179:5
**page** 3:2,6 43:23
43:23 55:19
59:21 67:18
71:12,21,23
72:3,20,21
76:12,19 77:3
82:11,12 83:18
84:15 95:19,20
96:2,2 97:4
99:10,13
104:10 105:12
106:9 108:12
114:6,11
115:23,23
124:5,8,9
125:1,11,16
136:14,14
142:3 144:19
145:13,14
148:20 149:9
150:2,3,5,9
151:13,17,21
181:3,23
182:12,13
183:13,13,21
184:6 185:14
185:16 186:18
186:21 195:20
195:20 206:3,6
210:4,4,5,9
216:7 218:1

234:3,17,19
235:5 245:6
247:5,6 248:17
248:18
**pager** 190:3
**pages** 68:7 82:24
103:1 149:1
151:14 180:21
184:3 187:8,16
200:10,13
253:10
**paginated** 150:7
**pagination**
185:20
**pagination's**
104:14
**paid** 163:7
171:20 219:4
248:14
**pair** 80:5
**paper** 148:23
180:12
**paragraph**
56:20 60:7
67:14,19
114:13 137:12
141:23 142:10
142:12 201:15
205:21 206:1,2
206:5,7,16,17
206:19 210:8
216:6,14
**paralegal** 180:7
**part** 26:23 42:7
42:19 43:9
62:2,23 66:1
76:7 91:4
135:13 157:19
158:16,19
163:6,13,16
166:4 170:5,9
175:13,13
179:21 198:17
198:17,22
206:23 207:8

219:16 220:10
249:24
**participate** 49:3
145:19
**particular** 32:14
72:3 99:3,6
153:8,18 164:1
176:12 180:22
191:24 224:4
226:9 237:18
**parties** 62:13
135:3 162:16
163:1,4,5
206:8 240:5
254:20,22
**parties'** 241:18
**partner** 109:15
**parts** 30:11,14
133:17 186:24
217:2,4,7
**party** 61:21,24
62:8,10,11
63:22 66:21
159:1,1 212:15
218:13 236:3,8
242:16
**pass** 63:2 198:9
198:9,11
238:22
**passed** 154:24
239:2,6
**passing** 220:16
238:16 240:4
**Paszkiewicz**
1:13
**pay** 42:20 56:15
78:19 133:8
140:2,10,16
141:12 168:11
168:15 170:24
224:5,5,14,17
224:18,22
225:10,14,15
225:20
**paying** 168:16

172:7,11
219:13 225:22
249:22
**payment** 137:6
147:6 247:10
247:22
**payments** 56:15
74:2 133:9
146:5,20 147:3
148:6 163:21
249:13
**payroll** 114:20
**PDF** 27:22 28:3
70:5 156:22,22
185:20
**PDFs** 28:1
112:11
**pending** 214:21
**Penske** 110:17
110:19,23
111:13 158:7
**people** 9:15 12:4
12:7 14:10,13
15:10 16:2,9
16:11,24 17:15
17:19,21 18:1
24:11,16,20
29:19 35:18
36:23 38:10
40:9 51:7
65:12 106:2,4
107:14,14
120:23,24,24
131:19 143:2
170:3 189:9
190:15,21
192:16 193:14
203:2 230:17
**people's** 6:7
**percent** 18:16
63:17,18 171:3
171:10 210:10
211:2 212:7,12
216:10,20
217:2,3 219:1

219:10,11,14
220:10,11,21
230:3 245:11
246:2 248:13
248:24 250:13
**percentage** 17:3
250:7
**perfect** 122:9
180:18
**perfectly** 87:8
232:17 252:9
**perform** 244:8
**performed**
197:19,21
**performing**
245:18
**period** 69:12
119:17 140:3
167:16 168:4
169:2 178:10
178:11 191:2
**periodic** 120:4
120:16 121:3
**periods** 167:9
**permanently**
66:5
**person** 18:9,13
18:14 37:14
40:17,20 49:11
49:13,17 129:9
145:24 159:16
233:19
**personal** 33:3,5
98:24 196:9,10
218:16 223:3,4
254:13
**personally** 33:10
129:21 239:9
**Peterbilt** 20:15
**phone** 119:21
127:10 130:9
130:13,16
169:2 173:14
173:19 174:13
209:20,24

**physical** 64:12
**pick** 216:14
**picture** 59:4
124:19 125:17
**piece** 149:19
151:4 153:13
**pieces** 159:11
**pile** 113:13
**piles** 180:12
**PJ428211**
185:12
**place** 254:18
**placement**
161:19
**Plaintiff** 1:4 2:6
**plaintiff's** 43:12
54:5 55:9
67:13,17 68:5
68:17,22 82:9
82:17 83:7
86:5 88:8 93:8
96:20 97:9,11
97:19 99:6
102:19,20
108:2 111:18
112:2,23
113:24 123:14
124:2 148:16
156:22 157:9
199:24 239:18
241:4,5,16
242:21,21
247:3
**plan** 172:19
251:23 252:3
**planned** 112:12
**platform** 48:20
**please** 4:10 5:14
5:18 6:9 7:14
12:14 33:22
52:18 73:2
84:13 122:24
200:4 202:6,12
213:22 232:20
253:15

**plus** 171:4,13
200:16 205:6
207:8 210:10
216:1,10
245:20
**PM** 208:3,7
209:4
**PM/DOT**
115:12
**point** 34:20
35:12 40:11,15
66:5 72:22
77:7 78:4
116:2,7 123:21
124:22 125:22
126:2 138:17
154:3 163:18
181:22 189:23
204:22 221:14
**point-blank**
216:2
**points** 77:22
**policy** 166:17,24
251:17
**pop** 62:18
**position** 23:23
24:5,6
**positive** 198:7
**possession**
103:10
**possible** 5:7
**possibly** 5:6
30:10 218:12
**post** 118:21
119:4 120:4,15
127:14
**potential** 132:23
134:1
**potentially**
164:3
**Pre-Dickinson**
131:11
**pre-Dicksinson**
131:10
**preparation**

145:20
**prepare** 251:18
**present** 2:12
26:3 34:21
58:7 117:22
136:16
**presented**
136:10,20
**presently** 4:5
**president** 34:12
41:21 42:13
45:2 79:2
191:23
**pretty** 101:21
156:4
**prevent** 210:2
**preventative**
33:18 36:1,15
37:2,10 40:17
40:21 61:9,14
61:17,20 66:14
75:15 76:2
77:8,12,16
89:11,16,22
90:14,19 91:5
94:12 96:9,15
100:4 101:17
102:3 106:24
107:17 108:21
110:1 116:6,12
117:1,17 118:7
118:15 119:4
120:5,16 121:3
126:1,8 127:3
127:6 128:13
128:15 129:11
129:19 130:1,9
131:5,13
135:21 152:24
153:11,23
172:18 197:18
198:2 201:18
205:23 207:15
207:21 208:16
208:19,23

209:10 243:19
244:1,18 245:2
**preventive**
244:8
**previous** 22:19
22:24 23:1
33:15 81:12
159:5 254:6
**previously** 23:17
241:4
**price** 62:24 63:2
**print** 25:9 156:5
232:12
**printed** 155:16
180:15 235:6
**printing** 203:20
203:22 204:4
**prior** 21:16 22:7
22:12,21,22
63:20 73:18
75:12 89:12,22
90:1,2,15,20
91:13 96:16
100:4 159:15
201:7 244:23
**private** 161:19
209:7,9,17
**privilege** 98:15
**proactive** 116:1
124:21 125:21
**probably** 5:5,10
7:22 10:9,22
11:15 17:20
19:11 53:23
80:7 143:1
176:22 194:8
194:21 195:19
196:19 204:5
221:17 230:11
233:15 239:16
**problem** 31:12
120:20 127:23
**problems**
115:13
**procedure**

232:22
**procedures**
57:22
**proceedings**
254:15
**process** 5:10
75:23 98:12
168:17,24
190:13
**processed**
190:16
**processing**
245:21 249:13
249:17
**produce** 83:22
**produced** 98:1
98:10,21
100:21 181:13
234:8 236:3
**product** 24:21
24:22 25:21
26:6,17,19
27:6 29:4,16
30:3,13 31:16
31:16 181:17
**products** 153:7
**professional**
109:7,11
**program** 13:6
25:24 27:13
29:20 37:22
43:13 44:5
48:3 56:5,14
56:21 57:2,11
57:14,18,18,22
57:23 58:2,8,8
58:9,17 60:9
60:14,21 61:13
61:19 62:2,23
63:22 67:23
69:11,15 70:3
70:13,18,22
71:7,8,10,15
72:20,24 73:7
73:14,17,18

74:1,1,16,24
75:9,13,24
76:5,7,8 82:13
83:8 84:17,23
85:18 89:12,23
90:9,15,21
91:5,9,13,14
91:18,20 92:2
92:8,10,12,15
92:19,20,21
93:5,7,15,16
93:20,21 94:3
94:4,6,11 96:3
96:17 98:2,5,6
99:17,21 100:1
100:9,12,12,14
100:23 101:3,6
101:10,24
102:11 108:15
109:8,13
111:21 112:4
114:7,12,14
116:22 124:13
124:16 125:1
126:16,17
128:3 132:1,6
132:10,17
135:16,20
136:6,7,9,12
136:17,21
141:9,10,18
143:8 148:3,9
152:12,19,24
153:9,10,14,19
153:20 154:5,9
155:6 169:14
170:3,5,9
187:24 201:5
209:8,10 233:5
233:7,18
238:24 239:7
241:6,20,24
242:1,3,3,6,6,8
242:10,18,23
243:4,9,13,13

243:23,24
244:12,24
245:5 247:3,5
250:21,23
251:2,9,10,15
251:19 252:4
**program's** 153:5
**programs** 8:14
100:24
**prohibited**
240:3
**Promise** 232:10
**pronounce**
46:11
**proof** 176:18
**Proper** 108:16
**properly** 244:7
244:19
**propose** 172:18
**prospective**
133:21
**provide** 8:14
26:12,12 57:1
57:14 62:7
64:4 107:5,7
132:14,15,16
152:24 153:11
154:9,23
212:23 213:3,8
**provided** 42:21
43:3 64:7
84:18 92:3
107:17 114:1
175:6 180:24
185:6 205:9
213:15 236:7
236:10,17
246:10
**provider** 63:15
245:22
**provides** 107:9
107:11
**providing** 44:4
**provision** 166:9
**Public** 253:23

254:8
**published** 51:2
51:24
**pull** 27:20
199:17
**pulled** 230:22
**purchase** 9:9
**purchased** 19:11
**purchasers** 9:13
**purchasing**
11:15,16 14:9
17:14,15 18:1
19:18 192:20
**purporting**
149:11
**purports** 43:12
88:8 114:5
131:23 181:23
195:2 228:4
234:2 237:13
**purpose** 8:10,12
83:24 163:11
**purposes** 13:8
16:4
**pursuant** 1:15
218:9
**put** 93:2 94:19
94:24 95:1,4
95:11 103:6
113:12 140:20
140:21 141:5
141:18 145:5
146:16 227:11
228:17
**putting** 85:20
156:3 168:2
172:11

**Q**

**qualified** 33:12
163:4
**Quality** 75:19
90:6
**quarter** 12:17
**quarterly**

166:17 219:12
**quarters** 12:19
**question** 5:18
6:21 7:13
16:20 22:16
31:6 34:15
47:16 52:7,17
52:19 72:12
73:3 80:7 81:1
81:6,7,16,18
84:7,12 91:8
98:8 104:6
111:6 115:7
119:14 121:10
129:4 136:3
162:11,20,21
169:17 172:23
174:2,5,5,17
178:24 179:1
187:12 192:1
213:17 214:21
214:21 215:3,4
215:4 216:2
218:7 221:22
223:13 229:4,9
234:13 236:21
236:22 239:12
240:12 251:6
**question's**
200:14,23
**questions** 4:22
6:4 12:22 13:1
13:4,8 37:16
38:6 53:3
54:20 201:24
202:4,12,14
203:13 204:6
240:16 241:23
242:2 243:20
247:2,2 248:3
**quick** 28:11
84:10 86:7
102:16,18
168:24 237:22
240:20

**quickly** 25:15
**quietly** 203:18
**quit** 168:16
**quite** 171:14
191:9

---

**R**

**R** 2:1
**raise** 4:10 95:23
104:5
**raising** 104:7
**rates** 220:18,21
239:1
**Re-Examinati...**
3:5 248:5
**re-sent** 85:5,9
**reach** 127:20
**read** 105:17,18
106:2 137:12
137:18 142:11
143:4 162:21
178:16 187:15
202:16 203:12
216:7,19 217:1
218:23 219:9
222:20 224:13
224:13 245:23
252:8 253:8
**readily** 30:12
**reading** 200:11
200:21 202:8
202:14 203:18
**reads** 245:17
247:10
**ready** 99:17,21
100:22 101:2,5
101:9,23
136:12 152:12
152:18 153:4,9
153:19 180:16
233:17
**real** 84:10
102:16,18
180:14 183:18
237:22

**really** 5:11 94:6
143:15 144:22
214:7 217:12
**reason** 56:2 72:5
72:13 95:22
104:5 139:13
167:8 182:19
183:6
**reasons** 89:2
**rebate** 218:4,23
219:1,7
**rebated** 219:6
**recall** 27:21 30:2
39:13 40:9
45:12 73:11
89:5 112:8
163:22 242:2
243:20
**receive** 81:11
219:7
**received** 218:8
236:4 239:5
**receiving** 88:12
**Recess** 28:23
54:2 88:2
122:13 157:5
215:19 238:12
**recognize** 44:11
55:4,11 97:8
97:12,15,18,22
103:12,23
105:24 114:3
124:5 204:15
221:22,24
242:22 243:1
**recollect** 29:3
**recollection**
29:15 44:3
70:21,24 96:14
188:15,17
**recommendati...**
77:9,15 94:13
96:10,16 102:5
102:11 244:10
**reconditioning**

154:16
**record** 53:16,23
54:14 71:18
87:11,14 123:1
135:24 145:8
157:3 159:22
160:20 177:11
181:19 183:16
220:1 227:19
231:5 236:2
240:21 248:18
254:14
**recordkeeping**
101:18
**records** 167:12
173:1,4 207:21
**recourse** 162:12
**recruiting** 138:4
138:7
**red** 152:10,11
**Reda** 2:7,9 3:4,5
4:19,20 7:1,6
7:15 9:2,12
11:9,11 12:3
13:12,13 14:2
14:5,15,19
17:1,7 19:1,4
19:13 20:7,10
20:12,17 21:6
21:13 23:7
25:5,17,19,22
26:4 27:1,23
28:12,19,22
29:1,7,11,13
29:23 30:1
31:10,13 32:8
32:9 33:23
34:11,14,22
35:1,16,20
36:20 37:6,15
38:15 39:19,23
40:2,3 41:6
43:1,19,20
44:8,10 45:10
45:16 46:22

47:11 48:9,18
50:5,20,21
52:6,14,15
53:6,13,19,24
54:4,24 55:3
57:5,20 59:1
59:10,16,20
60:20,23 61:18
62:1,6,12,21
63:19 64:2,9
66:10,19 67:12
68:10,13,19,20
69:1,5,18,20
70:10 72:1,15
72:18 73:15
74:5,15,23
75:10 76:16,24
77:2,23 79:1
79:10,17 80:3
80:24 81:4,8
81:17 82:16,20
83:13,16 84:11
84:14 85:3,10
86:11,17,21
87:3,12,16,19
88:1,6 89:20
91:3,11 92:1
92:11,23 93:3
93:4,19 94:1
94:17,24 95:10
95:15,17 96:1
96:7 97:1,6,7
97:17 98:8,9
99:5 100:3,10
101:14,20
102:12,24
103:4,6,9
104:7,9,17,22
105:11,23
106:12,14
107:6,24 108:1
108:11 109:4
109:18,20
111:4,5 112:1
112:10,14,22

| | | | | |
|---|---|---|---|---|
| 113:2,5,7,9,14 | 165:18 167:5 | 220:15 221:2,6 | 231:7 | 121:10 145:9 |
| 113:20,23 | 167:22 169:8 | 221:9,13,17,20 | **refresh** 29:15 | 172:20 176:8 |
| 115:1,21 | 169:18 170:1 | 221:21 222:10 | 44:3 70:21,24 | 178:5,12 179:9 |
| 116:18,20 | 173:6 174:1 | 222:18 223:6 | 96:13 188:15 | 192:14 196:22 |
| 117:10,23 | 175:1,12 | 223:12,20 | **refunded** 219:12 | 198:7 233:11 |
| 118:1,19 119:7 | 176:23 177:1 | 226:7,16,21 | **refuse** 134:23 | 238:19 |
| 119:9,23 | 177:10,13,18 | 227:1,6,11,15 | **regarding** 36:1 | **reminder** 31:1,5 |
| 120:13 121:7 | 178:17,21 | 227:22,24 | 36:15 37:2,10 | **remote** 180:10 |
| 121:12,17,22 | 179:18,22 | 228:2,10,11 | 127:6 242:17 | 232:22 |
| 122:5,8,12,15 | 180:2,5,9,18 | 229:6,10,11,22 | **regular** 127:6 | **remotely** 1:12 |
| 122:24 123:2,7 | 180:19 181:20 | 230:7,8 231:12 | **regularly** 128:5 | 4:13 87:1 |
| 123:12,18,23 | 181:21 183:4 | 232:4,5,9,16 | 128:7,15 | 254:8 |
| 124:1 125:8,10 | 183:20,24 | 232:24 233:3 | 129:10,18,24 | **remove** 170:10 |
| 125:14 126:12 | 184:3,5,23 | 234:15,24 | 130:8 131:5,12 | **rename** 28:6 |
| 126:24 127:1 | 185:1,19,23 | 235:4,10,22 | 191:20 | **renew** 217:13 |
| 127:11 128:9 | 186:1,3,11,17 | 236:9,20 237:5 | **reimburse** | **rent** 138:9 |
| 128:10 129:1,7 | 187:11,13,18 | 237:9,12,21 | 224:15 225:11 | **rental** 140:3 |
| 130:15 131:17 | 188:5,21 190:2 | 238:2,4,8,10 | **rejected** 172:19 | 147:3 |
| 132:20 133:13 | 190:8,9 191:16 | 238:14,21 | **relate** 58:3,4 | **rep** 110:21 |
| 134:6,13 135:7 | 191:17 192:1,4 | 239:11,20,22 | **related** 51:1 | **repair** 33:11,11 |
| 135:10 136:2 | 193:1,11,18,23 | 240:11,16 | 61:9 77:16 | 34:6,18 62:14 |
| 137:11,22 | 194:1,17 195:7 | 248:6,20,22 | 114:7 129:23 | 62:16,18 63:1 |
| 138:22 139:8 | 195:16 196:11 | 252:1,6,12 | 180:24 182:1 | 64:10 114:16 |
| 139:11,12,19 | 196:15 197:2 | **reduced** 254:13 | 182:21 186:5 | 118:16,17 |
| 140:12,23 | 197:10,15,23 | **reduces** 108:17 | 208:8 223:15 | 147:15,19 |
| 141:6,20 142:5 | 198:16 199:3 | 108:17 | **relates** 36:11 | 155:5 164:18 |
| 142:7,9,14,23 | 199:10,21,24 | **refer** 37:19 | 49:20 58:19 | 164:24 165:8 |
| 143:11,14,20 | 200:6,22 201:2 | 133:20 | 206:24 | 165:14,15,23 |
| 144:5,8,9,20 | 201:10,13,14 | **reference** 87:4 | **relationship** | 167:1,15,17 |
| 144:23 145:5,9 | 202:1,9,15 | 95:4 243:5,18 | 12:12 58:3 | 168:6 176:22 |
| 145:12 146:18 | 203:11,21 | 245:10 246:5 | 83:24 85:16 | 197:4,17 198:2 |
| 146:21 148:15 | 204:5,9 205:3 | **referenced** 93:8 | 91:21 92:4 | 210:10,16,20 |
| 148:19,24 | 205:17 206:6 | 242:7 243:3 | 93:9 120:1 | 210:24 211:3 |
| 149:4,7,8 | 206:17,21 | 248:13 | **relative** 254:19 | 211:12 216:10 |
| 150:8,12 151:2 | 207:12,19 | **references** 242:1 | 254:21 | 217:6,8 223:8 |
| 151:8 154:10 | 208:14 209:16 | 242:3 | **relevant** 167:16 | 226:5 230:22 |
| 154:22 155:4 | 210:22 211:11 | **referencing** 68:1 | 168:4 169:1 | 245:19 |
| 155:11,18,21 | 211:19 212:4 | 68:4 104:16 | **remaining** 207:2 | **repairs** 33:19 |
| 156:1,13,16,20 | 212:14,21 | **referral** 134:24 | 225:15 | 34:2,4 36:2 |
| 157:4,7 158:2 | 213:5 214:1,5 | **referred** 45:24 | **remember** 7:20 | 48:5 62:2,5,7 |
| 159:13 160:1 | 214:12,14,18 | 132:23 133:3 | 12:19,20 13:3 | 62:22 64:4,8 |
| 160:18,21 | 214:24 215:5 | **referring** 27:19 | 13:10 15:4 | 66:13 100:5 |
| 161:9 162:4,10 | 215:10,14,18 | 31:21,22 32:6 | 45:15,20 51:15 | 108:17 142:16 |
| 162:19 163:8 | 215:21 217:19 | 37:20 46:1 | 88:12 89:18,21 | 143:5,22 |
| 164:12,21,22 | 218:19 220:5 | 70:9 94:22 | 90:3,18 91:1 | 147:18,20 |

153:1,11 165:3
168:5,9 205:14
217:3,4 222:5
249:10,14
250:10
**repeat** 162:19
235:2
**rephrase** 5:19
8:11,16 18:18
19:19 22:17,23
23:14 25:2
29:24 31:19
32:8 35:13
41:23 46:5
50:20,23 51:21
55:6 57:9 66:3
69:18,19 78:5
91:19 93:3,6
116:18,19
117:23 128:9
139:11 164:21
165:20 171:17
188:23 190:14
193:2 214:14
230:7
**replace** 79:21
**replaced** 46:16
**replacement**
138:4,8 174:19
**replacements**
78:1,8,13,16
**repo** 147:23
**reported** 1:17
48:2 254:12
**reporter** 4:2
5:12 6:6 46:21
177:14 252:10
254:2,4
**reports** 41:17
130:6
**repossessed**
138:9,12
**repossession**
148:3
**represent** 4:21

98:18
**representation**
151:1 246:14
**representations**
246:23
**representative**
202:23
**represented**
230:19
**representing**
150:22
**request** 76:1
133:3 145:8
166:19,21
252:3
**requesting**
135:17
**requests** 98:20
**required** 132:12
132:22 133:2
175:9
**reseated** 56:16
**reseating** 85:19
**resent** 87:10,11
**reserved** 134:22
**resources** 61:6
61:11
**respected** 75:8
**respond** 5:14
178:9
**response** 179:6
**responsibilities**
10:5 41:5
**responsibility**
56:16 119:11
243:24 244:17
**responsible**
27:12 49:7
64:21 117:7
120:14 143:15
143:21 148:2,6
178:24 245:1
**responsive**
98:19
**rest** 9:7 156:5

**restate** 81:7
121:10
**retention** 80:12
**returned** 142:17
**revenue** 170:23
171:5,6,7,11
171:16,21
172:6,9
**review** 49:24
51:13 54:16,18
67:21 71:5
73:2,5 76:6
144:12,14
178:15 180:21
202:5,11 203:5
**reviewed** 51:16
**reviewing** 73:3
98:24 201:23
249:9,19
**rhetoric** 178:10
179:3
**Rhode** 2:4 3:4
6:19 7:4,12
8:23 11:7,23
12:23 13:24
14:4,11 16:23
17:5 18:22
19:2,7 20:4,9
20:11 21:4,11
23:3 25:7,18
26:2,20 27:15
28:10,18,20
29:5,8,17
30:24 32:4
33:20 34:8,20
35:14 36:17
37:3,12 38:12
39:16,22,24
40:24 42:23
43:17 44:6
45:8,13 46:20
47:8 48:7,16
50:3,17 52:2,9
53:2,11,15,22
54:12,22 55:1

57:3,16 58:22
59:5,12,19
60:16 61:15,22
62:4,9,19
63:12,23 64:6
66:7,15 67:9
68:8,11,15,23
69:4,16 70:7
71:17 72:8
73:9,20 74:11
74:18 75:2
76:14,21 77:18
78:14 79:5,15
79:22 80:20
81:2,5,13
82:14,18 83:10
84:2,19 85:6
86:6,15,20,24
87:10,13,23
88:4 89:14
90:22 91:7,23
92:6,16 93:1
93:11,23 94:14
94:20 95:2,14
95:22 96:5,22
97:3 98:4,13
98:23 99:22
100:6 101:11
101:16 102:7
102:22 103:2,5
104:1,15,20
105:8,20
106:11 107:2
107:20 108:5,8
108:23 109:16
111:2,22 112:5
112:12,24
113:3,6,8,11
113:17,21
114:21 115:19
116:14 117:2
117:19 118:9
119:6,8,12
120:6 121:6,9
121:20 122:1,7

122:10,22
123:4,11,16,22
125:3,9 126:9
126:22 127:8
128:8,17
130:11 131:14
132:13 133:11
134:4,11 135:5
135:9,23 137:7
137:18 138:18
139:2,10,17
140:4,6,17
141:2,14 142:1
142:6,8,11,19
143:7,17 144:3
144:7,16,22
145:2,7,11
146:14 148:13
148:18,22
149:2,5 150:6
150:10,21
154:6,14 155:1
155:8,14,19
156:8,15,19
157:2 158:1
159:9,21
160:14,17
161:7,22 162:8
162:17 163:2
164:10,20
165:16 167:3
167:18 169:5
169:15,24
173:2,20
174:22 175:8
176:15 177:9
178:14 179:16
179:20,24
180:3,7,13
181:9 182:23
183:15 184:20
184:24 185:21
185:24 186:2,8
186:13 187:5
187:12,14

| | | | | |
|---|---|---|---|---|
| 188:2,19 | 241:2 248:3,17 | 125:16 126:19 | 197:24 198:24 | **rolled** 93:15 |
| 189:24 190:4,7 | 248:21 251:21 | 127:24 131:9 | 199:7,13,15 | **rotating** 64:23 |
| 191:14,21 | 252:8 | 131:18,19,22 | 200:5,9 201:20 | **roughly** 16:18 |
| 192:23 193:9 | **right** 4:10,22 | 132:10 133:10 | 205:20 206:22 | 16:24 22:20 |
| 193:16,20 | 5:19 6:1,3,14 | 133:14,15,23 | 207:9,24 | 46:15 192:13 |
| 194:13 195:5 | 10:23 11:3,18 | 134:23,24 | 208:17,23 | **route** 59:18 |
| 195:11 196:3,8 | 11:19 15:5 | 135:1,2,7,12 | 209:18 210:3,8 | 99:17,21 |
| 196:23 197:5 | 16:21 17:19 | 135:15,22 | 210:24 214:16 | 100:22 101:2,5 |
| 197:13,20 | 21:1 25:20 | 136:11,22 | 215:11,14,15 | 101:9,23 |
| 198:12 199:1,8 | 27:24 28:5,8 | 137:15 138:15 | 215:18,24 | 136:11 152:12 |
| 199:19,23 | 28:21 29:11 | 139:1,22,24 | 216:13 218:1 | 152:18 153:4,9 |
| 200:3,19,24 | 30:16 36:11 | 141:11 142:3 | 220:8,24 | 153:19 233:17 |
| 201:6,20 202:3 | 38:1,16 40:10 | 143:11 144:23 | 221:15 225:6 | **routes** 102:1 |
| 202:10 203:6 | 42:5 43:2,16 | 145:13 146:3 | 226:12,19,21 | **RPR** 1:17 255:9 |
| 203:16 204:1 | 43:24 44:12 | 147:1,8,9,9,13 | 227:12,16 | **Rubber** 181:24 |
| 204:24 205:16 | 45:5 47:22 | 147:14 148:11 | 228:12,16,20 | **Rubber's** 182:21 |
| 206:4,15 | 49:12,24 52:20 | 149:6,7 150:19 | 230:16 231:20 | **Rule** 84:4 |
| 207:10,17 | 53:1,21 54:23 | 151:17,21 | 233:1,2,23,24 | **ruled** 80:22 |
| 208:10 209:12 | 55:22 57:9 | 152:5,18,20,22 | 234:16 235:7 | **rules** 5:11,11 |
| 210:18 211:4 | 59:16,21 60:2 | 153:23 154:5 | 235:15 237:21 | **run** 155:15 |
| 211:14,22 | 60:6 64:5 67:2 | 155:18,22 | 238:5 239:17 | 215:1,7,10 |
| 212:8,18 213:1 | 68:4,12,16 | 156:3,11,13,23 | 241:20,23 | **running** 168:13 |
| 213:10 214:4,9 | 69:1,10 70:11 | 156:24 157:4 | 243:18 247:1,4 | 191:12 |
| 214:13,16,19 | 71:21 72:3,19 | 157:12 158:9 | 248:11,23 | **Ryder** 85:20 |
| 215:2,8,12,17 | 74:3 76:21 | 158:21 160:4 | 249:11,16 | 158:7 |
| 217:15 218:14 | 80:15 81:4,20 | 162:13,22 | 250:3,4,12,24 | |
| 219:20,23 | 82:8 83:5,6,18 | 163:18 164:4,5 | 251:10,12 | **——— S ———** |
| 220:13 221:1,4 | 84:11 86:6,11 | 167:14 169:12 | **Ritchie** 38:24 | **S** 2:1,9 |
| 221:8,12,15,19 | 86:13 87:12 | 170:8 171:8,19 | 40:12 47:17 | **S-C-A-N-L-O-N** |
| 222:7,14,24 | 88:7,21 90:10 | 173:13,15 | 65:17 109:22 | 18:11 |
| 223:2,10,17 | 91:16 94:4,5,9 | 174:6 175:7,15 | 110:15 111:9 | **S-O-W-D-E-R** |
| 226:3,14,19,23 | 95:13,18 96:22 | 175:17 178:7 | 174:9 222:4 | 39:9 |
| 227:4,8,18,23 | 97:19 99:16 | 179:12,19,24 | 224:16 226:8 | **S-T-I-R-M-A-...** |
| 228:7 229:3,8 | 100:11,19,21 | 180:6 182:2,6 | **road** 1:14 | 44:18 |
| 229:17 230:5 | 103:7 104:12 | 182:6,11,14 | 101:18 165:10 | **salaries** 43:7 |
| 230:18 231:5 | 104:14,20 | 183:11 184:1,6 | 210:11 211:10 | **salary** 42:7 |
| 232:2,8,10,19 | 105:1 106:9,19 | 184:12,14 | 211:22,24 | **sales** 49:23 |
| 234:5,22 235:1 | 106:22 108:2 | 185:4,11,14 | 212:1 216:11 | 50:15 |
| 235:8,16 236:2 | 108:10,12 | 186:1,20,23 | **ROBERT** 2:9 | **salespeople** |
| 236:15,23 | 112:18,20,20 | 188:7,7,11,13 | **robert@rdlaw...** | 10:17 11:1 |
| 237:6,11,24 | 113:2,12,19,21 | 189:16,22 | 2:10 | 13:14 |
| 238:3,6,9,11 | 115:2,22 116:4 | 191:13 192:9 | **Robin** 44:15,16 | **sand** 185:7 |
| 238:18 239:8 | 121:2,17 | 192:12 194:2 | 44:19 | **sat** 4:24 87:13 |
| 239:19 240:6 | 122:12 123:2 | 194:22 195:20 | **role** 18:15 | **satisfies** 201:19 |
| 240:19,21 | 124:2,8,18 | 196:20 197:16 | **roll** 58:1 71:10 | 205:24 207:16 |

208:20
save 53:18
savings 63:8
saw 76:4,5 171:2
171:9 211:17
saying 5:13,13
13:11 73:16,16
89:5 92:19
103:22 109:21
110:11 114:24
127:15 128:4,6
142:1 146:23
153:9,18
160:19 163:15
172:7 173:17
204:2 209:1
220:6 236:11
236:24 238:19
250:20,22
says 13:2,4 44:1
56:21 67:20
69:2 70:17
77:4,7 80:11
82:12 83:15,19
88:16 96:9
99:16 101:22
101:23 105:5
108:16 109:5
114:15 115:5
115:12 116:1,4
124:21 125:15
125:21 133:19
133:23 134:15
135:5,15 136:5
138:3 141:11
143:5 147:2
150:19 152:23
153:12 156:23
169:20 184:10
186:24 187:19
188:10 201:16
208:3,17 209:7
211:17,20
212:2 216:13
224:14 225:6

225:19 231:9
235:11 244:7,7
245:8
Scanlon 18:10
schedule 75:16
77:14 106:1,16
106:19,23
107:8,17
scheduled 127:6
128:5,7,13,15
129:10,19,24
130:9 131:5,13
schedules 105:6
105:15 244:10
scheduling
208:4,7 209:4
scope 168:9
screen 25:11
27:16 43:11
59:11,11 67:16
94:15,22 95:1
95:7,12 122:18
122:19
screenshot
113:4
screenshot's
116:16
scrolling 95:7
search 205:4
sec 84:2 94:14
201:20
second 14:11
25:14 53:9,14
54:8 55:19
56:6,20 59:18
60:6 67:14,19
80:11 102:14
102:17 108:14
108:14,16
112:18 122:21
125:3 132:21
133:6 135:2,4
135:11 141:22
152:11 153:2
157:1 160:20

175:7 189:24
200:3 201:15
205:20 206:1,2
206:5,6 208:3
225:19 234:3
secretary 44:22
section 43:16
94:10 133:18
134:15 135:2
136:15 137:1
137:15 141:22
141:23 217:9
245:7 247:4,7
see 25:11,12
27:16,17,19
43:15,21 44:1
54:10 55:15,21
56:9,22 57:12
59:7,13,23
60:10 67:21
69:2,8,12 70:2
70:5,11,12,19
77:3,4,9 78:2
80:13 82:10,21
83:19,20 88:10
88:19 89:3
94:16,16,21
95:5,6,7 97:11
99:18 102:15
104:23 105:2
106:15,16,20
108:18 109:8
114:7,8,8,17
115:14 116:1,8
122:11,18
124:2,22,23
125:19,22
126:4 132:3
135:4,13 137:2
137:16,21
138:3,13
142:10 144:10
144:18 146:5,9
147:24 148:19
149:13 150:3

151:18,22
152:1,3,13
176:2,23
177:22 179:12
181:13,15
182:3,3,8,8,14
182:15 183:10
183:14 184:9
184:10,11
185:2,4,6,8,12
185:13 186:1,7
186:18,18,23
186:24 187:1
187:19 188:10
190:12 195:4
195:13,21,24
196:5,6,13,14
197:7 199:13
199:15 205:1,7
205:24 206:20
208:4 210:12
211:20 216:15
217:10 228:3,6
228:12,15,18
229:1,8,12
231:17 233:1
234:4,7,11,14
241:7 245:7,11
245:15 246:5,9
247:7,13
248:15,23
seeing 112:8
188:18 229:6
seen 99:4 105:7
105:9,10,14,16
106:23 145:17
183:1 184:21
187:9 225:3
229:19 234:7
239:23 240:7,9
sees 229:6,7
select 200:16
205:6 207:8
216:1
selection 75:4

sell 162:15,24
sells 105:19
send 85:23,23
145:2,3 149:20
151:5 222:5
sent 55:23 60:3
71:4,6,8 72:10
72:24 73:4
76:6,9 83:9
84:22 85:12,24
91:12 93:14
151:6 155:14
155:15
sentence 56:6
59:17,18 60:6
67:19 69:10
70:16 88:18,22
89:3 101:21
108:14,16
109:5 114:15
115:11 116:4
133:19 134:14
135:4 137:19
140:24 201:16
205:21 206:2
206:18 211:12
211:21 216:8
216:18 217:1
245:14,17
separate 42:2
115:17 136:20
242:7 250:23
September 1:11
253:10 255:3
series 55:4
serious 174:20
service 23:5
24:24,24 25:24
26:12 27:13
29:21 30:11,15
35:19 43:13
64:3 90:5
101:18 105:6
105:15 106:16
106:19,23

107:7 109:6
110:20,21
115:6,8 153:11
157:21 158:5
165:10 167:20
168:18 174:21
201:18 205:23
207:14,15,22
207:24 208:17
208:19,24
209:3 211:9,10
211:13 212:1
213:4 242:23
244:4
**Service's** 228:23
**servicemark**
152:1,3,5,15
**services** 1:13
25:9 37:2
40:22 42:21
43:3 44:4
63:20 64:10
67:3,3 77:22
115:12,16
116:7,13 117:1
117:18 118:7
126:2,8 128:12
129:18 130:8
131:11 151:22
152:2,24 153:7
154:4,11,13,23
157:18 158:10
167:20 185:6
196:22 197:17
197:18,18
200:18 201:4
202:24 204:12
205:9,10,11,14
207:1,20 208:7
208:16 212:16
212:23 213:8
213:15 216:1
219:4,13 220:3
228:5,13,19
229:13 230:4

235:13,24
237:16 240:1,4
245:18
**set** 25:12 82:2
113:8 159:8
162:14,22
175:7 201:16
205:22 207:14
208:7,18,23
255:2
**sets** 241:17
**setting** 236:5
**seven** 28:2 52:11
53:4 219:10,11
219:14 220:10
**seven-and-a-h...**
217:3
**shared** 59:11
158:5 167:11
167:13
**shareholder**
45:6,17,21
161:14
**sheets** 253:17
**Sheri** 65:18
**shop** 33:11
62:18 63:1
165:15,23
167:1 198:2,3
217:4
**shop's** 197:4
**shopped** 64:5
**shops** 62:14,16
165:8 210:16
210:21,24
**shorten** 37:18
**Shorthand**
254:2,3
**Shortly** 107:23
**show** 82:8
126:19 148:11
177:2 194:22
220:24 239:4
239:17
**showed** 100:12

224:10 225:2
**showing** 53:5
55:8 68:21
82:16 88:7
**shows** 148:20
**shutdown** 65:20
66:5
**sic** 5:18 44:18
**side** 43:24 88:17
124:18 125:16
135:7 137:15
216:21 235:6
**sign** 252:9
**signature** 43:24
44:11 204:16
**signed** 132:7
253:19
**signs** 159:16
**similar** 106:24
107:4
**similarities**
231:19
**simple** 12:16
**Simultaneous**
87:18
**single** 181:1
214:6 251:12
**Sir** 4:9
**situation** 170:22
192:3
**six** 28:2 133:8
137:16,21
140:2,16
141:12 147:6,6
178:9 213:24
**six-month** 147:2
**six-page** 97:8
**skipping** 123:19
**slang** 5:16
**slowly** 31:3
**SM** 152:1
**small** 59:12
115:13 181:5
184:10
**snapshots** 114:5

**Soder** 39:5
**software** 48:3,12
48:14,20
**sold** 107:18
110:2 162:7
**sole** 134:18
143:13
**solid** 83:3
**somebody** 35:11
63:16 82:3
107:8,10 130:2
159:4 189:14
189:17 191:13
226:11 230:11
233:10 237:17
**Somewhat** 10:4
**soon** 157:12
**sorry** 11:8 13:24
20:10,12 23:8
29:9 30:24
31:8 32:21
39:16,22 50:6
50:18 74:14
82:9 109:19
111:2,23
112:10 119:6
123:8 140:6
142:2 160:17
168:22 173:10
174:14 177:10
179:20 188:19
199:16 203:5,6
214:22 219:24
228:24 236:21
248:18
**sort** 59:3
**sorted** 156:10
**sound** 11:3
46:23 133:10
158:14 164:3
191:13
**sounds** 11:4
38:13 112:8
122:8,10 164:5
191:11

**source** 243:8
**SOUTHERN**
1:1 253:1
**Sowder** 39:5,6,7
39:8 40:12
65:16,17
109:22 111:11
**Sowder's** 47:22
**speak** 34:5
161:24 163:4
203:17
**speaking** 214:2
**speaks** 31:2
**special** 162:3
163:11 198:19
**Specialty** 7:8,21
41:21 42:14
43:3,10 194:2
194:9
**specific** 8:24
10:8 37:13
40:17 41:2
47:20 52:5,13
100:18 169:21
206:10
**specifically** 35:5
37:8 51:1
91:20 93:21
94:9 96:9,15
100:13 114:6
169:21
**specified** 254:18
**speculate** 11:21
16:13 72:9
196:8 218:15
226:6
**speculating**
11:24
**speculation**
11:22 79:23
108:24 194:11
**spell** 4:4 18:7
20:8 44:16
46:18 163:9
**spelled** 4:7,8

203:1 248:1
spelling 46:21
spells 251:4
spent 120:11
split 63:7,9
sponsor 57:24
58:15 67:20
73:23 85:22
100:8 127:13
133:19 135:6
135:12,15
136:5 138:4,7
138:8,10
153:21 169:24
170:3,15
sponsors 153:6
198:23
spread 193:3
stack 87:3 108:8
148:23 190:1
227:12 232:12
232:14 241:3
stacks 95:3
staff 10:15,17
64:23
stamp 28:9
95:20 106:10
148:20 156:21
stamped 97:18
104:12,19
181:4
stand 56:13
standard 149:19
standards
142:21
standing 53:3
stands 98:8
192:1
start 6:14 30:10
53:17 88:17
156:3 189:19
started 35:17,23
40:7 75:22,23
83:24 85:16
203:20 204:4

starting 135:3
starts 56:7 71:15
72:20 88:16,22
97:20 135:12
137:15,19
210:9 216:18
218:4
state 4:3 165:17
231:6 254:4,9
stated 141:24
187:8 213:8
statement 52:5
52:13 90:17
109:9 116:8
136:8 171:2
178:12 195:2,9
195:18 196:17
226:15 227:20
statements
51:20,24 52:22
56:9,12 166:18
states 1:1 71:1
244:5 253:1
stating 237:2
stayed 163:5,6
staying 64:24
stenographica...
1:17 254:12
Steve 18:6 50:15
51:3
Steven 49:14
50:22 51:12
Sticking 245:5
Stirsman 44:15
Stoops 19:10
stop 6:5 26:5
31:16 41:10
46:13 78:11
212:19,20
213:10,10,22
stopped 24:21
26:18 27:5
29:3,15 30:2,9
78:7 89:2
201:22

storage 176:21
straight 119:2
182:7 215:11
Street 2:2
Strictly 12:6
strongly 227:19
structured
58:14
stuff 5:24 25:11
53:10 72:16
106:3,5 135:22
157:17
subfolders 28:1
SUBI 163:6,6,9
SUBIs 162:1
subject 70:1,2
242:10
subscribe
253:11
SUBSCRIBED
253:20
substantive
201:24 202:4
202:12
success 60:8
successful 60:10
60:15,18 61:13
62:3
suggestion 86:17
suitable 138:10
Suite 1:14 2:3,8
suited 154:19
supplemental
144:5
supplemented
201:11
supplied 197:19
supplies 217:7
220:3
supply 26:11
30:10
support 101:19
supposed 36:24
sure 5:3 11:21
13:16,23 15:15

15:16 16:1,7
16:14 22:11
24:2,6,13 26:7
26:23 28:22,22
28:22,22 35:5
35:9 38:22
40:7 43:6,7,8
45:5 46:9,19
49:23 56:13,17
57:7 68:23
73:24 86:10
110:6 116:19
116:19 121:20
130:5,14
136:18 141:4
142:2 145:23
147:8 151:6
153:3 158:11
159:11 167:4
173:16 181:20
181:20 190:4
193:10 196:6
198:7 202:9
205:2 208:11
218:11 220:14
230:13,23
233:8 234:8
236:4 237:3,19
250:3,4,8
surprised
203:23
suspect 236:17
Swift 82:2
switched 48:20
sworn 4:11,14
253:20 254:8
system 169:2
186:6 189:6,15

———————
T
———————
T 152:2
take 26:10 28:10
53:24 61:6
64:23 83:4
86:6 100:1

117:9 119:18
125:12 132:19
133:17 138:21
142:11 145:8
154:4,8 156:9
162:14,23
165:19,22
168:3 172:15
180:4 184:8
196:7 200:9
214:20 215:5
215:15 238:6
241:15 247:24
taken 1:10 28:23
33:10 54:2
88:2 122:13
157:5 215:19
238:12 251:5
254:17
takes 31:3
talk 12:16 19:15
24:10 41:3
62:13 77:24
129:8 131:18
132:21 133:16
157:11 167:8
191:2 205:20
226:8 235:23
talked 31:18
41:24 95:18
100:11 102:5
175:5 248:11
talking 6:6,9,10
11:7 12:11,17
17:17 18:23
22:4 25:4 31:7
37:24 58:9
62:14 89:21
91:1,9,12
92:18,19,20
111:3 117:21
117:22 122:17
131:10 135:21
136:8 152:19
159:12 167:9

175:24 177:12
177:13 187:22
192:5 203:7
206:14,15
210:15 211:12
223:24 224:8
**talks** 91:20
151:21 152:12
217:9
**tallied** 171:14
**tampered** 176:9
178:6
**team** 73:13,23
116:5,11,23
117:16 118:5
118:20,22
119:4 120:3
125:24 126:6
**tear** 141:23
142:18 143:6
143:16,22
147:20,21
**technically** 9:3
**technicians**
114:17,20
115:3 219:2
**teleconferenci...**
1:12
**tell** 4:4 7:24 15:8
27:9,11,23
54:17 96:23
117:4,8 142:16
144:1 155:24
177:3 179:24
180:1 183:9
189:14,19
195:17 205:4
232:6 233:8
244:23
**telling** 95:6
200:22
**ten-minute**
214:24
**term** 9:6,6 79:3
206:9 217:9

**terminology**
8:19,22
**terms** 74:7
134:19 202:23
241:17 247:24
**territory** 80:22
**testified** 4:14
187:9 212:19
214:13 229:19
**testify** 187:10
230:10 254:9
**testifying** 228:8
234:6 235:17
**testimony** 67:10
73:21 90:13,23
119:13,24
135:24 154:7
162:9 201:7
212:20 213:6
213:12,23
214:10 238:15
243:2 254:14
**text** 49:4,22,24
50:12 51:3,9
74:17 130:10
**thank** 4:16
178:19 240:17
252:6,9
**Thanks** 122:12
162:20 238:11
252:8
**they'd** 78:17
129:3 140:21
**thick** 102:24
**thing** 25:8 28:19
60:17 94:18
186:15 191:18
224:14
**things** 28:15
36:10 57:18,19
61:3 74:4 75:7
75:18 77:16
90:4 114:10
115:9 119:22
154:21 157:11

158:22 159:11
232:21 247:19
247:20 250:3
**think** 6:2 10:23
11:18 14:12,15
20:18 27:7,17
29:9 38:8
59:14 70:15
77:21 83:6,14
85:12,18 90:6
96:24 97:10
107:21 109:16
121:17 122:16
123:16 128:18
135:6 144:16
144:17 151:24
155:15 156:17
158:18 167:11
170:23 174:12
182:12,24
186:15 199:14
206:4 213:16
214:22 217:17
221:7,16 222:2
229:20 233:11
234:12 235:18
**thinking** 14:17
**third** 12:17
61:21,24 62:8
62:9,11,13
63:22 66:21
146:4 148:7
150:3,9 162:16
163:1,3,5
175:24 177:20
212:15 216:14
218:13 236:3,7
240:5
**third-party**
62:14 64:5
163:21 198:2
205:13 210:16
210:23 245:18
**thought** 92:13
171:11 202:1,2

203:22 224:24
243:2
**thoughts** 71:9
**thousand** 79:19
**three** 7:5,10,16
11:22 13:18
28:2 39:17
40:8 42:1,22
71:12 72:20,21
86:9 93:12
107:21 138:2
165:7 177:19
192:16,21
193:4,6,8
217:2,10 219:1
246:7
**three-** 54:1
168:20
**three-page**
54:14,22 55:9
**throwing** 86:22
**throws** 158:12
**thumbing** 53:17
**thumbs** 83:4
**time** 1:12 8:24
9:17,24 12:15
13:7,10 18:18
21:22 26:3
28:24 34:20
35:12 40:10,11
40:15 42:8
47:21 50:10,11
53:18 54:3,16
54:17 55:16
65:3,6 72:17
77:22 78:5,6
78:11 80:18
84:9,24 87:17
88:3,13 99:12
107:18 110:17
112:16 117:6
117:11,20
119:17 120:12
121:15 122:7
122:14 123:20

131:2 138:10
144:13 154:3
157:6 161:20
163:14,18
167:9,15,16
168:4,16 169:1
169:2 171:18
178:4,9 188:18
191:1 196:14
202:17 207:2
215:20 225:3
230:16,16
235:14 238:13
254:18
**timely** 244:1,18
245:2
**times** 30:14
93:12 107:22
127:18 147:6
175:11 213:24
215:3 238:15
**tire** 78:1,8,13,16
78:16,21,21
181:23 182:20
184:15 226:17
228:4,18
**tired** 177:14,15
177:16
**tires** 78:19,23,24
79:21 80:1,1,4
80:5 175:5,6
**title** 41:18,20
42:16,18
114:12 159:7
159:17,19
160:2
**titled** 114:13
**titles** 15:7,9,14
**titling** 160:6,8
160:13,16,22
161:5,10
162:14,23
163:16
**today** 12:4 21:3
21:14,15 22:5

24:1,2,7 27:9
27:11 50:12
65:8 90:13
119:24 124:14
126:5 152:20
165:22 167:10
184:21 213:6
236:5 237:1
240:17
**today's** 24:2
36:22 51:6,17
51:23 52:21
65:21 66:6
**told** 172:17
213:13
**tomorrow** 56:22
57:11
**tonight** 56:21
57:11
**top** 68:17 99:16
104:12,14
146:20 148:20
152:1 182:2
206:5 218:4
233:12
**topic** 76:2,4
**topics** 75:12
**total** 47:24
147:14,23
182:14 183:11
228:20 234:3
**tough** 180:10
**towing** 216:18
216:20
**Toyota** 20:24
**tracking** 208:3,7
209:4
**tractor** 33:8,10
33:11,19 34:3
34:7,19 35:5
79:19 80:19
117:12,15
126:7 146:8
169:13
**tractors** 31:22

31:23,24,24
32:1,5,6,7,11
32:13,14,15,23
33:4 36:16
40:23 48:6
80:18 90:10
94:7 106:24
110:2 116:12
116:24 117:17
120:4 126:7
174:19 205:15
223:15
**trade** 157:24
158:6
**trademark**
152:6
**training** 109:24
**transactions**
245:21 249:17
**transcribed**
252:11
**transcript** 253:9
253:12 254:11
**transmission**
206:12
**Transport** 1:6
43:14 70:5
92:3 253:4
**Transportation**
4:21 157:17
158:10
**travel** 192:2
**traveled** 191:9
**traveling** 191:19
**Treasa** 2:13
23:20,23 27:4
39:17,20 40:4
40:12 41:16
42:16 47:15
48:11,22 65:14
67:1 77:21
80:8 106:7
109:21 111:16
143:1 144:18
146:1 167:7

189:19 190:20
195:19 196:19
226:9 230:11
250:16
**treasurer** 45:4
**tried** 25:9
170:21
**trouble-free**
108:18
**truck** 1:3 6:17
6:18,22 7:9 8:4
8:7,12,14,18
8:18,19 9:18
9:21 11:13
19:15 21:2,16
21:19,21,23
23:14,24 25:1
25:23 26:5
27:5 30:21
31:15,21 32:10
33:18,19 34:2
34:3,17,19
35:8 36:14,23
36:24 37:9,19
37:20,22 38:17
38:20,24 39:10
39:14 40:4,14
40:22 41:12,15
42:1,6,9,11,17
42:20 43:4,10
43:14 44:1,19
44:22 45:2,4,7
45:12,17,21
46:2,4,14 47:3
47:7 48:3,5,15
48:20,24 49:18
50:1,8,13,23
51:7,8,13,16
51:24 52:22
56:5,16 57:1
58:3,5,19,20
60:19,22 61:4
61:7,20 62:2,8
63:3,21 64:14
64:17 66:4,11

66:12,20 67:8
67:24 70:3
72:19,23 73:8
78:5,7,11 79:3
79:8,18,19
80:2,15,17
81:10,11,12,20
81:22 82:5,6
82:12 83:8
84:17 88:18
89:24 90:16,20
91:4,13,15,21
91:21 92:2,4,5
92:8 93:7,9,10
94:11 96:3
99:16,20 101:3
101:6,23
103:15,17
105:19 107:9
107:10,18
108:22,22
109:12 111:19
112:3 114:6,13
114:19 115:7
115:16,18
116:10,23
117:5,7,15
119:3 120:2,15
124:7,12,14
125:1,2,11,18
126:5,15 127:5
128:14 132:7
132:11,22,22
133:2,4 134:8
134:8,22,23
136:9,21 139:9
139:15,22
140:20,21
141:4,18
142:15,17
145:22 148:2
150:15 151:10
153:1,12 154:3
154:11 157:20
157:22 158:24

159:8,16
163:20 164:6
164:13,23
165:8,11,13,19
165:22 166:10
166:15,16,24
167:15,16
168:3,14
169:12,20
170:10 172:12
172:13 173:17
174:18 175:14
176:11,12,20
180:23 181:1,1
181:24 182:21
183:7 186:4
187:23 188:22
189:1,5 190:17
191:3,7,12
192:13 195:14
198:10,10
199:6 200:17
202:22 204:12
204:17 206:23
207:13 208:6
209:11 216:4
217:13,20
218:8,9 219:3
219:14 220:7
220:17 223:7
224:16 226:2
226:18 228:24
229:13,14
230:9 233:6,6
233:16 235:14
235:24 236:11
236:12 237:14
237:16 238:16
238:22 239:5
240:22 241:6
241:10,13
244:13,20
247:18,21
248:9 250:2
251:4,5,9,13

251:15,17,20
251:20 252:4
253:3
**trucking** 82:2
**trucks** 8:15
17:18 18:17,21
18:23 19:22
20:2 21:8 36:9
36:9 64:13,15
75:15,22 80:16
81:10,22,24
82:6 85:1,2,19
85:21 89:2,12
103:18 105:19
115:6,8 119:20
120:12,19,20
120:22 132:15
140:22 141:5
150:1 151:16
159:14 165:11
169:22 174:21
207:6 208:21
220:4 230:24
**true** 55:22 60:2
69:21 72:7,23
73:6 78:9,10
83:7 84:16
111:19 112:3
124:24 132:5
149:15 150:14
151:9 176:6
178:2 179:6
182:20 195:8
200:15 204:11
248:7 251:12
253:12 254:14
**trust** 159:7,17
159:19 160:2,6
160:8,13,16,22
161:5,10
162:14,23
163:7,16
**truth** 254:9
**try** 6:10 12:24
25:14 31:5

44:18 59:6,8
127:9,20
202:13 203:17
221:4
**trying** 9:4 16:19
20:1 25:20,21
53:20 65:6
85:21 102:22
112:17 122:5
123:5,20
183:19 200:21
213:16,19
214:8 237:9
**Tuesday** 59:22
**turned** 29:10
**turns** 64:24
**two** 5:4,5,6 6:16
11:22 12:6
28:2 56:8
57:17,19 67:19
74:21 78:16,20
78:21 89:1
94:3 99:11,13
108:12 115:9,9
115:24 126:14
135:2 136:14
137:16 138:2
141:1,12
151:13 153:6
155:19 175:11
187:8,15,15
192:16,17
210:5 216:7
225:7,17
230:22,24
231:1 245:6
246:7 247:5
250:19
**two-and-a-half**
17:19,24 24:18
24:20 192:19
**type** 18:23 19:15
74:1,1 75:5
181:11,17
**types** 19:22 20:2

36:10 62:5
74:3 167:20
247:20
**typewriting**
254:13
**typical** 222:4
226:1 248:8
**typically** 152:5

_____

**U**

**U.S** 88:24
**uh-huh** 21:24
43:22 55:21
60:1 61:11
69:9 70:4,12
77:6 80:14
82:22 88:20
89:4 99:19
103:11 105:3
106:22 114:18
116:9 125:20
133:24 144:11
151:20 182:18
183:12 188:12
205:12 210:14
241:11 244:22
246:9 247:19
248:2
**um-hum** 5:15
**unavailable**
139:15
**unbelievable**
95:19
**uncollected**
176:14
**underlying**
197:4
**underscore**
83:19,20 97:2
97:2,20,20
**understand** 5:12
5:17,20 6:20
11:10 13:2
34:15 52:7,16
52:18 53:7

57:6 81:15,18
119:15 121:13
133:7 136:3
159:3 162:11
163:24 169:16
209:17 222:21
239:12 240:12
241:16 243:11
**understanding**
78:4,6
**underwriting**
134:18
**UNITED** 1:1
253:1
**unseated** 85:1
119:19,20
**unusable** 172:14
**updated** 50:9
**use** 8:22 9:6,7
10:12 63:21
64:18 78:12
86:15 154:18
175:10 209:19
217:22 227:3
**users** 26:16
**uses** 8:20
**usually** 81:24
82:1 118:13
212:1
**Utah** 176:20

_____

**V**

**V** 46:24 204:20
**V-I-D-E-R**
46:19
**vague** 52:2
61:22 63:12
159:23 239:8
**Valley** 19:9
**value** 161:16
**Vanover** 38:16
40:11 41:9,10
41:14,18 42:15
42:10,21 43:3
47:15 48:2

65:2 110:1
226:10 233:13
**Vanover's** 42:19
**various** 21:8
110:2 205:15
**vastly** 246:18
**Vegas** 165:6
**vehicle** 35:6
116:6 126:1
133:3,22 138:9
138:13 140:10
140:14 146:8
195:3,9 206:10
206:10,13
217:7 235:15
244:9 245:20
**vehicles** 7:8,21
41:21 42:14
43:4,10 101:24
142:16 194:3,9
201:17 205:22
208:18 230:15
**vendor** 64:1
65:22,24 115:4
154:9 166:10
180:22 187:19
201:9 212:11
213:14 217:22
219:22 220:3
224:5,14,22
225:11,14,16
225:20 234:1
239:1
**vendors** 64:5
190:16 201:12
205:13 245:18
249:21,22
**Veno** 20:19
**ventilating**
186:6
**verbally** 222:16
222:19
**verification**
144:18
**verified** 144:18

version 50:10
versus 13:11
 140:22 243:10
vested 60:7
vice-president...
 204:16
Victor 46:24
Vidourek 46:17
 46:19 47:1,2
 194:21 233:15
 233:22 250:18
viewed 63:24
VIN 185:10
 191:24 195:3
 230:14,17
 231:2,2,3,3,6
 231:10,11,21
vintage 75:5
 79:8
voice 95:23
 104:5,7
voluntary
 243:15
Volvo 20:15
Volvos 19:21
VRMS 186:23
vs 1:5 253:4

---

**W**

W-2 42:10 173:7
 173:8,9,11,13
W-R-I-G-H-T
 18:3
wait 6:9 28:17
 83:5 221:9,9
 221:10,10
waiting 52:8
 177:9
walk 59:16
 101:12
want 4:22 5:8
 6:14 11:8
 12:15 15:7,13
 19:22 24:9
 28:4 52:12

---

53:9 55:13
81:1 82:24
93:1 104:10
113:15,18,18
121:18,21
122:1,22
133:16,16
142:2 146:3
148:11 149:9
155:12 156:2,5
156:8,9 157:8
159:3 162:19
175:17 177:2
179:12,14
180:3 181:3,18
181:22 190:4
196:12 203:12
203:13,17
210:3 214:20
215:10 216:7
218:1 221:12
224:2 237:24
238:4 239:17
247:4 252:10
wanted 4:3
 15:16 32:13
 73:13 74:1
 75:14 92:9
 93:15,16
 219:24
wants 59:13
 100:8 153:21
 218:16 223:3
warehouse
 124:19 125:18
warn 80:21,24
Warner 82:3
warranty 36:5,9
 101:19 164:3,7
 164:8,14,14,15
 171:1
wasn't 6:22
 29:18 30:8
 37:13 43:9
 73:22 74:20

---

75:17 76:4
85:19,19 90:5
104:3,7 118:13
154:19 170:14
183:22 236:22
240:13
way 19:20 25:12
 36:4,8 49:3
 54:15 55:7
 59:5 62:17
 65:7 66:3 92:3
 94:21 101:23
 104:17 128:22
 129:3 135:11
 138:2 143:4
 172:3 178:14
 182:13 199:6
 222:19 225:24
 226:1 227:20
 234:17 246:4
ways 1:6 4:21
 9:17 11:12
 12:12 32:3,11
 32:16 33:1
 36:12,15 37:1
 37:10,21 38:1
 56:11 58:4,5
 61:12 67:24
 89:22 90:21
 91:15 98:2,11
 114:1 116:22
 120:2 126:14
 126:15 132:12
 132:24 133:4,8
 134:24 136:20
 140:2,13,14
 141:1 176:13
 198:24 206:22
 208:22 209:5
 233:5 241:7,10
 241:13 251:14
 252:3 253:4
we'll 28:21
 87:23,24 99:11
 122:10 137:20

---

145:1,2,3
156:12 157:3
214:24 215:1,5
215:6,7,7,15
252:8
we're 22:4 31:23
 37:24 59:5,6
 68:24 72:15,16
 87:1,21,21
 94:20 106:11
 109:8 112:21
 122:2 123:2
 135:21 142:2
 144:17 149:20
 156:6 179:18
 179:19,22
 180:6 203:24
 215:24 221:13
 223:24 226:19
 226:21 227:4
 232:21 248:18
we've 93:17
 107:14 112:15
 121:22 123:20
 152:19 158:21
 158:22 170:3
 202:17 213:18
 214:19,23
 215:2 234:9
 236:24
wear 78:2 80:5
 141:23 142:18
 143:6,16,22
 147:20,21
web 124:5,7,9
 125:11
website 6:15
 49:1,4,20 50:1
 50:9,13,23
 51:2,4,9,14,17
 52:1,11,23
 53:4 113:4
 114:6 116:16
 124:9,10,14
 125:2

---

websites 123:9
week 191:6
 192:7,10
welcome 240:18
went 56:4 99:8
 120:11 130:21
 158:16 168:18
 213:14 234:1
weren't 75:21
 118:16 120:18
 120:21 163:13
 175:10 207:4
Western 1:2 2:7
 253:2
WHEREOF
 255:2
wherewithal
 56:13,17
wholly-owned
 165:7
Wilmington
 165:6
Wire 219:8
wishes 75:9
withhold 167:1
witness 3:2 4:1,6
 4:11,13,15
 6:22 7:5,13 9:8
 12:2 13:9
 16:24 17:6
 19:3,8 20:5,14
 21:5,12 23:4
 25:15 26:3,22
 27:17,20 29:6
 29:18 31:8
 32:5 33:21
 34:23 35:17
 36:19 37:4,13
 38:13 41:2
 42:24 43:17
 44:7,9 45:9,15
 47:9 48:8,17
 54:21 55:2
 57:17 58:23
 59:6 60:17,21

61:16,24 62:5
62:11,20 63:14
63:24 64:7
66:9,17 67:11
68:16 71:22
72:9,13 73:11
73:22 74:20
75:4 76:22
77:1,20 78:15
79:7,16,24
81:7 82:19
83:14 84:9,12
84:21 85:8
87:2 88:4
89:18 90:24
91:8,24 92:7
93:13,24 94:15
95:24 96:6
97:3 98:14,22
99:2,24 100:7
101:17 102:9
104:21 105:9
105:21 106:13
107:4,23 108:6
108:10 109:2
109:19 111:23
112:7 114:23
115:20 117:3
118:11,12
119:16 120:8
123:15 125:12
126:10,23
127:9 128:21
129:2 130:13
131:16 132:14
133:12 134:5
134:12 137:9
137:21 138:20
139:5,18 140:5
140:9,19 141:3
141:17 142:13
142:21 143:10
143:12,19
146:16,19
150:11 151:4

154:8,15 155:2
155:9 159:10
159:23 160:15
161:8,23
162:18 163:3
164:11 165:17
167:4,19 169:7
169:16 173:3
174:23 175:9
176:17 177:12
177:17 178:16
178:19 180:4
183:22 184:1
187:17 188:4
190:6 191:15
192:2 193:10
193:17,24
194:15 195:6
195:13 196:5
196:13,24
197:7,14,21
198:13 199:2
200:20 201:1,8
201:11 202:7
202:13 203:9
204:7 205:1
206:3,8,20
207:11,18
208:11 209:14
210:19 211:6
211:17,24
212:10 213:2
214:6 217:17
218:18 219:22
220:2,14 222:9
222:16 223:1,5
223:11,19
226:4 228:1,9
229:4 230:21
231:8 232:13
234:14 235:9
235:19 236:6
236:18,19
237:3 238:19
239:21 240:18

251:22 254:7,7
255:2
**witness's** 94:18
94:18
**WOMICK** 2:4
155:17,23
156:17 183:18
183:23 185:17
**word** 53:3 56:7
59:18 61:23
125:13 182:7
204:23 205:5
216:18 218:4
**wording** 49:20
**words** 5:14 6:5
38:7 88:17
178:10
**work** 15:10 16:3
22:16,18 33:17
33:22 34:13
36:24 37:8
50:12 54:15
57:23 63:11
92:8 119:16
122:20 181:17
188:9 198:3
199:5 219:2
226:15 228:5
228:20 229:16
231:3,4
**worked** 21:20
22:4 23:4
32:16 34:9
49:23 50:16,22
51:3,7,8 101:7
197:9 250:2
**working** 32:2,11
32:24 33:14
34:21 36:14
37:1,9,21
75:21,23 208:8
208:22 217:21
221:13
**worries** 29:12
**worry** 123:13

**wouldn't** 33:12
78:22 105:10
106:2 138:23
166:20 168:11
171:6 175:3
185:18 246:20
**wrapping** 238:1
**wrecker** 211:9
211:13
**Wright** 18:2
**write** 156:2
**writing** 179:9
**written** 241:9
**wrong** 230:17
231:1
**wrote** 60:12

---
**X**
---
**X** 3:1

---
**Y**
---
**yeah** 9:2 11:9,9
11:23 12:2
14:2 15:4,24
18:15 20:12,12
20:24 24:2
27:23,23 28:12
28:12,20 29:7
30:18 39:8
43:6,6,17
46:20 50:20
52:8,9 53:7,7,7
53:13,19,24
54:12 65:17,19
68:10 70:7
76:11,24 79:14
79:24 80:24
81:4 82:16
83:2,6,21
85:18 86:24
87:21 97:11
98:22 102:22
103:4,6 104:17
104:18 111:4
112:14,14,15

114:8 121:22
122:1,5,8
123:12 129:13
135:7 137:24
138:6,14,20
139:9 141:10
143:10,12
144:20,23
145:2,11
147:10,12
150:19 151:3
151:20 152:4
152:14,17
155:17,21
156:1,16
157:22 170:4
173:11 176:5
176:17 178:1
178:17,17,18
179:18 180:13
182:12,12
183:18 184:13
184:17 185:13
186:11,11,20
188:12 192:8
192:18,19
196:11,11
198:22 199:21
202:2,9 203:21
204:1,18 206:4
209:19,21,23
211:24 216:24
217:11,22
221:19 222:22
223:1,5 226:13
227:6 229:10
231:18,21
232:19 233:2
235:8,9,9,12
236:23,23
237:9 238:2,4
238:8 246:9
249:10,23
**year** 27:4 79:20
84:15 89:3

118:24 171:15
206:11
**yearly** 166:17
**years** 6:15 22:16
22:18,20 52:11
53:4 56:8
79:11 84:23
103:20,22
105:21 151:11
217:10
**yellow** 55:20
**yep** 59:19
106:17 112:20
142:7 146:6,10
184:23,23
185:16 186:2,2
190:2,2 206:20
208:5 221:13
227:24 234:20
**yesterday** 125:8

**Z**
**Zoom** 1:12 2:4,4
2:13,13 31:4
95:1 122:21

**0**
**010859** 83:20
**022109** 97:21
**084-004167** 1:18
254:5 255:9

**1**
**1** 3:7 28:7 43:12
86:13 149:10
242:21 248:7
**1,275** 147:24
**1,950.26** 195:24
**1:00** 157:5
**1:15** 122:7
**1:20-cv-511** 1:5
253:5
**1:35** 157:5
**1:43** 88:10
**10** 3:11 16:15,16

24:14,15,19
38:9 75:21
90:4,9 123:14
123:14,22,23
124:3 127:3
167:21,21
168:7,19
192:17,21
193:19,24
200:13 215:6
**10-minute**
167:23 168:20
168:20
**10,000** 106:19
109:6
**10:00** 54:2
**10:46** 88:2
**10:50** 87:24
**10:53** 88:2
**1006** 84:4
**1015-01** 146:8
**102** 3:10
**11** 3:12 112:15
126:20 131:22
137:1 241:5,5
241:16 242:21
247:3 250:21
**11,556.74** 147:4
**11:18** 69:7 72:7
**11:31** 121:18
**11:32** 122:13
**11:54** 176:3,7
**112** 3:11
**12** 149:3
**12:17** 122:13
**12:30** 99:11
112:13 121:23
**12:31** 121:18
**124** 3:11
**13** 3:10 102:19
102:19,20
106:9,10 149:3
192:21 253:10
**131** 3:12
**13th** 1:11

**14** 3:12 144:1
**1400** 2:3
**144** 3:12
**148** 3:13
**148.37** 187:20
189:2
**1483.67** 182:17
183:11 187:1
**15** 3:13 63:18
86:14 87:22
104:13 148:12
148:15 149:6
149:10 150:3
150:24 171:3
171:10 185:17
210:10 211:2
212:6,12
216:10,20
220:11,21
230:2
**15-and-a-half**
192:21
**16** 3:16 117:21
155:13 181:4
184:3,6,12,13
185:18 186:19
191:2,6 199:18
199:24 210:5
**164** 103:1
**16th** 55:16
**17** 3:19 183:14
183:19 184:3
185:14,15,19
186:18,19
191:3,7 203:24
239:18
**17-page** 82:23
**175** 3:13
**177** 3:14
**18** 3:13 22:20
103:20 157:9,9
175:18 176:1
190:2 192:5
**180** 3:14
**18th** 176:7

**19** 3:14 68:7
72:21 104:10
104:18 156:18
177:3 192:6
199:14 217:12
**190** 3:15
**194** 3:15
**199** 3:16
**19th** 68:24
**1st** 59:22 60:3
67:18 88:10
149:12,16
150:17,20,24
188:24

**2**
**2** 3:8 54:5 55:5,9
59:22 67:13,18
68:11 86:14
**2:45** 178:8 179:5
**2:54** 215:19
**20** 63:17 104:13
105:13 106:20
191:1 199:15
217:13 221:4,5
226:20,24
**2000** 22:11
103:21
**2000s** 161:8
162:14,22
**2001** 7:22 8:5
**2015** 13:11
231:9
**2016** 9:19 10:13
11:7,12 12:8,8
12:10,10,11,16
12:17,20 13:2
13:4,5,11,15
13:20 14:10
15:2 16:8,18
17:4,10,16,20
17:21 18:20
19:6,17 21:7
23:15 24:5,11
24:20 36:12,22

38:8,9,17,21
39:1,11,15
40:5,11,20
41:7 43:2 46:7
48:6,14,24
49:5,12,21
50:2,11,16,23
51:1,2,6,14,17
51:23 52:20
54:10 55:14,17
55:18,24 56:12
56:24 58:19
59:22 60:3
65:3,8,11,21
66:6 67:18
69:6,14,22
70:5,14,23
71:7 72:6 73:1
73:8 78:7
80:16 81:9,21
82:5 83:9,12
83:13,15,24
84:18 85:17
88:10 89:8
99:7 116:21
118:2 120:1
126:14 131:24
149:12,16
150:17,20,24
160:23 164:23
165:10,21
166:16 167:10
190:15 192:13
193:7 233:4,11
**2017** 13:11
118:2 161:1
165:10 190:15
193:7,15,17
194:3 233:16
**2018** 118:3
161:3 190:15
191:18 192:6
233:21
**2019** 46:15
83:12,15,23

84:15 85:5,11
85:15 86:1
118:3 182:3,22
188:24 189:5
191:18 192:6
200:18 201:4
204:13 233:21
**2020** 46:15
118:3 176:1,7
177:21 178:3,8
179:5 192:5
233:21 234:3
237:14,15
**2021** 116:15,16
117:21 233:21
**2022** 27:2 68:24
217:12,14
**2023** 1:11 26:18
194:6,10
253:10,21
255:4
**206** 76:23
**21** 3:17 199:15
217:13 224:3
226:12,13,13
226:16,16,21
227:16,21
232:2 235:3
**213** 144:5
**2150** 1:13
**22** 3:17 179:23
217:13 221:8
224:3 226:13
226:13,16,17
226:21 228:23
230:10 231:9
232:3 235:3
**221** 3:16
**22109** 97:2
**224** 3:17,17
**23** 3:18 103:21
179:23 232:1,8
232:9,23 234:2
235:3
**232** 3:18,18

**239** 3:19
**24** 3:18 65:13
156:13 179:23
221:10 232:1,9
232:23 234:17
234:18,20
235:3
**24-hour** 64:17
66:4,12
**24/7** 67:4,8
169:2,3
**241** 3:4
**248** 3:5
**25** 3:15 18:16
179:23 192:22
194:23 195:21
**25987** 231:11
**25th** 177:21
178:3,8 179:5
**26** 3:15 179:18
179:23 180:5
180:17 189:22
190:7,8,11
**265** 217:6
**26th** 255:3
**27** 3:14 179:15
179:18,23
180:5,6,17,20
183:17
**28** 3:7,16 221:1
221:11,12,13
224:10,11,12
225:8
**29852** 248:18
**2nd** 54:9 55:14
55:17,24 56:7
56:12,24 58:19

**3**

**3** 3:8 68:5,18,22
74:17 75:1
76:8,13,20
86:14 92:22
93:8 94:2,10
95:18,19,20

**3,555.92** 146:11
**3:11** 215:19
**3:30** 202:17
**3:37** 238:12
**3:43** 177:23
**3:48** 238:12
**30** 87:14 106:20
**30,000** 171:15
**30th** 182:3,22
**334-page** 179:15
**35** 16:24 17:2
181:6
**35115** 181:7,23
184:15
**35116** 184:14
185:23 186:21
**353** 2:8
**359.99** 234:4
**39** 234:17,19
235:5
**3D** 43:14
**3rd** 69:6,14,22
70:14,23 71:7
72:6 73:1
200:18 201:4
204:13

**4**

**4** 3:4,9 82:9,10
82:17,21 83:7
84:16 85:4
86:14 92:23
93:9 94:3,10
**4:04** 252:13
**4:06** 55:14
**4:30** 122:6
**4:45** 238:9
**40** 9:24 10:1
16:18,24 17:2
23:13,15
105:21 106:20
192:13 193:3
**400-plus** 115:6,8
**439.19** 235:15
**45** 121:19,24

**45202** 2:3

**5**

**5** 3:9 86:5,14,15
87:22 88:5,8
202:18 215:1,7
215:11 238:5
**5-31-22** 195:3,10
**5:30** 59:23 60:4
**5:55** 149:12,16
**50** 38:7 193:12
**500** 194:8
**513** 2:5
**54** 3:8
**570** 1:14
**579-6580** 2:5
**5th** 131:23,24

**6**

**6** 3:10 86:14,15
96:21 97:9,10
97:11,19 99:7
99:14 108:3,4
111:19 112:3
112:20 113:8
122:17,22
123:3
**60,000** 176:22
**60045** 2:8
**65** 148:24
**65,000** 246:6
**68** 3:8
**68277** 231:18

**7**

**7** 3:11 86:16
112:21,23
113:6,20,22,24
123:9,9
**700** 114:16
**700-plus** 114:19
115:3
**724.95** 228:20
**736** 2:7

**8**

**8** 123:9,10,11,16
**8,676.59** 147:15
147:19
**8:17** 1:11
**8:50** 28:23
**809-4567** 2:9
**82** 3:9
**86** 3:9
**877** 2:9
**884.45** 229:1,15
**8th** 234:2

**9**

**9** 123:12
**9-13-19** 228:6
**9:01** 28:23
**9:31** 54:2
**90s** 7:20
**96** 3:10
**9662** 231:9
**97-point** 115:12
**99** 22:11,11
**9th** 237:13,15